Exhibit I to Plaintiff's 4/17/26 Motion To Compel

**Lori Kisch**

**From:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>
**Sent:** Wednesday, March 4, 2026 10:53 AM
**To:** Lori Kisch; Currie, Leslie; Darrow, Tanja
**Cc:** Steve Pershing
**Subject:** [EXT] RE: Torres v. SHRM - Rule 30(b)(6) Deposition Notice

**Categories:** Filed to ND

Lori –

As I'm sure you are aware, we will have to review the proposed 30b6 topics first and confer regarding revising them to the extent we have concerns and then identify one or more witnesses who may be appropriate. At a very quick glance, we will have concerns on several of these topics and will endeavor to relay the same in detail so we can meet and confer in an effort to resolve any areas of disagreement before we can move forward with a 30b6 deposition.

We do not agree to the unilaterally selected dates for any 30b6 deposition nor any fact witness depositions but we will review our calendars and confer with witnesses as to their calendars as your preferred dates. We do not agree to your arbitrary deadline of this Friday to advise of the same as we will need to compare calendars, deposition space availability, and with witnesses regarding the same. As I'm sure you know, the practice in this court is to work cooperatively on deposition dates rather than unilaterally select dates at the outset. However, I can already tell you that the week of April 9-10 nor the week of April 13 are likely to work for the SHRM witnesses.

Please note, we are not agreeing at this time to the depositions of all the individuals you list as it is cumulative. We also do not agree to two days for a 30b6 deposition. All witnesses should be contacted through counsel unless we advise otherwise.

Please note, Ms. Torres will be deposed before any SHRM witness. We can tentatively schedule it if you would like but we do need to see her discovery responses and have a sense of what additional written discovery needs to be completed, including any deficiencies in Ms. Torres' responses and curing of the same, prior to her deposition. Otherwise, we will have to hold her deposition open and bring her back in.

Finally, please note depositions are required to be completed in the jurisdiction where the action is pending. We would therefore suggest our office in Tysons for depositions in this matter. We do not agree to depositions at your out-of-jurisdiction office in DC at this time. We will consider revisiting the matter as to location when we have had the opportunity to confer with our client and witnesses.

Best,

**Lauren M. Bridenbaugh**
**Attorney at Law**
+1 703.286.3142 direct, +1 571.369.8713 mobile, +1 703.552.7679 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
LBridenbaugh@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Lori Kisch <lkisch@kcnlaw.com>
**Sent:** Wednesday, March 4, 2026 10:03 AM
**To:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Steve Pershing <Spershing@kcnlaw.com>
**Subject:** Torres v. SHRM - Rule 30(b)(6) Deposition Notice

**[EXTERNAL E-MAIL]**

Counsel,

Please find attached a Notice of Rule 30(b)(6) Deposition. We have noticed the deposition for April 9, 2026, and are also holding April 10, 2026, for the deposition as well. We are holding two days to ensure that there is sufficient time for the deposition and to ensure that if SHRM designates more than one representative, we can accommodate their schedules over the two days.  Please let us know by Friday, March 6, 2026, if counsel is not available on either or both of those dates so that we may explore other possible dates, as necessary. We also ask that you inform us by March 17, 2026, who SHRM intends to designate for each of the topics listed in the Notice.

We also intend to issue Rule 30(B)(1) deposition notices for the following witnesses: Nicole Belyna, Deborah Zoerkler, Katharine Panessidi, Kristen Howe, Alison Sancinito, and Melissa Turk. We would like to schedule their depositions during the weeks of April 13, 2026 and April 20, 2026.  Please let us know by March 6, if counsel is not available during that time.  Please also let us know if Littler considers any of these witnesses to be SHRM party representatives and represented by Littler, and whether we should go ahead and serve their notices with you.  If so, we ask that you confirm their availability during that time frame.

Thank you.

Lori

Lori B. Kisch
(she/her/hers)
lkisch@kcnlaw.com
Direct: 202-331-0581

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

KCNFDC.COM

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.