**1:25cv2360**
**Torres v. Society for Human Resource Management**

**Exhibit 14 of ECF 21 is**

# STRICKEN AND REMOVED PER ORDER 26