**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Case No. 1:25-CV-02360-PTG-WBP** |

**REVISED NOTICE OF HEARING**

.Please take notice that on Friday, May 1, 2026, at 10:00 a.m., or as soon thereafter as counsel for Plaintiff may be heard, Plaintiff Fiona Torres will present to the Court her Motion to Compel filed pursuant to Section 13(e) of the Rule 16(B) Scheduling Order in this Case, issued February 20, 2026 (ECF No. 15).

Respectfully submitted,

/s/ Mary E. Kuntz

Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Lori B. Kisch
D.C. Bar No. 491282
(Admitted *pro hac vice*)
Anna Kathryn Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
lkisch@kcnlaw.com

*Attorneys for Plaintiff*

Dated: April 17, 2026