# Exhibit 1

**Currie, Leslie**

| | |
|---|---|
| **From:** | Bridenbaugh, Lauren M. |
| **Sent:** | Thursday, February 26, 2026 6:49 PM |
| **To:** | Lori Kisch; Steve Pershing |
| **Cc:** | Darrow, Tanja; Currie, Leslie |
| **Subject:** | SHRM's Objections to Plf's First Set of Discovery Requests |
| **Attachments:** | 2026-02 SHRM's Objs to Plf's Discovery Reqs.pdf |

Counsel:

Please find attached SHRM’s Objections to Plaintiff Fiona Torres’ First Set of Discovery Requests.

Best,

**Lauren M. Bridenbaugh**
**Attorney at Law**
+1 703.286.3142 direct, +1 571.369.8713 mobile, +1 703.552.7679 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
LBridenbaugh@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE