# Exhibit 2

## Currie, Leslie

**From:** Bridenbaugh, Lauren M.
**Sent:** Monday, March 9, 2026 5:31 PM
**To:** Lori Kisch; Steve Pershing
**Cc:** Darrow, Tanja; Currie, Leslie
**Subject:** SHRM's Objections to Plf's Second Set of Discovery Requests
**Attachments:** 2026-03 Def's Objs to Plaintiff's Second Set of Discovery Requests 4914-9670-7985 4.pdf

Counsel:

Attached please find SHRM's Objections to Plaintiff's Second Set of Discovery Requests.

**Lauren M. Bridenbaugh**
**Attorney at Law**
+1 703.286.3142 direct, +1 571.369.8713 mobile, +1 703.552.7679 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
LBridenbaugh@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE