# Exhibit 3

**Currie, Leslie**

---

**From:** Lori Kisch <lkisch@kcnlaw.com>
**Sent:** Friday, March 13, 2026 2:55 PM
**To:** Bridenbaugh, Lauren M.; Currie, Leslie; Darrow, Tanja
**Cc:** Mary Kuntz; Steve Pershing
**Subject:** Torres v. SHRM
**Attachments:** 2026.03.13 Torres RESPONSE to Def'd Objections 4927-0237-1991 v.1 Final 4933-7308-2263 v.1.pdf

**[EXTERNAL E-MAIL]**

Lauren,

Please see the attached.

Thank you.

Lori

Lori B. Kisch
(she/her/hers)
lkisch@kcnlaw.com
Direct: 202-331-0581

50 YEARS KCNF
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

KCNFDC.COM

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.