# Exhibit 5

**Currie, Leslie**

| | |
|---|---|
| **From:** | Lori Kisch <lkisch@kcnlaw.com> |
| **Sent:** | Wednesday, March 25, 2026 4:11 PM |
| **To:** | Bridenbaugh, Lauren M.; Currie, Leslie; Darrow, Tanja |
| **Cc:** | Mary Kuntz; Anna Kathryn Barry; Steve Pershing |
| **Subject:** | Torres v. SHRM |
| **Attachments:** | 2025.03.25 Pls Response to Defd Objections to Pls Notice of 30(b)(6) deposition and topics 4899-1288-0283 v.1 4897-6647-3115 v.1.pdf |

**[EXTERNAL E-MAIL]**

Lauren,

Please see the attached.

Thank you.

Lori

Lori B. Kisch
(she/her/hers)
lkisch@kcnlaw.com
Direct: 202-331-0581

50 YEARS KCNF
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

KCNFDC.COM

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.