# Exhibit 6



TORRES 000111



TORRES 000142



**Caitlin Perna**
last seen today at 4:47 PM

📹  📞  ⋮

10:04 PM

June 16, 2024

❤️

**Draft** 10:25 PM

to nicole.belyna ⌄

Hi Nicole,

I spoke with Debbie on Friday and she let me know
the anticipated June 17 start date had to be put on
hold as a result of trying to get things sorted
regarding my medical alert dog.

She advised reaching out to you as I wanted to
confirm if my offer was in jeopardy as a result of
the possibility that SHRM may not be willing to
accommodate my medical alert dog.

When we spoke on the phone on June 4 you
mentioned that would not be the case, but I wanted
to double check.

If I misunderstood things and/or your team just
needs a little more time to ensure things are
properly documented/prepared, I definitely
understand. I just wanted to get clarity as it felt like
things may have changed in terms of my offer
status.

If you are able to shed light and a possible timeline
for a resolution that would be greatly appreciated!   10:26 PM ✓✓

This is the email draft I have for the
SHRM Talent director. Thoughts/
feedback for possible edits?          10:27 PM ✓✓

I initially didn't have the 4th paragraph
in at all but idk if it helped to have it to
make it seem like I wasn't attacking/
accusing them                    10:27 PM ✓✓

🚫 You deleted this message   10:28 PM

Jk I just sent it. Wanted it to be sent
before it got late              10:36 PM ⌄⌄

😊 Message            📎   📷   🎤

||| 　　　○　　　 ‹

TORRES 000163

**Caitlin Perna**
last seen today at 4:47 PM

accusing th  June 16, 2024                    10:27 PM ✓✓

🚫 *You deleted this message*   10:28 PM

Jk I just sent it. Wanted it to be sent before it got late                    10:36 PM ✓✓

Fingers mother fucking crossed
                                              10:36 PM ✓✓

June 17, 2024

I think it was great as is!   9:23 AM

Phew   10:11 AM ✓✓

What made you wanna get miss snekity snake 🐍
                                              1:05 PM ✓✓

Themes of femininity, sexuality, taboo, and transforming (shedding)        4:17 PM

❤️

June 18, 2024

Status update?   11:08 AM

Ugh ill send the email thread a lil later. Yesterday was a mess        11:16 AM ✓✓

Hi Fiona,

Thank you for reaching out to me. We appreciate your patience and are eager to have you join us. We have reviewed your

Message

TORRES 000164

**Caitlin Perna**
last seen today at 4:47 PM



Im not brin~~ June 18, 2024 ~~ce ammunition gun     5:03 PM ✓✓

I'm so drained by them and were not even day 1 as an employee     5:04 PM ✓✓

I cannot imagine the bs they do to their employees     5:04 PM ✓✓

Wow. Unbelievable.     6:56 PM

What are you thinking your next steps will be?     6:57 PM

▶ 6:57     7:14 PM ✓✓

▶ 0:55     7:15 PM ✓✓

🚫 You deleted this message     9:37 PM

I deleted a draft I have as ill likely trim/reword a decent bit tomorrow     10:51 PM ✓✓

June 19, 2024

Sent her a long response so may God have mercy on my soul     8:59 AM ✓✓

Will listen soon this AM! Just waking up     9:01 AM

The doc letter sounds great.     11:07 AM

Message

TORRES 000174

**Caitlin Perna**
last seen today at 4:47 PM

March 6, 2025



1:40                                   7:19 PM ✓✓

🚫 *You deleted this message*  7:34 PM

🚫 *You deleted this message*  7:34 PM

My b accidentally sent 2 texts to the wrong person! The audio is 4 you haha

7:35 PM ✓✓

👍

March 10, 2025

I'm so sorry I'm just now listening to your VN

12:06 PM

ugh you sound so exasperated girl

12:07 PM

I'm here for you. I'm not sure I have all the pieces to the puzzle. Are you concerned about not having health insurance after your temp job is up in April? Or is it a need to access therapy? Or are you just venting about the slowness in which things were being addressed with EEOC? Maybe all of it? Sorry, this weekend was intense and I'm currently sick so processing pretty slowly! No need to write it out for me if you don't have the capacity for that. But

