# Exhibit 7

**Currie, Leslie**

**From:** Anna Kathryn Barry <akbarry@kcnlaw.com>
**Sent:** Friday, April 10, 2026 9:06 PM
**To:** Bridenbaugh, Lauren M.; Darrow, Tanja; Currie, Leslie
**Cc:** Lori Kisch; Mary Kuntz; Steve Pershing
**Subject:** Plaintiff's First Supplemental Responses to Defendant's RFPs (Torres v. SHRM)
**Attachments:** 2026.04.10 Plaintiff's First Supplemental Responses to Defendant's First Set of RFPs (Torres Fiona).pdf

**[EXTERNAL E-MAIL]**

Lauren,

Please see attached Plaintiff's First Supplemental Responses to Defendant's First Set of Requests for Production of Documents. As we did for our first production, we will upload the supplemental document production to the CollabSpace that we have set up with Littler for this case. I will send a separate email to let you know when the documents have been uploaded. Please confirm receipt of the supplemental production and confirm that you are able to download and access the documents from the CollabSpace.

As stated in Plaintiff's responses, our client's investigation into this matter remains ongoing and we reserve the right, and expect to, further supplement her responses.

To answer your question from your April 7, 2026 email, regarding the cost for having Plaintiff's phone imaged for purposes of this litigation, we were quoted approximately $3,500-5,000 solely for the collection of audio recordings (otherwise referred to as voice notes or voice messages) and conversion into a format which can be produced. The exact cost will vary depending on the size of the data file(s) on Plaintiff's phone. As we are still working through the concerns outlined in your letter from yesterday, April 10, 2026, we will seek additional estimate(s) early next week to the extent the scope of the phone imaging may expand.

Thank you,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

50 YEARS KCNF
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.