**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Civil Action No. 1:25-CV-02360**

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Compel (the "Motion"), Defendant's opposition, any reply thereto, and the arguments of counsel at the May 1, 2026 motions hearing, and the entire record, it is on this ____ day of ______________________, 2026, hereby

**ORDERED** that the Motion to Compel is **DENIED.**

**IT IS SO ORDERED.**

______________________________
The Honorable William B. Porter
United States Magistrate Judge