**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FIONA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02360 (PTG/WBP) |

## ORDER

Plaintiff filed a Motion to Compel, asking the Court to order Defendant (1) to provide complete discovery responses; (2) to conduct an ESI search consistent with Plaintiff's March 26, 2026, letter; and (3) to identify its Rule 30(b)(6) deponents. ("Motion," ECF No. 20.) At the beginning of the hearing, the Court asked the parties to step outside the courtroom and meet and confer about the issues raised in the Motion, and they narrowed the issues. The Court resolves the remaining issues here.

For the reasons the Court stated on the record at the May 1, 2026, hearing, the Court ORDERS as follows:

1. The Court GRANTS in part and DENIES in part the Motion. (ECF No. 20.)

2. On or before May 6, 2026, Defendant must produce the search term "hit" list discussed during the hearing.

3. The Court DENIES the Motion as to the remaining issues.

Entered this 1st day of May 2026.

Alexandria, Virginia

William B. Porter
United States Magistrate Judge