**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Case No. 1:25-CV-02360-PTG-WBP**

# JOINT MOTION FOR PROTECTIVE ORDER

The Parties, by and through counsel, for the reasons set forth in their joint memorandum accompanying this Motion, hereby move the Court to enter one of the two proposed protective orders attached to that memorandum. The parties have met and conferred in good faith over the language of the prospective protective order and have narrowed the scope of their disagreement which they submit to the Court for its consideration.

Dated: May 28, 2026

Respectfully submitted:

*/s/ Stephen B. Pershing (with consent)*
Mary E. Kuntz, Va. Bar No. 76947
Stephen B. Pershing, Va. Bar No. 31012
Hector F. Ruiz, Jr., Va. Bar No. 102153
Anna Kathryn B. Barry, D.C. Bar No. 1719493
(admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20006
Telephone: 202.331.9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh, Va. Bar No. 90586
Leslie P. Currie, Va. Bar No. 101060
Tiffany din Fagel Tse, Va. Bar No. 92958
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
lbridenbaugh@littler.com
lcurrie@littler.com
ttse@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 310.553.5583
tdarrow@littler.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of May 2026, I caused the foregoing **Joint Motion for Protective Order** to be served through the Court's Electronic Case Filing (ECF) system on the following counsel of record:

Mary E. Kuntz, Va. Bar No. 76947
Stephen B. Pershing, Va. Bar No. 31012
Hector F. Ruiz, Jr., Va. Bar No. 102153
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh