**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FIONA TORRES, | |
| Plaintiff, | Civil Action No.  1:25-cv-2360-PTG-WBP |
| v. | Hon. Patricia Tolliver Giles, J. |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Hon. William B. Porter, M.J. |
| Defendant. | |

**MOTION TO COMPEL DISCOVERY OR EXCLUDE EVIDENCE**
**OF BASIS FOR NON-HIRE DECISION**

Plaintiff Fiona Torres hereby moves to compel certain evidence withheld in this case on grounds of attorney-client privilege, or in the alternative for an order excluding withheld evidence at summary judgment or at trial.

The reasons for this motion are set forth in the attached memorandum and its supporting materials.

Respectfully submitted,



_____

Stephen B. Pershing
Virginia Bar No. 31012
Mary E. Kuntz
Virginia Bar No. 76947
Hector F. Ruiz, Jr.
Virginia Bar No. 102153
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Attorneys for Plaintiff*

Date: May 29, 2026

^   ^   ^

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2026, by 5 p.m., a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

Stephen B. Pershing

3