# ATTACHMENT 1

| Production Begin Bates | Production End Bates | To | From | CC | BCC | Subject | File Name | Sent Date/Time | Privilege Reason(s) | Privilege Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres _0000128 | SHRM_Torres_ 0000128 | | | | | | Sr. Specialist, Product Management Position Overview - Privileged Document 4906-2668- | | Attorney-client | Notes summary to communicate to and with counsel to obtain legal advice regarding communications with Plaintiff. |
| SHRM_Torres _0000567 | SHRM_Torres_ 0000579 | Walters, Hanton | Belyna, Nicole | Link, Jim | | RE: Offer status - Fiona Torres | | 7/15/2024 10:08 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000580 | SHRM_Torres_ 0000591 | Walters, Hanton | Belyna, Nicole | Link, Jim | | RE: Offer status - Fiona Torres | | 7/15/2024 9:53 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres _0000592 | SHRM_Torres_ 0000594 | Belyna, Nicole, Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 6/18/2024 16:16 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres _0000619 | SHRM_Torres_ 0000630 | Belyna, Nicole | Walters, Hanton | Link, Jim | | RE: Offer status - Fiona Torres | | 7/15/2024 8:35 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres _0000631 | SHRM_Torres_ 0000638 | Walters, Hanton; Link , Jim | Belyna, Nicole | | | Fwd: Offer status - Fiona Torres | | 6/20/2024 9:07 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000648 | SHRM_Torres_ 0000649 | Belyna, Nicole | Walters, Hanton; Link, Jim | | | Fwd: Offer status - Fiona Torres | | 6/17/2024 7:07 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000650 | SHRM_Torres_ 0000655 | Walters, Hanton; Link , Jim | Belyna, Nicole | | | RE: Offer status - Fiona Torres | | 6/19/2024 9:04 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000656 | SHRM_Torres_ 0000657 | Belyna, Nicole; Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 6/17/2024 12:30 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000658 | SHRM_Torres_ 0000668 | Walters, Hanton; Link , Jim | Belyna, Nicole | | | Re: Offer status - Fiona Torres | | 7/3/2024 16:01 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres _0000669 | SHRM_Torres_ 0000671 | Walters, Hanton; Link , Jim | Belyna, Nicole | | | FW: Offer status - Fiona Torres | | 6/17/2024 13:36 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres _0000681 | SHRM_Torres_ 0000682 | Walters, Hanton | Belyna, Nicole | | | RE: Doctors Note | | 6/7/2024 10:33 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres _0000683 | SHRM_Torres_ 0000683 | | | | | | Sr. Specialist, Product Management Position Overview.do cx | | Attorney-client; privileged per family relationship | Notes summary to communicate to and with counsel to obtain legal advice regarding communications with Plaintiff; attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding |
| SHRM_Torres _0000684 | SHRM_Torres_ 0000684 | | | | | | FW_ Service Animal ADA information | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres _0000685 | SHRM_Torres_ 0000685 | | | | | | Animal Service Agreement.d ocx | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres _0000704 | SHRM_Torres_ 0000715 | Walters, Hanton | Belyna, Nicole | Link, Jim | | Fwd: Offer status - Fiona Torres | | 7/7/2024 20:49 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres _0000743 | SHRM_Torres_ 0000753 | Walters, Hanton; Link , Jim | Belyna, Nicole | | | Re: Offer status - Fiona Torres | | 7/2/2024 9:18 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres_0000754 | SHRM_Torres_0000757 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | Re: Offer status - Fiona Torres | | 6/18/2024 16:40 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000758 | SHRM_Torres_0000768 | Belyna, Nicole; Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 7/3/2024 15:48 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000769 | SHRM_Torres_0000781 | Belyna, Nicole | Walters, Hanton | Link, Jim | | Re: Offer status - Fiona Torres | | 7/15/2024 10:07 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000789 | SHRM_Torres_0000790 | Belyna, Nicole; Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 6/17/2024 9:51 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000791 | SHRM_Torres_0000792 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | RE: Offer status - Fiona Torres | | 6/17/2024 9:57 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000793 | SHRM_Torres_0000793 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | Fwd: Offer status - Fiona Torres | | 6/17/2024 7:06 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres_0000794 | SHRM_Torres_0000796 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | RE: Offer status - Fiona Torres | | 6/17/2024 16:19 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000806 | SHRM_Torres_0000808 | Belyna, Nicole; Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 6/17/2024 13:39 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000819 | SHRM_Torres_0000828 | Belyna, Nicole; Link, Jim | Walters, Hanton | | | RE: Offer status - Fiona Torres | | 7/2/2024 9:10 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000829 | SHRM_Torres_0000830 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | Fwd: Offer status - Fiona Torres | | 6/17/2024 9:21 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000838 | SHRM_Torres_0000839 | Walters, Hanton | Belyna, Nicole | | | RE: Doctors Note | | 6/17/2024 10:29 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000840 | SHRM_Torres_0000840 | | | | | | Sr. Specialist, Product Management Position Overview.docx | | Attorney-client; privileged per family relationship | Notes summary to communicate to and with counsel to obtain legal advice regarding communications with Plaintiff; attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres_0000841 | SHRM_Torres_0000849 | Walters, Hanton; Link, Jim | Belyna, Nicole | | | Re: Offer status - Fiona Torres | | 6/27/2024 13:12 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's response to the same. |
| SHRM_Torres_0000857 | SHRM_Torres_0000858 | Walters, Hanton | Belyna, Nicole | | | RE: Doctors Note | | 6/4/2024 17:02 | Attorney-client | Communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation and SHRM's |
| SHRM_Torres_0000859 | SHRM_Torres_0000859 | | | | | | FW Service Dog Paperwork | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres_0000860 | SHRM_Torres_0000860 | | | | | | 20240604_163248.jpg | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres_0000861 | SHRM_Torres_0000861 | | | | | | 20240604_163457.jpg | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres_0000862 | SHRM_Torres_0000862 | | | | | | 20240604_163545.jpg | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |
| SHRM_Torres_0000863 | SHRM_Torres_0000863 | | | | | | 20240604_163350.jpg | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRM_Torres _0000864 | SHRM_Torres_ 0000864 | | | | | | 20240604_1 63403.jpg | | Privileged per family relationship | Attachment to communication with counsel (H. Walters) for purposes of obtaining legal advice regarding applicant request for accommodation |