**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

## MOTION FOR LEAVE

Plaintiff Fiona Torres, through counsel, attempted shortly before 5 p.m. today to file a motion to compel certain discovery withheld on attorney-client privilege grounds, or in the alternative for *in limine* relief concerning the same. The Court's electronic filing system ("CM/ECF") rejected the first document submitted for filing, the motion itself, as "malformed," despite plaintiff's counsel's efforts to "flatten" all PDF documents being submitted for filing, and to prevent other errors, like impermissible stray characters in filenames, from impeding the system's acceptance. *See* screenshot of rejection notice (attached hereto as Attachment 1).

Undersigned counsel previously met and conferred with counsel for defendant Society for Human Resource Management concerning this motion. The two sides mutually agreed that they had no differences they could narrow any further before placing the matter before the Court, and reached the understanding that this motion would be added to one other

already set for hearing on June 5. The notice of hearing filed with the motion and supporting materials so indicates.

The present motion for leave is filed to request that for the reasons explained above, the Court accept the notice of hearing for June 5, 2026, as timely filed *nunc pro tunc*.

Respectfully submitted,

Stephen B. Pershing
Virginia Bar No. 31012
Mary E. Kuntz
Virginia Bar No. 76947
Hector F. Ruiz, Jr.
Virginia Bar No. 102153
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com
*Attorneys for Plaintiff*

Date: May 29, 2026

^ ^ ^

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 29th day of May, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

Stephen B. Pershing

**Motions**

1:25-cv-02360-PTG-WBP Torres v. Society for Human Resource Management

JURY

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Click here for more information.

If you need further assistance, please contact the court.

Error File: C:\fakepath\to file - M compel or limine M F - flat.pdf

Submitted Entries

| File Type | Filename | Category | Description |
|---|---|---|---|
| Main Document | C:\fakepath\to file - M compel or limine M F - flat.pdf | - | - |

Back