**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| FIONA TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02360 (PTG/WBP) |
| | ) | |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Plaintiff filed a Motion for Leave ("Motion," ECF No. 47) asking for the Court to accept her Motion to Compel Discovery or Exclude Evidence of Basis for Non-Hire Decision ("Motion to Compel," ECF No. 44) *nunc pro tunc* due to a filing error. On May 29, 2026, Plaintiff filed her Motion to Compel and notice of hearing, one hour late (*see* ECF No. 15 ¶ 13(e)) but asks that the Court proceed with the June 5, 2026, hearing.

Having reviewed the Motion, which demonstrates good cause, and because the requested relief is otherwise proper, the Court ORDERS as follows:

1.      The Court GRANTS in part and DENIES in part the Motion. (ECF No. 47.)

2.      The Court GRANTS Plaintiff leave to file the Motion to Compel.

3.      The Court SCHEDULES a hearing on the Motion for 10:00 a.m. on June 5, 2026.

4.      Defendant must respond to the Motion by 5:00 p.m. on June 3, 2026, and Plaintiff may reply by 12:00 p.m. on June 4, 2026.

5.      The Court otherwise DENIES the Motion.

Entered this 1st day of June 2026.

Alexandria, Virginia

William B. Porter
United States Magistrate Judge