**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| FIONA TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02360 (PTG/WBP) |
| | ) | |
| SOCIETY FOR HUMAN RESOURCE | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff filed a Motion to Compel Discovery or Exclude Evidence of Basis for Non-Hire Decision ("Motion," ECF No. 44) asking the Court to (1) review *in camera* the documents Defendant listed on its privilege log; (2) compel three of Defendant's witnesses to answer questions to which Defendant objected at their depositions; and (3) compel Defendant to supplement its answer to Plaintiff's Interrogatory No. 2. In the alternative, Plaintiff asks that the Court preclude Defendant and the witnesses from offering certain evidence at trial. For the reasons stated on the record at the June 5, 2026, hearing, the Court ORDERS as follows:

1. The Court GRANTS in part and DENIES in part the Motion. (ECF No. 44.)

2. The Court DENIES Plaintiff's request to review *in camera* the documents Defendant identified on its privilege log.

3. The Court PRECLUDES Defendant's Rule 30(b)(1) deponents Nicole Belyna, Jimmy Ray Link, and Deborah Zoerkler from offering any evidence at trial or during summary judgment proceedings that relates to questions they refused to answer at their depositions on

privilege grounds. This prohibition does not apply to testimony that any of these three witnesses later provides as a Rule 30(b)(6) witness for Defendant.

4.   The parties must complete Defendant's Rule 30(b)(6) deposition by June 12, 2026.

5.   The Court otherwise DENIES the Motion.

Entered this 5th day of June 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

2