**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| FIONA TORRES, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | )  1:25-cv-2360 (PTG/WBP) |
| SOCIETY FOR HUMAN RESOURCE | ) |
| MANAGEMENT, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

This matter is before the Court on its own initiative.  On June 17, 2026, the Court held a final pretrial teleconference in this matter.  During the teleconference, the parties indicated their intent to file cross-dispositive motions.  In accordance with the Court's instructions during the teleconference, it is hereby

**ORDERED** that

(1)    A hearing on the parties' cross-motions for summary judgment shall be set for August 28, 2026, at 10:00 a.m.

(2)    Plaintiff shall file their opening dispositive motion, along with a memorandum of law in support of that motion within fourteen (14) days of the date of this Order, which shall not exceed thirty (30) pages.

(3)    Defendant shall file their cross-dispositive motion, along with a single memorandum of law in support of that motion and in opposition to Plaintiff's motion, which shall not exceed forty (40) pages, within fourteen (14) days after Plaintiff files their opening brief.

(4)    Plaintiff shall file a single memorandum containing reply arguments in further support of its dispositive motion, and in opposition to Defendant's motion, which shall not exceed thirty-five (35) pages, within ten (10) days after Defendant files their cross-dispositive motion.

(5)    Defendant shall file a single memorandum containing final reply arguments in further support of their dispositive motion and in opposition to Plaintiff's motion, which shall not exceed twenty-five (25) pages, within six (6) days after Plaintiff files their opposition.

(6)    Seven days before trial, the parties shall file one agreed upon set of proposed jury instructions and separately file their disputed instructions. Each version shall contain citations. At the same time, the parties shall also submit a hard copy and an electronic copy of the instructions to Chambers. The electronic copy should be in Microsoft Word format and emailed to the Chambers' email address. Should the parties have disputed proposed jury instructions, each party shall file a memorandum explaining the basis for any objections to the opposing party's disputed jury instructions along with the basis for their support of their own disputed jury instructions within two (2) days after sending the disputed instructions.

(7)    Seven days before trial, each party shall also file proposed voir dire and verdict forms. Electronic copies of these pleadings should also be submitted electronically to the Chambers' email address in Microsoft Word format.

(8)    On the first day of trial, the parties should provide an original and two courtesy copies of their exhibits to the Court.

Entered this _17th_ day of June, 2026.
Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge