**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **FIONA TORRES,**<br><br>       **Plaintiff,**<br><br>     **v.**<br><br>**SOCIETY FOR HUMAN RESOURCE**<br>**MANAGEMENT,**<br><br>       **Defendant.** | Civil Action No.  1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**NOTICE TO THE COURT**

On June 17, 2026, a final pre-trail conference in the above-captioned matter was held and an Order issued (ECF 64). The Order detailed, *inter alia*, the procedure for the parties to file cross-dispositive motions. However, pursuant to Federal Rule of Civil Procedure 56, Plaintiff Fiona Torres hereby gives notice that she will not be filing for summary judgment on any claim or defense. *See* Federal Rule of Civil Procedure 56(a) (characterizing the filing of a summary judgement motion as permissive). Because Plaintiff's determination not to file for summary judgment may necessitate a change to the ordered schedule and page-limits, Plaintiff here so notifies the Court.

Respectfully submitted,

/s/ *Mary E. Kuntz*
Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012

Hector F. Ruiz, Jr.
Virginia Bar No. 102153
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Attorneys for Plaintiff*

Date: June 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

/s/ *Mary E. Kuntz*

Mary E. Kuntz

3