**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| FIONA TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-2360-PTG-WBP |
| | ) | |
| v. | ) | |
| | ) | Hon. Patricia Tolliver Giles, J. |
| SOCIETY FOR HUMAN RESOURCE | ) | Hon. William B. Porter, M.J. |
| MANAGEMENT, | ) | |
| | ) | |
| Agency. | ) | |
| | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**
**FOR PLAINTIFF**

Pursuant to U.S. Dist. Ct. (E.D. Va.) Loc. Civ. R. 83.1(H), Hector F. Ruiz, Jr. respectfully

requests that the Court grant leave to withdraw his appearance as one of Plaintiff Fiona Torres's

attorneys in the above-captioned case. In support of this Motion, Attorney Ruiz states as follows:

1. Attorney Ruiz certifies that he has provided reasonable notice to Plaintiff Fiona

Torres of this change as required by Local Rule 83.1(H), and Plaintiff has consented to

the withdrawal of Mr. Ruiz as counsel.

2. Besides Mr. Ruiz, three other attorneys from Kalijarvi, Chuzi, Newman & Fitch,

P.C. ("KCNF"), have filed appearances on Ms. Torres's behalf in this case.

3. Stephen B. Pershing, Mary E. Kuntz, and Anna Kathryn B. Barry (all with KCNF)

will all continue to represent Ms. Torres.

4. Mr. Ruiz will leave KCNF on July 10, 2026, to begin other legal employment, and

will no longer be participating in this case. Mr. Ruiz does not require notice of filings in

this matter and should be removed from all service lists including the CM/ECF system.

1

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court grant leave for Mr. Ruiz to withdraw as counsel, and that it direct the clerk to remove him from all service lists and as counsel for Plaintiff Fiona Torres.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Hector F. Ruiz, Jr.*
Hector F. Ruiz, Jr.
Virginia Bar No. 102153
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
hruiz@kcnlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted pro hac vice)
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

*/s Hector F. Ruiz, Jr.*

Dated: July 9, 2026

2