# Exhibit 1

# SOCIETY FOR HUMAN RESOURCE MANAGEMENT

## POLICIES AND PROCEDURES

| | | |
|---|---|---|
| DISTRIBUTION: All Staff | SUBJECT: EQUAL EMPLOYMENT OPPORTUNITY | |
| EFFECTIVE DATE: 1/3/84 | PAGE NO. 1 OF 2 PAGES | FILE UNDER SECTION 1 NO. 001 |
| REVISION DATE: 10/31/06; 01/2007; 6/4/2010; 8/2011 | APPROVED BY: CHRO | |
| | | |

1. POLICY:

   The Society selects the best qualified person for each position at SHRM. SHRM employees have been, and will continue to be, selected from all applicants on the basis of qualifications which are essential for effective performance. These qualifications include factors such as ability, availability, competencies, skills, experience, education, a willingness to work and a desire to succeed.

   SHRM offers equal employment opportunities to all persons without consideration of race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law. This policy applies to recruitment, employment, promotions, upgrades, layoffs, termination, training and development, wages, benefits and all other privileges, terms and conditions of employment. In addition, SHRM shall provide reasonable accommodations for religious or disability-related needs as required under applicable law.

2. PROVISIONS:

   a. Recruitment: All qualified applicants for all available positions will be considered, in conjunction with our established policy of promotion from within, on the basis of individual qualifications, potential and prior job performance. All public and private employment offices used will be advised in writing of our equal employment policy and will be urged to refer qualified applicants to us, without consideration to race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law. All advertisements in newspapers and other media will include the phrase "Equal Opportunity Employer."

All supervisors must ensure that they employ and use qualified staff at all job levels without consideration of race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law.

b. Training and Development:

All SHRM supported training and development programs are available for all employees, without consideration of race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law.

c. Compensation: All employees will be paid according to the current compensation plan which is designed to reward meritorious employees without consideration of race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law.
d. Benefits: All benefit programs sponsored by SHRM will be made available to employees without consideration of race, religion, color, gender, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law.
e. Facilities: No facilities will be segregated, except that: (1) separate restroom and locker facilities will be provided for men and women; and (2) SHRM's lactation room only shall be available to women.
f. Layoffs and Terminations: If it becomes necessary to reduce staff through layoffs, or terminate an employee due to performance, such actions will be based on considerations other than race, religion, color, sex, age, national origin, physical or mental disability, genetic information, veteran's status, marital status, gender identity and expression or sexual orientation, or any other protected status under applicable law.
g. Communication: All staff members will be informed of our commitment to equal employment opportunity by the following:
Bulletin board posters and notices.
Policy
Employee communications
h. The Chief Human Resources Officer is charged with ensuring that SHRM's EEO policy is being administered appropriately. This individual provides periodic progress reports to the President/CEO, and at least annual reports to the SHRM Board Compensation & Organization Committee. All department heads are responsible for full and complete compliance within departments.