# Exhibit 2

SHRM
BETTER WORKPLACES
BETTER WORLD™

SHRM Foundation

SHRMLabs

# EMPLOYEE CODE OF CONDUCT

*Revised June 22, 2021*

EXHIBIT
Planet Depos, LLC

COLLABORATIVE OPENNESS

We are open-minded professionals first and foremost, recognizing teamwork is rooted in honest interactions and unparalleled transparency.

PUSH BACK TO MOVE FORWARD

We respectfully challenge each other's ideas and points of view because it makes us a stronger and better organization. We confront without being confrontational. We want and expect individuals to advocate for their perspectives. Once the diverse voices are heard and explored, we decide and commit, moving forward with collective determination.

## II. EMPLOYEE CODE OF CONDUCT

### A. WHY A CODE OF CONDUCT?

The purpose of this Code is to assist SHRM staff members with recognizing ethical and legal issues in the workplace and use SHRM's resources to resolve them. The Code provisions help everyone clearly understand the limits and specific performance required of all employees and leaders at SHRM.

This Code reflects our ethics, Guiding Principles, and our commitment to SHRM, each other, and the members we serve. It provides the basis for good judgment in daily decision-making by highlighting useful and practical examples in numerous areas that are important to SHRM and areas where staff members might need to seek guidance. Our objectives are supported by an effective ethics program that not only includes an Open Door policy to support further guidance, ongoing communication, training, and an ethics hotline, but also affirmatively illustrates to SHRM staff members what is expected of them.

### B. TO WHOM DOES THIS CODE APPLY?

This Code applies to every SHRM staff member, in every department, at every level – there are no exceptions. It also applies to every staff member of SHRM's subsidiaries. References herein to "SHRM staff" shall apply equally to staff of SHRM's subsidiaries, unless the context clearly indicates otherwise, or it is clearly stated otherwise.

### C. OBLIGATION TO ADHERE TO ALL PROVISIONS OF THE CODE

This Employee Code of Conduct is written so that all provisions of the Code should be considered together in support of SHRM's Guiding Principles. No one provision is meant to stand alone.

The Code does not supersede SHRM policies or procedures. Your supervisor or manager, as well as the CHRO, Manager of Employee Experience, and the General Counsel, are available to discuss any ethical concerns or legal issues.

A staff member who violates any provision of the Code is subject to appropriate disciplinary action up to and including termination of employment.

### D. WHAT SHRM EXPECTS OF YOU

SHRM expects staff members to read, understand, and comply with this Code.

Each manager is responsible for assuring that the Code is understood and followed by the staff members he or she manages. To ignore questionable conduct is to become part of the problem. Knowing about and failing to report violations of this Code is itself a violation of the Code.

The Code provides brief discussions and examples of certain, but by no means all, significant ethical and legal issues. The examples used are not an exclusive list of the issues that may be encountered, but are offered as a useful tool to set standards and enable staff members to avoid creating or aggravating a variety of complex and questionable issues.

If you are faced with an ethical decision, ask yourself the following questions:

- Am I compromising my personal ethics in any way?
- How would I feel if my action was reported on the front page of the local newspaper or on the nightly news?
- How would our members view SHRM if they knew its staff members behaved this way?
- How would I feel if I had to explain my action to my spouse, parents and/or children?

The following brief descriptions of the Code provisions that apply to SHRM's business are intended to provide general guidance to SHRM staff members. The Code provisions refer to and summarize several specific policies; and more specific guidance may be obtained from those separate policy statements. Nothing in the Code is intended to prohibit any individual employee from discussing wages, wage rates, or other terms and conditions of employment, as allowed by law.

## III. CODE PROVISIONS

SHRM's Guiding Principles are intrinsic to the Code: Bold Purpose, Excellence & Accountability, Flexibility & Agility, Smart & Curious, Collaborative Openness, and Push Back to Move Forward.

