# Exhibit 3

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT**

**POLICIES AND PROCEDURES**

| | | |
|---|---|---|
| DISTRIBUTION: All Staff | SUBJECT: RECRUITMENT AND SELECTION | |
| EFFECTIVE DATE: 2/3/2014 | PAGE NO. 1 OF 1 PAGES | FILE UNDER SECTION 1 NO. 033 |
| REVISION DATE: | APPROVED BY: President/CEO | |

1. <u>POLICY:</u>

SHRM and SHRM's subsidiaries and affiliates are committed to employing the best candidates for approved positions, engaging in effective recruitment and selection practices in compliance with all applicable employment laws, SHRM policies, and within budget limitations. We provide equal employment opportunity to all applicants and employees. SHRM, its subsidiaries and affiliate are Equal Opportunity employers; SHRM is also an Affirmative Action employer (M/F/Disabled/Veteran).

Approval of the division head is required to initiate a requisition for a regular open position. Offers of employment are made in writing by the CHRO (or his/her designee), the Vice President, Human Resources (or his/her designee), or by the President of SHRM. No verbal or written offers made in any other manner are permitted and any such offers will be rescinded.

This policy works in conjunction with SHRM's Employee Code of Conduct and several other policies, including but not limited to, SHRM's policies on Employee Referral, Employment of Relatives, Staff Promotions, Background and Credit Checks, Staff Transfers, Equal Employment Opportunity, Affirmative Action, etc.

EXHIBIT
Planet Depos, LLC

2. <u>PROCEDURES:</u>

**Recruitment Procedure**

Note: The following recruitment procedures apply to hiring for positions below the level of Senior Vice President. Recruitment for Senior Vice President-level and above are generally handled through an outside executive search firm.

Unbudgeted jobs are not accepted for recruitment. An unbudgeted job *may* become approved when the SVP of the hiring Division presents the job to the Senior Management Team (Division Heads), and they move to approve it.

Budgeted jobs may be put on hold by the hiring manager while the division makes decisions on how best to fill the position, changes the job description, obtains new pricing, etc. The time limit for keeping positions on hold is 6 months. At six months,

the recruiter will contact the hiring manager to discuss the position, and the division has 30 days to decide to post it or not. If not posted, the Leadership Team will decide where it is most needed and may elect to move the open position to another division.

The recruitment process begins when the Hiring Manager submits a job description for a budgeted position to the Manager, Compensation & Benefits, for pricing and FLSA status determination. Once pricing is established, the Hiring Manager submits the requisition to the recruiting system. Approval of the requisition by the Senior Vice President of the hiring division is then required.

Human Resources will contact the Hiring Manager to determine the most cost and time-effective method of recruitment and selection, and to ascertain that the requirements and qualifications are appropriate to the level and skills of the position.

Human Resources advertises, sources candidates, collects resumes, and phone screens candidates whose resumes indicate that they are qualified for the position. Candidates who do not meet the minimum qualifications established for the posted position are not selected for further consideration. When recruiting for available positions below the SVP level SHRM shall first seek internal candidates from within, and such candidates will be considered on the basis of individual qualifications, and potential and prior job performance. Current employees on a Performance Improvement Plan are not eligible for open positions. There is an active employee referral process for sharing job openings with family and friends, and HR is tasked to ensure that all hiring practices are completed openly and fairly without preference for unqualified candidates. Hiring Managers are discouraged from bringing forward family and friends as candidates for positions in their own division, as it may create a conflict of interest, and in no case is it permitted for family members to work in the same department or in any capacity where the relative could be perceived as under the influence of another relative. See the Employee Referral Policy and Employment of Relatives Policy for more information.

**Selection Procedure**

Hiring Managers are responsible for conducting timely, effective interviews of qualified candidates for the position. Human Resources provides behavioral interviewing questions, and is available to advise on interview techniques and final candidate selection. Candidates are ideally interviewed in person no more than twice – once for the hiring manager and/or interviewing panel, and once for an interview with the hiring manager's supervisor. The Hiring Manager shall promptly submit all interview questions asked and interview notes taken by the Hiring Manager to Human Resources following the interview. Human Resources cannot make an offer of employment until all interview questions and notes are received from the Hiring Manager.

Employment reference checks and background checks are conducted by Human Resources for the two or three selected final candidates. Candidates that do not meet the background check standards are eliminated from further consideration. SHRM uses a third-party background check provider to conduct such reference and

background checks, and all aspects of such checks are handled in accordance with applicable law such as the Fair Credit Reporting Act. SHRM shall not utilize any type of social media to perform any sort of background check on candidates (unless the candidate has specifically requested SHRM's review of a social media profile/portfolio for work-related purposes).

Upon determination of the final candidate, the Hiring Manager and Human Resources collaborate on the offer of employment (including start date and any other details).

The Vice President, HR (or his/her designee), the CHRO (or his/her designee), or the President/CEO makes a written offer of employment to the candidate.

Upon receiving a candidate's signed offer of acceptance, the position is considered closed. On the first day of employment for the new employee, Human Resources completes the final close of the requisition.

**Responsibility**

Human Resources is responsible for the overall management of the recruitment and selection processes including employment-related agency relationships, agency contract negotiations and maintenance, compensation decisions, the processing of new requisitions, keeping applicants apprised of their status, reference and background checks, employment offers, and new employee paperwork.

Hiring Managers are responsible for timely coordination with Human Resources of schedules for interviewing, discussing resumes, and informing internal applicants of their status. If Hiring Managers are not available to participate in the hiring process, HR will not post the job until the Hiring Managers can be available. Timely, decisive and effective action is critical for finding and hiring the best candidates in the market. Hiring Managers make the final selection on the candidates, with the advice and concurrence of the Recruiter. Hiring Managers are further responsible for onboarding activities that are specified by Human Resources for successful startup of the new employment relationship.

Both Human Resources and Hiring Managers are responsible for ensuring compliance with all laws, regulations, and affirmative action requirements (if applicable) relating to hiring and employment. If at any time during the recruitment or selection process a candidate expresses the need for a reasonable accommodation based on a disability, the Hiring Manager must immediately refer the candidate to Human Resources for assistance. Human Resources will then work with the candidate to identify a reasonable accommodation(s).