# Exhibit 4

## Procedure for Requesting an Accommodation

1. **Initiating the Request:** Employees or applicants may submit an accommodation request by completing the ADA Request Form and submitting it to benefits@shrm.org.

2. **Documentation:** SHRM may request documentation from a healthcare provider to verify the disability and need for accommodation, if necessary.

3. **Evaluation:** Human Resources will evaluate the request and consult with the individual to determine appropriate accommodation. This process typically takes no more than 15 business days.

4. **Implementation:** Once an accommodation is approved, the organization will implement it promptly and monitor its effectiveness.

5. **Denial:** If an accommodation is denied, the individual will receive a written explanation and may appeal the decision within 10 business days.