# Exhibit 5

SHRM® BETTER WORKPLACES BETTER WORLD™

**ADA Reasonable Accommodation Request Form**

**Section 1: Personal Information**

- Full Name:
- Job Title:
- Department:
- Supervisor (if applicable):
- Contact Information (Phone/Email):

**Section 2: Accommodation Request**

1. Describe the disability for which you are requesting an accommodation:

2. How does this disability affect your ability to perform your job or participate in the application process?

3. Describe the specific accommodation(s) you are requesting:

**Section 3: Supporting Documentation** (Attach any medical documentation, if required and applicable.)

**Section 4: Acknowledgment** I certify that the information provided is accurate and complete to the best of my knowledge. I understand that additional documentation may be required to process my request.

Signature: Date:

---

For questions or assistance with completing this form, please contact Paige Harmon or Sheri Martel at Benefits@SHRM.org