# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

________________________________

FIONA TORRES,
Plaintiff,
v. Case No.
SOCIETY FOR HUMAN RESOURCE 1:25-CV-02360-PTG-WBP
MANAGEMENT,
Defendant.

________________________________

VIDEOTAPED DEPOSITION OF FIONA GABRIELA TORRES

DATE: Wednesday, April 29, 2026
TIME: 10:00 a.m.
LOCATION: Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
REPORTED BY: Alexzandar Nicholi Fullerton

Job No. CS7998968

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF FIONA TORRES:

LORI B. KISCH, ESQUIRE
ANNA KATHRYN BARNES BARRY, ESQUIRE
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue Northwest, Suite 1000
Washington, DC 20006
lkisch@kcnlaw.com
akbarry@kcnlaw.com
(202) 331-9260

ON BEHALF OF DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT:

LAUREN BRIDENBAUGH, ESQUIRE (by videoconference)
LESLIE P. CURRIE, ESQUIRE
Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
(703) 286-3142
(703) 442-8425

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT:

TANJA L. DARROW, ESQUIRE
Littler Mendelson, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
tdarrow@littler.com
(213) 443-4300

ALSO PRESENT:

Hanton Walters, Vice President Legal Affairs & Administration, Society for Human Resource Management, Defendant

James Lunsford, Videographer

Ms. Darrow, could I just -- I just want to mention before we start that Ms. Torres may -- will need to look at her phone throughout the deposition just because she's monitoring her glucose levels, which she sees on her phone. So I just wanted to let you know that that's the reason she's going to be looking at her phone throughout the deposition.

MS. DARROW: Okay. Thank you.

EXAMINATION

BY MS. DARROW:

Q Good morning, Ms. Torres. How are you?

A Good. Thank you.

Q Good. Can you please state and spell your name for the record?

A Yes. It's Fiona Torres, spelled F-I-O-N-A, T-O-R-R-E-S.

Q Perfect. Now, I've introduced myself very briefly earlier. My name is Tanja Darrow, and I represent Defendant SHRM in this matter. I will refer to them by the acronym "SHRM," but do you understand that --

A Yes.

Q Got you. And so is it accurate to say that you only worked for Brand USA for six months, or a period longer?
A I only worked with them until the end of April 2025, started mid-October 2024.
Q And it was your understanding that in April of 2025 that was the end of the contract. Is that right?
A Correct.
Q Describe for me what you did for Brand USA pursuant to the terms of your contract?
A I worked for their Partner Marketing Team, and I owned a video campaign project.
Q What do you mean you "owned"?
A I was hired to fulfill and execute this video campaign project from start to finish.
Q Did you say "video game"?
A "Video campaign," like --
Q "Video" --
A -- marketing campaign --
Q Got it.
A -- centered around a video -- videos.

with. I'm not sure if it necessarily classifies as an "interview."

Q Who communicated to you that you were being extended an offer?

A Debbie Zoerkler, from what I can recall.

Q So when were you first diagnosed with Type 1 diabetes?

A At the age of 3.

Q Have you ever been hospitalized for Type 1 diabetes?

A Yes.

Q On how many occasions?

A I can't -- I'm not sure.

Q Your best estimate?

A At least -- at least five times would be an estimate.

Q When was the most recent time that you were hospitalized as a consequence of having diabetes?

A 2017.

Q And what were the circumstances that led to that hospitalization?

A I had a severe hypoglycemic episode and was

in a car crash.

Q At the time, did you have a continuous glucose monitor?

A I did not.

Q I'm going to call it a "CGM." Is that okay?

A Yes. Yep.

Q At the time, did you have a service dog?

A Yes.

Q What would you consider a life-threatening hypoglycemic event to which you have experienced in your lifetime?

A Would include, but not limited to, blacking out, losing partial if -- if not full consciousness, slurred speech, loss of cognitive awareness, loss of muscle control, dizziness, fainting, shaking is what comes to mind.

Q Have you been hospitalized for having a hypoglycemic event?

A Yes.

Q On how many occasions?

MS. KISCH: Objection to the extent it's been asked and answered.

THE WITNESS: At least twice.
BY MS. DARROW:
Q When was the first time?
A I'm not sure.
Q Your best estimate?
A I wouldn't be able to give that. I was very young.
Q When was the last time you've been hospitalized for a hypoglycemic event?
A 2017.
Q The car accident you just told me about?
A Correct.
Q What steps do you take to prevent hypoglycemia?
A Monitoring my blood sugar and treating as needed.
Q All right. I'm not a doctor. So let's -- want you to talk me through it. So when you say "monitoring" your blood sugar, what do you mean?
A It depends on what tools I have available. But if I had my CGM and my phone, I would check my -- what my CGM states on my phone and adjust if

needed and/or pay attention to the alerts that my dog would give me, if he alerts for an out-of-range glucose.

Q How long have you had a CGM?

A Since December 2017.

Q And so I see, as you sit here today, you have your phone because it monitors your glucose. Is that right?

A Correct.

Q Okay. So you keep your phone on you at all times?

A I try to.

Q What does --

A But I can't always have it on -- on at all times.

Q Why not?

A I might -- there might be certain needs that I can't have quick access to my phone.

Q Under what circumstances would you not have quick access to your phone?

A Let's say if I'm giving a presentation for work. Be unprofessional to have my phone.

you take to prevent hypoglycemia. You told me about the sensor, or the CGM, monitoring your blood sugar, and treating as needed. So monitoring your blood sugar, anything else that you do with regards to monitoring your blood sugar that you haven't already told me about?

MS. KISCH: I'm just going to object to the extent that your summary mischaracterized her prior testimony.

BY MS. DARROW:

Q Go ahead?

A I believe I had mentioned I will also pay attention to my service dog's alerts, treat as needed. Could also involve doing a manual check through my blood glucose meter.

Q When you say "blood glucose meter," are you referring to something different than the CGM?

A Correct.

Q What does -- what's the blood glucose meter?

A It's a finger prick that will tell you your reading more accurately than a Dexcom.

Q It's more accurate?

A It can be. It's not 100 percent accurate, but it's more reliable than a Dexcom's reading.
Q How long have you been using a blood glucose meter?
A Since I was diagnosed with Type 1 diabetes.
Q What does a blood glucose meter look like? Describe it to me?
A Maybe, like, a small iPod. Has a screen.
Q "It's green"?
A "It has a screen."
Q Oh, it has a screen. Thank you. And then you have to prick yourself and -- well, you tell me. Explain the process to me?
A You do what we call a "finger prick." So you -- via needle, through an applicator, you inject your finger, usually. And then you apply that blood to a test strip. That test strip is inserted into the blood glucose meter. The blood glucose meter will then -- if there's enough blood there, will then give you a reading based on the blood applied to the test strip.
Q Do you keep your blood glucose meter with

Q It's something you can do yourself?
A Yes.
Q How long does it take you to replace the batteries?
A Probably at least ten minutes.
Q Do you keep extra batteries for your blood glucose meter?
A I try to, yes.
Q All right. What type of batteries does it take?
A I'm not sure. It's one of those coin batteries.
Q Okay. So it's not, like -- it's batteries you could get at, like, CVS or Target or something?
A Right.
Q Okay. They're not, like, special. You don't have to go to a doctor or anything to get -- or manufacturer in order to get batteries for your blood glucose meter. Is that right?
A I don't need to go to a special manufacturer.
Q Okay. I want to -- you said "Dexcom" is the

brand of the CGM that you use?

