# Exhibit 8

**Date Time:** 10/26/17 12:23 AM
**Patient Name:** TORRES,FIONA, 27 y.o., female
ED Provider: C. Visintainer, MD

**History of Presenting Illness:**

**Chief Complaint**: MVC/hypoglycemia
**History obtained from**: Patient.
**Narrative/Additional Historical Findings:**Fiona Torres is a 27 y.o. female With hx of hypoglycemia, has been diabetic for 20 years or so. States she has frequent highs and lows, has a hypoglycemia sniffing dog. Tonight she did not eat dinner after taking insulin and forgot to check her blood sugar before driving which she is supposed to do. Remembers feeling 'hypoglycemic' and going 'all over the road'. Was in an MVC, found to have blood glucose in the 20's at the scene. Was given glucagon and oral sucrose. Reports she was wearing her seatbelt. + airbag deployment. Denies any chest pain, neck pain, headache, abdominal pain. Denies recent illness.

Nursing notes from this date of service were reviewed.

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Diabetes mellitus without complication | |
| • Disorder of thyroid | |
| • Mononucleosis | |

**Past Surgical History:**
History reviewed. No pertinent surgical history.

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Maternal Uncle | |
| • Diabetes | Paternal Uncle | |

**Social History:**

**Social History**

| Social History | |
|---|---|
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

EXHIBIT
PENGAD 800-631-6989
S Torres
4/29/26 AF

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Current User |
| • Alcohol use | Yes |
| *Comment: social* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
- No narrative on file

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Bactrim [Sulfamethoxazole W/Trimethoprim (Co-Trimoxazole)] | |
| • Penicillins | |

**Medications:**
No current facility-administered medications for this encounter.

Current Outpatient Prescriptions:
- Insulin Aspart (NOVOLOG SC), Inject into the skin 3 (three) times daily. 20-30 units, Disp: , Rfl:
- insulin glargine (LANTUS) 100 UNIT/ML injection, Inject 13 Units into the skin 2 (two) times daily., Disp: , Rfl:
- NATURE-THROID 32.5 MG tablet, , Disp: , Rfl:
- Nutritional Supplements (VITAMIN D BOOSTER PO), Take by mouth., Disp: , Rfl:
- ondansetron (ZOFRAN ODT) 4 MG disintegrating tablet, Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea., Disp: 20 tablet, Rfl: 0

**Review of Systems:**
Review of Systems
Constitutional: Negative for fever and activity change.
Eyes: Negative for visual disturbance.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for vomiting and abdominal pain.
Musculoskeletal: Negative for gait problem.
Skin: Negative for rash.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for weakness.
Psychiatric/Behavioral: Negative for suicidal ideas.
All other systems reviewed and are negative.

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

**All other systems reviewed and are negative**

**Physical Exam:**

ED Triage Vitals [10/25/17 2156]

| Enc Vitals Group | |
|---|---|
| BP | **(!) 128/97** |
| Heart Rate | **(!) 102** |
| Resp Rate | **14** |
| Temp | |
| Temp src | |
| SpO2 | **98 %** |
| Weight | **71.2 kg** |
| Height | **1.575 m** |
| Head Circumference | |
| Peak Flow | |
| Pain Score | |
| Pain Loc | |
| Pain Edu? | |
| Excl. in GC? | |

Physical Exam
Constitutional: Oriented to person, place, and time. Appears well-developed. No distress.
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
C-Spine: No midline TTP
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: CTAB, Effort normal.
Abdominal: Soft. No distension.
Thoracic/Lumbar spine: No midline TTP
Pelvis: Stable, NT
Musculoskeletal: Normal range of motion UE/LE bilaterall. No deformity, edema or tenderness.
Neurological: Alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Not diaphoretic.
Psychiatric: Normal mood and affect.
Nursing note and vitals reviewed.

**Labs:**

Labs Reviewed
**GLUCOSE WHOLE BLOOD - POCT - Abnormal; Notable for the following:**

| Result | Value |
|---|---|
| POCT - Glucose Whole blood | 149 (*) |

All other components within normal limits

**Rads:**

**Radiology Results (24 Hour)**

**** No results found for the last 24 hours. ****

Medications - No data to display

**MDM and ED Course**

C.Visintainer, MD is the primary attending for this patient and has obtained and performed the history, PE, and medical decision making for this patient.

Oxygen saturation by pulse oximetry is 95%-100%, Normal. Interventions: None Needed

**MDM: Well appearing, ambulates without difficulty in ED, was able to eat a turkey sandwhich. Repeat glucose 149. Boyfriend here to give ride home. Stable for discharge.**

**Assessment/Plan:**

Results and instructions reviewed at the bedside with patient and family.

Clinical Impression
Final diagnoses:
**Hypoglycemia**
**Motor vehicle collision, initial encounter**

Disposition

**ED Disposition**

| ED Disposition | Condition | Date/Time | Comment |
|---|---|---|---|
| **Discharge** | | Wed Oct 25, 2017 10:58 PM | Fiona Torres discharge to home/self care.<br>Condition at disposition: Stable |

Prescriptions

**Discharge Medication List as of 10/25/2017 10:58 PM**

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

Signed by: C. Visintainer, MD

Visintainer, Catherine M, MD
10/26/17 0023

Electronically signed by Visintainer, Catherine M, MD at 10/26/2017 12:23 AM

**ED Triage Notes by Sweet, Erin E, RN at 10/25/2017 9:58 PM**

| | | |
|---|---|---|
| Author: Sweet, Erin E, RN | Service: — | Author Type: Registered Nurse |
| Filed: 10/25/2017 10:02 PM | Date of Service: 10/25/2017 9:58 PM | Creation Time: 10/25/2017 9:58 PM |
| Status: Signed | Editor: Sweet, Erin E, RN (Registered Nurse) | |

Pt presents to ED via EMS for hypoglycemia/mvc (+airbag deployment). EMS report patient initial blood glucose was 20. Pt received glucagon, upon arrival to ED glucose 122. Pt A&Ox4, skin warm pink and dry. Pt has abrasion noted to left posterior upper arm. Pt denies neck, back or head pain.

Electronically signed by Sweet, Erin E, RN at 10/25/2017 10:02 PM

**Hospital Encounter Notes**