# Exhibit 9

**Encounter Date: 11/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | TORRES, FIONA (35yo, F) ID# 3145 | **Appt. Date/Time** | 11/20/2017 02:15PM |
| **DOB** | [redacted] | **Service Dept.** | VA ENDOCRINOLOGY |
| **Provider** | NAHRAIN H. ALZUBAIDI, MD | | |
| **Insurance** | Med Primary: AETNA - INNOVATION HEALTH (HMO)<br>Insurance # : W230759700<br>Policy/Group # : 083505601500001<br>Prescription: check now | | |

## Chief Complaint

Followup: Type 1 diabetes mellitus
Followup: Vitamin D deficiency
Followup: Hypothyroidism

## Patient's Pharmacies

**CVS/PHARMACY #1416 (ERX): 5652 PICKWICK RD, CENTREVILLE, VA 20120, Ph (703) 631-9440, Fax (703) 815-7414**
CVS/PHARMACY #10170 (ERX): 8117 LEESBURG PIKE, VIENNA, VA 22182, Ph (703) 761-3924, Fax (703) 761-3929

## Vitals

**BP:** 120/80 11/20/2017 05:54 pm
**Pulse:** 74 bpm 11/20/2017 05:54 pm
**Wt:** 213 lbs 11/20/2017 05:44 pm

## Measurements

None recorded.

## Allergies

Reviewed Allergies

BACTRIM

PENICILLIN V: Other

PENICILLINS

SULFAMETHOXAZOLE

SULFAMETHOXAZOLE-TRIMETHOPRIM

TRIMETHOPRIM

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Accu-Chek Guide test strips**<br>Take 7 strip(s) every day by miscell. route for 90 days. | 06/20/19 | filled |
| **azithromycin 250 mg tablet** | 09/14/17 | filled |
| **Bactrim DS 800 mg-160 mg tablet**<br>Take 1 tablet(s) every 12 hours by oral route.<br>**Internal Note:** for 1 week | 12/06/13 | entered |
| **BD Ultra-Fine Nano Pen Needle 32 gauge x 5/32"**<br>TAKE 1 NEEDLE(S) 5 TIMES A DAY BY MISCELL. ROUTE | 03/24/19 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE(S) TWICE A WEEK BY ORAL ROUTE. | 09/27/19 | filled |
| **fluconazole 150 mg tablet** | 10/26/15 | filled |
| **Glucagon Emergency Kit 1 mg solution for injection**<br>USE AS NEEDED | 08/06/19 | filled |
| **HumaLOG KwikPen (U-100) Insulin 100 unit/mL subcutaneous**<br>Inject 20 unit(s) 4 times a day by subcutaneous route for 90 days. | 02/21/18 | filled |
| **HumaLOG KwikPen U-200 Insulin 200 unit/mL (3 mL) subcutaneous**<br>INJECT 20 UNIT(S) 4 TIMES A DAY BY SUBCUTANEOUS ROUTE FOR 90 DAYS. | 02/14/19 | prescribed |
| **HumaLOG U-100 Insulin 100 unit/mL subcutaneous solution**<br>INJECT 20 UNIT(S) 6 TIMES A DAY BY SUBCUTANEOUS ROUTE FOR 90 DAYS. | 04/18/19 | renewed |
| **nitrofurantoin monohydrate/macrocrystals 100 mg capsule** | 10/26/15 | filled |
| **NovoLOG Flexpen U-100 Insulin aspart 100 unit/mL (3 mL) subcutaneous**<br>INJECT 20 UNIT(S) 6 TIMES A DAY BY SUBCUTANEOUS ROUTE FOR 30 DAYS. | 09/24/19 | filled |
| **NovoLOG U-100 Insulin aspart 100 unit/mL subcutaneous solution**<br>INJECT 20 UNIT(S) 6 TIMES A DAY BY SUBCUTANEOUS ROUTE FOR 90 DAYS. | 08/30/19 | filled |
| **NP Thyroid 60 mg tablet**<br>TAKE 1 TABLET(S) EVERY DAY BY ORAL ROUTE FOR 90 DAYS. | 09/23/19 | filled |
| **Omnipod Classic Pods (Gen 3) subcutaneous cartridge** | 06/28/19 | filled |
| **Omnipod Dash Pods (Gen 4) subcutaneous cartridge** | 09/04/19 | filled |
| **ondansetron 4 mg disintegrating tablet** | 01/04/15 | filled |
| **rosuvastatin 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/31/19 | filled |
| **Toujeo SoloStar U-300 Insulin 300 unit/mL (1.5 mL) subcutaneous pen**<br>INJECT 35 UNIT(S) EVERY DAY BY SUBCUTANEOUS ROUTE FOR 90 DAYS. | 02/01/19 | filled |
| **Tresiba FlexTouch U-100 insulin 100 unit/mL (3 mL) subcutaneous pen**<br>40 units daily | 01/13/19 | prescribed |

Problems

Reviewed Problems

- Type 1 diabetes mellitus
- Hypothyroidism
- Vitamin D deficiency

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Hypothyroidism |
| Maternal Uncle | - Diabetes mellitus |
| Paternal Uncle | - Diabetes mellitus |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What was the date of your most recent tobacco screening?: 08/22/2018
What is your level of alcohol consumption?: Occasional
What is your level of caffeine consumption?: Moderate
**Other**
Marital status: Single
General stress level: Low
**Diet and Exercise**
What is your exercise level?: Moderate (Notes: 3x)
What type of diet are you following?: Regular

## Surgical & Procedure History

Reviewed Surgical & Procedure History

none

## GYN History

Reviewed GYN History
Duration of Flow (days): 6 (Notes: regular occ 2 weeks off).
Frequency of Cycle (Q days): 25.
Current Birth Control Method: Condoms (Notes: never used BC).
Date of LMP: 09/26/2016.

