# Exhibit 11

TORRES, Fiona G (id #20186589, dob: [redacted])

# Overview

**14 days** | Wed Oct 4, 2023 - Tue Oct 17, 2023

Dexcom CLARITY
**Fiona Torres**

# Devices

## Dexcom G6 Mobile App

### CGM ID

| | |
|---|---|
| Serial Number | **Android** |
| Uploaded On | **October 17, 2023** |
| Model | **G6** |

### Alert Settings for Device

**General**

| | | |
|---|---|---|
| Low | Off | |
| Low Repeat | Off | **0 min** |
| High | Off | |
| High Repeat | Off | **0 min** |
| Fall Rate | Off | |
| Rise Rate | Off | |
| Urgent Low | On | **55 mg/dL** |
| Urgent Low Repeat | On | **30 min** |
| Urgent Low Soon | Off | |
| Urgent Low Soon Repeat | Off | **30 min** |
| Signal Loss | Off | |

**Scheduled - Night High**

Status: On
Sun, Mon, Tue, Wed, Thu, Fri, Sat
3:15 AM - 8:30 AM

| | | |
|---|---|---|
| Low | Off | |
| Low Repeat | Off | **0 min** |
| High | On | **180 mg/dL** |
| High Repeat | Off | **0 min** |
| Fall Rate | Off | |
| Rise Rate | Off | |
| Urgent Low | On | **55 mg/dL** |
| Urgent Low Repeat | On | **30 min** |
| Urgent Low Soon | Off | |
| Urgent Low Soon Repeat | Off | **15 min** |
| Signal Loss | On | **20 min** |


Dexcom and Dexcom Clarity are registered trademarks of Dexcom, Inc. in the United States and may be in other countries. All other marks are property of their respective owners.

**TORRES, Fiona G (id #20186589, dob: [redacted])**

# Overview

**14 days** | Wed Oct 23, 2024 - Tue Nov 5, 2024

dexcom CLARITY

**Fiona Torres** | ID: 20186589 | DOB: Sep 10, 1990

## Devices

### Dexcom G6 Mobile App

CGM ID

| | |
|---|---|
| Serial Number | **Android** |
| Uploaded On | **November 5, 2024** |
| Model | **G6** |

### Alert Settings for Device

**General**

| | | |
|---|---|---|
| Low | Off | |
| Low Repeat | Off | 0 min |
| High | Off | |
| High Repeat | Off | 0 min |
| Fall Rate | Off | |
| Rise Rate | Off | |
| Urgent Low | On | 55 mg/dL |
| Urgent Low Repeat | On | 30 min |
| Urgent Low Soon | Off | |
| Urgent Low Soon Repeat | Off | 30 min |
| Signal Loss | Off | |

**Scheduled - Overnight**

Status: Off
Sun, Mon, Tue, Wed, Thu, Fri, Sat
1:00 AM - 5:55 AM

| | | |
|---|---|---|
| Low | Off | |
| Low Repeat | Off | 0 min |
| High | On | 160 mg/dL |
| High Repeat | Off | 0 min |
| Fall Rate | Off | |
| Rise Rate | Off | |
| Urgent Low | On | 55 mg/dL |
| Urgent Low Repeat | On | 30 min |
| Urgent Low Soon | Off | |
| Urgent Low Soon Repeat | Off | 30 min |
| Signal Loss | Off | |


Dexcom and Dexcom Clarity are registered trademarks of Dexcom, Inc. in the United States and may be in other countries. All other marks are property of their respective owners. Generated at: Tue, Nov 5, 2024 10:54 AM EST

**DECLARATION OF CUSTODIAN OF RECORDS**

My name is Kelly Cooper and I am a Custodian of Records for Fiona Torres. The attached records (118 pages) are true and correct copies of records maintained under my care, custody, and control in the ordinary course of business and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: This 8th day of April, 2026

Kelly Cooper
Custodian of Records