# Exhibit 12

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
\+ + + + +

IN THE MATTER OF:

FIONA TORRES

Plaintiff,

v.

Civil Action No. 1:25-cv-02360-PTG-WBP

SOCIETY FOR HUMAN RESOURCE MANAGEMENT

Defendant.

Tysons Corner, Virginia

Friday,
May 22, 2026

DEPOSITION OF:

CARMEN TORRES

called for examination by Counsel for the Defendant, pursuant to Notice of Subpoena, at 1800 Tysons Boulevard, Suite 500, Tysons Corner, VA 22102, when were present on behalf of the respective parties:

Job No. CS8175598

APPEARANCES:

On Behalf of the Plaintiff:

HECTOR RUIZ, ESQ.
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW
Suite 1000
Washington, D.C. 20006
202-331-9260
hruiz@kcnlaw.com

On Behalf of the Defendant:

TANJA L. DARROW, ESQ.
Littler Mendelson P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
310-849-0933
tdarrow@littler.com

Does Fiona take Meechum, her dog, with her when she does her dog walking?

A. Sometimes she does. Sometimes she does not.

Q. How often does she not take him?

A. There are particular dogs that she cannot bring Meechum with.

Q. Okay. So -- that makes sense. So how often would you say that she doesn't bring Meechum with her when she does the dog walking?

A. How often? I know the dog that was not very friendly to other dogs she's not walking anymore. That was a short period of time. The -- the people were going on vacation, so that's out. She's not doing that anymore.

Q. How long was she walking that dog that wasn't very friendly?

A. I think it was once a day.

Q. Okay. And over what period of time did she walk that dog?

A. I don't think it was a week, but let's see. She had to walk him every day, I think. But I don't think it was one full week.

Q. Okay.

A. I would guess probably five days.

the movie, let's say she goes six times a year, six times a year is 100 percent.

Q. Okay.

A. Now, deduct ten percent of that, and it's what, one point something.

Q. Okay.

A. So most of the time she goes with Meechum, but when it's a very -- if it's a movie that she thinks is going to be too -- too loud, then she might leave him behind.

Q. Got it. Has she been to the movies in 2026? We're like halfway through the year now. So has she been to the movies without Meechum this year?

A. Not that I am aware of.

Q. Okay. So we talked about movies. Any other activities you've observed wherein Fiona has engaged in but she does not take Meechum with her?

A. When she goes to exercise.

Q. How often does she do that?

A. I would say three times a week.

Q. And she doesn't take Meechum with her?

A. No, she does not.

Q. Where does she go to exercise?

# C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition Of: Carmen Torres

In the Matter Of: Fiona Torres v. Society for Human Resource Management

Date: 05/22/2026

Place: Tysons Corner, VA

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.



---------------------

Court Reporter