# Exhibit 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FIONA TORRES,

Plaintiff,

v. Civil Action No. 1:25-cv-02360

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

--------------------------------/

The video-recorded deposition of JOSEPH CABRERA was held on Wednesday, June 10, 2026, commencing at 2:15 p.m., virtual location, before Robert A. Shocket, a Notary Public.

Job No. CS8227263

REPORTED BY: Robert A. Shocket

APPEARANCES VIA VIDEOCONFERENCE:

ON BEHALF OF PLAINTIFF:

ANNA KATHRYN BARNES BARRY, ESQUIRE
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, D.C. 20006
Telephone: 202.331.9260
Email: akbarry@kcnlaw.com

ON BEHALF OF DEFENDANT:

LAUREN M. BRIDENBAUGH, ESQUIRE
LESLIE P. CURRIE, ESQUIRE
TIFFANY TSE, ESQUIRE
Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22101
Telephone: 703.442.8425
Email: lbridenbaugh@littler.com
lcurrie@littler.com
ttse@littler.com

APPEARANCES CONTINUED on the Next Page

APPEARANCES VIA VIDEOCONFERENCE CONTINUED:

ALSO PRESENT:

Hanton Walters, Esquire
In-House Counsel for SHRM

Fiona Torres, Plaintiff

Teofilo Farmerio, Videographer

at you, just trying to make sure the court reporter can hear me.

A Uh-huh.

Q We met off the record. My name is Lauren Bridenbaugh and I am one of the attorneys representing the Defendant, Society for Human Resource Management.

A Okay.

Q I'm going to call the Society for Human Resource Management SHRM during the course of this deposition. Do you understand that?

A Yes.

Q Okay. And you understand when I refer to SHRM that means Society for Human Resource Management?

A Yes.

Q Okay. Can you please state your full name for the record?

A Joseph Charles Cabrera.

Q Thank you. And what is your relationship to the Plaintiff in this lawsuit, Fiona Torres?

A We are friends.

Q All right. Have you ever had your deposition taken before?

A I have not.

Q Okay. A few ground rules for a deposition. As you will recall, your testimony is being given under

not a hundred percent sure if it's either, if it's both high or low, but he definitely, I'm pretty sure he alerts her for anything that's in a dangerous, uh, number.

Q How often would you say that you have seen Ms. Torres in person in a given week?

A Um, it's been less lately but I would say for a good time it was once, one to two times a week.

Q And --

A For a few years, actually.

Q What approximate timeframe are you, you know, what are those few years you're referring to?

A Um, I would say probably the past two to three years we would see each other one to two times at minimum a week.

Q And before the last two to three years how often would you see each other per week?

A Uh, maybe once a week.

Q Have you ever been with Ms. Torres in person and she did not have her dog with her?

A Uh, yes.

Q How many times would you say that that has occurred?

A I wouldn't be able to give a number but there are short periods of time where we go run errands

or sometimes we go watch a movie, so two to three hour timeframes, maybe.

Q And how frequently or about how often do you see Ms. Torres that she does not have her dog with her, so, you know, once a month, a couple times a month, do you have an estimate like that?

A Uh, well, when we, I'm trying to think. Most of the times when we go to restaurants we go out to errands, she always brings the dog. So if we see a movie, uh, maybe once a month. That would just be an estimate. If we, sometimes we go to a movie that might be too loud or too, you know, like a horror movie or something, maybe for a two-hour span once a month, maybe.

Q Are there any times where you and Ms. Torres are physically together where she does not have her dog other than going to the movies?

A We would go to the pool, and that would maybe be again, maybe a two to three hours, maybe four-hour pool but that was a neighborhood, that was her neighborhood pool so we're very close. But she didn't bring him to the pool and that was mainly last year, last summer for maybe one or two months.

Q And that was summer 2025?

A Summer 2025, yeah.

A I have not.
Q Have you ever been to a musical with Ms. Torres?
A I don't think we've ever been to a musical.
Q Have you ever been to a play with Ms. Torres?
A I don't think we've ever been to a play.
Q Are you aware of Ms. Torres ever going to a concert without the dog?
A I'm not aware of that.
Q Other than what we've discussed today are there any other activities you have observed where Ms. Torres does not have her dog with her?
MS. BARRY: Objection, vague.
A I would say no. I don't recall any specific circumstances other than what I've mentioned that where she doesn't have the dog. Um, she's, it's very important that he comes with her for most, most of the activities that we do.
Q Does Ms. Torres bring her service dog with her to Kaza?
A I don't believe she does.
(The reporter asked for clarification.)
MS. BRIDENBAUGH: It's Kaza. I think it's spelled K-A-Z-A.

State of Maryland.

Baltimore County, to wit:

I, ROBERT A. SHOCKET, a Notary Public of the State of Maryland, County of Baltimore, do hereby certify that the within-named witness remotely appeared before me at the time and place herein set out, and after having been duly sworn by me, according to law, was examined by counsel.

I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this 26th day of June, 2026.



Robert A. Shocket, Notary Public

My Commission Expires:
November 23, 2026