# Exhibit 14

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
+ + + + +

IN THE MATTER OF:

FIONA TORRES

Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT

Defendant.

Civil Action No. 1:25-cv-02360-PTG-WBP

Tysons Corner, Virginia

Friday,
May 22, 2026

DEPOSITION OF:

TATIANA MESSENGER

called for examination by Counsel for the Defendant, pursuant to Notice of Subpoena, at 1800 Tysons Boulevard, Suite 500, Tysons Corner, VA 22102, when were present on behalf of the respective parties:

Job No. CS8175598

APPEARANCES:

On Behalf of the Plaintiff:

HECTOR RUIZ, ESQ.
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW
Suite 1000
Washington, D.C. 20006
202-331-9260
hruiz@kcnlaw.com

On Behalf of the Defendant:

TANJA L. DARROW, ESQ.
Littler Mendelson P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
310-849-0933
tdarrow@littler.com

Also Present:
FIONA TORRES, Plaintiff

P-R-O-C-E-E-D-I-N-G-S

(2:03 p.m.)

THE REPORTER: We are now on the record. Here begins the deposition of Tatiana Messinger, taken in the matter of Fiona Torres v. Society for Human Resource Management, civil action number 1:25-cv-02360-PTG-WBP. We are located at 1800 Tysons Boulevard, Suite 508, Tysons Corner, Virginia 22102. My name is Jocelyn Martinez. I'm the court reporter on behalf of Veritext. Today's date is May 22nd, 2026, and the time is 2:03 p.m.

Would all present please introduce yourselves and whom you represent for the record, beginning with Opposing Counsel?

MS. DARROW: I am Tanja Darrow on behalf of the Defendant, Society for Human Resources (sic) Management.

MR. RUIZ: Hector Ruiz on behalf of Fiona Torres, the Plaintiff.

THE WITNESS: Tatiana Messinger.

MS. DARROW: She's going to swear you in. Just give it a moment.

THE WITNESS: Oh, okay.

THE REPORTER: Did you want to have Ms.

know the person's name?

A. Oh, I don't know their name.

Q. Are you aware of any activities that she engages in where she does not take Meechum with her?

A. Like you said, if we go to a concert, like when we go to Cirque du Soleil, she doesn't bring Meechum. I'm -- I'm not sure about what else.

Q. Do you know if she takes her dog with her when she works out?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: When I went with her, she did not.

BY MS. DARROW:

Q. When was that?

A. We've done it, like, twice.

Q. When was that?

A. Maybe last summer, maybe the summer before that. I'm not sure.

Q. Any other activities that you've observed wherein Fiona did not have her service dog with her?

A. Like I said, if it's like an event like

a -- a performance that is loud, she doesn't take Meechum. The -- the working out that we did was very loud. It was like a dance kind of workout, so the loudness seems to be a factor.

Q. Are you aware that she went to two Beyonce concerts without Meechum?

A. I didn't go on this, no.

Q. Did you know that she -- I'm asking you if you were aware that she went to two Beyonce concerts without Meechum?

A. I did not know.

Q. Okay. Are you aware that she went to go see The Wiz without Meechum?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: Again, I wasn't there, so I don't know.

BY MS. DARROW:

Q. Were you aware that she went to go see Beauty and the Beast without Meechum?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: Yes.

MS. DARROW: No, it doesn't. She was there.

C E R T I F I C A T E



This is to certify that the foregoing transcript

Deposition Of: Tatiana Messenger

In the Matter Of: Fiona Torres v. Society for Human Resource Management

Date: 05/22/2026

Place: Tysons Corner, VA

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.



-----------------------

Court Reporter