# Exhibit 15

**DECLARATION OF CUSTODIAN OF RECORDS**

My name is Danielle Rosnov-Castelar and I am a Custodian of Records for Behavioral Health & Wellness Assocs. of Northern Virginia. The attached records (41 pages) are true and correct copies of records maintained under my care, custody, and control in the ordinary course of business and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: This 10 day of April, 2026

[signature]

Custodian of Records

# Client History Form

Behavioral Health and Wellness Associates of Northern Virginia

Date: February 7, 2025

Patient: Fiona Gabriela Torres, DOB [redacted]

**Why are you seeking help now?** What is happening or is different? What stressors do you/your child have? What do you hope will be different by seeking help?

Work. I have a temporary work contract that is set to end mid April 2025. I was unemployed all of last year and was heavily looking for jobs until I found this temp contract so am worried about what's going to happen next.

I am in the early stages of a lawsuit against SHRM (Society for Human Resources Management) as they rescinded their job offer to me because I had a medical alert dog. They were not willing to "accommodate" him. The lawsuit is extremely costly and I do want to have a therapist on board if/when mediation begins with this lawsuit. Not sure when that'll happen.

**Please give more details about the issue you named above:** When did it start? How often does it happen? How does it affect your life? How have you dealt with it so far?

Work started to become stressful about a month ago. The stress with work is on & off, but it's pretty overwhelming when it's at its peak. I was "yelled at" or "scolded" by a higher up this past Monday because they were not pleased with how I was handling things. It wasn't a great conversation and just made work feel even more stressful.

How I dealt with - I worked extremely late at least 1 night this week and did the same last week (14+ hour days both times) in order to "catch up" and be in a better place.

**Have you ever experienced similar or other mental health symptoms before?** If so, what was your/your child's experience like? When did it happen? Did you/your child get help?

Yes. I've been through therapy on & off since I was in college (since 2009 or so).

**Has anyone in your family ever experienced mental health or substance use issues?** If so, who was it? Did they seek help or get a diagnosis? What was it like for them? What was it like for you?

[redacted]

**Do you have any current or prior medical issues?** If so, what was/is it? Have you/your child seen a doctor or other healthcare professional for it? What recommendations or treatment did you have? Is there any family history of disease?

I've had type 1 diabetes since I was 3 years old. I have a medical alert dog that will be with me most sessions. He is reactive to certain sounds, but if he can't keep it together I may not bring him.

I see an endocrinologist regularly.

# Client History Form

Behavioral Health and Wellness Associates of Northern Virginia

Date: February 7, 2025

Patient Fiona Gabriela Torres, DOB [redacted]

**Are you currently prescribed any medications?** If so, please list the name, dosage, how often you/your child take it, and the prescriber for each medication.

Insulin, levothyroxine, dexcom (cgm), omnipod (insulin pump), xanax for flights as I get panic attacks, rosuvastatin

**Do you now, or have you ever, used alcohol, tobacco, recreational drugs, or prescription medication other than as prescribed?** If so, which? When did you/your child start, how often did/do you/your child use, and how long did this occur? Please list each substance separately.

I drink 1-2 drinks per week on average. No recreational drugs nor tobacco etc.

**Who is in your family? What is your relationship with them like?** Please list all individuals you consider to be a part of your family. For those who are not part of your family of origin (such as significant others), please include the duration of your relationship.

I live with my mom, we're close. We have had some issues. She's a part of why I have an odd relationship with food.

I have an older sister, she lives in Front Royal, VA. She has 2 daughters. I see them once every couple of months or so. Sometimes longer. No big drama there. I wish we spent more time together, but she's busy and it's tough making plans with her. There's a bit of distance since we were not close growing up at all. She's 6 years older than me.

I have a dad that lives in Cusco, Peru. He mainly only reaches out on my birthday. We're not close. I've discussed my relationship with him or lack thereof with previous therapist(s). It's an "it is what it is" situation.

**What social activities and relationships do you engage in?** What important social relationships do you/does your child have? Do you/your child belong to any social clubs or organizations? How do you/your child like to spend your leisure time?

I sing with a choir once a week. I go to a dance workout class with my close friend, Ellen (I sing with her in my choir) about 3x a week on average. Class is called Kazaxe.

I have a close friend named Joey that I talk with a lot and spend a lot of time with. We've been friends for 3 years. He had feelings for me in our earlier stages but I haven't ever felt romantic feelings for me. Just not my type.

**What spiritual practices and cultural influences are important to you?** Do you/your child belong to a religious, faith, or spiritual community? What other cultural groups do you/your child identify with? How do you celebrate culture and spirituality in your life?

N/A

**What was life like as you were growing up, both at home and in school?** Did you/your child meet developmental milestones on time or experience any delays? What were your friends like when you were younger/what are your child's friends like? Adult clients: What was school like for you as a child?

Hard just because of my diabetes. I blacked out regularly, was in the hospital a good bit. My health was out of control, but it's a lot better now.

# Client History Form

Behavioral Health and Wellness Associates of Northern Virginia

Date: February 7, 2025

Patient Fiona Gabriela Torres, DOB [redacted]

**What significant educational and work/volunteer experiences have you had?** What is the highest level of education you/your child have completed? Are you currently employed? If so, where and for how long? What other work and educational experiences have you had (such as a stay-at-home parent or semester abroad)? Are you satisfied with your current employment and education?

Bachelor's degree in business management. Minored in music industry.

I have a temporary work contract with Brand USA until mid April 2025. I am a marketing project manager. Work remote, but we go into the DC office for a week every now and again. I don't love my job but I am dreading the thought of being unemployed again and I am pretty hesitant about the job market as I was unemployed for a year and received offers from organizations that did not seem like a good fit. I don't want to end up in a place I don't like, but the job market is awful.

**Do you have any current or prior legal issues?** Were you/your child ever arrested or charged with a crime or misdemeanor? Do you have any involvement with the civil courts, such as a lawsuit or family law matter? If so, please describe them.

No, but as mentioned earlier, I am attempting to sue SHRM for the reason mentioned earlier. The lawsuit is in very early stages and is currently in the hands of EEOC.

**What strengths and abilities are you bringing to sessions? What needs or preferences do you have that will help us be successful?** What coping skills have been working for you/your child so far? What is important to know that will help make our time more effective for you?

I really don't like when I'm speaking the whole time with almost no questions asked or any 2 cents given. I'm often the one to pause and ask my therapist what their thoughts are but I often wish it just felt like more of an organic conversation and I wish I didn't have to fish for a response/question.

**What else is important to know about you/your child?**

N/A