# Exhibit 18

**From:** Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent:** 6/3/2024 1:17:01 PM
**To:** Link, Jim [Jim.Link@shrm.org]
**Subject:** RE: Action Needed: Offer Requested for Sr. Specialist Product Management

Thank you, Jim!

---

**From:** Link, Jim <Jim.Link@shrm.org>
**Sent:** Monday, June 3, 2024 1:06 PM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>; Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>; Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Action Needed: Offer Requested for Sr. Specialist Product Management

Approved

Get Outlook for iOS

---

**From:** Schacht, Nick <Nick.Schacht@shrm.org>
**Sent:** Monday, June 3, 2024 12:49:11 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>; Link, Jim <Jim.Link@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>; Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Action Needed: Offer Requested for Sr. Specialist Product Management

Approved – thank you!

Best regards,

**Nick Schacht, SHRM-SCP | Chief Commercial Officer**
+1.703.535.6079 | +1.571.228.6718 M

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Date:** Monday, June 3, 2024 at 12:44 PM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>, Link, Jim <Jim.Link@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>, Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Action Needed: Offer Requested for Sr. Specialist Product Management

Good Afternoon Nick and Jim,

I am excited to share that I am emailing you today to request your review/approval of an offer for the candidate **Fiona Torres** for the open, **Sr. Specialist Product Management** role, who will report to **Katharine Panessidi** in office at HQ. This position has been approved to fill.
I have attached **Fiona's** resume and the job description.

Highlights of Fiona:

- Bachelors in Business Administration and brings over 9yrs experience, where she was the lead project manager for all client and internal trainings.
- Managing/editing all training collateral for 20+ courses including scripts, presentations, and videos.
- Role at Cvent included various on-site event support for our annual conference, Cvent CONNECT

- Experience leading the certification training program and assisting with all registration/the check-in experience.
- Supported Salesforce's annual event, Dreamforce (average attendee size of 30K), on multiple occasions.

Based on her experience, and background, we would like to offer $90,000 which is below the midpoint for this role and keeping within equity of the team. The current Salary range for this role is **min:$77k/mid:97k/max:117k.**
We are targeting a start date of **6/17/2024** .

**Action Items Requested:**

- If you are comfortable with this offer, **please reply via email confirming your approval.**
- Once we have email confirmation of the approvals, **I will submit the offer letter within Dayforce for the hiring manager's review and approval.**

Thank you,
Debbie

**Deborah Zoerkler, SHRM-CP | Sr. Specialist, Talent Acquisition**
SHRM
1800 Duke Street | Alexandria, VA 22314 USA
deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

**From:** Zoerkler, Deborah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=943697AA7D7A408ABE2D6240D50E9210-ZOERKLER, D]
**Sent:** 6/3/2024 12:44:53 PM
**To:** Schacht, Nick [Nick.Schacht@shrm.org]; Link, Jim [Jim.Link@shrm.org]
**CC:** Rivera, George [George.Rivera@shrm.org]; Belyna, Nicole [Nicole.Belyna@shrm.org]
**Subject:** Action Needed: Offer Requested for Sr. Specialist Product Management
**Attachments:** Resume - Fiona Torres - March 2024.docx; Sr. Specialist Product Management.docx

**Importance:** High

Good Afternoon Nick and Jim,

I am excited to share that I am emailing you today to request your review/approval of an offer for the candidate **Fiona Torres** for the open, **Sr. Specialist Product Management** role, who will report to **Katharine Panessidi** in office at HQ.
This position has been approved to fill.
I have attached **Fiona's** resume and the job description.

Highlights of Fiona:

- Bachelors in Business Administration and brings over 9yrs experience, where she was the lead project manager for all client and internal trainings.
- Managing/editing all training collateral for 20+ courses including scripts, presentations, and videos.
- Role at Cvent included various on-site event support for our annual conference, Cvent CONNECT
- Experience leading the certification training program and assisting with all registration/the check-in experience.
- Supported Salesforce's annual event, Dreamforce (average attendee size of 30K), on multiple occasions.

Based on her experience, and background, we would like to offer $90,000 which is below the midpoint for this role and keeping within equity of the team. The current Salary range for this role is **min:$77k/mid:97k/max:117k.**
We are targeting a start date of **6/17/2024** .

**Action Items Requested:**

- If you are comfortable with this offer, **please reply via email confirming your approval.**
- Once we have email confirmation of the approvals, **I will submit the offer letter within Dayforce for the hiring manager's review and approval.**

Thank you,
Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**
SHRM
1800 Duke Street | Alexandria, VA 22314 USA
deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving

workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

# FIONA TORRES

Centreville, Virginia
703-587-3617
Torresfg3@gmail.com

## EXPERIENCE

### Senior Solutions Lead, Hospitality Cloud | Cvent, Inc.

SEPTEMBER 2021– NOVEMBER 2023

- Consulted hoteliers and provided software solutions focused on improving group business revenue.
- Received 7 awards for successful projects, exceptional client feedback, and high productivity.
- Lead project manager for all training programs, including managing all training collateral (scripts, presentations & videos).
- Managed ~23 team members via workshops and written/verbal feedback to improve public speaking and written skills with clients.
- On-site event support and coordinator for event sizes ranging from 25 – 30,000 attendees.
- 9 years of experience working with Salesforce.

