# Exhibit 19

**From:** Fiona Torres [torresfg3@gmail.com]
**Sent:** 7/15/2024 10:40:36 AM
**To:** Belyna, Nicole [Nicole.Belyna@shrm.org]
**Subject:** Re: Offer status - Fiona Torres
**Attachments:** image001.jpg

As mentioned, I have filed a discrimination complaint with the EEOC and will continue to check their availability once an interview slot is made available.

Fuona

On Mon, Jul 15, 2024, 10:16 AM Belyna, Nicole <Nicole.Belyna@shrm.org> wrote:

Dear Fiona,

We received your communication. Unfortunately, it does not appear there are any reasonable accommodations that would allow you to perform the essential functions of the role. We are unable to grant your request to have a service dog in the workplace. Should anything change regarding potential alternative accommodations that would allow you to perform the essential functions of the role, we remain open to having those discussions. At this stage, and based on the foregoing, we will need to rescind the offer.

Thank you,

Nicole

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Sunday, July 7, 2024 8:53 PM
**To:** Fiona Torres <torresfg3@gmail.com>
**Subject:** Re: Offer status - Fiona Torres

Thank you, Fiona. I will be out of the office this week. I will be checking my email periodically.

Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | +1 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Saturday, July 6, 2024 2:42:00 PM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Offer status - Fiona Torres

EXHIBIT
PENGAD 800-631-6989
10 Torres
04/29/26 AF

Hi Nicole,

I have submitted the required details with the EEOC and will need to wait for an interview to be made available to me for next steps. They were fully booked and I was instructed to regularly check back, which I will do.

There are countless recurring timeframes where my CGM is unable to provide readings and/or I do have physical access to a CGM including, but not limited to:

- The 2 hour CGM warm up period that occurs every 10 days (no readings are provided for 2 full hours)
- My pharmacy has a delay in shipment and I do not have CGM for days (this regularly happens at least 2x per year).
- My insurance causes a delay in fulfilling CGM prescription refills, therefore I do not have CGM access for days, due to the regularly occurring re-evaluation of insurance coverage (this has happened to me, at minimum, once per year).
- My CGM malfunctions or produces an error for countless reasons. Glucose reading access therefore ends for a minimum of 2+ hours. This has occurred to me, at minimum, twice per year.
- My CGM falls off or is ripped off accidentally (this regularly occurs to me, at minimum, 4 times per year). I then need to change the CGM which then means I do not have readings for a minimum of 2 hours. In the event I do not have access to a backup CGM at the office, I would have to drive home or to a pharmacy to obtain one, which is incredibly dangerous for me specifically as I have totaled 4 vehicles from severe hypoglycemic episodes.

During the events above, there is no accommodation that could be made to prevent me from the life threatening events my service dog is trained to protect me from.

Fiona Torres

On Wed, Jul 3, 2024 at 3:59 PM Belyna, Nicole <Nicole.Belyna@shrm.org> wrote:

Good afternoon Fiona,

We hope this message finds you well. Please accept this as a follow-up to the ongoing interactive process related to your request for SHRM to make an accommodation for your diabetic condition. Specifically, your request to have your service dog by your desk while you work.

We are still very interested in you joining the SHRM team. Your request for accommodation has not been taken lightly. To that end, over the past 3 weeks we have utilized the interactive process through our communication with you to learn more about your condition, information surrounding diabetic alert dogs (DAD) and continuous glucose monitoring (CGM) systems, and what reasonable accommodations we can provide in order to permit you to perform the essential functions of the position.

At this time, we are declining your *preferred* accommodation request to have your service dog on site. We are open and willing to provide other reasonable accommodations for your disability. These other accommodations, include but are not limited to, facilitating the use of your continuous glucose monitoring system (CGM) while on site, breaks as you may need to check your blood sugar level, a flexible open leave program to take off when needed to manage your condition, placement of your insulin pump or any food or drink you may require near your workstation, etc. We are

open to continue conducting this interactive process in order to identify any other reasonable accommodation we can provide.

Please take time, including but not limited to, consulting with your medical provider, and let us know any other reasonable accommodations we can provide apart from you having your service dog on site.

We look forward to hearing back from you about what we can do to have you join the SHRM team. In the meantime, should you have any questions, do not hesitate to contact us here at SHRM.

