# Exhibit 20

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

- - - - - - - - - - - -

FIONA TORRES, :

Plaintiff, :

vs : 1:25-CV-2360 (PTG/WBP)

: March 23, 2026

SOCIETY FOR HUMAN RESOURCE MANAGEMENT, :

Defendant. :

- - - - - - - - - - - -

Deposition of DEBORAH ZOERKLER

Monday, April 27, 2026

9:59 a.m. EST

Job No.: 630825

Pages: 1 - 194

Recorded by: Samuel Pachon

Deposition of DEBORAH ZOERKLER, held pursuant to agreement, before Samuel Pachon, Notary Public in and for the Commonwealth of Virginia.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

LORI B. KISCH, ESQUIRE
ANNA KATHRYN BARRY, ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, Suite 1000
Washington, D.C. 20006
(202) 331-9260

ON BEHALF OF DEFENDANT:

LAUREN M. BRIDENBAUGH, ESQUIRE
LESLIE P. CURRIE, ESQUIRE
TANIA L. DARROW, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
(703) 286-3142

A P P E A R A N C E S (CONT'D.)

HANTON WALTERS, ESQUIRE
SOCIETY FOR HUMAN RESOURCE MANAGEMENT
1800 Duke Street
Alexandria, Virginia 22314
(703) 535-6047

C O N T E N T S

EXAMINATION OF DEBORAH ZOERKLER: PAGE
By Ms. Kisch 4

E X H I B I T S

(Attached to Transcript)

No. 1 (E-mail Chain, Bates 451-452)
No. 2 (E-mail Chain, Torres 439-443)
No. 3 (E-mail Chain, Torres 595-618)
No. 4 (E-mail Chain, Torres 277-284)
No. 5 (E-mail Chain, Torres 5-7)

requests for accommodation?

MS. BRIDENBAUGH: Same objection. You can answer.

THE WITNESS: I don't know.

BY MS. KISCH:

Q What is your under -- let me ask this: Are you aware of any policies that SHRM has with regard to how to handle requests for accommodation for medical necessity?

MS. BRIDENBAUGH: Objection, vague.

THE WITNESS: I don't know.

BY MS. KISCH:

Q Do you have any role at all in -- if an individual who you've recruited, an applicant requests an accommodation for medical necessity?

A No.

Q You have no role at all?

A No.

Q Okay. Whose role -- who has a role in -- well, let me ask you this: Can you describe your job duties and responsibilities as a recruiter, just generally like walk me through the

Q And does this appear to be information that Ms. Torres sent to you with regard to her accommodation request to bring her service dog to the office at SHRM?

MS. BRIDENBAUGH: Objection, the document speaks for itself. You can answer.

THE WITNESS: Yes.

BY MS. KISCH:

Q Okay. And then it looks like you forward -- forwarded this information on to Ms. Belyna on June 4th, 2024 at 4:46 p.m. and the subject was forward service dog paperwork; is that correct?

A Yes.

Q Does this appear to you to be what you were referencing in your earlier E-mail of June 6th, 2024 which is marked as Zoerkler Exhibit 1 when you said -- when you referred to on page Bates number 452 where you said Fiona E-mailed the documentation for the accommodation?

MS. BRIDENBAUGH: Objection, vague, form, calls for speculation. The documents speak

CERTIFICATE OF TRANSCRIBER

I, Bonnie K. Panek, do hereby certify that the foregoing transcript is a true and correct record of the recorded proceedings; that said proceedings were transcribed to the best of my ability from the audio recording and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Bonnie K. Panek

BONNIE K. PANEK

CERTIFICATE OF DIGITAL REPORTER - NOTARY PUBLIC

I, Samuel Pachon, a Notary Public in and for the Commonwealth of Virginia, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were recorded by me digitally and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 1st day of May, 2026.

Samuel Pachon

NOTARY PUBLIC IN AND FOR
THE COMMONWEALTH OF VIRGINIA