# Exhibit 22

**From:** Fiona Torres [torresfg3@gmail.com]
**Sent:** 6/4/2024 2:32:59 PM
**To:** Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Subject:** Re: FW: Performance Task
**Attachments:** 20240504_144642.jpg

Hi Debbie,

For your records and for the Talent Director's quick reference, attached is my doctor's letter for my medical alert/service dog.

I am a type 1 diabetic and my service dog is trained to alert me when my blood glucose is too high or too low to prevent life-threatening emergencies, including blackouts.

Happy to chat with the Talent Director today at 4 pm.

Don't hesitate to reach out if you need anything further!

Fiona Torres
703-587-3617

On Tue, Jun 4, 2024, 2:09 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hi Fiona,

Please let me know when you may have a couple minutes for a follow up conversation.

Kind regards,

Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, June 3, 2024 11:08 AM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

I have a few minutes until around 11:55 am today (I'll be driving from 11:30-11:55, but can talk) and again from 1:45 pm onward.

Let me know what works best.

Fiona

703-587-3617

EXHIBIT
PENGAD 800-631-6989
7 Torres
04/29/26 AF

On Mon, Jun 3, 2024, 10:22 AM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hello Fiona,

I hope you had a great weekend! Please let me know when you may have a couple minutes to connect.

Kind regards,

Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Tuesday, May 28, 2024 4:59 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

Sounds great! Below is my upcoming availability:

- Tomorrow, May 29 from 3:45 pm onward
- Thursday, May 30 from 1 - 4 pm
- Friday, May 31 from 3:45 pm onward
- Monday, June 3 from 3:30 pm onward
- Tuesday, June 4 from 1 - 3:45 pm
- Wednesday, June 5 from 3:45 pm onward
- Thursday, 6 from 1 - 4 pm

Let me know what works best and if you need anything else!

Fiona Torres

703-587-3617

On Tue, May 28, 2024, 4:05 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hi Fiona,

I heard from the team – they thought the interview went well and would like to have you meet with Kristen as the final. If you would be able to provide days/times that may work for you.

Kind regards,

Debbie

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, May 20, 2024 10:24 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

Let me know if you were able to share different examples of Linkage products (e.g. reporting tools), if there were any outside of various types of workshops.

I wanted to ensure I was best prepared as I wasn't able to find other product type examples when researching.

Thanks so much,

Fiona Torres

On Wed, May 15, 2024 at 1:19 PM Fiona Torres <torresfg3@gmail.com> wrote:

> Hi Debbie,
>
> That's great news! I'll be sure to send the written portion to Alison by this upcoming Tuesday.
>
> Would you be able to speak to some product examples Linkage currently uses/sells? Or different products they have used in the past?
>
> I understand a good portion of their products include workshops (F2F, webinars, etc). I wasn't sure if they had other types of products/tools (e.g. reporting tools).
>
> Below is my upcoming availability for the final interview:
>
> - Tuesday, May 21 from 1:30 - 5 pm
> - Thursday, May 23 from 12 - 1 pm
> - Friday, May 24 from 1 - 3:15 pm
> - Tuesday, May 28 from 1 - 3:15 pm
> - Thursday, May 30 from 1 - 3:15 pm
>
> Thank you so much!
>
> Fiona Torres
> 703-587-3617

On Tue, May 14, 2024, 4:43 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Good Afternoon Fiona,

I spoke with the team and they are very much interested in moving to the next stage – they would like to have you complete this assignment – If you would be able to do this by next Tuesday and I would like to schedule the Final round with the team. If you would be able to provide your availability when you have a moment.

Here is the assignment as well as the reference items to use. If you have any questions please feel free to contact me.

Good Luck with this assignment.

Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**

SHRM

1800 Duke Street | Alexandria, VA 22314 USA

deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

THE ENDOCRINE CENTER, PC

3025Hamaker Court • Suite 400 • Fairfax VA 22031
Phone (703) 873•7425 Fax (703) 873•7426 Email: info@novaendocenter.com
www.novaendocenter.com

November 6th, 2019

To Whom It May Concern:

This letter is on behalf of patient Fiona Torres, DOB [redacted] who allowed me to disclose part of her medical information for the purpose of the letter.

She has been diagnosed with DMT1 and is currently on insulin pump and a continuous glucose monitor.

She also has a service dog, which has been of help to alert the owner of low or high glucose readings in the event this could be life threating for the patient.

I recommended that she bring the service dog with her at all times.

Should you have any questions, do not hesitate to contact my office.

Sincerely,

Denise Armellini, MD