# Exhibit 23

**From**: Fiona Torres [torresfg3@gmail.com]
**Sent**: 6/4/2024 4:41:17 PM
**To**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Subject**: Re: FW: Performance Task
**Attachments**: 20240604_163248.jpg; 20240604_163457.jpg; 20240604_163545.jpg; 20240604_163350.jpg; 20240604_163403.jpg

Attached is all documentation I have for my service dog's completed diabetic alert/service dog training.

Thank you,
Fiona

On Tue, Jun 4, 2024, 2:32 PM Fiona Torres <torresfg3@gmail.com> wrote:

Hi Debbie,

For your records and for the Talent Director's quick reference, attached is my doctor's letter for my medical alert/service dog.

I am a type 1 diabetic and my service dog is trained to alert me when my blood glucose is too high or too low to prevent life-threatening emergencies, including blackouts.

Happy to chat with the Talent Director today at 4 pm.

Don't hesitate to reach out if you need anything further!

Fiona Torres
703-587-3617

On Tue, Jun 4, 2024, 2:09 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hi Fiona,

Please let me know when you may have a couple minutes for a follow up conversation.

Kind regards,

Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, June 3, 2024 11:08 AM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

I have a few minutes until around 11:55 am today (I'll be driving from 11:30-11:55, but can talk) and again from 1:45 pm onward.

Let me know what works best.

Fiona

703-587-3617

On Mon, Jun 3, 2024, 10:22 AM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hello Fiona,

I hope you had a great weekend! Please let me know when you may have a couple minutes to connect.

Kind regards,

Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Tuesday, May 28, 2024 4:59 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

Sounds great! Below is my upcoming availability:

- Tomorrow, May 29 from 3:45 pm onward
- Thursday, May 30 from 1 - 4 pm
- Friday, May 31 from 3:45 pm onward
- Monday, June 3 from 3:30 pm onward
- Tuesday, June 4 from 1 - 3:45 pm
- Wednesday, June 5 from 3:45 pm onward
- Thursday, 6 from 1 - 4 pm

Let me know what works best and if you need anything else!

Fiona Torres

703-587-3617

On Tue, May 28, 2024, 4:05 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hi Fiona,

I heard from the team – they thought the interview went well and would like to have you meet with Kristen as the final. If you would be able to provide days/times that may work for you.

Kind regards,

Debbie

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Monday, May 20, 2024 10:24 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Hi Debbie,

Let me know if you were able to share different examples of Linkage products (e.g. reporting tools), if there were any outside of various types of workshops.

I wanted to ensure I was best prepared as I wasn't able to find other product type examples when researching.

Thanks so much,

Fiona Torres

On Wed, May 15, 2024 at 1:19 PM Fiona Torres <torresfg3@gmail.com> wrote:

> Hi Debbie,
>
> That's great news! I'll be sure to send the written portion to Alison by this upcoming Tuesday.
>
> Would you be able to speak to some product examples Linkage currently uses/sells? Or different products they have used in the past?
>
> I understand a good portion of their products include workshops (F2F, webinars, etc). I wasn't sure if they had other types of products/tools (e.g. reporting tools).
>
> Below is my upcoming availability for the final interview:
>
> - Tuesday, May 21 from 1:30 - 5 pm
> - Thursday, May 23 from 12 - 1 pm
> - Friday, May 24 from 1 - 3:15 pm
> - Tuesday, May 28 from 1 - 3:15 pm
> - Thursday, May 30 from 1 - 3:15 pm

Thank you so much!

Fiona Torres

703-587-3617

On Tue, May 14, 2024, 4:43 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Good Afternoon Fiona,

I spoke with the team and they are very much interested in moving to the next stage – they would like to have you complete this assignment – If you would be able to do this by next Tuesday and I would like to schedule the Final round with the team. If you would be able to provide your availability when you have a moment.

Here is the assignment as well as the reference items to use. If you have any questions please feel free to contact me.

Good Luck with this assignment.

Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**

SHRM

1800 Duke Street | Alexandria, VA 22314 USA

deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

USSDR Lookup

Powered by the Service Dog Census Project Count on your Service Dog

# The United States Service Dog Registry

Find service dog resources by zip FIND

Does your organization help Service Dogs? Get listed free.

Return home | Register for free | Lookup | Shop

## Service Dog Details For ID#: 1492729974

**This Service/Assistance Dog team has voluntarily accepted our training and behavior standards.**

| | |
|---|---|
| **Handler Name:** | Fiona Torres |
| **Dog Name:** | Meechum |
| **Dog Picture:** | |









er your Service Dog [FREE Registry] | Lookup the registration of a Service Dog | Shop for identification materials | Privacy policy | Contact Us / Pres
arn about different types of Service Dogs, how they can help people and the law that protects them | Find out about the US Service Dog Registry

Copyright 2008 United States Service Dog Registry / usservicedogs.org

# The United States Service Dog Registry

Leave nothing but an excellent impression.

