# Exhibit 24

3:27

Caitlin Perna
last seen today at 4:47 PM

10:06 PM

June 15, 2024

8:19 10:11 PM

June 16, 2024

^ was an update re: my job offer from SHRM. they're basically just being twats about meechum 1:59 PM

Will listen soon today! 2:02 PM

No rush!!! Just corporate bs tea 2:24 PM

1:31 3:22 PM

**DK (@dk_blxck) • Instagram photos and videos**

dk_blxck on June 12, 2024: "Thank you Caitlin🐍
.
@emalla.official".

instagram.com

https://www.instagram.com/p/C8JFy8avVYi/?igsh=MW52YWo5dzMwYnhy

3:23 PM

🔥

Message



EXHIBITS 
Defendant
9
Planet Depos, LLC