# Exhibit 25

11:02 84

Joey Cabrera
last seen today at 10:58 PM

June 17, 2024

In ...artial consciousness and complete mobility and required 1:30 PM
medical aid from co-workers from another

episodes while working in the office that required assistance from paramedics and co-workers.

In 2018, I totaled my car commuting to work as a result of another hypoglycemic episode.

My service dog is trained to catch blood sugar trends well in advance than any technology is able to capture (e.g. continuous glucose monitors). Therefore he has proven to prevent any life threatening episodes that often happened while working in the office.

Since having my medical alert dog in 2017, I have only had 1 episode requiring assistance from medics. This is a clear indication of his impact in avoiding these severe episodes that do impact my stability when working.

If you need more information, please let me know. 1:30 PM

Sending that 1:30 PM

I mean that's more calm than I would be. I'd be like okay bitches ya'll can kiss my ass. 1:33 PM

My hands are shaking 1:35 PM

But I'm glad it's sent 1:35 PM

Made a couple small changes 1:35 PM

If she asks me for proof of all of the

Message

EXHIBIT 5/14/2 Defendant Link 10
Planet Depos, LLC

11:02

Joey Cabrera
last seen today at 10:58 PM

June 17, 2024

Made a[...]hanges 1:35 PM

If she asks me for proof of all of the above, so help me god 1:35 PM

I genuinely hope her child or grandchild gets type 1 1:36 PM

So she can see what the fuck it is like 1:36 PM

They're the worst. This whole process with them is truly unprofessional. I have no patience with this corporate workforce bs. 1:37 PM

It's genuinely insane 1:38 PM

But imma need her respond today 1:38 PM

*to respond 1:38 PM

My email would have been:

GO FUCK YOURSELF!

Sincerely,
Fiona 1:39 PM

It's genuinely stupid 1:40 PM

Imma lol if our paths cross IRL 1:40 PM

Message

Joey Cabrera
last seen today at 10:58 PM

Very good. You s: June 18, 2024

Bluuuuugh 5:01 PM

Thank you for your response. We appreciate the detail you provided. We are seeking some clarification based on your email below. Can you confirm whether you rely on your service dog in both your personal and professional daily activities?

In addition, I understand from your communications with SHRM that there are some circumstances when you do not have your service dog with you. Can you please confirm that is accurate, and if so, what those circumstances are and when they occur?

Finally, it appears that the physician's note referencing your service dog is from 2019. Can you please provide any current medical documentation you have supporting your current need for your service dog, and any exceptions to use of the service dog?

We are working to determine a reasonable 5:01 PM

Like please just kill yourself. This is genuinely ridiculous 5:01 PM

Respond back with: Bitch I need my service dog 24/7, that covers personal and professional! 5:03 PM

Like what's the accommodation that's needed? Just tell the office an employee has a service dog. 5:04 PM

I am so so so so emotionally exhausted

Message

11:05

Joey Cabrera
last seen today at 10:58 PM

June 19, 2024

Belyna, Nicole 5:59 PM
to me

Hi Fiona ,

Thanks so much for your response. I will follow up with you as soon as possible.

Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**

Nicole.Belyna@shrm.org | +1 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate 6:21 PM

Tysm ya BITCH 6:21 PM

I look forward to future unnecessary questions 6:21 PM

*to your future 6:21 PM

Imma look up Ms Nicole so I know what we're working with. 6:41 PM




Message

11:05

Joey Cabrera
last seen today at 10:58 PM

June 19, 2024

Imma look up Ms ... ow what we're working with. 6:41 PM




**Nicole Belyna, SHRM-SCP**
SHRM
Washington DC-Baltimore Area · Contact 6:43 PM

Choose civility Fiona. 6:44 PM

LLLLLLOLOLOLOLOL 7:00 PM

I like that her title per her sigature says "inclusion" 7:01 PM

DEFFFFFFINITELY brah. Def def DEFINITELY 7:01 PM

Omg 7:32 PM

RE: Service Dog Doctor's Note Needed for Employment

Fiona Torres I have had a diabetic alert dog si... 2:48 PM

Silpa P.K. Joshi, MD (1 hour ago)

Fiona, The office is closed in observation for Juneteenth. However, I saw your message to the staff

Message