# Exhibit 26

myPRIVIA
YOUR HEALTH YOUR WAY

Home

Appointments

Billing & Payments

4 **Messages**

My Health

Test Results

# Service Dog Doctor's Note Needed for Employment

**Jun 19, 2024**

I have had a diabetic alert dog since May 2017. He is trained to alert for hypoglycemic and hyperglycemic trends. He is trained and has proven to frequently catch these trends well in advance than any technology including CGMs can.

I received a potential employment offer on June 3, 2024 from SHRM (Society of Human Resources Management).

I informed SHRM of my need for my service dog and shared the letter I have from my previous endocrinologist, Dr. Denise Armellini, who wrote a letter dated November 6, 2019, which stated "I recommend she bring the service dog with her at all times."

SHRM deemed my service dog unnecessary and rejected his necessity in the office.

I have a history spanning 25+ years of totaling multiple vehicles from severe hypoglycemic events. I shared a detailed timeline of blacking out from lows to SHRM.

I am requesting Dr. Joshi write a letter specifying the medical necessity of my service dog at all times (24/7). Please call if needed: 703-587-3617

You at 2:48 PM

Fiona,
The office is closed in observation for Juneteenth. However, I saw your message to the staff I drafted the letter . It will be emailed to you tomorrow by our staff as the office reopens tomorrow. Thanks.
Dr. Joshi

Silpa P.K. Joshi, MD at 6:32 PM

You are a lifesaver, thank you so much.

I imagine you may have already included wording regarding this, but it will be helpful coming from my endocrinologist that I have a history of severe hypoglycemic episodes since my diagnoses that have led to hospitalizations, paramedics, etc.

I think the employer is not understand the severity and ample history I have.

Since having my service dog in May 2017, I have only had 1 severe hypoglycemic event which is a clear indication of his ability and requirement in avoiding these events.

Attached is the 2019 letter from Dr. Armellini for reference.

Thank you a MILLION.

Fiona

You at 7:30 PM



You at 7:30 PM

THE ENDOCRINE CENTER, PC

3025Hamaker Court • Suite 400 • Fairfax VA 22031
Phone (703) 873•7425 Fax (703) 873•7426 Email: info@novaendocenter.com
www.novaendocenter.com

November 6th, 2019

To Whom It May Concern:

This letter is on behalf of patient Fiona Torres, DOB [redacted] who allowed me to disclose part of her medical information for the purpose of the letter.

She has been diagnosed with DMT1 and is currently on insulin pump and a continuous glucose monitor.

She also has a service dog, which has been of help to alert the owner of low or high glucose readings in the event this could be life threating for the patient.

I recommended that she bring the service dog with her at all times.

Should you have any questions, do not hesitate to contact my office.

Sincerely,

Denise Armellini, MD