# Exhibit 27

Peyton Anderson

Wednesday, Jun 19, 2024 • 8:11 PM

I put on christmas music🤫🤫

**RE: Service Dog Doctor's Note Needed for Employment**

**Fiona Torres** I have had a diabetic alert dog si... 2:48 PM

**Silpa P.K. Joshi, MD** (1 hour ago)

Fiona, The office is closed in observation for Juneteenth. However, I saw your message to the staff I drafted the letter . It will be emailed to you tomorrow by our staff as the office reopens tomorrow. Thanks. Dr. Joshi

And look at what my sexy ass doctor wrote me when I reached out to her explaining the situation/asking if she could write me a damn letter

God bless her sweet lil soul

I wrote to the stupid SHRM bitch with a long ass thing first thing this morning so hopefully I can shut her the fuck up once I send this "updated" letter

Good for putting Chr s music on!! 🎄
Aww that's so nice of your doctor!!

RCS message

TORRES 000332

SAP EXHIBIT 5/14/2
Defendant Link 12
Planet Depos, LLC