# Exhibit 28

Ellen Broetzmann

And fuck that bitch in the meantime

Nicole not the doctors

100000%

I pray that karma finds her in a timely fashion

01:03

Wednesday, Jun 19, 2024 • 7:49 PM

That sounds perfect lol!!

I pray for my ability of falling asleep in a timely fashion Friday eveni... for 9 am kaza

RCS message

TORRES 000213

EXHIBITS
Defendant Link 11
Planet Depos, LLC

Ellen Broetzmann

Ah yeah nppp

Yeah I should be good for next week. Just still waiting to hear back from the anti service dog twats but I imagine I wouldn't even start next week if they did happen to come to their senses🙄

Wishing them nothing but the worst in the meantime🙂

Ok cool thanks bb!! But also I'm leaving for the beach on Thursday hmm ok we will figure it out! Either early next week or the following. We will discuss

I hate them

Missing you at Carolina's!!

Her little belly is starting to show 🥹

😍

And hot Shannon is h[...]he instructor in Hawaii

RCS message