# Exhibit 29

Eva Kostyu
last seen Nov 11, 2025

June 25, 2024

July 4, 2024

To that end, over the past 3 weeks we have utilized the interactive process through our communication with you to learn more about your condition, information surrounding diabetic alert dogs (DAD) and continuous glucose monitoring (CGM) systems, and what reasonable accommodations we can provide in order to permit you to perform the essential functions of the position.

At this time, we are declining your *preferred* accommodation request to have your service dog on site. We are open and willing to provide other reasonable accommodations for your disability. These other accommodations, include but are not limited to, facilitating the use of your continuous glucose monitoring system (CGM) while on site, breaks as you may need to check your blood sugar level, a flexible open leave program to take off when needed to manage your condition, placement of your insulin pump or any food or drink you may require near your workstation, etc. We are open to continue conducting this interactive process in order to identify any other reasonable accommodation we can 12:28 AM

BYYEEEEEEE 12:28 AM

Not working for these ignorant and self-serving idiots

I never had a good feeling about them, ever. Not meant to be but jesus christ. Not worth my time nor energy to further escalate. So done with them. I would love to just ignore their email and move the fuck on with my life but I don't wanna

Message

EXHIBIT 5
Defendant Link 13
Planet Depos, LLC

TORRES 000244

Eva Kostyu
last seen Nov 11, 2025

July 4, 2024

Not working for these ignorant and self-serving idiots

I never had a good feeling about them, ever. Not meant to be but jesus christ. Not worth my time nor energy to further escalate. So done with them. I would love to just ignore their email and move the fuck on with my life but I don't wanna deal with a follow up from them. I'll try to send a simple as fuck response that's direct but fuck them 12:30 AM

OMGGGGGGGG 1:59 AM

Ludicrous 1:59 AM

Also sorry it's so late, I'm in CA so I'm 3 hours behind 2:00 AM

Dude fuck them 2:00 AM

Idk wtf to say back to them, been juggling so many simple as fuck statements but at this point it obviously doesn't matter 2:00 AM

I think you're dodging a bullet 2:00 AM

Oh absolutely 2:00 AM

Message

TORRES 000245

Eva Kostyu
last seen Nov 11, 2025

...bsolutely 2:00 AM

July 4, 2024

But fuckkkkkk them 2:00 AM

Fuck them all the fucking way. Cannot stand them 2:00 AM

So fucking ludicrous. With no explanation as to why 2:01 AM

This is so amazingly ignorant "facilitating the use of your CGM" what are they gonna do, insert it for you? 2:01 AM

Exactly 2:01 AM

Also "PLACEMENT OF YOUR INSULIN PUMP AT YOUR WORK STATION"?!!!?!!? I'm ☠️ ☠️ 2:02 AM

Like it's attached to my body? Thanks 2:02 AM

And the fuck are YOU gonna do during the warm up period, when it is delayed (which happens every fucking day), when it is incorrect, when there are issues with my insurance and/or prescription that do not allow me to get access to my CGM 2:02 AM

The preferred in italics is a dick move 2:02 AM

Message

Eva Kostyu
last seen Nov 11, 2025

July 4, 2024

The preferred in i... ...ck move 2:02 AM

The FUCK are YOU gonna do then? Please tell me 2:02 AM

YES 2:02 AM

Yeah seriously 2:03 AM

Thaaaaaaat is what killed me the most. The italics 2:03 AM

Omg 2:03 AM

Like why 2:03 AM

Im so sorry 2:03 AM

Do less 2:03 AM

Fuck these people 2:03 AM

I think you should just send them some links to learn about diabetes and that's all 2:03 AM

Or at least in your reply mention how ignorant they're being 2:03 AM

And share some links 2:03 AM

But write it in a super passive aggressive ...

Message

Eva Kostyu
last seen Nov 11, 2025

Fuck these people July 4, 2024

I think you should just send them some links to learn about diabetes and that's all
2:03 AM

Or at least in your reply mention how ignorant they're being
2:03 AM

And share some links 2:03 AM

But write it in a super passive aggressive way lol
2:03 AM

My main repeated plan is to state this is a clear indication your organization discriminates against medical alert dogs for no viable reason
2:04 AM

Or the plan that keeps coming back to me in my head for my response
2:04 AM

I just want to be fully done with all of this back and forth bull shit so I do not want to hear from them ever again so I know I fucking have to lean toward giving the simplest response
2:05 AM

"Yes, my preference is to stay alive by keeping my blood sugar from falling into life threatening hypoglycemia. It upsets me to learn that your organization is not willing to accommodate my medical alert dog, which is needed to keep me alive. I'll

Message

Eva Kostyu
last seen Nov 11, 2025

July 4, 2024

"Yes, my preference is to stay alive by keeping my blood sugar from falling into life threatening hypoglycemia. It upsets me to learn that your organization is not willing to accommodate my medical alert dog, which is needed to keep me alive. I'll be filing a complaint with the ADA and am sharing a few links below for your future reference and education " BYE 2:05 AM

So dumb 2:05 AM

But it's late and I don't have enough zest lol it needs more zest 2:05 AM

Yeah good point, no need to deal with these useless people again 2:06 AM

Just ghost them 2:06 AM

Yeah I have to brainstorm. Just tired of thinking about it all and on the one hand wanna send a response quickly so I can truly be done as soon as possible but whatever 2:06 AM

👍

I wanted to do that too. I just didn't want them to follow up. 2:07 AM

Or just say I'll be contacting the ADA complaint regarding your unwillingness

Message

Eva Kostyu
last seen Nov 11, 2025

2:07 AM

July 4, 2024

Or just say I'll be contacting the ADA complaint regarding your unwillingness to accommodate my medically necessary medical alert dog 2:07 AM

And that's it 2:07 AM

I just don't wanna escalate bc I wanna be done with them completely. I need them out of my life completely and don't wanna deal with further back & forth if I escalated 2:08 AM

Cause it's not like I want the job so even if ADA got me the job, I don't want it 2:08 AM

Yeah exactly 2:08 AM

Get this negativity outta here 2:09 AM

Ugh I'm so sorry 2:09 AM

So frustrating 2:09 AM

These people suck 2:09 AM

Beyond 2:09 AM

And for what? Or why? I'll never know 2:09 AM

Yeah wtf

Message

Eva Kostyu
last seen Nov 11, 2025

Beyond 2:09 AM

July 4, 2024

And for what? Or why? I'll never know 2:09 AM

Yeah wtf 2:09 AM

Well they suck 2:09 AM

And apparently hate dogs? Which just means they suck even more 2:10 AM

1 month for this thing 2:10 AM

A month 2:10 AM

Why 2:10 AM

Fuck em 2:10 AM

Wish I knew where she lived though hahaha 2:10 AM

Would love to key her car 2:11 AM

Like a handful of months later so it's a lil less obvious 2:11 AM

Hahahaha 2:11 AM

Yaaaaaaaas 2:11 AM

Find out her address so we can sign them up to receive diabetes info in the mail 2:12 AM

😂

Message