# Exhibit 30

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 7/17/2024 8:07:46 AM
**To**: Panessidi, Katharine [katharine.panessidi@shrm.org]; Belyna, Nicole [Nicole.Belyna@shrm.org]
**CC**: Howe, Kristen [kristen.howe@shrm.org]
**Subject**: RE: Product hiring updates?

Good Morning Katharine,

I hope your day is off to a good start! The role has been posted.

Kind regards,
Debbie

---

**From:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>
**Sent:** Wednesday, July 17, 2024 8:04 AM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>; Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Cc:** Howe, Kristen <kristen.howe@shrm.org>
**Subject:** RE: Product hiring updates?

Hi Nicole and Debbie, I hope all is well! I wanted to reach out to ask about the Associate Product Manger role. I was told George and Hanton spoke last Friday, and Hanton was going to reach out to Fiona and let you know we're ok to move forward with reposting – has that occurred yet?

Thanks for any updates you have!

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | 402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Tuesday, July 2, 2024 12:42 PM
**To:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>; Howe, Kristen <kristen.howe@shrm.org>
**Subject:** Re: Product hiring updates?

Hi Katharine,

Thank you for your time and the recap below.

To confirm, Debbie and Rakhi will be in touch to discuss both roles.

I've attached the WIL contractor JD for posting as needed.

Thank you both!

Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>
**Sent:** Tuesday, July 2, 2024 12:39 PM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>; Howe, Kristen <kristen.howe@shrm.org>
**Subject:** RE: Product hiring updates?

Spoke to Debbie yesterday and asked her to start sourcing again for Fiona's role, while we wait to hear back.

Handa, Rakhi Rakhi.Handa@shrm.org will reach out to us and work with us to recruit and get it posted. I will also post to national meeting planner group, and I'll reach out to Kirsten Treadwell who had some contractors at WIL as well.

@Belyna, Nicole per our convo, can you please re-send me the JD? Thank you!

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | 402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>
**Sent:** Tuesday, July 2, 2024 12:06 PM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Cc:** Howe, Kristen <kristen.howe@shrm.org>
**Subject:** RE: Product hiring updates?

Hi Nicole, thanks for the updates. Please see below and let us know your thoughts. I'll try calling you between scheduled meetings today, too.

**RE: Fiona,** can you please find out from Hanton if it's a go or not? We need to source for that role now if it's a no. We're desperately in need of support for both areas.

**RE: Stephanie,** unfortunately we don't think this is going to work. We're not going to get that much (double our budget), and we need someone for 40 hours a week. How quickly do you think you could source someone else for this at the budget – which is $10k per month? We could talk to others on Jamie's team for recommendations, and I'm in a meeting planner group I could reach out to.

Let's connect to make a plan.

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**

Katharine.Panessidi@shrm.org | 402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Tuesday, July 2, 2024 11:29 AM
**To:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>
**Cc:** Howe, Kristen <kristen.howe@shrm.org>
**Subject:** Re: Product hiring updates?

Hi Katharine,

Yes, I just spoke with Hanton this morning. He is preparing communication for Fiona that should go out before July 4. He didn't provide additional details about the communication, simply that he would be following up with her this week. As I receive further information, I will update you.

Stephanie: I spoke with Stephanie yesterday and she quoted $20k/monthly for approximately 40 hours/weekly. I know you planned to speak with George to request additional budget, however, I got the sense that she may be willing to negotiate a bit. Let me know what you think.

Thank you,
Nicole

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Panessidi, Katharine <Katharine.Panessidi@shrm.org>
**Sent:** Tuesday, July 2, 2024 10:30:14 AM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Cc:** Howe, Kristen <kristen.howe@shrm.org>
**Subject:** Product hiring updates?

Hi Nicole, any updates on Fiona (accommodations) or Stephanie (fees)?

Thanks!

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | 402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.