# Exhibit 31

V I R G I N I A:

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA
DIVISION

---------------------------x
FIONA TORRES, :
Plaintiff, :
vs. : Case No.:
SOCIETY FOR HUMAN RESOURCE : 1:25-CV-2360 (PTG/WBP)
MANAGEMENT, :
Defendant. :
---------------------------x

DEPOSITION OF KATHARINE PANESSIDI
Conducted Virtually
Monday, May 18, 2026
8:32 a.m.

Job No.: 633400
Pages: 1 - 76
Recorded By: Sue Pybas

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

HECTOR F. RUIZ, ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, Suite 1000
Washington, DC 20006
202.331.9260

ON BEHALF OF THE DEFENDANT:

TIFFANY DIN FAGEL TSE, ESQUIRE
LAUREN M. BRIDENBAUGH, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
703.442.8425

TANIA L. DARROW, ESQUIRE
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
213.443.4300

ALSO PRESENT:

HANTON WALTERS, ESQUIRE � General Counsel,
Society for Human Resource Management

Q Would you please go to SHRM_Torres 0001940. At the bottom of the page, there's an email sent by you, Tuesday, July 2nd, 2024, at 12:06 p.m. Do you see that?

A Okay.

Q In bold, in this email, which is to Ms. Belyna, is -- states, Re: Fiona; can you please find out from Hanton if it's a go or not? Do you see that?

A I do.

Q Okay. And what did you mean by go or not?

A I don't remember. If I had to speculate, it would be are we hiring, like, is she going to start or not?

Q Did you have concerns that she wasn't going to start the job at -- at SHRM??

MS. TSE: Objection. Speculation. You can answer, if you can.

A I recall being frustrated at how long things were taking. And so, naturally, I had concerns, yes.

Q When you were frustrated at how long

things were taking, what do you mean by how long things were taking?

A How long the hiring process was taking.

Q In the next sentence, you write, We need to source for that role now, if it is a no -- if it's a no. Do you see that?

A Yes.

Q What did you mean by we need to source for that role now?

A Again, two years ago, I would be speculating, but my assumption is that if we're -- if the company and the candidate cannot come to an agreement on the hire, whether it's pay, accommodation, anything, that if we're not moving forward with this candidate, we need to move forward with trying to find another candidate.

Q I'm sorry. And I apologize. I'm not asking you to speculate. You wrote this, but do you -- do you know what you meant by you need -- you need to source for that role now? Do you know what you meant by that?

MS. TSE: Objection. Asked and answered,

A I don't remember.
Q You mentioned an article twice today. Are you referring to the same article both times?
A Yeah.
Q After the rescission, what happened with the senior specialist product management position?
MS. TSE: Objection. Vague. You can answer, if you can.
A It was not filled.
Q Do you know why?
A There were changes, shifts in -- you know, restructure in the organization. Yeah.
Q Was it -- did you want the role filled?
A Yeah.
Q Did you ask for it to be filled?
A At what point?
Q I'm sorry. After the rescission happened, did you want the position filled?
A After what happened?
Q After Ms. Torres's offer of employment was rescinded, did you ask for the position to be filled?

A Yeah.
Q Okay. And how was your request responded to?
A I don't remember if we reposted it or not.
Q Okay.
A I don't remember when we were told when this job went away.
Q You said that there had -- when I asked why the position had not filled, you mentioned that there were changes and shifts in structure.
Uh-huh.
Q Can you tell me what changes there were?
A Let me think back to that time. So Linkage was split out from Enterprise Solutions. Melissa Turk went with Linkage, and I stayed with Enterprise Solutions, and, obviously, other people as well. But it was just a shift in, you know, how the teams were structured.
Q That product team that -- that -- okay. I'm sorry. Let me back up. Do you know -- do you remember when this change occurred?

A I believe, fall, but I don't remember exactly.
Q Fall of 2024?
A Yes.
Q You said Linkage split off from Enterprise Solutions. Is that what you said?
A Yes.
MS. TSE: Objection. (Crosstalk) testimony. You can answer, if you can.
A Yes.
Q The product team that we had been discussing, did the product team also end up splitting at the time that Linkage broke off from Enterprise Solutions?
A Yes.
Q Where did the product team go?
A It was split between the two.
Q Okay. Can you tell me who -- who -- who went with Linkage and who remained at Enterprise Solutions?
A Sure. Melissa Turk went.
Q To Linkage?

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Sue Pybas, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Sue Pybas

________________________________

SUE PYBAS, NOTARY PUBLIC

FOR THE STATE OF MISSOURI

May 26, 2026

CERTIFICATE OF TRANSCRIBER

I, Karen M. Galvez, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said proceedings were reduced to typewriting under my supervision; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Karen M. Galvez

______________________________

KAREN M. GALVEZ

PLANET DEPOS, LLC

May 26, 2026