# Exhibit 32

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 7/10/2024 10:26:53 AM
**To**: Panessidi, Katharine [katharine.panessidi@shrm.org]
**Subject**: RE: Products role

Hi Katharine!

Unfortunately, we can't post this yet and I haven't heard anything about this situation. I will see if there may be any new developments.

Kind regards,
Debbie

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Wednesday, July 10, 2024 10:20 AM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** RE: Products role

Hi! Just wondering if you've been able to post this, and if you've heard anything from Hanton in Nicole's absence about Fiona?

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Tuesday, July 2, 2024 4:05 PM
**To:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Subject:** RE: Products role

Thank you for sending, and will do!

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Tuesday, July 2, 2024 4:03 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** RE: Products role

Here is the updated description!

Please keep me updated.

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues

and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Tuesday, July 2, 2024 1:37 PM
**To:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Subject:** Products role

Hi Katharine,

Here you go …

Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**
SHRM
1800 Duke Street | Alexandria, VA 22314 USA
deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.