# Exhibit 33

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------x

FIONA TORRES, :

Plaintiff, : Case No.:

v. : 1:25-CV-2360 (PTG/WBP)

SOCIETY FOR HUMAN RESOURCE :

MANAGEMENT, :

Defendant. :

---------------------------x

DEPOSITION OF KRISTEN HOWE

Conducted Virtually

Tuesday, May 19, 2026

8:29 a.m. CT

Job No.: 632987

Pages: 1 - 96

Recorded By: Sue Pybas

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

HECTOR F. RUIZ, JR., ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, NW, Suite 1000
Washington, D.C. 20006
(202) 331-9260

ON BEHALF OF THE DEFENDANT:

TIFFANY DIN FAGEL TSE, ESQUIRE
LAUREN M. BRIDENBAUGH, ESQUIRE
TANIJ L. DARROW, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
(703) 442-8425

ALSO PRESENT:

HANTON WALTERS, ESQUIRE; IN-HOUSE COUNSEL FOR SHRM

deposition of Kristen Howe, which is being taken in the case of Fiona Torres versus Society for Human Resource Management, which is pending in the Eastern District of Virginia. The Docket Number is 1:25-CV-2360.

Good morning, Ms. Howe. My name is Hector Ruiz, and I represent the plaintiff, Fiona Torres, in this matter. Would you please state and spell your -- your full name?

A Kristen Howe, K-R-I-S-T-E-N, H-O-W-E.

Q Thank you so much. Would you -- for purposes of -- of serving you in the future if necessary, would you please state your home address?

A 918 North Alfred Street, Alexandria, Virginia, 22314.

Q Ms. Howe, are you represented here by Counsel today?

A Yes.

Q Okay. And who would that be?

A Tiffany.

Q Is there any -- is there any reason that

Q Do you know, or at -- what is your understanding of why the contingent employment offer to Fiona Torres was rescinded?
A What was my understanding?
Q Yeah. I'm sorry. At the time that you learned that her employment offer had been rescinded, did you have an understanding of why it was rescinded?
A Just that there was a request that we could not -- that SHRM could not fulfill.
Q Do you remember who relayed that -- that information to you?
A I do not.
Q After you learned that Ms. Torres' conditional offer had been rescinded, what happened with respect to the senior specialist product management position?
A I don't remember. But eventually, and it could have been right then, it was defunded.
Q So was it never filled?
A Not that I know of.
Q Do you know why it was defunded?

most frequently with?
MS. TSE: Objection, speculation, vague. You can answer if you can.
THE WITNESS: I would say Katherine.
BY MR. RUIZ:
Q And the other persons that you mentioned at SHRM that she -- that Ms. Torres would likely work with, do you know if those persons worked at headquarters in Alexandria?
A Most people were in headquarters, yes.
Q Most? Okay.
A Right. So non-Linkage people, most seem to be in headquarters.
Q Are you aware of any personnel at -- let me back this up. In the time that you were with SHRM, okay, do you know if any Enterprise Solutions personnel were laid off?
MS. TSE: Objection, vague. You can answer if you can.
THE WITNESS: I mean, can you say -- can you clarify? Is it like --
Q Well, I mean --

A Involuntarily, is that what you're saying?
Q I'm sorry, what was your question?
A Involuntarily.
Q Yes, ma'am. In like, involuntary layoffs. Do you know if there were involuntary layoffs in Enterprise Solutions at the time you were with SHRM?
A Yes.
Q Yes. You know that there -- you know if there were, or --
A Yes.
Q Okay. When -- okay. So were there involuntary layoffs at SHRM?
A Yes.
Q Okay. Do you know the approximate time period?
A November of '24. I guess it was a reorganization.
Q As part of that reorganization were there layoffs?
A Yes.

Q That reorganization that you're referencing, is -- is that how you or why you negotiated your exit?
A I was not part of that, no.
Q No. Okay. Do you know if any persons were actually laid off as part of that reorganization?
MS. TSE: I'm sorry, I couldn't hear. The connection cut off. What did you say? Were any persons what?
Q Sure. Do you know of any persons in Enterprise Solutions were actually laid off as part of that reorganization?
A Yes.
Q Yes. Okay. So were persons laid off as part of that reorganization?
A Yes.
Q Looking at Page 1131 in Exhibit 5.
A Yes.
Q It's the -- like the page showing the Enterprise Solutions division?
A Yes.
Q Okay. These -- these -- there's -- it

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Sue Pybas, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Sue Pybas

________________________________

SUE PYBAS,

NOTARY PUBLIC FOR THE STATE OF MISSOURI

5/26/2026

CERTIFICATE OF TRANSCRIBER

I, Brandi McLean, CET, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding; that said proceedings were reduced to typewriting under my supervision; that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to the case and have no interest, financial or otherwise, in its outcome.

Brandi McLean

BRANDI MCLEAN, CET
PLANET DEPOS, LLC
5/26/2026