# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Case No. 1:25-CV-02360-PTG-WBP**

**STIPULATION OF UNCONTESTED FACTS**

COME NOW Plaintiff Fiona Torres ("Ms. Torres") and Defendant Society for Human Resource Management ("SHRM"), by their respective Counsel and pursuant to the Court's January 21, 2026 Order (Dkt. No. 13), stipulate to the following uncontested facts:

1. SHRM is a nonprofit professional association headquartered in Virginia.

2. Ms. Torres has type 1 diabetes.

3. Ms. Torres obtained her diabetic alert dog in May 2017.

4. On April 20, 2024, Ms. Torres applied for employment at SHRM for the position of Senior Specialist, Product Management.

5. The resume Ms. Torres submitted as part of her application for employment at SHRM indicated she had been living with type 1 diabetes for 30 years.

6. The Senior Specialist, Product Management position was a new position SHRM created as part of a reorganization of its Enterprise Solutions Division.

7. Ms. Torres was interviewed by Deborah Zoerkler, Senior Specialist, Talent Acquisition, on April 24, 2024.

8. Ms. Torres was interviewed by Melissa Turk, Associate Product Manager; Katharine Panessidi, Director, Enterprise Solutions Products; Alison Sancinito, Manager, Enterprise Solutions Products; and Kristen Howe, Vice President, Products between May 7 and May 31, 2024.

9. On June 3, 2024, Ms. Zoerkler emailed Nicole Belyna, Director, Talent Acquisition & Inclusion; Jim Link, Chief Human Resources Officer; Nick Schacht, Chief Commercial Officer; and George Rivera, Senior Vice President, Enterprise Solutions, details of the job offer to Ms. Torres, Ms. Torres' resume, and a description of the Senior Specialist, Product Management role, for approval to extend an offer of employment to Ms. Torres.

10. On June 3, 2024, Ms. Belyna, Mr. Link, and Mr. Schacht approved making the offer of employment to Ms. Torres.

11. On June 3, 2024, Ms. Zoerkler called Ms. Torres by telephone and verbally extended a conditional offer of employment with SHRM to Ms. Torres for the position of Senior Specialist, Product Management, at a salary of $90,000.00 per year. Ms. Torres verbally accepted the offer during the same phone call.

12. During the telephone call on June 3, 2024, when Ms. Zoerkler conditionally offered Ms. Torres employment at SHRM, Ms. Torres told Ms. Zoerkler she was requesting an accommodation from SHRM to have her diabetic alert dog with her.

13. Ms. Zoerkler did not address employee requests for accommodation at SHRM and had not had an applicant to SHRM previously request an accommodation.

14. After the June 3, 2024, phone call with Ms. Torres, Ms. Zoerkler called her supervisor, Ms. Belyna, to notify her that Ms. Torres was requesting an accommodation.

15. Ms. Belyna did not address employee requests for accommodation at SHRM and had not had an applicant to SHRM previously request an accommodation.

16. After the June 3, 2024, phone call with Ms. Zoerkler, Ms. Belyna called her supervisor, Mr. Link, to notify him that Ms. Torres was requesting an accommodation.

Dated: June 16, 2026

Respectfully submitted by:

*/s/ Stephen B. Pershing (w/consent)*
Mary E. Kuntz, Va. Bar No. 76947
Stephen B. Pershing, Va. Bar No. 31012
Hector F. Ruiz, Jr., Va. Bar No. 102153
Anna Kathryn B. Barry (admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20006
Telephone: 202.331.9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh, Va. Bar No. 90586
Tiffany din Fagel Tse, Va. Bar No. 92958
Leslie P. Currie, Va. Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
lbridenbaugh@littler.com
ttse@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 310.553.5583
tdarrow@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2026, I caused a copy of the foregoing **Stipulation of Uncontested Facts** to be served through the Court's Electronic Case Filing (ECF) system on the following counsel of record:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Hector F. Ruiz, Jr. (VSB No. 102153)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh