# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

FIONA TORRES,
Plaintiff,
v. Case No.
SOCIETY FOR HUMAN RESOURCE 1:25-CV-02360-PTG-WBP
MANAGEMENT,
Defendant.

---

VIDEOTAPED DEPOSITION OF FIONA GABRIELA TORRES

DATE: Wednesday, April 29, 2026
TIME: 10:00 a.m.
LOCATION: Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
REPORTED BY: Alexzandar Nicholi Fullerton

Job No. CS7998968

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF FIONA TORRES:

LORI B. KISCH, ESQUIRE
ANNA KATHRYN BARNES BARRY, ESQUIRE
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue Northwest, Suite 1000
Washington, DC 20006
lkisch@kcnlaw.com
akbarry@kcnlaw.com
(202) 331-9260

ON BEHALF OF DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT:

LAUREN BRIDENBAUGH, ESQUIRE (by videoconference)
LESLIE P. CURRIE, ESQUIRE
Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
(703) 286-3142
(703) 442-8425

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT:

TANJA L. DARROW, ESQUIRE
Littler Mendelson, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
tdarrow@littler.com
(213) 443-4300

ALSO PRESENT:

Hanton Walters, Vice President Legal Affairs & Administration, Society for Human Resource Management, Defendant

James Lunsford, Videographer

with. I'm not sure if it necessarily classifies as an "interview."

Q Who communicated to you that you were being extended an offer?

A Debbie Zoerkler, from what I can recall.

Q So when were you first diagnosed with Type 1 diabetes?

A At the age of 3.

Q Have you ever been hospitalized for Type 1 diabetes?

A Yes.

Q On how many occasions?

A I can't -- I'm not sure.

Q Your best estimate?

A At least -- at least five times would be an estimate.

Q When was the most recent time that you were hospitalized as a consequence of having diabetes?

A 2017.

Q And what were the circumstances that led to that hospitalization?

A I had a severe hypoglycemic episode and was

in a car crash.
Q At the time, did you have a continuous glucose monitor?
A I did not.
Q I'm going to call it a "CGM." Is that okay?
A Yes. Yep.
Q At the time, did you have a service dog?
A Yes.
Q What would you consider a life-threatening hypoglycemic event to which you have experienced in your lifetime?
A Would include, but not limited to, blacking out, losing partial if -- if not full consciousness, slurred speech, loss of cognitive awareness, loss of muscle control, dizziness, fainting, shaking is what comes to mind.
Q Have you been hospitalized for having a hypoglycemic event?
A Yes.
Q On how many occasions?
MS. KISCH: Objection to the extent it's been asked and answered.

THE WITNESS: At least twice.
BY MS. DARROW:
Q When was the first time?
A I'm not sure.
Q Your best estimate?
A I wouldn't be able to give that. I was very young.
Q When was the last time you've been hospitalized for a hypoglycemic event?
A 2017.
Q The car accident you just told me about?
A Correct.
Q What steps do you take to prevent hypoglycemia?
A Monitoring my blood sugar and treating as needed.
Q All right. I'm not a doctor. So let's -- want you to talk me through it. So when you say "monitoring" your blood sugar, what do you mean?
A It depends on what tools I have available. But if I had my CGM and my phone, I would check my -- what my CGM states on my phone and adjust if

needed and/or pay attention to the alerts that my dog would give me, if he alerts for an out-of-range glucose.

Q How long have you had a CGM?

A Since December 2017.

Q And so I see, as you sit here today, you have your phone because it monitors your glucose. Is that right?

A Correct.

Q Okay. So you keep your phone on you at all times?

A I try to.

Q What does --

A But I can't always have it on -- on at all times.

Q Why not?

A I might -- there might be certain needs that I can't have quick access to my phone.

Q Under what circumstances would you not have quick access to your phone?

A Let's say if I'm giving a presentation for work. Be unprofessional to have my phone.

Q Can't you just explain "I got to have my phone so I can monitor my glucose"?
A Wouldn't really feel the need to disclose.
Q But if you had your phone with you, you would be able to monitor your glucose accurately; correct?
MS. KISCH: Objection to the extent it mischaracterizes her prior testimony.
THE WITNESS: It helps, if it's functioning properly.
BY MS. DARROW:
Q What do you mean "if it's functioning properly"?
A There are many times where its readings are inaccurate, it might lose connection, or it might just not work altogether.
Q How often does that happen?
A It ranges. It varies.
Q What's the variance?
A It -- for example, as an -- just an instance, in February, I had four that I reported as of December or November 2025 that completely

malfunctioned. And there were two that I can recall in the past month that also malfunctioned. That's just a small instance, from what I can recall.

Q What's the "malfunction"? What do you mean by that?

A It -- there's a variety of examples. And the examples that come to mind for the ones in February and the ones in the past couple of months, the sensor, or the Dexcom, which is the brand of the CGM that I've worn since 2017, it will just give an error and therefore not provide readings, and require you to change the sensor.

Q What's involved with regards to changing the sensor?

A You then have to find a replacement -- ensure that you have access to a backup replacement, then remove the old one, place the new sensor on. In that time, you have to set it up through your phone, which takes at minimum -- the setup time in your phone alone takes at minimum 30 minutes.