Message

TORRES 000180

← **Joey Cabrera**
last seen today at 10:58 PM



June 14, 2024    9:27 PM

June 15, 2024

🚫 You deleted this message    12:41 PM

Okay I know you're working so obvs no rush but this is the draft I have

12:41 PM ✓✓

To the Talent director    12:41 PM ✓✓

I want to avoid as much as possible as coming off as being difficult    12:41 PM ✓✓

🚫 You deleted this message    12:42 PM

I'll likely simmer on it and try to sleep on it

12:43 PM ✓✓

🚫 You deleted this message    12:43 PM

Offer status - Fiona Torres    ☆

Add label

Draft  12:49 PM

to nicole.belyna ⌄

Hi Nicole,

I spoke with Debbie yesterday/Friday and she let me know my anticipated June 17 start date had to be put on hold as a result of trying to get things sorted regarding my medical alert dog.

She advised reaching out to you as I wanted to confirm if my offer was in jeopardy as a result of the possibility that SHRM may not be willing to accommodate my medical alert dog.

When we spoke on the phone on June 4 you had

Message

TORRES 000266



TORRES 000136



TORRES 000150

## Tatiana Messinger
last seen yesterday at 7:29 PM



They're toast  8:19 PM

Yep  8:19 PM ✓✓

My lawyer is good  8:19 PM ✓✓

I trust her  8:19 PM ✓✓

Even better that it's a woman 💪  8:20 PM

Yyyyyyep  8:20 PM ✓✓

I will forward you the email exchange with shrm  8:20 PM ✓✓

Sent  8:21 PM ✓✓

They messed up big time  8:26 PM

Yep  8:26 PM ✓✓

9:16  8:36 PM ✓✓

6:25  8:53 PM

2:50  9:02 PM ✓✓

0:43  9:16 PM

Message

TORRES 000151

**Caitlin Perna**
last seen today at 4:47 PM

10:06 PM

June 15, 2024

8:19                           10:11 PM ✓✓

June 16, 2024

^ was an update re: my job offer from SHRM. they're basically just being twats about meechum
1:59 PM ✓✓

Will listen soon today!    2:02 PM

No rush!!! Just corporate bs tea   2:24 PM ✓✓

1:31                        3:22 PM

**DK (@dk_blxck) • Instagram photos and videos**

dk_blxck on June 12, 2024: "Thank you Caitlin🐍

.

@emalla.official".

🔗 instagram.com

https://www.instagram.com/p/C8JFy8avVYi/?igsh=MW52YWo5dzMwYnhy

3:23 PM

🔥

Message

TORRES 000160

← **Caitlin Perna**
last seen today at 4:47 PM

Im not brin[ June 18, 2024 ]ce ammunition gun
5:03 PM ✓✓

I'm so drained by them and were not even day 1 as an employee
5:04 PM ✓✓

I cannot imagine the bs they do to their employees
5:04 PM ✓✓

Wow. Unbelievable.    6:56 PM

What are you thinking your next steps will be?
6:57 PM


▶ 6:57    7:14 PM ✓✓

▶ 0:55    7:15 PM ✓✓

🚫 *You deleted this message*    9:37 PM

I deleted a draft I have as ill likely trim/ reword a decent bit tomorrow
10:51 PM ✓✓

June 19, 2024

Sent her a long response so may God have mercy on my soul
8:59 AM ✓✓

Will listen soon this AM! Just waking up
9:01 AM

The doc letter sounds great.    11:07 AM

😊 Message    📎 📷 🎤

|||    ○    ‹

TORRES 000174



TORRES 000179

**Caitlin Perna**
last seen today at 4:47 PM

March 6, 2025


1:40                                    7:19 PM ✓✓

🚫 *You deleted this message*  7:34 PM

🚫 *You deleted this message*  7:34 PM

My b accidentally sent 2 texts to the wrong person! The audio is 4 you haha
7:35 PM ✓✓

👍

March 10, 2025

I'm so sorry I'm just now listening to your VN
12:06 PM

ugh you sound so exasperated girl
12:07 PM

I'm here for you. I'm not sure I have all the pieces to the puzzle. Are you concerned about not having health insurance after your temp job is up in April? Or is it a need to access therapy? Or are you just venting about the slowness in which things were being addressed with EEOC? Maybe all of it? Sorry, this weekend was intense and I'm currently sick so processing pretty slowly! No need to write it out for me if you don't have the capacity for that. But

Message

April? Or is it a need to access therapy? Or are you just venting about the slowness in which things were being addressed with EEOC? Maybe all of it? Sorry, this weekend was intense and I'm currently sick so processing pretty slowly! No need to write it out for me if you don't have the capacity for that. But know that I do love and want to support you.