### A. RESPECT & PERSONAL AND PROFESSIONAL INTEGRITY

- Treat everyone with respect, dignity, fairness and mutual consideration
- Refrain from harassment and illegal discrimination
- Act with integrity
- Comply with our Equal Employment Opportunity Policy and Affirmative Action Policy

- Refrain from office gossip, derogatory comments, or threatening or intimidating others

The SHRM culture promotes inclusiveness and celebrates the diversity of our workforce and the uniqueness of each and every staff member. We are committed to treating everyone with the utmost respect, dignity, fairness and mutual consideration in every situation. We value our colleagues and recognize that each staff member's contribution is the basis of SHRM's success.

Our intent is to foster a trusting work environment that is free of harassment, intimidation and unlawful discrimination, and to promote an honest, supportive and collaborative environment, one that encourages each staff member to reach his or her full potential in the most positive and productive ways. Our culture is supported by openness and candid communication that provides the catalyst for change, acceptance, and teamwork, which foster SHRM's continued success.

Our expectation is that all staff members will treat people with dignity, respect, courtesy and compassion regardless of personal agreement or disagreement with their opinions, beliefs, suggestions, and convictions. Consider others' opinions and suggestions by actively listening and then responding with candid, tactful, and reasoned thought or action.

SHRM also expects staff members to act with integrity. We strive to meet the highest standards of performance, quality, service and achievement. Our intent is to protect and enhance the credibility and reputation of SHRM and to make ethical, responsible decisions. Our good corporate citizenship in the communities in which we serve and operate is a valued asset, one that must be exemplified in all that we do.

Refrain from harassment, derogatory comments, engaging in gossip or spreading rumors, or threatening or intimidating others. This kind of behavior can be personally damaging to your coworkers as well as damaging to our membership and business overall. This kind of behavior has no place in a respectful work environment. If you have a question about a rumor, please consult with your supervisor, HR or the appropriate department head.

## B. COMPLIANCE WITH THE LAW

- Comply with all applicable laws and regulations
- Comply with all SHRM employment and legal compliance policies
- Do not condone violation of laws by other SHRM staff members or pressure them to violate laws

Staff members must comply fully with all laws – federal, state, local – that apply to SHRM (or to their respective employer). Violation of laws and regulations in the course of performing the duties of the job may result in criminal and civil prosecution of the offender, responsible supervising staff member, and SHRM.

Each staff member must be aware of the laws and regulations that apply to his or her job activities. Managers are expected to monitor the observance of applicable laws and regulations.

The employee policies have been developed for compliance with all applicable laws. You should be familiar with those policies, and must comply with them.

You should also be familiar with any compliance policies which are applicable to your activities and which have been posted by the General Counsel on SHRMin as a "Legal Policy" (including those identified by the term "BusLegal" in the file name). If in doubt as to whether any past or contemplated conduct is in compliance with applicable law, you should check with your supervisor who will, if he/she deems necessary, seek advice of the General Counsel.

It is contrary to SHRM Policy for any person to request, pressure or order a staff member to act in violation of the law. Any such action must immediately be brought to the attention of your supervisor or manager, director, chief, human resources or the SHRM compliance line described at Section V below ("Reporting And Resolution of Staff Member Concerns").

## C. EQUAL EMPLOYMENT OPPORTUNITY

- Comply with SHRM's Equal Employment and Affirmative Action Policies

SHRM is an Equal Opportunity Employer. Our Equal Employment Opportunity Policy and Affirmative Action Policy assure that employment, training, work-flex, and other employment-related decisions are made without improper discrimination.

As we recruit, employ, promote, upgrade, layoff, terminate, train, develop, compensate and offer all other privileges, terms and conditions of employment, we are committed to offering such equal employment opportunities to all persons without regard to race, color, religion, sex, gender, age, national origin, physical or mental disability, pregnancy, childbirth, or other related medical conditions, genetic information, veteran status, marital status, gender identity and expression, sexual orientation, hairstyles historically associated with race, or any other protected status under applicable law. We seek to effectively utilize available human resources by selecting the best qualified person for each position at SHRM.

SHRM shall consider both internal and external candidates for available positions, and such candidates will be considered on the basis of individual qualifications, and potential and prior job performance. Staff members will continue to be selected on the basis of qualifications which we feel are essential for effective performance in our organization. These qualifications include such factors as ability, availability, competencies, skills, experience, education, a willingness to work and a desire to succeed.

## D. HARASSMENT-FREE WORKPLACE