A That's correct.

Q Okay. Was that the same one you were using in May through July of 2024?

MS. KISCH: Objection to form. Vague.

THE WITNESS: Yes.

BY MS. DARROW:

Q Have you switched manufacturers since you first started using a CGM?

A I have not.

Q And why did you select that particular CGM that you use now?

A At the time when I, like, most recently had my 2017 car accident, my endocrinologist had recommended a Dexcom.

Q Did he or she say why or why not?

A To help better monitor my blood sugar.

Q And explain to me how the CGM works?

A It's inserted once every ten days. If it's works -- functioning properly within those 10 days, you -- once you insert it, you do have to wait the 30-minute period for it to warm up and to hopefully

start working. Within those 24 hours, it is known for the readings to be unreliable. That is a known fact within the first 24 hours, at least.

From there, it is connected to your phone. There's a mobile app that allows you to see your readings -- your blood sugar readings. Then at the end of those ten days, it gives you a warning that your time is ending. So it prompts you to change it.

Q So you said "it's known" that it's -- that the readings for the first 24 hours are unreliable?

A Yes.

Q Known to whom?

A The internet.

Q Oh. Did --

A As well as myself. I've experienced it, firsthand.

Q Okay. The doctor didn't tell you that?

A I'm not sure.

Q But you also use your CGM in tandem with your blood glucose meter; correct?

A Correct.

Q Does your CGM send data to any other device

other than your cell phone?
A Yes.
Q What other devices does it send the information to?
A My insulin pump.
Q And where do you keep your insulin pump?
A I change the locations. But typically, at least for the past, like, ten months, I've -- or, actually, less, in the past five months, I've tried to keep it on the back of my arm.
Q Have you ever used any other device to receive data from your CGM other than your cell phone?
A I believe there may have been a website or a software called "Glooko," as well as "Sugarmate," to try to analyze the information.
Q How long have you used those?
A I don't use them.
Q You what?
A "I don't use them."
Q Why not?
A It's not needed.
Q Why do you think it's not needed?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: I'm really not sure.

BY MS. DARROW:

Q How long was the refresher course?

A Less than a day.

Q How old is your dog?

A Nine -- nine years old.

Q What's his name?

A Meechum.

Q What type of dog is he?

A Goldendoodle.

Q Did you have to get a note from a healthcare provider to obtain your dog?

A No, not that I can recall.

Q Did any healthcare provider tell you to get a service dog?

A They did not.

Q How much did you spend for your dog, if anything?

A I -- from my own account, I'm not sure.

Q What's your best estimate?

injured?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: Correct.

BY MS. DARROW:

Q Okay. And no one's ever died as a consequence of your driving?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: Correct.

BY MS. DARROW:

Q Okay. Was there ever a time period where you were not allowed to drive as a consequence of your medical condition?

A No.

Q When is the last time you've lost consciousness as a consequence of your medical condition?

A The 2017 car accident.

Q Did you lose consciousness at any time that you were employed by Cvent?

A Yes.

A I can estimate that it was somewhere around six between that time frame.

Q Did you have your CGM at the time?

A I didn't have my CGM until 2017.

Q So the answer is "no"?

A Correct.

Q Did you have an insulin pump between 2016 and 2017?

A I did not.

Q And so the only way that you could check your glucose level was the manual meter?

MS. KISCH: Objection. Vague.

THE WITNESS: Correct. Or going to a doctor's office to get blood work.

BY MS. DARROW:

Q How often do you go to a doctor's office to have them check your glucose?

A It varies.

Q What's the variable?

A Ranges, sometimes every six months, sometimes every three months, sometimes every year, once a year.

taken, therefore, how coherent I was, and I have no idea when I actually took insulin. But I can at least speak to I don't typically eat dinner before I leave for the end of my workday.

Q Did you -- and I apologize if you testified about this. I don't think you did. Did you check your glucose levels before you got in the car and started driving?

A I'm not sure.

Q Do you know if any medical records related to your 2017 car accident have been produced in this lawsuit?

A I'm not sure what's been produced.

Q Have you had any or been involved in any car accidents since obtaining your service dog?

A The car accident in 2017.

Q The one that's referenced in Defendant's Exhibit number 5, or another?

A Exhibit 5, since it states "Date, Time, October 26, 2017," at the top left of the page.

Q I just want to make -- when you say "the 2017 accident," you're referring to the one that's

referenced in Defendant's Exhibit number 5?

A Correct.

Q Okay. Have you partially lost consciousness since obtaining your dog?

A Yes. This -- in this one incident.

Q When you say "this," what are you referring to?

A The car accident from October 2017.

Q How about since then?

A Since after 2017?

Q Yes, ma'am?

A Not that I can recall.

Q Have you lost full consciousness since obtaining your dog?

A In 2017.

Q Still referring to the 2017 car accident?

A Correct.

Q Have you fully lost consciousness after the 2017 car accident?

A No.

Q Since you've had your dog, what are the occasions in which your dog would not be with you?

A In what time frame?
Q Since 2017?
A 2017 would include environments where I feel it would be unsafe for him, uncomfortable for him, if it includes transportation logistics that would be difficult for him to be involved, if an environment is too loud for him to -- that I feel he would likely get easily stepped on, for example, in a crowded environment -- overly crowded environment, or in a dark environment as well, or if his, like, attendance would -- might be an issue, or if he's unwelcome at the location or wherever setting we're in.
Q On how many occasions have you not had your dog with you because you believe that the environment was unsafe or uncomfortable?
A I can't give an estimate.
Q More than 100?
MS. KISCH: Objection. Asked and answered.
THE WITNESS: I'm not sure. I can't give an accurate estimate.
//

THE WITNESS: I'm not sure.

BY MS. DARROW:

Q Do you have a specific recollection of a single time where someone has said "Do not bring your dog"?

A They didn't state those words, exactly.

Q What words did they use, as best you can recall? Just give me the gist?

A An example would be that a friend of mine has three cats, and two are kittens. So they're very -- they -- they did -- they weren't -- weren't sure how they were going to be with my dog.

Q What friend is this?

A Her name is Alexis.

Q And when did this occur where Alexis said not to bring your dog?

A I'm not sure.

Q Was it this year, last year, ten years ago?

A It has happened this year.