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Diabetes: **Y**
Thyroid Problems: **Y**
Notes: infectious mono nucleaosis

## Documents for Discussion

**Discussed the following documents:**
- Clinical Document - ACTIVEHEALTH MANAGEMENT - ACTIVEHEALTH MANAGEMENT - 10/13/17

## Screening

None recorded.

## HPI

She always checks BS before driving. Did not have test strips on her and drove on October 24th, got into a MVA. She called her boyfriend and sounded fine to him on the phone. Was driving 10 minutes away from home. She had a low BS and lost control of her vehicle and hit another car. No one was injured. Her car was totaled, paramedics gave her a sugar tube, was back in 15 minutes. Was taken to the hospital.

## ROS

Patient reports **excess weight gain; Gained a total 40 lb and 28 since last seen. She has stopped her N throid for a long time.**. She reports no eye symptoms. She reports no ENMT symptoms. She reports no cardiovascular symptoms. She reports no respiratory symptoms. She reports no gastrointestinal symptoms. She reports no genitourinary symptoms, no bedwetting/accidents, and normal menses. She reports no musculoskeletal symptoms. She reports no skin symptoms. She reports no neurological symptoms. She reports no endocrine symptoms.
**Additionally reports:**
**she has a service dog with her**

**ROS as noted in the HPI**

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing, well-nourished, well-developed, not anxious/nervous, and no sweating. Level of Distress: no acute distress. Ambulation: ambulating normally.

**Eyes:** Extraocular Movements: intact.

**Neck:** Neck: supple, trachea midline, no masses, and full range of motion. Thyroid: no enlargement or nodules and non-tender.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and regular rate and rhythm.

**Lungs:** Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and clear

to auscultation.

**Abdomen:** Inspection: soft and non-distended. Palpation: no masses, CVA tenderness, or tenderness (no guarding, no rebound). Liver: non-tender and no hepatomegaly.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: no contractures, malalignment, tenderness, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis, edema, varicosities, vitiligo, or palpable cord and smooth, silky skin.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Psychiatric:** Insight: good judgement and insight. Mental Status: normal mood and affect, no diffuse anxiety or paranoid ideations, and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

## Assessment / Plan

1) Type 1 DM: must check blood glucose levels before each meal and give insulin for both food and correction. It may not be given if you cover meals first. keep your basal as is and carb ratio at 1:15 and correction at 1:50 . Take Toujeo 25 units in am . we discussed her Omnipod and Dex comp.

She has a major fluctuation in blood glucose levels. , 1-4 am low BG causing a very high am glucose

2) Ergo twice a week

3) Thyroid: take your meds in am 1 hour before breakfast . All supplements should be taken 4 hours later at lunch. Take iron at dinner. Not taking Take higher 48.75 trial.

**1. Type 1 diabetes mellitus**
E10.9: Type 1 diabetes mellitus without complications
- LEARNING ABOUT TYPE 1 DIABETES
- TYPE 1 DIABETES: CARE INSTRUCTIONS
- CBC W/ AUTO DIFF
- CMP, SERUM OR PLASMA
- HBA1C (HEMOGLOBIN A1C), BLOOD
- LIPID PANEL, SERUM
- MICROALBUMIN/CREATININE, MASS RATIO, URINE
- VITAMIN D, 25-HYDROXY, TOTAL, SERUM
- Toujeo SoloStar U-300 Insulin 300 unit/mL (1.5 mL) subcutaneous pen - Inject 28 unit(s) every day by subcutaneous route for 90 days. Qty: (2520) unit(s) Refills: 3 Pharmacy: CVS/PHARMACY #1416
- ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - Take 1 capsule(s) twice a week by oral route. Qty: (26) capsule(s) Refills: 3 Pharmacy: CVS/PHARMACY #1416

**2. Hypothyroidism**
E03.9: Hypothyroidism, unspecified
- HYPOTHYROIDISM: CARE INSTRUCTIONS
- T4, FREE, SERUM
- T3, FREE, SERUM OR PLASMA
- TSH, SERUM OR PLASMA
- CMP, SERUM OR PLASMA
- NP Thyroid 60 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: (90) tablet(s) Refills: 3 Pharmacy: CVS/PHARMACY #1416 Note to Pharmacy: replacing 48.75 Nature throid

**3. Vitamin D deficiency**
E55.9: Vitamin D deficiency, unspecified
- VITAMIN B12 + FOLATE, SERUM OR BLOOD
- VITAMIN B12 + FOLATE, SERUM OR BLOOD
- CELIAC DISEASE COMPREHENSIVE PANEL, SERUM
- PARIETAL CELL AB, SERUM

**4. Hypercholesterolemia**
E78.2: Mixed hyperlipidemia
- LIPID PANEL W/ DIRECT LDL, SERUM
- Crestor 10 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: (90) tablet(s) Refills: 3 Pharmacy: CVS/PHARMACY #1416

### Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by Nahrain H. Alzubaidi, MD, 05/08/2026.

Encounter performed and documented by Nahrain H. Alzubaidi, MD
Encounter reviewed & signed by Nahrain H. Alzubaidi, MD on 05/08/2026 at 02:49 PM