### Lead Solutions Specialist, Hospitality Cloud | Cvent, Inc.

AUGUST 2018 – SEPTEMBER 2021

- Built & rolled out 3 webinars and 4 certification courses focused on how hoteliers could use our tool to aid with the impact of COVID.
- Onboarded and mentored 40+ new hires based across the globe.

### Senior Client Success Consultant, Hospitality Cloud | Cvent, Inc.

NOVEMBER 2014 – AUGUST 2018

- Consistently within the top 5 overall stack rank combining productivity, coaching, client survey responses & customer feedback submission.
- Rebuilt 7 public training presentations & scripts.
- Co-founded a committee responsible for managing knowledge base articles. Maintained a 100% writing quality score.

### Provider Liaison Specialist | Child Care Aware of America (Non-Profit)

APRIL 2014 – OCTOBER 2014

- Audited childcare providers nationwide to ensure military families had quality childcare access.
- Handled all military family escalations regarding their childcare provider experiences.

### Corporate Trainer (Direct Sales for Verizon Fios)| Point Solutions, Inc.

DECEMBER 2012 – MAY 2013

### Executive Assistant, Office of Residence Life| James Madison University

AUGUST 2010 – DECEMBER 2012

## SKILLS, ACTIVITIES & INTERESTS

- **Voce Chamber Singers**
  Active singer & social media chair (IG: @vocesings).
- **Conversational Spanish fluency.**
- **Juvenile Diabetes Research Fund**
  Mentor newly diagnosed adults & families.
  30 years living with Type 1 Diabetes.

## EDUCATION

### Bachelor of Business Administration | James Madison University

DECEMBER 2012 GRADUATE **Major:** Business management **Minor:** Music Industry

| Job Title: | Sr. Specialist Product Management | Job Code: | |
|---|---|---|---|
| Job Family: | | Job Level: | 5 - Sr Specialist |
| FLSA Status: | Exempt | Travel Required: | Occasional 0-10% |
| Division | | Position Type: | Full Time |
| Department | HRM - Sales & Mktg | Last Revision Date: | 12/21/2023 |
| Reports to: | | Direct Reports | No |

## POSITION DESCRIPTION

### SUMMARY

At Linkage, a SHRM Company, our goal is to change the face of leadership and make a positive impact on the world of work. This position focuses on spreading that message as far and wide as possible by being an integral part of supporting the product team focused on key projects related to our leadership solution areas: Advancing Women Leaders, Purposeful Leadership and Inclusive Leadership. The Specialist Product Management will play an important role on the product team and interface with other functions of the business to assist with the following:

**RESPONSIBILITIES:**

**Product planning & management**

- Participate in the product management lifecycle through clear ownership of projects, supporting the product managers, and researching new ideas and concepts
- Own the process of updating materials and communications for educational, sales, and marketing use

**Data analysis & reporting**

- Collect sales data to analyze and report out trends, identify potential opportunities and to predict operational needs
- Analyze customer success data to help inform product development and to elevate success stories to enhance sales and marketing

**Learning Experience Systems**

- Manage vendor relationships and lead vendor communication
- Act as the subject matter expert on the deployment of our digital platform
- Collaborate with the Learning Architecture Team as the platform expert on key projects related to digital platform design

**Conference planning & project management**

- Support management of the annual Women in Leadership Institute project plan (and any potential future event) by serving as liaison for conference operations team and communicating important logistical information to speakers, attendees and faculty
- Manage special campaigns and projects as needed, like Award submissions.
- Travel to and work the WIL event as a member of the on-site operations team

Template revised 8/26/2020

| POSITION DESCRIPTION |
|---|

- Other duties as assigned.

**EDUCATION & EXPERIENCE REQUIREMENTS**

Required

Click or tap here to enter text.

- 5 years of relevant experience preferred
- Open to new ways of doing things and can pivot quickly
- Works well as part of a team, or independently
- Strong written and oral communication skills
- Extremely detail oriented with ability to execute tasks in a timely manner

Preferred

- Technology savvy and able to quickly learn new software to build and maintain learning experiences
- Excitement for the potential of AI and the way it will impact learning and the workplace
- Product management experience

**ADDITIONAL NOTES**

**Physical Requirements**

- Must be able to perform essential duties satisfactorily with reasonable accommodations.
- Work is generally done sitting, talking, hearing and typing. Visual acuity to use a keyboard, prepare and analyze data and figures; transcribing, viewing a computer terminal; extensive reading.

**Work environment**

- Work is regularly performed in a professional office environment and routinely uses standard office equipment.

| | | | |
|---|---|---|---|
| Reviewed By: | | Date: | |
| Approved By: | | Date: | |

SHRM is an equal opportunity employer (Minority/Female/Disabled/Veterans).

If you need reasonable accommodation for any part of the employment process due to a physical or mental disability, please send an email to [HYPERLINK "mailto:accessibility@shrm.org"] or TDD (703-548-6900)

The statements in this job description are inteded to describe the general nature and level of work being perfromed by incumbent(s) assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties, and skills required of personnel so classified. This job description does not constitute a contract of employment. This position is for at-will employement. This job description is subject to change at any time.