Thank you,

Nicole

---

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Thursday, June 20, 2024 9:34 AM
**To:** Fiona Torres <torresfg3@gmail.com>
**Subject:** Re: Offer status - Fiona Torres

Hi Fiona,

OK, thank you for providing the attached note from your doctor. I have forwarded this along to include with your request.

Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | +1 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Thursday, June 20, 2024 8:50:30 AM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Offer status - Fiona Torres

Hi Nicole,

I informed my endocrinologist of our conversations and she provided the attached letter confirming my service dog's medical necessity at all times due to my long term history of severe hypoglycemic episodes resulting in losing consciousness in various environments/circumstances.

The attached letter is dated yesterday, June 19, 2024.

I have been her patient for 4 years and my treatment plan, including my service dog, continuous monitor, and insulin pump, is evaluated and reviewed by her regularly.

Fiona Torres



On Wed, Jun 19, 2024, 6:13 PM Fiona Torres <torresfg3@gmail.com> wrote:

Thank you, I appreciate it.

Fiona Torres

On Wed, Jun 19, 2024, 5:59 PM Belyna, Nicole <Nicole.Belyna@shrm.org> wrote:

Hi Fiona ,

Thanks so much for your response. I will follow up with you as soon as possible.

Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | +1 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Wednesday, June 19, 2024 8:55:56 AM
**To:** Belyna, Nicole <nicole.belyna@shrm.org>
**Subject:** Re: Offer status - Fiona Torres

Hi Nicole,

I rely on my medical alert dog at all times (24/7). He is generally with me at all times, including my personal and professional life, as recommended by my endocrinologist, to avoid the life threatening events I have a long term history with.

As of November 2019 (the date of my endocrinologist's letter; attached), there have been no changes to my treatment plan. All equipment/tools involved in that treatment plan, which are regularly evaluated/reviewed by my endocrinologist, remain unchanged as of 2019. This includes my service dog, continuous glucose monitor, and insulin pump.

In the extremely rare event my service dog is without me, it is a medical risk. There are no exceptions to his medical necessity of capturing trends that glucose monitors cannot accurately capture as quickly as my service dog does. There are no exceptions as to when these life threatening hypoglycemic events can occur. I have a history spanning 25 years where these severe hypoglycemic events occurred in various environments/circumstances, including working in an office.

The only regularly occurring circumstance that my service dog is temporarily without me is when he is taken for grooming.

During his 6 years working out of the Cvent office (my previous employer), there were a few very rare/urgent circumstances when I was in long meetings/calls I could not get out of and a close co-worker/friend volunteered to take him out as he notifies me when he urgently needs to relieve himself.

In my personal life, if I feel an environment is physically unsafe for him to be in, such as an extremely loud environment, I may choose to not have him with me to protect his physical safety.

When I spoke with Debbie on the phone, I mentioned I may not bring my service dog on the first day at the SHRM office to ensure I could better evaluate the seating layout to ensure I was better prepared for what I'd need to bring for his setup.

When I spoke with you over the phone, I mentioned I have chosen not to bring him to a previous work event as there were multiple evening parties that were going to be extremely loud and overcrowded, so I chose to keep him home to protect his physical safety.

Any time spent away from my service dog increases my chances of facing a life threatening hypoglycemic event that have historically led to hospitalizations and paramedic involvement.

If you need further information or clarity, please let me know.

Thank you!

Fiona Torres

**Error! Filename not specified.**

On Tue, Jun 18, 2024, 4:51 PM Belyna, Nicole <nicole.belyna@shrm.org> wrote:

Fiona,

Thank you for your response. We appreciate the detail you provided. We are seeking some clarification based on your email below. Can you confirm whether you rely on your service dog in both your personal and professional daily activities?

In addition, I understand from your communications with SHRM that there are some circumstances when you do not have your service dog with you. Can you please confirm that is accurate, and if so, what those circumstances are and when they occur?

Finally, it appears that the physician's note referencing your service dog is from 2019. Can you please provide any current medical documentation you have supporting your current need for your service dog, and any exceptions to use of the service dog?

We are working to determine a reasonable accommodation that meets with your needs arising from your disability and appreciate your engagement in this process.

Thank you,

Nicole

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, June 17, 2024 4:19 PM
**To:** Belyna, Nicole <nicole.belyna@shrm.org>
**Subject:** Re: Offer status - Fiona Torres

Sounds good, thank you.