This certificate confirms that the following Service Dog Team has voluntarily chosen to hold themselves accountable to a higher standard by signing a specific set of training and behavior standards that go above and beyond the law.

Handler **Fiona Torres**
Animal **Meechum**
Registration # **1492729974**

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, taxis and shuttles, grocery and department stores, hospitals and medical offices, theaters, health clubs, parks and zoos.

Lodging

For questions concerning Service Animals, please call the United States Department of Justice ADA Info Line at (800) 514-0301 (voice) or visit www.ada.gov

The United States Service Dog Registry is not affiliated with any government agency. The ADA defines a service animal as any dog that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability. If a dog meets this definition, it is considered a service animal under the ADA regardless of whether they have been licensed or certified by a state or local government. Service animals perform some of the functions and tasks that the individual with a disability cannot perform for him or herself. The United States Service Dog Registry is not a certification process. Registrant data is based on assertions by the dog owner. Registration is not required by the ADA. Use of this certificate is subject to the terms and conditions set forth in the user agreement, available online at USSDR.org, which has been accepted by the bearer.

# CERTIFICATE
## OF TRAINING

*This certifies that*

**"MEECHUM"**

ID#1492729974

*Has successfully completed the training program requirement for*

**DIABETIC ALERT SERVICE DOG**

*At Diabetic Alert Dogs of America*

Diabetic Alert Dogs of America

May 05, 2017

DATE

CERTIFIED TRAINER

SHRM_Torres_0000314

Copy



Diabetic Alert Dogs of America

# Lifetime Training Agreement

This Diabetic Alert Service Dog Lifetime Training Agreement (hereinafter "Agreement") is executed this 13th day of May, 2017, by and between the parties ("parties"), namely: Diabetic Alert Dogs of America LLC. 5782 Field Breeze Street, Las Vegas, Nevada 89148 ("DADs of America"), and

**Fiona Torres** ("Buyer") whose address is

**5119 Palmetto Bay Court, Centreville, VA 20120**

For the lifetime training acknowledgment of a Diabetic Alert Dog ("Dog")

**In exchange of the mutual promises and covenants contained herein, and for the consideration listed herein, the receipt and sufficiency of which do both parties hereby acknowledge, it is agreed between DADs of America and Buyer as follows:**

**1. Follow-Up Training;**

Buyer acknowledges that he or she has been advised that additional training in addition to the included 2 days of in home training is **strongly advised** and in **most** cases **necessary** to become a successful team. Buyer acknowledges this **additional training** is complementary when performed at the DADs of America training facility located in **Phoenix, Arizona** and/or for an additional fee when performed at the Buyers location. **(see paragraph 2)** All follow-up training must include both Dog **and** Buyer. Buyer agrees to call DADs of America and schedule **either** the complementary training in Phoenix, Arizona or the training at the Buyers location. Scheduling is on trainer availability and may require (14) day-advanced notice prior to training. Buyer acknowledges this training may take multiple days and/or multiple trips to complete. There is **NO** additional charge for the training when performed at the DADs of America training facility located in Phoenix, Arizona. However, Buyer acknowledges **any** and **all** costs of travel, transportation, or lodging related to such **training** is solely and exclusively the responsibility of Buyer.

This **additional training** is complementary when performed at the DADs of America training facility located in Phoenix, Arizona throughout the Dogs entire life. The Buyer may also choose to have this additional training performed in their home at Buyers personal location for an additional fee of **$2,500.00** for each and every (2) day visit. Buyer acknowledges and agrees that they have been informed that DAD's of America **strongly advises** that Dog **and** Buyer may need this additional training to be successful.

**3. Miscellaneous Provisions;**

No amendment, change, modification or alternation of this Agreement shall be valid unless in writing and signed by both parties. The failure of either party to insist on strict compliance with any of the terms, covenants, or conditions of this Agreement by the other party shall not be deemed a waiver of that term, covenant or condition, nor shall any waiver or relinquishment of any right or power at any one time or times be deemed a waiver or relinquishment of that right or power fo all or any other times.

Buyer expressly consents to the Personal Jurisdiction of the State of Nevada for any lawsuit arising from or relating to this contract. Buyer acknowledges that this agreement shall be governed under the Laws of the State of Nevada and that Venue for any legal action is proper in the County of Clark, State of Nevada.

The parties agree that an electronic copy of this Agreement, maintained in accordance with the Uniform Electronic Transaction Act, shall be binding on bot parties and have the same effect as the original.

**Identification of Dog:**

Name of Dog: **"Meechum"**

Microchip Number of Dog: **981020015798203**

Breed and Description of Dog: **Male Goldendoodle**

Non refundable purchase price of Dog **$ 15,000.00**