Q And you said you have to change the sensor. Is that right?

A You have to change it if it produces a sensor error.
Q And how many times -- and you said that sensor error happened about four times in February, or there was a different type of malfunction?
A In the past two months, for sure, I know that there have been two instances that I had a sensor error that required it to be changed. In February -- between approximately November through February I had four different sensors that had malfunctions, including a -- three sensor errors. And from what I can recall, I believe one of them had accidentally fallen off, which required it to be changed as well.
Q Do you have backup sensors?
A I have backup sensors usually, but not always.
Q Why not always?
A If you've gone through your supply, you would've run out.
Q Wouldn't it be in your best interest to ensure that you always have backup sensors?
A Insurance doesn't give you more than is

Is that right?
A A sensor I classify synonymously as a CGM.
Q Okay. The sensor is the CGM?
A Correct.
Q Got it. That's not what I was picturing at all. Okay. And is -- the CGM, is that the device that you attach to a certain part of your body?
A Correct.
Q Got it. Does it matter what part of your body you attach it to?
A It can impact the accuracy.
Q Where do you attach yours?
A I typically, at least for the past couple of years, have tried to attach it primarily on the back of my arm.
Q Has a healthcare provider told you that that's the best place to put it?
A No.
Q Why do you put it on the back of your arm, then?
A It's recommended by Dexcom.
Q Okay. So we were talking about steps that

you take to prevent hypoglycemia. You told me about the sensor, or the CGM, monitoring your blood sugar, and treating as needed. So monitoring your blood sugar, anything else that you do with regards to monitoring your blood sugar that you haven't already told me about?

MS. KISCH: I'm just going to object to the extent that your summary mischaracterized her prior testimony.

BY MS. DARROW:

Q Go ahead?

A I believe I had mentioned I will also pay attention to my service dog's alerts, treat as needed. Could also involve doing a manual check through my blood glucose meter.

Q When you say "blood glucose meter," are you referring to something different than the CGM?

A Correct.

Q What does -- what's the blood glucose meter?

A It's a finger prick that will tell you your reading more accurately than a Dexcom.

Q It's more accurate?

A It can be. It's not 100 percent accurate, but it's more reliable than a Dexcom's reading.

Q How long have you been using a blood glucose meter?

A Since I was diagnosed with Type 1 diabetes.

Q What does a blood glucose meter look like? Describe it to me?

A Maybe, like, a small iPod. Has a screen.

Q "It's green"?

A "It has a screen."

Q Oh, it has a screen. Thank you. And then you have to prick yourself and -- well, you tell me. Explain the process to me?

A You do what we call a "finger prick." So you -- via needle, through an applicator, you inject your finger, usually. And then you apply that blood to a test strip. That test strip is inserted into the blood glucose meter. The blood glucose meter will then -- if there's enough blood there, will then give you a reading based on the blood applied to the test strip.

Q Do you keep your blood glucose meter with

you at all times?
A I try to keep it with me when possible.
Q I don't know what that means. When is there an occasion where it's not possible for you to have your blood glucose meter?
A I might not be able to bring as much stuff with me to somewhere, so I might sacrifice my blood glucose meter. But I typically try to have it with me most of the time.
Q Do you always bring it with you to work?
A When in office and working remotely, yes.
Q And for your CGM, do you always keep that with you at work?
A When possible, yes. When -- as of 2017.
Q When is it not possible?
MS. KISCH: Objection to the extent it's been asked and answered.
THE WITNESS: If it malfunctions.
BY MS. DARROW:
Q Has your blood glucose meter malfunctioned in the last two years?
A I wouldn't be able to tell, if I wouldn't be

able to, like, further verify it from my blood glucose meter.

Q Have you received any indication that your blood glucose meter has malfunctioned at all in the --

A The only other malfunction that comes to mind is if it -- its batteries die. I can't use it at all if its batteries are dead.

Q How often does that happen?

A It varies.

Q When's the last time the battery died on your blood glucose meter?

A Within the past couple years or so, approximately.

Q How easy is it to replace the batteries?

A The batteries are not easy to open from the container. I try not to take it out of the container, so it is a little cumbersome. It's also cumbersome to take it out of the device itself. It's not a quick process.

Q Is this something you can do yourself, or you need a healthcare provider to do for you?

A I don't need a healthcare provider.

Q It's something you can do yourself?
A Yes.
Q How long does it take you to replace the batteries?
A Probably at least ten minutes.
Q Do you keep extra batteries for your blood glucose meter?
A I try to, yes.
Q All right. What type of batteries does it take?
A I'm not sure. It's one of those coin batteries.
Q Okay. So it's not, like -- it's batteries you could get at, like, CVS or Target or something?
A Right.
Q Okay. They're not, like, special. You don't have to go to a doctor or anything to get -- or manufacturer in order to get batteries for your blood glucose meter. Is that right?
A I don't need to go to a special manufacturer.
Q Okay. I want to -- you said "Dexcom" is the