12:09 PM

❤️

Omg no worries! For therapy I just can't pay like $70 a month when I have no income ya knooow

EEOC crap is just daunting bc I know SHRM is gonna do the absolute most with their bull shit but we will fkn see

Thank you my love🫶 im so sorry you're sick😕

8:45 PM ✓✓

❤️

Keep me posted!   9:34 PM

✅

March 22, 2025

 ▶ 〰️〰️〰️〰️〰️〰️
3:27                          4:45 PM

Message

TORRES 000182



TORRES 000183



**Caitlin Perna**
last seen today at 4:47 PM

I absolutely do   3:29 PM

February 3, 2026

10:28   9:53 PM ✓✓

🥴 I will be ur witness   9:55 PM

Hell yeah thank you so much my love
9:56 PM ✓✓

Fuck SHRM   9:56 PM

Yuuuuuuuuuuuuupppppp  9:56 PM ✓✓

I concur hahaha  9:56 PM ✓✓

video depo works fine   9:56 PM

I remember you passing out during training
9:57 PM

And having low BS while mentoring you
9:57 PM

Yes  9:58 PM ✓✓

Happened quite a bit  9:58 PM ✓✓

In the first couple months especially
9:58 PM

☺ |Message   📎   📷   🎤

||| ○ ‹

TORRES 000184

← Ellen Broetzmann

And fuck that bitch in the meantime

Nicole not the doctors

100000%

I pray that karma finds her in a timely fashion


01:03

Wednesday, Jun 19, 2024 • 7:49 PM

That sounds perfect lol!!

I pray for my ability of falling asleep in a timely fashion Friday even ↓ for 9 am kaza

⊕  RCS message     ☺  🖼  ⑈

lol!!!! Ultimate prayers

TORRES 000213

## Eva Kostyu
last seen Nov 11, 2025

It's not up to the ~~'s need?!~~ wtf
6:30 PM

This is insane
6:31 PM

Im so sorry
6:31 PM

Why are they making it such a big deal?
6:31 PM

▶ ●|||||||||||·|||||··||||·||||||||||
9:26                           6:57 PM ✓✓

▶ ●||||||||||||||||||||||||||||||||||||||||
5:25                           7:18 PM   EK

▶ ●|||||·|||||||·|||·||||||||||||·|||||·
8:08                           7:38 PM ✓✓

Hi Fiona,

Thank you for reaching out to me. We appreciate your patience and are eager to have you join us. We have reviewed your request for accommodation along with the documentation you provided from your health care provider.  Based on the existing documentation, it does not appear that your service dog is necessary for your performance of the essential duties of your position, because you are still able to perform the essential duties of the job without the presence of the service dog.

If you have further information that you believe may be relevant to our review of this matter, please let us know and we would be happy to consider it.  If you have any

Message

TORRES 000234

### Eva Kostyu
last seen Nov 11, 2025

Part 6, m... ...sponse  7:43 PM ✓✓

June 20, 2024



I informed my endocrinologist of our conversations and she provided the attached letter confirming my service dog's medical necessity at all times due to my long term history of severe hypoglycemic episodes resulting in losing consciousness in various environments/circumstances.

The attached letter is dated yesterday, June 19, 2024.

I have been her patient for 4 years and my treatment plan, including my service dog, continuous monitor, and insulin pump, is evaluated and reviewed by her regularly.