Q So it was this year?

A It has happened this year.

Q With Alexis, or somebody else?

A Alexis.
Q Okay. I mean, kittens don't stay kittens forever. So was it beginning of this year, a month ago, a week ago?
A They're still kittens.
Q I have three cats, but -- anyway. You tell me the time frame?
A It was earlier this year. I'm not sure when.
Q Any other occasions where you have a specific recollection, other than Alexis telling you she's not sure how the kittens are going to react to the dog, or vice versa?
A Recollection of what?
Q Of someone telling you "Don't bring your dog"?
A I've had Ubers refuse service because of my dog.
Q How many times has that happened?
A At least three times.
Q And what do you do when that happens?
A I filed a report to Uber for one of the --

sugar via my blood glucose meter.
Q Have you ever taken your dog on an airplane?
A Yes.
Q How often have you done that?
A I'm not sure.
Q In the last two years, how many times have you taken your dog on an airplane with you?
A I've not taken him in the past two years.
Q Okay. Have you ever traveled without your dog?
A Yes.
Q On how many occasions have you done that?
A I'm not sure.
Q Have you done that in the last two years?
A Yes.
Q When's the last time?
A From what I can recall, like, a -- roughly a year ago.
Q Where'd you go?
A Europe.
Q How long were you in Europe?
A Approximately nine days, possibly ten. Nine

or ten days.

Q Who'd you go with?

A My mother and her friend -- our family friend.

Q What's the friend's name?

A Carmen.

Q Same as your mom's?

A Yes.

Q What's the friend's last name?

A Dobos, I think is her legal last name.

Q Can you spell that for me?

A Dobos is D-O-B-O-S.

Q What was the purpose of the trip?

A Celebrating my mom's 70th.

Q That's the way to celebrate. Where was your dog while you were gone?

A With his dog sitter.

Q He has a standard dog sitter?

A Yes. He stayed in his home.

Q What's your dog sitter's name?

A Mark.

Q Does Mark have a last name?

A I'm not sure of his last name.
Q How often do you -- does the dog sitter watch your dog for you?
A It's not a set schedule.
Q How'd you find Mark?
A Rover, the app.
Q And this was the last time the dog was with the dog sitter?
A I'm not sure if that was the last time. It likely was.
Q Okay. And then how did you check your glucose or monitor your glucose levels while you were in Europe?
A I paid extra attention to my Dexcom, paid extra attention to my own symptoms, and using manual checks via my blood glucose meter if needed.
Q Did you have any episodes at all while you were in Europe?
A What would you classify as an "episode"?
Q You tell me? Anything related to your diabetes occur while you were in Europe?
A I can't recall.

Q Did you lose consciousness?
A I did not lose consciousness.
Q Did you lose partial consciousness?
A I don't believe so.
Q Were there occasions where you were dizzy?
A I believe there may have been.
Q Do you have a specific recollection of that occurring while you were in Europe?
A I'm not sure.
Q Anything that required you to be hospitalized?
A No.
Q Anything that required you to be treated by a healthcare provider?
A Not by a healthcare provider, no.
Q By anybody else that was not a healthcare provider?
A No.
Q Any other occasions besides the Europe trip to celebrate mama's 70th birthday that you've traveled without your dog?
A In what time frame?

Q In -- since you've had your dog?
A I believe so, yes.
Q Oh. What other occasions?
A Another two other European trips that come to mind.
Q That's what I'm talking about. I love Europe. Tell me about the other trips. When were they?
A I believe there was one the year prior, approximately, or estimating in 2024.
Q Where'd you go?
A Spain.
Q We were just talking about Spain. Off the record. How long were you in Spain?
A Roughly around nine days.
Q What was the purpose of that trip?
A Vacation.
Q Who'd you go with?
A My mom and her friend as well as another, like, friend of mainly my mom's.
Q Was it Carmen, or somebody else?
A Different person.

A I did not.
Q Any loss of consciousness or anything like that?
A Not that I can recall.
Q And how did you monitor your glucose during the 2024 European trip?
A Paying extra attention to my Dexcom using more frequent check-ins, trying to listen more to my own body, any symptoms that I might feel. Yep.
Q When you went to Spain, was this before, or after you applied for the position at SHRM? I'm just trying to get a concept of time.
A I believe it was after. Actually, I'm not sure. No. I -- I am not sure. It might not even be 2024, to be honest.
Q Okay. And then you said there was a --
A No, it was not, 'cause I was working at Cvent.
Q Got it.
A So it was 2023. So that's a correction, Not 2024, 2023. My apologies.
Q I typically give that admonition about

without your service dog?
A Correct.
Q Okay. When was that one?
A I am not sure. Probably within the past -- within two years of Spain.
Q Okay. And where'd you go?
A Croatia.
Q Ooh. How long were you in Croatia?
A I believe somewhere around nine days. It's an estimate.
Q That's a cool trip. What was the purpose of that trip?
A Vacation.
Q Who'd you go with?
A My mom and her friend.
Q Is this a different friend?
A She was also on the Spain trip.
Q Mom likes to travel?
A Yes.
Q And who kept your service dog while you were in Croatia?
A Mark, the same sitter.

Q As point of reference, for the Croatia trip, where were you working at the time?
A Cvent.
Q So it -- you think it was about two years before the Spain trip?
A Within two years --
Q "Within two years"?
A -- approximately.
Q And then how did you monitor your glucose while you were in Croatia?
A Extra checks with my Dexcom on my phone as well as paying extra attention to any symptoms from my own body.
Q Any episodes related to your diabetes while you were in Croatia?
A There may have been. I'm not sure. It was a lot of physical activity. So I -- there's a chance that I could've had, like, a sketchy low blood sugar.
Q Did you have to be hospitalized --
A No.
Q -- during your trip to Croatia?
A No.

Q Any loss of consciousness during your trip to Croatia?
A No.
Q Any other trips that you've had that you've taken without your service dog that you haven't already told me about?
A Yes.
Q What other trips?
A Also, approximately within -- I -- I've, like, lost track of how many years have gone by. But during my time at Cvent there was one additional trip before Croatia.
Q Where'd you go?
A Portugal.
Q I love Portugal. What was the purpose of that trip?
A Vacation.
Q How long were you there?
A Approximately nine or ten days.
Q And who watched your service dog?
A Mark, my sitter. The same sitter.
Q So Mark is just your go-to sitter. Is that

Q Can you spell that for me?
A I believe it's B-E-E-L.
Q All right. And how did you monitor your glucose while you were in Portugal?
A Paying extra attention to my Dexcom, doing more frequent check-ins on my Dexcom, and staying extra vigilant with listening to my own body symptoms.
Q All right. Any other trips that you've taken without your service dog that you haven't told me about?
A I believe there was one additional trip to -- that I can recall.
Q Where'd you go?
A I believe it was Vegas. Yes.
Q All right, girl. Do you know when that was, approximately?
A I don't know the -- I don't know.
Q Where'd you work at the time?
A Cvent.
Q Okay. How long were you in Vegas?
A Approximately four days, I would estimate.
Q It's hard to do nine days in Vegas.