Fiona Torres

On Mon, Jun 17, 2024, 4:02 PM Belyna, Nicole <nicole.belyna@shrm.org> wrote:

Hi Fiona,

Thank you for the additional information. I will let you know as soon as I have an update.

Nicole

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, June 17, 2024 1:35 PM
**To:** Belyna, Nicole <nicole.belyna@shrm.org>
**Subject:** Re: Offer status - Fiona Torres

Hi Nicole,

Thank you for the confirmation.

I unfortunately have ample history of blacking out unconscious while working due to extreme hypoglycemic events prior to my service dog entering my life in May 2017.

When I started at my most recent role at Cvent in 2014, I was in a severe car accident on my commute to the office due to a severe hypoglycemic event that led to me losing consciousness/control of my vehicle.

During my first 2 months at Cvent (in 2014) I lost consciousness 2 separate times during my new hire training from hypoglycemic episodes.

In 2015, I again lost partial consciousness and complete mobility and required medical aid from co-workers from another hypoglycemic episode.

From 2016-2017, I had a minimum of 6 episodes while working in the office that required assistance from paramedics and co-workers.

In 2018, I totaled my car commuting to work as a result of another hypoglycemic episode.

My service dog is trained to catch blood sugar trends well in advance than any technology is able to capture (e.g. continuous glucose monitors).

All glucose monitors, including the one I wear, have a large delay and are unable to accurately capture fast moving trends that can lead to these type of episodes.

Since having my medical alert dog in 2017, I have only had 1 episode requiring assistance from medics. This is a clear indication of his impact in avoiding these severe episodes that do impact my safety and stability when working.

If you need more information, please let me know.

Thank you,

Fiona Torres

On Mon, Jun 17, 2024, 1:03 PM Belyna, Nicole <nicole.belyna@shrm.org> wrote:

Fiona,

Hi Fiona,

Thank you for reaching out to me. We appreciate your patience and are eager to have you join us. We have reviewed your request for accommodation along with the documentation you provided from your health care provider. Based on the existing documentation, it does not appear that your service dog is necessary for your performance of the essential duties of your position, because you are still able to perform the essential duties of the job without the presence of the service dog.

If you have further information that you believe may be relevant to our review of this matter, please let us know and we would be happy to consider it. If you have any questions, please don't hesitate to contact me or Debbie.

Thank you,

Nicole

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Sunday, June 16, 2024 10:35 PM
**To:** Belyna, Nicole <nicole.belyna@shrm.org>
**Subject:** Offer status - Fiona Torres

Hi Nicole,

I spoke with Debbie on Friday and she let me know my anticipated June 17 start date had to be put on hold as a result of trying to get things sorted regarding my medical alert dog.

She advised reaching out to you as I wanted to confirm if my offer was in jeopardy as a result of the possibility that SHRM may not be willing to accommodate my medical alert dog.

When we spoke on the phone on June 4 you mentioned that would not be the case, but I wanted to double check.

If I misunderstood things and/or your team just needs a little more time to ensure things are properly documented/prepared, I definitely understand. I just wanted to get clarity/more context.

If you are able to shed light and a possible timeline for a resolution that would be greatly appreciated!

Thank you so much,

Fiona Torres
703-587-3617

## Letters

Privia - NVAEN - Northern VA Endocrinologists • 3201 Jermantown Road, FAIRFAX VA 22030-2881
**TORRES, Fiona G (id #20186589, dob: [redacted])**

myPRIVIA
YOUR HEALTH YOUR WAY

**Northern Virginia Endocrinologists**
3201 Jermantown Road Suite 250
FAIRFAX, VA 22030-2881
Phone: (703) 849-8440, Fax: (703) 849-0032

Date: 06/19/2024

RE: Fiona Torres, DOB: [redacted], PT ID #20186589

To whom it may concern,

I am Fiona Torres' endocrinologist and I am writing in support of her having her service dog given her type 1 diabetes history. She has a history of severe hypoglycemic reactions resulting in her passing out leading to more dangerous situations such as car accidents in the past. It is imperative out of medical necessity she has her service dog at all times for her safety in light of her type 1 diabetes history with labile blood sugars. Please contact me if you have further questions.

Sincerely,

Electronically Signed by: SILPA P.K. JOSHI, MD