brand of the CGM that you use?
A That's correct.
Q Okay. Was that the same one you were using in May through July of 2024?
MS. KISCH: Objection to form. Vague.
THE WITNESS: Yes.
BY MS. DARROW:
Q Have you switched manufacturers since you first started using a CGM?
A I have not.
Q And why did you select that particular CGM that you use now?
A At the time when I, like, most recently had my 2017 car accident, my endocrinologist had recommended a Dexcom.
Q Did he or she say why or why not?
A To help better monitor my blood sugar.
Q And explain to me how the CGM works?
A It's inserted once every ten days. If it's works -- functioning properly within those 10 days, you -- once you insert it, you do have to wait the 30-minute period for it to warm up and to hopefully

other than your cell phone?
A Yes.
Q What other devices does it send the information to?
A My insulin pump.
Q And where do you keep your insulin pump?
A I change the locations. But typically, at least for the past, like, ten months, I've -- or, actually, less, in the past five months, I've tried to keep it on the back of my arm.
Q Have you ever used any other device to receive data from your CGM other than your cell phone?
A I believe there may have been a website or a software called "Glooko," as well as "Sugarmate," to try to analyze the information.
Q How long have you used those?
A I don't use them.
Q You what?
A "I don't use them."
Q Why not?
A It's not needed.
Q Why do you think it's not needed?

like, environment, that I'm not going to be driving around, if possible. You also need to be careful that you don't apply the sensor before a shower nor too shortly after a shower. Those are some different examples.

BY MS. DARROW:

Q Do you have a particular time of day that you insert a new sensor?

A I don't.

Q Is there -- I know we talked about setup. Do -- is there a warm-up period for the sensor?

A Yes.

Q Okay. Is that the same thing as the setup period?

A I would classify them as the same. I call it "warm-up." Dexcom calls it "warm-up period."

Q How long is that warm-up period?

A For the Dexcom G7, it's 30 minutes. For the G6, which is what I wore -- at the time of the interaction with SHRM, it was the Dexcom G6, which had a two-hour warm-up.

Q What happens during that warm-up?

A I had my service dog before my Dexcom.

Q Have you ever replaced your G6 sensor and your service dog was not with you?

A I'm not sure.

MS. KISCH: Ms. Darrow, just a reminder that we need to take a break by 12:30 -- I mean take the lunch break.

MS. DARROW: Okay.

BY MS. DARROW:

Q So tell me everything that you do to -- because -- well, actually, I'll ask it this way so I don't pull an objection. No. I want to be clear. Tell me everything that you do to monitor your glucose during the two-hour warm-up period?

MS. KISCH: Objection to the extent it's been asked and answered.

THE WITNESS: I would pay attention to my dog's alerts, if applicable. Also, try to keep in mind or register what my reading was at the time that I had to remove the old Dexcom, take that into account, as well as taking into account what I'm going to be doing through that time period.

up period, as an example.

Q You would agree with me that this process of monitoring your glucose kind of requires you to be more responsible and attentive to your body and your needs?

MS. KISCH: Objection. Form.

THE WITNESS: I'm not sure what -- I mean, I always try to be that way, but I just have to pay -- be extra vigilant with it during a warm-up period or when my Dexcom is not providing me readings -- or accurate readings.

BY MS. DARROW:

Q And I think I heard you say that sometimes there are delays in the delivery of your sensors? Is that right?

A There have been delays in gaining my prescriptions.

Q How often does that happen?

A At least once a year.

Q More than once a year?

A It's not always the same, but at least once a year.

BY MS. DARROW:

Q Okay. No life-threatening issues that you suffered as a consequence of that delay?

A I don't recall how severe the low was.

Q Okay. What's your understanding as to what caused the delay?

A My insurance changed. So there was a lot of back and forth with getting approval for the prior authorization to submit approval for my Dexcom.

Q Was there a delay in you providing any paperwork to anyone related to getting your prescription refilled?

A No.

Q So what do you do if you don't have the CGM or a sensor?

MS. KISCH: Objection. Asked and answered numerous times.

THE WITNESS: I, as I mentioned before, just try to be more vigilant, pay attention to my dog's alerts, treat as needed, just try to be extra vigilant.

//

A No.
Q In the last five years?
A Possibly.
Q In the last two years?
A I don't think so.
Q Do you use your finger sticks if your CGM has fallen off?
A If -- only if I feel a need to.
Q You had responded to a written question that was asked of you, as lawyers call those "Interrogatories," wherein you said there are many occasions when your CGM readings are "inaccurate or delayed." How do you know when your readings are inaccurate on the CGM?
MS. KISCH: Objection to the form.
THE WITNESS: I would get a sense if they're inaccurate if my Diabetic Alert Dog alerts, and it may -- and he's alerting, and my Dexcom says something different that wouldn't -- I wouldn't qualify as out of range.
BY MS. DARROW:
Q You said when you "get a sense." What do

you mean by when you "get a sense"?
A I can't remember how I used "in a sense."
Q You said, "when I get a sense that the readings are inaccurate." I'm trying to understand what you meant by that?
A If my dog is alerting and my Dexcom states that I'm in range, I would then question and check my blood sugar if possible.
Q I was wondering if you have, like, some sixth sense to know that your blood levels are low?
MS. KISCH: Objection to form. Argumentative.
THE WITNESS: Was there a question?
BY MS. DARROW:
Q Yes.
A You're asking --
Q Do you have some sense of when your blood levels are low --
MS. KISCH: Objection --
BY MS. DARROW:
Q -- without reading -- without relying on any type of device or your dog?