Fiona Torres

Privia - NVAEN - Northern VA Endocrinologists • 3201 Jermantown Road, FAIRFAX VA 22030-2881
TORRES, Fiona G (id #20186589, dob:
**Letters**
Privia - NVAEN - Northern VA Endocrinologists • 3201 Jermantown Road, FAIRFAX VA 22030-2881
TORRES, Fiona G (id #20186589, dob:

**my PRIVIA.**
YOUR HEALTH YOUR WAY

Northern Virginia Endocrinologists
3201 Jermantown Road Suite 250
FAIRFAX, VA 22030-2881
Phone: (703) 849-8440, Fax: (703) 849-0032

Date: 06/19/2024

RE: Fiona Torres, DOB:          PT ID #20186589

To whom it may concern,

I am Fiona Torres' endocrinologist and I am writing in support of her having her service dog giv...  ...er ty...1
diabetes history. She has a history of severe hypoglycemic reactions resulting in her passing out leading to

7:43 PM ✓✓

Final part  7:44 PM ✓✓

Part 1 (the first pic) & part 4 are the main ones to focus on

7:45 PM ✓✓

▶ ●·ıılıl||||||||ıı·····ııı||||||||ı····  EK
0:12                    8:46 PM

▶ ●ıılıllllllllıııllllllıılıllıll  EK
6:13                    8:52 PM

"Is consciousness required to perform the duties of this position, if yes then the service dog is in fact required to perform

Message

TORRES 000239

## Eva Kostyu
last seen Nov 11, 2025

6:13          June 20, 2024  M

"Is consciousness required to perform the duties of this position, if yes then the service dog is in fact required to perform the essential duties"
9:01 PM

🤣

That should be your reply   9:01 PM

Omg Im so angry   9:01 PM

DEAD  9:27 PM ✓✓

Hahahahahahaha  9:27 PM ✓✓

But honestly??????  9:27 PM ✓✓

Like i truly wanna know what conversations have been had behind closed doors
9:27 PM ✓✓

I cannot imagine the stupidities they've said
9:28 PM ✓✓

5:27                     10:42 PM ✓✓



1/5

Message

TORRES 000240



**Eva Kostyu**
last seen Nov 11, 2025

😡😡   July 4, 2024
2:17 AM

It's okay. Was not meant to be. I knooooooow for SURE they would've made my life a living hell no matter what
2:17 AM ✓✓

And who the fuck wants to commute an hour+ each way three times a week. No
2:18 AM ✓✓

Hell no   2:18 AM ✓✓

Yeah fuck that forreal   2:24 AM

You'll find something better   2:24 AM

How are you doing with dexcom? I just switched to the 7 and will have some leftover g6
2:25 AM

I haven't actually literally switched yet but going to once this transmitter expires
2:25 AM



2:19                                           3:51 PM ✓✓

July 6, 2024

I have submitted the required details with the EEOC and will need to wait for an interview to be made available to me for next steps. They were fully booked and I was instructed to regularly check back, which I will do.

There are countless recurring timeframes where my

Message

TORRES 000253

Case 1:25-cv-02350-PTG-WBP  Document 27-6  Filed 04/24/26  Page 24 of 37 PageID# 446

← Peyton Anderson, Vanessa... ⋮

Monday, Feb 2 • 7:07 PM



▶        05:52

Monday, Feb 2 • 8:20 PM

**Peyton Anderson**

Yeah I'm willing/able to be a witness 🫡 I can totally give info on how I helped at cvent. Is that the only kinds of questions they'd ask? I don't want to be useless 😂

❤️

No idea what kinda questions would be asked

You just answer honestly and what you remember

My team/I might be able to prepare you on what type of questions might be asked closer to when needed, if applicable

**Vanessa Ramsay**

⊕  RCS message      ☺  🖼  ᰖ

happy to help however I can

|||     ◯     ‹

TORRES 000261

## Joey Cabrera
last seen today at 10:58 PM

**June 15, 2024**

to nicole.belyna

Hi Nicole,

I spoke with Debbie yesterday/Friday and she let me know my anticipated June 17 start date had to be put on hold as a result of trying to get things sorted regarding my medical alert dog.

She advised reaching out to you as I wanted to confirm if my offer was in jeopardy as a result of the possibility that SHRM may not be willing to accommodate my medical alert dog.

When we spoke on the phone on June 4 you had mentioned that would not be the case, but I wanted to double check.