A Yeah.

Q So, girl, that'll wear you out. And who did you go with?

A My coworkers.

Q What were their names --

A The coworkers --

Q -- as many as you can recall?

A -- Vanessa Ramsay, David Gomez. Those are the ones that I know for sure were there. Others -- other people have come and -- come and gone. So I'm not sure who else was there.

Q No worries. What was the purpose of the trip?

A Work.

Q This was a work trip? And was Mark watching the dog again?

A I believe my mom was, if I can recall correctly.

Q And how did you monitor your glucose? I know it may seem very obvious what the answer is going to be, but I got to make my record. So how did you monitor your glucose during your Vegas trip?

A Paying extra attention to my Dexcom, doing more frequent check-ins, as well as trying to pay more attention to my own body.
Q Any episodes at all during your Vegas trip related to your diabetes?
A I do recall having what I would classify as a kind of difficult-to-work-with low blood sugar at least once.
Q And what were -- how did that manifest itself?
A I was, like, severely sweating, and I started to feel, like, a little fuzzy, weak as well.
Q Did you lose consciousness?
A I did not lose consciousness.
Q Did you have to be hospitalized?
A No.
Q Did you have to be treated by a healthcare provider?
A No.
Q Did you need the assistance of coworkers?
A Yes.
Q How did they assist you?

A San Francisco.

Q When was that?

A I don't know the exact year, but I was working at Cvent.

Q Do you know if it was in the last two years?

A It was not within the last two years.

Q So further away than that; right?

A Correct.

Q Okay. You know if it was in the last five years?

A Five -- it was pre-pandemic. So pre-2020.

Q That's a great frame of reference. Okay. So before 2000?

A 2020. Before 2020.

Q "2020." Thank you. Okay. Have you now told me about all the occasions for which you've been without your dog?

MS. KISCH: Object to form.

THE WITNESS: There -- there are other times that come to mind that I've been without my dog.

BY MS. DARROW:

Q Tell me about that?

A I sing with a choir voluntarily. So I don't bring him to performances, but I do bring him to all rehearsals.

Q How come he doesn't get to go to the performances?

A He -- so if he were to alert, for example, I wouldn't be able to comfortably treat for his alert and/or check. It would be very distracting, and I would disrupt the concert.

Q So if you got an alert, when you say you "wouldn't be able to treat the alert," you mean treat yourself?

A As -- as well. Like, me, myself, as well as to acknowledge his alert, which is usually via treat or, like, praise.

Q How often does he give you an alert?

A It varies a lot.

Q Like, in the last two days, has he alerted you?

A Yes.

Q Okay. What does that look like?

A He'll paw at my leg.

Q And then what do you do in response?
A I'll check my Dexcom.
Q Do you do anything -- you said -- you're just making me think, because you said earlier you don't bring him to the choir performances because you "can't acknowledge his alert." To the dog, is that right?
A As well as check my Dexcom, go treat the blood sugar, give him a treat if he's correct, and/or give him praise.
Q Okay. And do you acknowledge your dog every single time he gives you an alert?
A I definitely try to, yes.
Q Do you have to give -- not "have to," but do you give him a treat when he gives you an alert?
A I give him treats for some of his alerts.
Q So do you keep treats on you at all times?
A Not at all times, but when -- when able.
Q How often do you have performances with your choir?
A It varies year to year. But on average, we have at least three regular what we call "concert

cycles" per year. Each of those concert cycles typically involves two concerts. Beyond that, there may be one or two additional either fundraiser events that are performances and/or volunteer activities.

Q How long are the performances?

A Typically, around an hour and some change, less than two hours for sure.

Q Just curious. What kind of songs do you guys sing?

A It's classical choral music.

Q And you said you don't bring him to the performances, but you do bring him to the rehearsals?

A Rehearsals, yes.

Q Okay. And the noise of the singing is not upsetting for your dog?

A He -- it's -- yeah. It's not boisterous enough to make him uncomfortable.

Q How many people are in the choir?

A It varies. But as of right now, we're roughly 30 singers.

Q Okay. So 30 folks singing, that's not enough to upset your dog?

Q Okay. In the last two years, how many times have you gone to a concert or a sporting event?

A I've not been to a concert or sporting event in the past two years, from what I can recall.

Q Okay. When's the last time you've been to, like, a concert or a sporting event where you have --

A Or sorry. I do recall last summer, I was at a concert.

Q Oh.

A He was not with me.

Q Who'd you see?

A Beyonce.

Q She's worth it. I've seen her twice, too. Where'd you see her at?

A Is it FedEx Field -- what -- in Maryland?

Q Okay. Okay. When was that concert? I mean, I'm sure I could look it up.

A It was last year, the summer.

Q All right. And you didn't take your dog?

A I did not.

Q Okay. And you tell me? Why didn't you take your dog? I don't want to put words in your mouth.

A It's -- it was dead of summer. So it would've been extremely hot and extremely loud, and the stadium seating is very tight, and people are walking all over. It's very dark in the stadium seating as well.
Q Was this an outdoor stadium, or indoor?
A Outdoor.
Q Okay. Was this daytime, or nighttime?
A It was, like, kind of both.
Q Okay. Like, dusk until the evening?
A Yes.
Q Okay. And how long was that concert?
A At least a couple hours, less than four hours.
Q Was this the concert where she did by herself, or was it the one she did with Jay-Z?
A Just her.
Q "Just her"? Okay. Did I ask you how long that concert was?
A Yes.
Q Okay. All right. And then how did you monitor your glucose during that concert?

A Pay extra attention to my Dexcom, pay -- check more often, and try to listen to my body symptoms as much as possible.
Q Did you have any episodes during that concert related to your diabetes?
A I believe I had a low blood sugar, from what I can recall.
Q And how did it manifest itself?
A I made sure I got treatment.
Q What do you mean you "got treatment"?
A I got -- I believe, from what I can recall, I just got either food or a drink.
Q Oh, okay. But you -- no medical intervention was needed?
A No medical intervention.
Q All right. Didn't have to go to the hospital?
A I did not go to the hospital.
Q Didn't lose your consciousness?
A I did not.
Q Okay. Didn't need the assistance of other people?