A I can sometimes feel symptoms.
Q What are those symptoms?
A They vary each time, but they can include weakness, loss of consciousness, loss of muscle control, dizziness, feeling faint, like, absurdly hungry, very -- absurdly tired, like, yawning a lot are some examples.
Q And how do you know if a reading is delayed?
A I would get prompted if I feel a -- if I know a reading is delayed when my dog alerts. And, as I stated, if my dog alerts and my Dexcom states that I might be in range, then that would be a delay in the Dexcom's reading.
Q So can you tell if your CGM was having an error before your dog alerts you?
A No.
MS. KISCH: Objection to form.
THE WITNESS: Not always.
BY MS. DARROW:
Q But sometimes?
A It's hard to tell.
Q My question is can you determine whether

your CGM has an error without your dog alerting you?
MS. KISCH: Objection to form and to the extent it's been asked and answered.
THE WITNESS: It's difficult to, without my dog.
BY MS. DARROW:
Q I'm not asking about the difficulty. I'm asking you whether or not you can tell?
MS. KISCH: Objection to form. Asked and answered.
THE WITNESS: It -- there are sometimes where I might be able to, but it's rare.
BY MS. DARROW:
Q And when you're able to tell that your CGM is having an error even before your dog alerts you, what do you do in those circumstances?
A I would do a manual blood sugar check.
Q If you were having so many issues with your CGM, it can fall off, it's inaccurate, it's got the long warm-up period, why do you use it at all?
A It was far more dangerous without it.
Q How so?

A I used to have a lot more blackouts prior to my service dog and my Dexcom being in the picture.
Q How often would you have blackouts before?
A At minimum ten times a year.
Q And when did that decrease?
A When my dog came into the picture.
Q And you got the dog before you got the CGM. Is that right?
A That's correct.
Q Now, you said you use an insulin pump. What does the insulin pump do?
A Administers insulin.
Q Does it use artificial intelligence?
A I'm not sure.
Q Where did you get your dog from?
A Diabetic Alert Dogs of America.
Q And what exactly is your dog trained to do?
A He's trained to alert for when he can sense for a dangerous blood sugar.
Q Has he received any additional training since you obtained him?
A Yes.

Q What additional training has he received?
A I reinforce his training on a day-to-day. He also -- we also went back to meet up with his organization to kind of get a little refresher, just have him meet with a trainer.
Q When was that?
A I'm not sure the exact year.
Q Your best estimate?
A I'm not sure.
Q Was it in the last five years?
MS. KISCH: Objection. Asked and answered.
THE WITNESS: Don't think so.
BY MS. DARROW:
Q Was it in the last two years?
A No.
Q So longer than that?
A Longer than two years.
Q How long had you had your dog before he got his refresher course?
A I'm not sure.
Q Your best estimate?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: I'm really not sure.

BY MS. DARROW:

Q How long was the refresher course?

A Less than a day.

Q How old is your dog?

A Nine -- nine years old.

Q What's his name?

A Meechum.

Q What type of dog is he?

A Goldendoodle.

Q Did you have to get a note from a healthcare provider to obtain your dog?

A No, not that I can recall.

Q Did any healthcare provider tell you to get a service dog?

A They did not.

Q How much did you spend for your dog, if anything?

A I -- from my own account, I'm not sure.

Q What's your best estimate?

A Estimating somewhere around 5,000.
Q Does your dog do anything -- provide any other services for you besides alerting you as to your glucose levels?
A Not that --
MS. KISCH: Objection. Form.
THE WITNESS: -- not that he was trained for.
BY MS. DARROW:
Q Is he, like, an emotional support dog as well?
A Not -- he's not classified as that.
Q Does he provide emotional support for you?
A He does.
Q We talked briefly about a car accident that you were involved in, in 2014?
MS. KISCH: I'm going to object to the extent that it's a mischaracterization.
BY MS. DARROW:
Q Actually, I think it was 2017. Were you involved in a car accident in 2014?
A I'm not sure the years prior to the one that

happened in 2017. Actually, yes, there was one in 2014, yes, in addition to the one in 2017.

Q That was before you got your service dog; right?

A Correct. Yes.

Q Did you have a CGM at that time?

A I did not.

Q Did you have an insulin pump at the time of the 2014 car accident?

A I did not.

Q How did you check your glucose levels during the time period that you were involved in the 2014 car accident?

A Manually, through a blood glucose meter.

Q Had you checked your glucose levels prior to driving a car on the date of the 2014 accident?

MS. KISCH: Objection to form, and vague.

THE WITNESS: I'm not sure.

BY MS. DARROW:

Q Did you go to the hospital as a consequence of the 2014 accident?

injured?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: Correct.

BY MS. DARROW:

Q Okay. And no one's ever died as a consequence of your driving?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: Correct.

BY MS. DARROW:

Q Okay. Was there ever a time period where you were not allowed to drive as a consequence of your medical condition?

A No.

Q When is the last time you've lost consciousness as a consequence of your medical condition?

A The 2017 car accident.