If you are able to shed light and a possible timeline for a resolution that would be greatly appreciated.

Thank you so much!                          12:52 PM ✓✓

**Updated draft for your records haha**

12:52 PM ✓✓

Yeah definitely sit on it a bit, and then when you come back to it you can see how it comes across. As long as it's professional and to the point.          12:53 PM

**Yeah** 12:54 PM ✓✓

1:54                                     2:54 PM

8:50                                     5:26 PM

Message

TORRES 000267

## Joey Cabrera
last seen today at 10:58 PM

beach trip. 😜

June 17, 2024    1:52 PM

Smh  1:53 PM ✓✓

At least she responded with a direct thing

1:53 PM ✓✓

I suppose, if you want to look at a silver lining.

1:53 PM

1:29    2:10 PM ✓✓

6:12    2:16 PM ✓✓

4:11    2:27 PM

3:44    3:03 PM ✓✓

0:36    3:04 PM ✓✓

I can also do later today if you wanna do like an outdoor dinner somewhere

3:06 PM ✓✓

4:12    3:17 PM

😛 | Message

TORRES 000277

11:08

**Joey Cabrera**
last seen today at 10:58 PM

This is why I dislike the corporate structure. So many hurdles to get stuff done.

11:27 AM

Yup  1:06 PM ✓✓

0:12                           8:46 PM

6:13                           8:52 PM

"Is consciousness required to perform the duties of this position, if yes then the service dog is in fact required to perform the essential duties"   9:01 PM

😂

That should be your reply   9:01 PM

Omg Im so angry   9:01 PM

DEAD  9:27 PM

9:34 PM ✓✓

I am so dead. From my diabetic friend re: the matter at hand hahahahaha   9:34 PM ✓✓

Yes we allll angry up in dis biatch!   9:35 PM

2:41                           11:38 PM

Message

TORRES 000292

**Joey Cabrera**
last seen today at 10:58 PM

July 2, 2024

July 3, 2024

Ugh imma needa call you once I'm familiar with my route from felix's
9:00 PM ✓✓

Shrm stood by their original statement
9:00 PM ✓✓

Not gonna work there  9:00 PM ✓✓

Cried a little with drew/ellen/felix
9:00 PM ✓✓

I know i was not meant to work there
9:00 PM ✓✓

I know that for sure  9:01 PM ✓✓

But fuck them  9:01 PM ✓✓

Ooooh okay. I'm here. Damn straight! Nicole is the worst. We hates her.  9:01 PM

July 4, 2024



1:19                                    10:55 AM ✓✓

Yes there's a lot of stuff around Springfield Plaza. I have to jump in le shower.
11:01 AM

I'm like drenched in sweat fml  11:48 AM ✓✓

Message

TORRES 000297

**What I sent to Nicole part 1**  2:43 PM ✓✓

prescription refills, therefore I do not have CGM access for days, due to the regularly occurring re-evaluation of insurance coverage (this has happened to me, at minimum, once per year).

- My CGM malfunctions or produces an error for countless reasons. Glucose reading access therefore ends for a minimum of 2+ hours. This has occurred to me, at minimum, twice per year.
- My CGM falls off or is ripped off accidentally (this regularly occurs to me, at minimum, 4 times per year). I then need to change the CGM which then means I do not have readings for a minimum of 2 hours. In the event I do not have access to a backup CGM at the office, I would have to drive home or to a pharmacy to obtain one, which is incredibly dangerous for me specifically as I have totaled 4 vehicles from severe hypoglycemic episodes.

During the events above, there is no accommodation that could be made to prevent me from the life threatening events my service dog is trained to protect me from.

Fiona Torres

**Show quoted text**

2:43 PM ✓✓

**Smh**  2:43 PM ✓✓

That's definitely an in depth summary. Get all out of the way and wipe your hands of them.