A My friend went with me to go get the drink.
Q Okay. But you were able to walk, yourself, to go get your drink?
MS. KISCH: Objection to the extent it mischaracterizes her testimony.
BY MS. DARROW:
Q I'm just asking?
A Yes.
Q Okay. Any other concerts or sporting events that you've attended without your dog?
A I did see Beyonce another time --
Q Girl, me, too --
A -- a couple years before.
Q -- I know. It's worth it. And when was that concert?
A I'm not sure.
Q Okay. Did you go to the Carter concert?
A I did go to the Carter concert.
Q Okay. Did you take your dog with you?
A No.
Q Okay. When -- that was -- was that last year, or --

A Yes.
Q -- year before last?
A Yes.
Q Okay. And where'd you see the Carter concert?
A Same venue as -- oh, sorry. FedEx Field, in Maryland. I believe it's called FedEx Field.
Q So in Maryland, was that concert during the day, or a dusk concert?
A It's, like, in between. It's, like, evening, like -- it started after 5 p.m. or after 6 p.m.
Q Okay. And how long was that concert?
A Which concert?
Q The Carter concert that you went to?
A I was estimating that it was, like, less than five hours.
Q Who did you go to the concert with?
A Felix.
Q What's Felix's last name?
A Polendey.
Q Can you spell that for me?

A It was great.
Q I know; right? Any other concerts or sporting events you've attended without your dog?
A Not -- aside from the two Beyonce concerts, not concerts or sporting events.
Q Any other public events that you've attended without your dog?
A Yes.
Q What other public events?
A Like, musicals --
Q What musicals --
A -- musical performances.
Q -- have you attended? I'm sorry. I didn't mean to cut you off.
A You're good.
Q That was all me. Just so we have a clear record, what musical events have you attended without your dog?
A From what I can recall -- I wouldn't be able to recall all of them. But for this year, for example, I know I've attended two musicals without my dog.

Q Okay. What musicals did you go see?
A "The Wiz" and "Beauty and the Beast."
Q You saw "The Wiz"?
A Yes.
Q How was it?
A Really good.
Q I know; right? Where'd you see that?
A The National Theatre.
Q When did you go see that?
A Within the past month.
Q I am so jealous. Who went with you?
A My mom.
Q How long was that?
A I believe the running time was about 2 hours and 20 minutes.
Q Where was your dog during this time?
A He stayed at home.
Q He's able to stay at home when you go to these type of events?
A I -- yes. He stayed at home. I -- I know -- yeah. He stayed at home.
Q Okay. So when you go to the concerts, does

he stay at home, or do you have a sitter with him?
A He -- if I'm able to, I'll have him stay in -- in his own home.
Q Okay. Is that your preference?
A Yes.
Q Okay. And for "The Wiz" concert, how did you monitor your glucose?
A For "The Wiz" musical, I just paid extra attention to my Dexcom. When appropriate I would try to, like, sneak looking at my phone, as well as paying attention to my body's symptoms.
Q Okay. And did you have any episodes related to your diabetes during the musical?
A Not that I can recall.
Q Okay. Any other events that you've attended without your dog that you haven't told me about?
A So there was "Beauty and the Beast," and I know there were other -- oh, other performances. There's a couple that come to mind. Other, like, similar musical-type performances.
Q You like musicals?
A Yes.

Q When did you see the "Beauty and the Beast" musical?
A That was within the past few months, I believe.
Q Where'd you see that one?
A The National Theatre.
Q Do you have, like, a membership or something?
A No.
Q Oh, okay. You just if you see something --
A Yes.
Q -- interesting, you'll go?
A Mm-hmm.
Q "Yes"?
A Yes.
Q Okay. And did you go with your mom?
A I went with my mom and my sister to "Beauty and the Beast."
Q Okay. And how long was that musical?
A Roughly two and a half hours.
Q And did you leave your dog at home?
A Yes.

Q How did you monitor your glucose during that time?
A Pay extra attention to my Dexcom, try to look at my phone more often when possible, as well as pay extra attention to any body symptoms.
Q And did you have any episodes related to your diabetes during the "Beauty and the Beast" musical?
A Not that I can recall.
Q Okay. Was it a good one?
A No.
Q It wasn't?
A It was not good.
Q Aw, that's a bummer to hear. What other musicals have you attended without your dog?
A There are two that come to mind.
Q Tell me about those?
A One was at the Kennedy Center.
Q Ooh. What'd you see?
A "Jesus Christ Superstar."
Q How was it?
A Great.

Q Oh, good. Okay. And where was your dog during that concert?
A At home. From what I can recall. He could've also been at his sitter.
Q How long ago did you go to the "Jesus Christ" one?
A I would say within the past five years. I'm not sure the exact date. I know it was before "Beauty and the Beast."
Q Was it --
A Not this past year, for sure.
Q -- post-COVID?
A Yes.
Q Okay. And who did you go with?
A My mom.
Q Is -- maybe I'm getting them mixed up. Did you go with your mom and your sister for that one?
A My mom and my sister was not for "Jesus Christ Superstar."
Q Okay. That was your mom? Just --
A Just my mom. Yeah.
Q Okay. And any diabetes episodes during the

"Jesus Christ Superstar"?
A I can't quite recall if everything went smoothly.
Q You "believe everything went smoothly"?
A I can't recall if everything was super smooth.
Q Oh, I misheard you. Okay. And you said there were at least two more? "Jesus Christ Superstar" was one. What was the other one?
A Another was -- also happened to be "Jesus Christ Superstar," a different production.
Q Oh, okay. And for the second production, when was that one?
A I'm not sure the exact day, roughly within the past five years as well, post-pandemic.
Q Okay. And where was your dog?
A I'm not sure.
Q And how long was the concert, or the -- yeah. We can call it a "concert" or a "musical."
A Musical. I would assume around -- at least a couple hours.
Q Would that be your best estimate?

A Yes.
Q Okay. And did you have any episodes related to your diabetes during the second "Jesus Christ Superstar" musical?
A I'm not sure.
Q Okay. Do you have a specific recollection of anything occurring related to your diabetes?
A I'm not sure.
Q All right. Any other musicals where you didn't take your dog with you?
A Not musicals. I did think of another concert.
Q Which one was that one?
A It was at The Anthem.
Q Who'd you go see?
A Queens of the Stone Age.
Q Who?
A Queens of the Stone Age.
Q I don't know that group.
A Rock band.
Q Oh, okay. And when was this?
A Post-2020, within the past five or six years

or so.

Q Where was your dog?

A I would -- I believe he was at home.

Q Okay. And how long was the rock concert?

A I purposely didn't go very long, probably at -- around an hour.

Q What happened? Why was it so short?

A I just only wanted to see the -- the -- this one particular artist.

Q Got it. And why didn't you take your dog?

A It's really loud. It's a rock concert.

Q And I know the answer was obvious. Any glucose or diabetes issues when you attended that concert?

A Not that I can recall.

Q All right. Any other concerts or musicals where you didn't take your dog?

A Yes. There was at -- at least one other concert that comes to mind.

Q Who'd you go see? Somebody good?

A Billie Eilish.

Q She grew up in Pasadena. I'm from Pasadena.