Q Did you lose consciousness at any time that you were employed by Cvent?

A Yes.

Q On how many occasions?
A Full consciousness?
Q I didn't know there was a distinction. So I'm not understanding the distinction that you're making?
A Full consciousness, yes. There has been times during -- during my employment at Cvent.
Q Are you making some distinction as to consciousness of "full consciousness" versus something else?
A You're awake, but you're not, like, in control of your body. You kind of pass out.
Q "You kind of pass out"? What does that mean?
A There have been times I've, for example, wiped out on the floor.
Q You've what "on the floor"?
A "Wiped out on the floor." Like --
Q What does that mean?
A -- ended up on the floor, but I'm still awake.
Q On how many occasions have you lost

consciousness, full or otherwise, that you were employed by Cvent?

A It varied year to year. In the first year, as an example, I know for sure there were at least two to three times in the first couple months that I was not mentally capable because of a hypoglycemic episode. In future years, I know it happened numerous times as well.

Q Did you have a CGM pump at the time -- or CGM at the time?

A My CGM came into the picture in 2017.

Q So did you lose consciousness at Cvent before you got your CGM?

A Yes.

Q And did you lose consciousness at Cvent after you got your CGM?

A No.

Q Did you have an insulin pump at the time that you lost consciousness when you worked for Cvent?

A No.

Q How did you check your glucose levels when you were employed by Cvent?

A Via blood glucose meter, manually.
Q On the occasions that you lost consciousness during your employment with Cvent, what medical aid did you require?
A It varied each time.
Q Well, walk me through the times, and tell me what medical aid you required?
A There were multiple times I required aid from my coworkers, other times that required paramedics.
Q How many times did you need the aid of paramedics?
A At least once.
Q More than five times?
A I don't believe so.
Q More than three times?
A I'm not sure.
Q You mentioned that -- in your written responses to questions that were asked that you had six episodes while working in the office at Cvent. Do you recall that?
MS. KISCH: I'm going to object to the

extent that you're -- could be mischaracterizing what she's written on her document. And if you want to show it to her, she could see that.

MS. DARROW: My depo.

BY MS. DARROW:

Q Answer the question?

A I would --

MS. KISCH: Same objection.

To the extent that you can answer it?

THE WITNESS: -- I would need to see my response to see what I stated.

BY MS. DARROW:

Q I'm asking you about your recollection of what you -- what occurred in your life, not what you wrote?

A What was the initial question?

Q All right. You had six episodes while working in the office --

MS. KISCH: Is that a question?

BY MS. DARROW:

Q -- between 2016 and 2017. Do you recall that occurring?

A I can estimate that it was somewhere around six between that time frame.
Q Did you have your CGM at the time?
A I didn't have my CGM until 2017.
Q So the answer is "no"?
A Correct.
Q Did you have an insulin pump between 2016 and 2017?
A I did not.
Q And so the only way that you could check your glucose level was the manual meter?
MS. KISCH: Objection. Vague.
THE WITNESS: Correct. Or going to a doctor's office to get blood work.
BY MS. DARROW:
Q How often do you go to a doctor's office to have them check your glucose?
A It varies.
Q What's the variable?
A Ranges, sometimes every six months, sometimes every three months, sometimes every year, once a year.

A To -- we talked through better management with my insulin pump.

Q Anything else?

A I can't recall.

Q What's your understanding as to why the issue of better management was brought up?

A My doctor had noticed I've been -- like, she suggested that I not check in -- like, not manually administer the insulin as much so that I could better learn my body.

Q Okay. Anything else?

A Not that I can recall.

Q Was your diabetes discussed during your annual physical?

A Yes.

Q And what was discussed?

A At the annual physical appointment, I believe it would've been just high-level information. I'm not sure exactly what was discussed regarding my diabetes.

Q How many times have you had an episode wherein the paramedics were called?

A I -- there's -- I can't recall how many times.
Q Your best estimate?
MS. KISCH: Objection. Asked and answered.
THE WITNESS: At least 20 in my lifetime.
BY MS. DARROW:
Q How about in the last five years?
A My most recent interaction with a paramedic was in 2017, as a result of, like, hypoglycemia.
Q How many times have you been hospitalized as a consequence of hypoglycemia?
A I -- I'm not sure.
Q Your best estimate?
MS. KISCH: Objection. Asked and answered.
THE WITNESS: At least two times.
BY MS. DARROW:
Q And the last time?
A 2017.
Q Before you got your dog?

MS. KISCH: I'm going to object to the extent that we've been over this many times. Asked and answered.

BY MS. DARROW:

Q Go ahead?

A After.

Q And how many times have you had an episode that required aid from employees?

A It would be an estimate, but at least six times.

Q And when you say you got aid from employees, what was that aid?

A It involved, but not limited to, picking me up off of the floor and helping me to get treatment.

Q All right. For the 2017 car accident, you hadn't eaten dinner after taking your insulin; right?

MS. KISCH: Objection. Mischaracterizes her prior testimony, or assumes facts not in the record.

THE WITNESS: I don't know when I took insulin. This is 4.

//

taken, therefore, how coherent I was, and I have no idea when I actually took insulin. But I can at least speak to I don't typically eat dinner before I leave for the end of my workday.