2:49 PM

   9:38    3:23 PM ✓✓

 3:29    3:52 PM

Message

TORRES 000300



TORRES 000308

### Joey Cabrera
10:58 PM

December 18, 2025

3:21    4:20 PM ✓✓

Cat's outta the bag fyi

https://www.businessinsider.com/hr
-giant-shrm-faces-new-discrimination
-lawsuit-2025-12

4:31 PM ✓✓

May the lord be with me  4:31 PM ✓✓

Parkoured  4:41 PM

My mom can let you in  4:43 PM ✓✓

Getting dressed now, you can come up

4:43 PM ✓✓

K I knocked but we shall see.  4:43 PM

Bring your hard drive up?  5:16 PM ✓✓

For movie transfer?  5:17 PM ✓✓

At least for r&j  5:17 PM ✓✓

I didn't bring cause Alzheimer's. But
tomorrow.

5:17 PM

Ah okay no worriesss  5:18 PM ✓✓

Meechum is right behind the door so just
be super careful when you open  5:20 PM

Message

TORRES 000313

 Peyton Anderson

Hmmm I gotcha! To me smart casual is like no ripped jeans, no open toed shoes. Like you could wear nice jeans/top with your Rothys. But I totally get it

Jeans only on Thursdays in a corporate job where clients don't walk thru the building is heinous

You're already making my ass commute to France 3x a week

Seriouslyyyy like wtf

Thursday, Jun 13, 2024 • 6:34 PM



02:00

01:47

Thursday, Ju.  ↓  )24 • 8:17 PM

RCS message

TORRES 000320

←  Peyton Anderson   📞   ⋮



▶ ||||∥∥|∥∥∥∥∥|∥|∥∥∥∥∥|∥    01:51

▶ ||∥∥|∥∥∥∥|∥|∥∥∥∥∥|∥∥∥    01:54

OMG!! That is soooo beyond fucked up if they're with holding the offer. I really would hope that's not the case but good on you for asking for that in writing. Idk why this is so all over the place like wtf. But thinking good thoughts that this will all work out 🤞

Thank you mama 🤞 🤞 🤞 tryna keep hope alive but fuck them regardless

For real!! They're literally an HR company like I do not understand

↓

Yo...re mf tellin me

⊕ RCS message        ☺   🖼   ‖|‖

TORRES 000321

 Peyton Anderson

If you are able to shed light and a possible timeline for a resolution that would be greatly appreciated.

Thank you so much!

I added this 3rd paragraph

Disregard the 1st draft above lolol

I think that's a well crafted email! Def not mean or karen like

Appreciate you

Of course!

Saturday, Jun 15, 2024 • 5:33 PM



01:04

00:23

RCS message

TORRES 000326

Case 1:25-cv-02360-PTG-WBP   Document 27-6   Filed 04/24/26   Page 35 of 37 PageID# 457



 Peyton Anderson

Oh good! Yeah agreed let them know this is stupid for them to be asking all these questions

Omg whyyy so hot lol

But that would work for me!

They don't have reservations available for Friday but I'll try to call and ask how hard it typically is to get a spot without a rez

Okay! I'm also down to go during the week next week if we get a reservation

Wednesday, Jun 19, 2024 • 3:48 PM


01:49

Wednesday, Jun 19, 2024 • 7:05 PM

Sounds good to me! I was at the Nats game last night and w‍ ‍ot there around 8ish and it was hot b‍ ‍ bearable. And



⊕ RCS message

TORRES 000331

←  Peyton Anderson 📞 ⋮

Tuesday, Oct 1, 2024 • 10:27 AM

Ugh thank you, fingers crossed. And right?? That's what I'm hoping for but we'll see

They're called MyStudio

Omg I don't think i told you but I got a lawyer so we can hopefully serve SHRM 👀

Yeah! Nothing wrong with keeping your options open
Ooohh snap!! That's awesome!

Sunday, Oct 6, 2024 • 4:43 PM



▶ 01:58

▶ 01:55

▶ 01:33

⊕ RCS message 😊 🖼 〜

||| ○ ‹

TORRES 000334

←  Peyton Anderson

That's wild you have an article about it! Kinda cool to see your name in a publication like that

Yeah just concerning re: future employers if/when someone eventually googles me

But whatever aint nobody hiring me anyway lolol

I gotcha, I don't think it paints you in a negative light or anything

We shall see. I'll never know/find out if thats why I don't get an offer/interview so whatever

Yeahh I gotcha

 01:47

⊕  RCS message        ☺  🖼  ‖|‖

TORRES 000336