When did you see Billie Eilish?
A Post-pandemic. I'm not sure exactly when.
Q Awesome. How long was that concert?
A I would assume around two and a half hours.
Q Why didn't you take your dog?
A It's too loud.
Q And who -- or where was your dog while you were at the concert?
A At home.
Q And did anybody go to the concert with you?
A Yes.
Q Who went with you?
A Ellen Broetzmann.
Q I don't think you've spelled that last name for me?
A Broetzmann -- do you want me to spell it?
Q Yes, please?
A Broetzmann is B-R-O-E-T-Z-M-A-N-N.
Q Is that a friend of yours?
A Yes.
Q Okay. And did you have any issues related to your diabetes when you attended the Billie Eilish

concert?
A I can't recall.
Q Okay. And how did you monitor your glucose while you were at the Billie Eilish concert?
A Paying extra attention to my Dexcom, trying to check my phone more often, as well as listening to any body symptoms that I might have.
Q Okay. Any other concerts or musicals?
A There was one other that comes to mind.
Q Who'd you see?
A Misseo.
Q That name sort of sounds familiar.
A It's a rock band.
Q Oh, okay. When was that?
A Believe it was post-pandemic.
Q And why didn't you take your dog?
A It's too loud.
Q And did anybody go with you?
A No.
Q Okay. And how long was that concert?
A Approximately an hour and a half.
Q And where was your dog during this concert?

A At home, I believe.
Q Any episodes related to your diabetes when you attended this --
A I don't think so. Sorry.
Q -- rock concert?
A I don't think so.
Q And how did you monitor your glucose during the rock concert?
A Paying extra attention to my Dexcom, trying to check my phone more often, and try to pay extra attention to any symptoms my body might have.
Q Great. All right. Any more concerts or musicals?
A None. No other concerts or musicals that come to mind.
Q Any other events that you attended that you didn't take your dog to that you haven't told me about?
A Yes.
Q What other events?
A Cynthia Erivo just came to mind.
Q What's the name, again?

A "Cynthia Erivo."
Q Oh, yeah, yeah. She's relatively new --
A Yes.
Q Okay. You saw her in concert?
A Yes.
Q Okay. When was that?
A Approximately within the past two years or so.
Q Where was the concert?
A Wolf Trap.
Q Where's that?
A Vienna, Virginia.
Q Oh, okay. How long was that concert?
A I would approximate or estimate roughly two hours.
Q Okay. And when you're telling me the times of the concerts, you're telling me the times that you were at the concert. Would that be accurate?
A Yes.
Q Okay. So for the Cynthia Rodriguez -- it's -- right --
A "Cynthia Erivo."

Q -- oh, "Cynthia Erivo." Sorry. I think my daughter went to that concert. For the Rodrigo concert, did anybody go with you?
A Somebody went with me to the Cynthia Erivo concert.
Q Who went with you?
A Ellen Broetzmann.
Q Okay. And where was your dog during this concert?
A I believe at home.
Q Okay. And the reason you didn't take your dog?
A Too loud.
Q And any episodes related to your diabetes during the concert?
A I'm not sure.
Q Okay. Do you have a specific recollection of anything occurring related to your diabetes?
A I'm not sure.
Q Okay. And -- forgot what I was going to ask. I don't remember what I was going to ask.
MS. KISCH: Are we -- just whenever

you're ready to take a break, because it's been, like, a while.

MS. DARROW: Oh, I get it. Yeah. Let me just finish this line, and we'll take a break. Is that okay?

MS. KISCH: Yeah. I'll do that. That wasn't -- that accommodation wasn't granted to me last time. But I'm happy to do that for you.

MS. DARROW: Nice dig. Thank you, Counsel. I appreciate it.

MS. KISCH: You're welcome.

BY MS. DARROW:

Q Okay. Any other events that you've attended that you haven't taken your dog?

A Yes.

Q What other events?

A It was, like, a drag show.

Q Ooh. Now, that's fun. When did you do that?

A I'm not sure. Post-pandemic, I believe.

Q Anybody go with you?

A Yes.

Q Who went with you?
A Felix.
Q Okay. And how long was that drag show?
A Approximately an hour and a half or so.
Q And where was your dog?
A I believe at home.
Q And any episodes related to your diabetes during the drag show?
A Not that I can recall.
Q And how did you monitor your glucose?
A Paying extra attention to my Dexcom, checking my phone more often, as well as --
Q Same as before?
A Yes, as well as paying attention to my own body symptoms.
Q Got it. Any other events you haven't told me about --
MS. KISCH: Objection. Vague.
BY MS. DARROW:
Q -- that you went to that you didn't take your dog?
A I believe there was another drag show --

yes. Two other drag shows.

Q Where was that -- or where were they? We'll just group them together.

A One was at National Harbor, the other was in DC. I'm not sure the venue.

Q And how long ago were they?

A I'm actually not even sure if one of them was pre- or post-pandemic. Within -- but since I've had my dog.

Q Okay. No worries. And how long were those events?

A I would estimate roughly two hours each.

Q And the dog was where, during these drag shows?

A I'm not sure.

Q Okay. Any issues related to your diabetes when you attended the other two drag shows that you just testified about?

A I'm not sure.

Q Do you have a specific recollection of anything occurring?

A I'm not -- no.

Q Okay. And did you monitor your glucose in the same manner that you did at any other event that you attended where your dog was not present?
A Correct. Just paying extra attention to my Dexcom, trying to check more often.
Q Awesome. Just trying to cut to the chase. Any other events that you attended where your dog was not present --
A Not --
Q -- that you haven't told me about?
A -- not that I can recall.
MS. DARROW: All right. I think this is a good time to take a break.
MS. KISCH: Great.
THE VIDEOGRAPHER: Okay. The time on -- on the monitor is 1450, and we're off the record in Media 3.
(Off the record.)
THE VIDEOGRAPHER: -- monitor is 1505, and we're back on the record.
MS. DARROW: Thank you.
//

THE WITNESS: Where?
BY MS. DARROW:
Q At SHRM?
A I believe there was one other application for a different role I --
Q Did you submit an application for more than one position at SHRM?
A Yes.
Q What was the outcome of the other application?
A I don't believe I heard back, from what I can recall.
Q Oh, sorry. And after you submitted your application to SHRM, what happened next with regards to your application, as far as you know?
A From what I can recall, an HR representative or recruiter had reached out to me to get kind of a screening call.
Q What gave you the idea that it was a screening call?
A It was from an HR rep, just kind of the first touchpoint to see if kind of I met the basics of

their needs.

Q Tell me as best you can recall and as specifically you can recall the full contents of your communication with that HR rep?

A I do not recall.

Q Do you recall the gist?

A I don't recall.

Q How long was the conversation?

A I'm not sure.

Q Telephone?

A Believe it was -- I'm not sure. It was not in person. That's what I know for sure.

Q Do you remember the name of the recruiter?

A I'm not sure.

Q Okay. And then what happened related to your application, that you know of?

A I believe I had a follow-up in some capacity -- I don't know the method of that follow-up -- for potential next steps.