Q Did you -- and I apologize if you testified about this. I don't think you did. Did you check your glucose levels before you got in the car and started driving?

A I'm not sure.

Q Do you know if any medical records related to your 2017 car accident have been produced in this lawsuit?

A I'm not sure what's been produced.

Q Have you had any or been involved in any car accidents since obtaining your service dog?

A The car accident in 2017.

Q The one that's referenced in Defendant's Exhibit number 5, or another?

A Exhibit 5, since it states "Date, Time, October 26, 2017," at the top left of the page.

Q I just want to make -- when you say "the 2017 accident," you're referring to the one that's

referenced in Defendant's Exhibit number 5?
A Correct.
Q Okay. Have you partially lost consciousness since obtaining your dog?
A Yes. This -- in this one incident.
Q When you say "this," what are you referring to?
A The car accident from October 2017.
Q How about since then?
A Since after 2017?
Q Yes, ma'am?
A Not that I can recall.
Q Have you lost full consciousness since obtaining your dog?
A In 2017.
Q Still referring to the 2017 car accident?
A Correct.
Q Have you fully lost consciousness after the 2017 car accident?
A No.
Q Since you've had your dog, what are the occasions in which your dog would not be with you?

sugar via my blood glucose meter.
Q Have you ever taken your dog on an airplane?
A Yes.
Q How often have you done that?
A I'm not sure.
Q In the last two years, how many times have you taken your dog on an airplane with you?
A I've not taken him in the past two years.
Q Okay. Have you ever traveled without your dog?
A Yes.
Q On how many occasions have you done that?
A I'm not sure.
Q Have you done that in the last two years?
A Yes.
Q When's the last time?
A From what I can recall, like, a -- roughly a year ago.
Q Where'd you go?
A Europe.
Q How long were you in Europe?
A Approximately nine days, possibly ten. Nine

or ten days.

Q Who'd you go with?

A My mother and her friend -- our family friend.

Q What's the friend's name?

A Carmen.

Q Same as your mom's?

A Yes.

Q What's the friend's last name?

A Dobos, I think is her legal last name.

Q Can you spell that for me?

A Dobos is D-O-B-O-S.

Q What was the purpose of the trip?

A Celebrating my mom's 70th.

Q That's the way to celebrate. Where was your dog while you were gone?

A With his dog sitter.

Q He has a standard dog sitter?

A Yes. He stayed in his home.

Q What's your dog sitter's name?

A Mark.

Q Does Mark have a last name?

A I'm not sure of his last name.
Q How often do you -- does the dog sitter watch your dog for you?
A It's not a set schedule.
Q How'd you find Mark?
A Rover, the app.
Q And this was the last time the dog was with the dog sitter?
A I'm not sure if that was the last time. It likely was.
Q Okay. And then how did you check your glucose or monitor your glucose levels while you were in Europe?
A I paid extra attention to my Dexcom, paid extra attention to my own symptoms, and using manual checks via my blood glucose meter if needed.
Q Did you have any episodes at all while you were in Europe?
A What would you classify as an "episode"?
Q You tell me? Anything related to your diabetes occur while you were in Europe?
A I can't recall.

Q Did you lose consciousness?
A I did not lose consciousness.
Q Did you lose partial consciousness?
A I don't believe so.
Q Were there occasions where you were dizzy?
A I believe there may have been.
Q Do you have a specific recollection of that occurring while you were in Europe?
A I'm not sure.
Q Anything that required you to be hospitalized?
A No.
Q Anything that required you to be treated by a healthcare provider?
A Not by a healthcare provider, no.
Q By anybody else that was not a healthcare provider?
A No.
Q Any other occasions besides the Europe trip to celebrate mama's 70th birthday that you've traveled without your dog?
A In what time frame?

Q In -- since you've had your dog?
A I believe so, yes.
Q Oh. What other occasions?
A Another two other European trips that come to mind.
Q That's what I'm talking about. I love Europe. Tell me about the other trips. When were they?
A I believe there was one the year prior, approximately, or estimating in 2024.
Q Where'd you go?
A Spain.
Q We were just talking about Spain. Off the record. How long were you in Spain?
A Roughly around nine days.
Q What was the purpose of that trip?
A Vacation.
Q Who'd you go with?
A My mom and her friend as well as another, like, friend of mainly my mom's.
Q Was it Carmen, or somebody else?
A Different person.

estimating, and that was a perfect example of having a frame of reference for giving me an estimate. And so I would love it if you could continue to do that. If you have some frame of reference where you can give me an estimate, that would be great.

A Sure.

Q For instance, you recall "This is where I worked," or "I recall that it was a summer month, so I" -- or it was close to a birthday or a holiday, something like that, and you have some frame of reference to give me an estimate, I would be entitled to that.

A Sure.

MS. KISCH: I'm going to object. If you have a question, you certainly can ask her.

BY MS. DARROW:

Q That's what us lawyers call "admonitions," and I should have told you about that earlier. Okay.