Q You got a phone call in that regard?

A I'm not sure.

Q And then what happened related to your

application process, that you were aware of?

A After that follow-up, after the screening, I know at some point I was scheduled for a first-round interview, virtually.

Q You said "first round." So was there more than one interview?

A Yes.

Q How many were there?

A I believe there were approximately three formal interviews outside of the screening call I mentioned.

Q Who did you interview with the first time?

A I'm not sure.

Q Did you have an understanding as to what their position was, or their role was, in the selection process

A At the time I recall having a high-level overview of what the role would entail.

Q I'm asking you about the person that interviewed you. Did you have an understanding of what that person's role was?

A I don't recall.

was the one that was making a decision as to your employment, or she was just the recruiter?

A My impression was that she was involved. I just don't know to what extent.

Q And were you offered a position at SHRM?

A I was offered a position from SHRM.

Q And what were you told -- who communicated that offer to you?

A Debbie Zoerkler.

Q How did she make that communication to you?

A Over the phone.

Q Tell me as best you can recall and as specifically you can recall the full details of your communication with Debbie Zoerkler, wherein she communicated to you that an offer of employment was being made to you?

A From what I can recall, over the phone she had stated that SHRM did want me to have them on their team, to start in this full-time role. She did -- I do recall over the phone her mentioning the 90,000 salary offer.

I had asked what the potential start date

the two of us to connect at a -- like, a scheduled time.

Q And who is Nicole, as far as you understood?

A I'm not sure her title. I believe she's from HR.

Q Did you talk to Nicole?

A Yes.

Q How long was that conversation?

A I would approximate under 40 -- under 30 minutes, or around 30 minutes.

Q Was anybody else on the line, as far as you knew?

A Not that I recall.

Q Did you record the call?

A I did not.

Q And this was a telephone, or Zoom call?

A Telephone.

Q Tell me as best you can recall and as specifically you can recall the full contents of your communication with Nicole during this call that you just testified about?

A During the call with Nicole, she had asked

me certain details about, like, what he did, how he assisted me. I believe she also asked if there was any, like, monetary compensation -- not "compensation," but accommodation that would be needed by, for example, if he needed to travel for an event.

She had asked, like, are there any, like, monetary needs that he would need in order for him to come along with me for something work related. I said, "No, there are not." I believe -- at a high level, I believe we mentioned his possible documentation that he had. That's what I can recall from the conversation with Nicole.

Q What do you mean about "documentation"?

A What proof of his training I had, his licensing, which I did share with Debbie, who I believe shared it with Nicole.

Q And then anything else that was discussed?

A From what I can -- that's what I can recall.

Q And in terms of the financial responsibility, what all was discussed in that regard?

A She had asked me something along the lines of what -- if there were some type of financial needs

that he might have. I don't recall the exact details behind those questions.

Q How did the call end?

A Uncertain. I was very on edge and anxious, because it didn't seem like an easy thing, or it didn't seem like there was much openness to being willing to accommodate him. So I was very anxious.

Q What is it she said or did that gave you the impression that there was -- don't remember what word you just used -- not "openness"?

A Or willingness to accommodate him?

Q What is it that she said or did that gave you the impression that there was not willingness to accommodate you?

A It had already been, you know, several days of them knowing this information. So clearly, there was some form of hesitation.

In the conversation with her there was no feedback I got from her that -- anything along those lines of "Oh, this should be fine," or, you know, "Let me just, you know, cross my T's and dot my I's," "Let me just follow up with someone just to make sure this

related to the service dog?

MS. KISCH: Objection to the extent it's asked and answered.

THE WITNESS: I can't recall.

BY MS. DARROW:

Q Okay. Did anybody ask you for any documentation related to you saying you had a service dog?

A Yes.

Q Who asked you?

A I believe it was Debbie -- Debbie or Nicole.

Q You're not sure which one?

A I believe it was Debbie or -- or Nicole, but yeah. I'm not 100 percent sure which of them two it was, if not both. This is 6, the most recent one.

Q Thank you.

MS. DARROW: We're going to mark as Defendant's Exhibit number 7 an email exchange involving Ms. Torres and Debbie Zoerkler. And, for the record, that's spelled Z-O-E-R-K-L-E-R. It's a multi-page document, Bates labeled SHRM Torres 1025 through 1029.

Q Okay. When did you first obtain the note that's Bates labeled 1029?

A I assume I would've received it around November 6, 2019.

Q All right. Is there a particular reason why you didn't receive a more recent note to submit to SHRM?

MS. KISCH: Objection to the extent it mischaracterizes her testimony or the evidence in the record.

THE WITNESS: There was no need to provide one.

BY MS. DARROW:

Q Why not?

A I'd never been requested of one past this one.

Q Why did you get this note in November of 2019?

A I was at a church that needed some form of proof. I believe they mentioned a doctor's note. So that's why I requested it for this particular one.

Q What was the church?

A Not sure of the church.
Q What was the issue that caused -- or prompted you to seek a note from your doctor in or around November of 2019?
A I had attended a choir rehearsal with my dog at a church that wasn't our usual church. So the -- some kind of staff had questioned my dog and asked for a doctor's note or something along those lines. So I acquired this one as a result.
Q Have you ever submitted the doctor's note that's dated November 6, 2019, to any other employer?
A Not that I can recall. I -- or I believe -- not -- not that I can recall.
Q Have you submitted the doctor's note that's dated November 6, 2019, to any employers since your application to SHRM?
A I'm not sure if this particular one was included.
Q "Included" in what?
A In another, like, job opportunity.
Q Did you have another job opportunity where you submitted a doctor's note?

from you, Fiona Torres -- so is your email address "torresfg3@gmail.com"?

A That's correct.

Q Okay. Is that still your email address?

A Yes.

Q Okay. And on page 342, it's an email from you to Ms. Zoerkler sent on June 4, 2024, around 4:41 p.m. Is that right?

A Yes.

Q Okay. And that's where you're telling her you're attaching the information for your service dog?

A Correct.

Q Okay. And then she says -- or you say "Happy to chat with Talent Director today at 4 p.m." You see that at the bottom?

A Yes.

Q Okay. And when you say "Happy to chat with the Talent Director today at 4 p.m.," are you referring to Nicole?

A Yes.