So you know that that other European trip was when you worked for Cvent, and you said there might be another -- in addition to the two trips you've told me about, another trip that you had

without your service dog?
A Correct.
Q Okay. When was that one?
A I am not sure. Probably within the past -- within two years of Spain.
Q Okay. And where'd you go?
A Croatia.
Q Ooh. How long were you in Croatia?
A I believe somewhere around nine days. It's an estimate.
Q That's a cool trip. What was the purpose of that trip?
A Vacation.
Q Who'd you go with?
A My mom and her friend.
Q Is this a different friend?
A She was also on the Spain trip.
Q Mom likes to travel?
A Yes.
Q And who kept your service dog while you were in Croatia?
A Mark, the same sitter.

without your service dog?
A Correct.
Q Okay. When was that one?
A I am not sure. Probably within the past -- within two years of Spain.
Q Okay. And where'd you go?
A Croatia.
Q Ooh. How long were you in Croatia?
A I believe somewhere around nine days. It's an estimate.
Q That's a cool trip. What was the purpose of that trip?
A Vacation.
Q Who'd you go with?
A My mom and her friend.
Q Is this a different friend?
A She was also on the Spain trip.
Q Mom likes to travel?
A Yes.
Q And who kept your service dog while you were in Croatia?
A Mark, the same sitter.

Q As point of reference, for the Croatia trip, where were you working at the time?
A Cvent.
Q So it -- you think it was about two years before the Spain trip?
A Within two years --
Q "Within two years"?
A -- approximately.
Q And then how did you monitor your glucose while you were in Croatia?
A Extra checks with my Dexcom on my phone as well as paying extra attention to any symptoms from my own body.
Q Any episodes related to your diabetes while you were in Croatia?
A There may have been. I'm not sure. It was a lot of physical activity. So I -- there's a chance that I could've had, like, a sketchy low blood sugar.
Q Did you have to be hospitalized --
A No.
Q -- during your trip to Croatia?
A No.

Q Any loss of consciousness during your trip to Croatia?
A No.
Q Any other trips that you've had that you've taken without your service dog that you haven't already told me about?
A Yes.
Q What other trips?
A Also, approximately within -- I -- I've, like, lost track of how many years have gone by. But during my time at Cvent there was one additional trip before Croatia.
Q Where'd you go?
A Portugal.
Q I love Portugal. What was the purpose of that trip?
A Vacation.
Q How long were you there?
A Approximately nine or ten days.
Q And who watched your service dog?
A Mark, my sitter. The same sitter.
Q So Mark is just your go-to sitter. Is that

right?

A Yes.

Q And who went with you on that trip?

A My mom; Carmen, who came with us to another trip; another -- and another friend; as well as Carmen's -- like, not my mom, but Carmen's husband, my mom's friend's husband.

Q What was the -- and you -- okay. So there's your mom, there's Carmen, Carmen's husband, and then some other person?

A A friend.

Q Who was that other --

A My mom's friend.

Q -- who was that other friend?

A She also came with us to Croatia, and I -- and Spain.

Q Okay. And that's the person that you can't remember their name?

A Her name is Gayle.

Q "Gayle"? All right. Do you remember Gayle's last name?

A Beel.

Q Can you spell that for me?
A I believe it's B-E-E-L.
Q All right. And how did you monitor your glucose while you were in Portugal?
A Paying extra attention to my Dexcom, doing more frequent check-ins on my Dexcom, and staying extra vigilant with listening to my own body symptoms.
Q All right. Any other trips that you've taken without your service dog that you haven't told me about?
A I believe there was one additional trip to -- that I can recall.
Q Where'd you go?
A I believe it was Vegas. Yes.
Q All right, girl. Do you know when that was, approximately?
A I don't know the -- I don't know.
Q Where'd you work at the time?
A Cvent.
Q Okay. How long were you in Vegas?
A Approximately four days, I would estimate.
Q It's hard to do nine days in Vegas.

A Yeah.
Q So, girl, that'll wear you out. And who did you go with?
A My coworkers.
Q What were their names --
A The coworkers --
Q -- as many as you can recall?
A -- Vanessa Ramsay, David Gomez. Those are the ones that I know for sure were there. Others -- other people have come and -- come and gone. So I'm not sure who else was there.
Q No worries. What was the purpose of the trip?
A Work.
Q This was a work trip? And was Mark watching the dog again?
A I believe my mom was, if I can recall correctly.
Q And how did you monitor your glucose? I know it may seem very obvious what the answer is going to be, but I got to make my record. So how did you monitor your glucose during your Vegas trip?

A Paying extra attention to my Dexcom, doing more frequent check-ins, as well as trying to pay more attention to my own body.
Q Any episodes at all during your Vegas trip related to your diabetes?
A I do recall having what I would classify as a kind of difficult-to-work-with low blood sugar at least once.
Q And what were -- how did that manifest itself?
A I was, like, severely sweating, and I started to feel, like, a little fuzzy, weak as well.
Q Did you lose consciousness?
A I did not lose consciousness.
Q Did you have to be hospitalized?
A No.
Q Did you have to be treated by a healthcare provider?
A No.
Q Did you need the assistance of coworkers?
A Yes.
Q How did they assist you?