Q Okay. And when you testified earlier about the conversation you had with Nicole, is that the call

that happened at four o'clock?
A Correct.
Q All right. Did you have more than one conversation with Nicole?
A Not over the phone.
Q You had another conversation with Nicole that wasn't over the phone?
A Just via email.
Q Okay. That's fair. Thank you. So what were your -- what was your understanding as to what your specific job duties would be?
MS. KISCH: Objection to the extent it's been asked and answered.
THE WITNESS: I can't recall the duties of the role. I just know it was on the Product Management Team. I do recall that it was a hybrid role, so in person part of the week, I believe three times a week.
BY MS. DARROW:
Q Did anybody ever give you a Job Description?
A I had a Job Description when I applied to the job.

dated July 3, 2024; correct?
A Yes.
Q Okay. And you would agree that Ms. Belyna communicated to you that SHRM would accommodate you through breaks, flexible open leave, use of your insulin pump at -- CGM at the office, and that you could maintain food and drink at your workstation; correct?
A That's what she stated.
Q Did you ever tell a healthcare provider that SHRM was offering these accommodations to you?
A No.
Q Did you ever ask any healthcare provider whether the offer of accommodations by SHRM would address any medical issues that you had?
A No.
Q And Ms. Belyna also stated that SHRM was open to continuing to conduct the interactive process to you to identify any additional reasonable accommodations; correct?
MS. KISCH: Objection to the extent that mischaracterizes the documents.

Q Is that the place you were telling me about earlier, or is this a new place?
A Which time?
Q Well, I know you -- well, you -- anyway. I'll just ask it this way. What work did you do for We're Current Co. LLC?
A It's an event management -- or event planner company. So I help primarily either planning events or executing the events.
Q Is that a project-based type of job?
A It's as needed. So project in association with the events.
Q Who's your supervisor?
A Jenn Baca.
Q Okay. That is the place. Do you always bring your dog with you?
A When it's remote, he's with me.
Q And when it's not remote?
A For the in-person events, I don't bring him.
Q Why not?
A It's often checking a lot of people in, so there's often not spaces for me to safely tuck him

away and out of -- like, avoid him getting stepped on.

Q And how often would you have the in-person events where you couldn't bring your dog?

A It ranges year to year, roughly two times a year.

Q When did you work for We're Current Co. LLC?

A I started working for them at the end of 2024.

Q And when you do the dog sitting, does your dog come with you as well?

A Sometimes.

Q Not all the time?

A Not all the time.

Q Why doesn't he come on the occasions that he doesn't?

A I have tried to ask the owners if they were open to another dog coming with me. They stated that they were not comfortable, for various reasons.

Q On how many occasions has it occurred that you've worked as a dog walker or sitter, and you've been asked not to bring your dog?

A At least three times.

on your -- the communication from your phone versus communication from Facebook Messenger?

A The communication with Facebook Messenger has blue.

Q Got it. Can you tell me -- give me a Bates number at the bottom, so I can go to it and see it?

A I believe it is numbers 217, 218, 219 are the ones that are from Facebook Messenger.

Q Got it. Thank you. And on 214 you say: "Ah, yeah. NPPP." What does that mean?

A "No problem."

Q Oh. Three P's means "no problem"?

A I just -- it was, like, an informal text.

MS. KISCH: I'm going to --

THE WITNESS: Like, "byeee" --

BY MS. DARROW:

Q Okay. Got it.

A -- I believe.

Q Okay. I'm just asking. I don't know how the kids communicate this day -- these days. Okay. So: "Aw, yeah. NPPP. Yeah. I should be good for next week. Just still waiting to hear back from the

anti-service-dog twats, but I imagine I wouldn't even start next week if they did happen to come to their senses." That's a message from you. Is that right?

A That's correct. Okay.

Q And when you're referring to the "anti-service-dog twats," who are you referring to?

A SHRM.

Q Okay. Who is Joseph Cabrera?

A Friend of mine.

MS. DARROW: Okay. Going to mark as Defendant's Exhibit number 15 communication between the deponent and Joey Cabrera.

(Defendant Exhibit 15 was marked for identification.)

BY MS. DARROW:

Q Okay. So this seems to have the same font as I saw in your communication with Ms. Broetzmann, when it was through Facebook Messenger. So is what's been marked as Defendant's Exhibit number 15 communication between you and Mr. Cabrera on Facebook Messenger, or something -- or some other platform?

A Another platform.

Q Okay. Do you communicate with her on other platforms?

A Sometimes text, rarely.

Q Do you communicate with -- what's his name -- Mr. Cabrera on other platforms?

A Sometimes.

Q What other platforms?

A Text.

Q And Ellen Broetzmann, do you communicate with her on other platforms?

A "Other platforms," including?

Q Well, we got text and Facebook. Anything else?

A Instagram.

Q And on page 251, in the middle of the page, everything that's got the green background, that's your statement to your friend Eva; right?

A Correct.

Q Okay. So you wrote: "Wish I knew where she lived, though. Ha, ha, ha. Would love to key her car, like, a handful of months later so it's a little less obvious." Is that from you?

A Yes.

Q Who were you referring to?

A I can't tell, based off of this screenshot.

Q Why don't you read the few pages before, and see if you can tell who you're referring to?

A A name is never specified, so I can't 100 percent confirm who is being referred to.

Q It was somebody from SHRM; right?

A A name was not specified, so I can't confirm exactly who it was.

Q Isn't it true that this exchange where you talk about keying somebody's car is in the context of you referring to your communication with SHRM?

A SHRM was referenced in this group of conversation.

Q My question was, isn't it true that in a context where you were talking about keying somebody's car, you were communicating with your friend Eva about SHRM?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: I was communicating

and what part is Peyton's communication?

A For the text messages shared with Peyton Anderson, my messages would have the pink or coral background, and Peyton's would have the blackish background.

Q Is Peyton Anderson also Peyton Veizaga?

A "Veizaga." Yes.

Q V-E-I-Z-A-G-A?

A V-E-I -- yes.

Q What platform is this?

A Text message.

Q All right. True and correct copy of your exchange with Peyton Anderson --=

A It looks to be --

Q -- in Exhibit 19?

A -- it looks to be correct, based on the screenshots that are shared in Exhibit 19.

Q All right. Go to page 333. You messaged Ms. Veizaga -- or Peyton Anderson: "I wrote to this stupid SHRM bitch with a long-ass thing first thing this morning. So hopefully I can shut her the fuck up once I send this updated letter." That's your

communication to Ms. Anderson; right?
A That's correct.
Q Okay. And who were you referring to?
A Based on the text, I would assume it refers to Nicole.
MS. DARROW: All right. We have an audio exhibit, and I'm not sure how that's going to work.
THE WITNESS: I'm going to check my blood sugar.
BY MS. DARROW:
Q Who is -- oh, sorry. Did you check it already?
A Yes.
Q Who's Lisa Corey?
A A friend of mine.
Q Who is Caitlin Perna?
A Friend of mine.
Q How long has Lisa Corey been your friend?
A We weren't friends the whole time, but I can say I've at least met her in 2008.
Q "2008"?

CERTIFICATE OF DEPOSITION OFFICER

I, ALEXZANDAR NICHOLI FULLERTON, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action

ALEXZANDAR NICHOLI FULLERTON
Notary Public in and for the
Commonwealth of Virginia

CERTIFICATE OF TRANSCRIBER

I, PENNIE HAHN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

PENNIE HAHN