A I sing with a choir voluntarily. So I don't bring him to performances, but I do bring him to all rehearsals.
Q How come he doesn't get to go to the performances?
A He -- so if he were to alert, for example, I wouldn't be able to comfortably treat for his alert and/or check. It would be very distracting, and I would disrupt the concert.
Q So if you got an alert, when you say you "wouldn't be able to treat the alert," you mean treat yourself?
A As -- as well. Like, me, myself, as well as to acknowledge his alert, which is usually via treat or, like, praise.
Q How often does he give you an alert?
A It varies a lot.
Q Like, in the last two days, has he alerted you?
A Yes.
Q Okay. What does that look like?
A He'll paw at my leg.

the two of us to connect at a -- like, a scheduled time.

Q And who is Nicole, as far as you understood?

A I'm not sure her title. I believe she's from HR.

Q Did you talk to Nicole?

A Yes.

Q How long was that conversation?

A I would approximate under 40 -- under 30 minutes, or around 30 minutes.

Q Was anybody else on the line, as far as you knew?

A Not that I recall.

Q Did you record the call?

A I did not.

Q And this was a telephone, or Zoom call?

A Telephone.

Q Tell me as best you can recall and as specifically you can recall the full contents of your communication with Nicole during this call that you just testified about?

A During the call with Nicole, she had asked

me certain details about, like, what he did, how he assisted me. I believe she also asked if there was any, like, monetary compensation -- not "compensation," but accommodation that would be needed by, for example, if he needed to travel for an event.

She had asked, like, are there any, like, monetary needs that he would need in order for him to come along with me for something work related. I said, "No, there are not." I believe -- at a high level, I believe we mentioned his possible documentation that he had. That's what I can recall from the conversation with Nicole.

Q What do you mean about "documentation"?

A What proof of his training I had, his licensing, which I did share with Debbie, who I believe shared it with Nicole.

Q And then anything else that was discussed?

A From what I can -- that's what I can recall.

Q And in terms of the financial responsibility, what all was discussed in that regard?

A She had asked me something along the lines of what -- if there were some type of financial needs

that he might have. I don't recall the exact details behind those questions.

Q How did the call end?

A Uncertain. I was very on edge and anxious, because it didn't seem like an easy thing, or it didn't seem like there was much openness to being willing to accommodate him. So I was very anxious.

Q What is it she said or did that gave you the impression that there was -- don't remember what word you just used -- not "openness"?

A Or willingness to accommodate him?

Q What is it that she said or did that gave you the impression that there was not willingness to accommodate you?

A It had already been, you know, several days of them knowing this information. So clearly, there was some form of hesitation.

In the conversation with her there was no feedback I got from her that -- anything along those lines of "Oh, this should be fine," or, you know, "Let me just, you know, cross my T's and dot my I's," "Let me just follow up with someone just to make sure this

BY MS. DARROW:
Q Answer the question, Ms. Torres?
A I feel like I've answered this question.
Q Answer the question, Ms. Torres?
A My dog is of utmost importance for any aspect of any role.
Q So was that a "yes," or a "no"?
A He is needed for all aspects of a job role.
Q Including the "data analysis and reporting"?
A I need --
MS. KISCH: Objection to the extent that it's been asked and answered.
THE WITNESS: -- I need to ensure that I'm of good health, and he helps ensure that. So that includes the bullet points mentioned.
BY MS. DARROW:
Q Including "learning experience systems"?
MS. KISCH: Objection. Asked and answered.
THE WITNESS: Yes. He's needed.
BY MS. DARROW:
Q And "conference planning and project

management"?

MS. KISCH: Objection. Asked and answered.

THE WITNESS: He is needed for all aspects of any job role, to help ensure that my health and safety is well managed.

BY MS. DARROW:

Q And did you ever give what's been marked as Defendant's Exhibit number 11 to any healthcare provider?

A Not to my knowledge.

Q I know we talked about the accident in 2014 and 2017. Did you total your car in 2018?

A I totaled my car in 2017.

Q And you haven't had -- you didn't have an accident in 2018?

A I don't think so.

MS. DARROW: Which one is that? Maybe it's just a misprint.

BY MS. DARROW:

Q Go back to Exhibit number 10. Okay. On Bates -- the page that's Bates labeled 615?

A Okay.
Q And I believe it's an email from you to Nicole Belyna on June 17, 2024, and on 615 you wrote "In 2018, I totaled my car commuting to work as a result of another hypoglycemic episode." Do you see that?
A It was just an -- yes, I see it.
Q Was that a typo?
A It -- yeah. It was an unintentional error. I was referencing 2017.
Q On page 613, in an email from you to Nicole dated June 19, 2024, you say "The only regularly occurring circumstance that my dog is temporarily without me is when he is taken for grooming." Do you see that?
A I see that on 612.
Q Okay. But that's not a true statement. Is it?
MS. KISCH: Object to the extent it mischaracterizes the document.
THE WITNESS: I answered this -- or I stated this statement in relation to my time --

CERTIFICATE OF DEPOSITION OFFICER

I, ALEXZANDAR NICHOLI FULLERTON, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action Alex Fullerton

ALEXZANDAR NICHOLI FULLERTON
Notary Public in and for the
Commonwealth of Virginia

CERTIFICATE OF TRANSCRIBER

I, PENNIE HAHN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

PENNIE HAHN