# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | |
| FIONA TORRES | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-02360-PTG-WBP |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT | |
| Defendant. | |

Tysons Corner, Virginia

Friday,
May 22, 2026

DEPOSITION OF:

CARMEN TORRES

called for examination by Counsel for the Defendant, pursuant to Notice of Subpoena, at 1800 Tysons Boulevard, Suite 500, Tysons Corner, VA 22102, when were present on behalf of the respective parties:

Job No. CS8175598

APPEARANCES:

On Behalf of the Plaintiff:

HECTOR RUIZ, ESQ.
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW
Suite 1000
Washington, D.C. 20006
202-331-9260
hruiz@kcnlaw.com

On Behalf of the Defendant:

TANJA L. DARROW, ESQ.
Littler Mendelson P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
310-849-0933
tdarrow@littler.com

BY MS. DARROW:
Q. That's your speculation?
A. It's my speculation.
Q. When did Fiona first get diagnosed with Type 1 diabetes?
A. She was three years old.
Q. And isn't it true that no healthcare provider told her that she needs to have a service dog?
MR. RUIZ: Objection. Calls for speculation.
THE WITNESS: That I would not know, because I don't go to her doctor's appointment, she goes by herself. So I don't know any of the discussions that she has with her doctors.
BY MS. DARROW:
Q. Even as a child, she was never told by a doctor that she needs to have a service dog, right?
A. I had no idea that that was a possibility when she was a child.
Q. You've never been to any doctor's appointment with her, from the time she was an adult, related to her diabetes?
A. From the time she went to college? No.

Because it looks like a phone.

Q. On a typical day, how often do you observe Fiona using -- monitoring her glucose? Either using her phone or the CGM.

A. It's a continuous thing.

Q. So when you say, continuous, what do you mean?

A. If we were here, she would every once in a while, like, go and check -- check.

Q. Are you aware of any time Fiona's CGM was not functioning properly, to the point where she was unable to monitor her glucose levels?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: Oh, yes. Several times.

BY MS. DARROW:

Q. Several times over the course of years?

A. No. It -- it -- it happens. Like, the -- they -- she gets a defective CGM, or something goes wrong.

Q. How often does that happen?

A. It happens, I would say -- like, if she gets a shipment every -- this is wild guess. Every three months, let's say, there might be one that is defective in there, or something --

like, it didn't go in her skin properly, or it's giving her numbers that, you -- she knows her body, so she just checks. She has to prick her finger to make sure that whatever the CGM is giving her is accurate, and many times, it's -- it's not. It's off.

Q. And when it's off, what does she do as an alternative?

A. Well, you know who the first one to alert is Meechum. Meechum is the first one to alert. And Meechum can sense, like, if -- let's say her sugar level is going up or down, whatever, right? And the CGM has not recorded it, Meechum would be alerting before, and then before she rewards Meechum -- when she checks the CGM and Meechum is alerting, she checks the CGM and she doesn't reward Meechum. And then, like, five or ten minutes later, the CGM is in agreement with Meechum, and then she rewards Meechum.

Q. Have there been occasions where Meechum is wrong?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: I would -- I would guess.

But I don't know, but I'm sure he might be wrong. I don't know.
BY MS. DARROW:
Q. What's your best estimate on how many times you've observed the CGM or her phone not functioning properly with regards to monitoring her glucose levels?
MR. RUIZ: Objection. Vague as to time.
THE WITNESS: Repeat the question for me, please.
BY MS. DARROW:
Q. How many times?
A. How many times have I observed that the CGM is not working properly?
Q. Yes.
A. Frequently.
Q. And you said she can use the CGM -- she can see her glucose levels with the CGM and with her phone; is that right?
A. I'm not sure if she -- I'm sure she can see it on the phone. Because I had the app to the -- to her CGM. At some point, I had the app, so I could see her numbers on my phone.
Q. Oh, okay.

A. Oh, yeah. So she -- she could give access to up to five people, I was one of them.

Q. Who else has access?

A. I don't -- I don't think anybody else has access now. Just her. She manages on her own. I don't get involved anymore.

Q. When did you stop having access?

A. Let me see. So when she came back from college -- well, let's see. When she first got the CGM, it was such a change of life. So that's --

Q. How so?

A. Because it's so complicated. Diabetes Type 1 is so complicated. I cannot in here tell you.

Q. So when did you stop having access to her CGM data?

A. I'm going to say maybe four years ago, five years ago.

Q. Has Fiona ever been hospitalized as a consequence of her Type 1 diabetes condition?

A. Yes.

Q. On how many occasions?

A. When -- when she was a child.

Q. Besides that?

A. As an adult?
Q. Yes, ma'am.
A. In college.
Q. What was the circumstances of her being hospitalized in college?
A. Low blood sugar.
Q. Were you with her?
A. No.
Q. How long was she in the hospital?
A. I don't know.
Q. Was she in some type of accident?
A. No. She -- well, she had a low blood sugar. They called the paramedics, and she was transported to the hospital.
Q. Did she have to stay overnight?
A. She might have. But they did not give me that information.
Q. How did you find out about it?
A. She told me. But it was way after.
Q. Any other occasions that you are aware of, where Fiona was in the hospital, or went to the hospital related to her Type 1 diabetes?
A. She had a car accident.
Q. When was that?
A. Okay. So let me -- I can figure this

out. Kaya (phonetic) was months old; Kaya is seven. So about -- about seven years ago.

Q. Did you go to the hospital with her?

A. No.

Q. How did you find out about the car accident?

A. I got a phone call.

Q. The same day?

A. Yes.

Q. How long was she in the hospital?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: She was released. But I think she was just in the emergency room. She was not assigned a room.

BY MS. DARROW:

Q. So not overnight. She just went to the emergency room?

A. I think so. Yes. I was -- I was not home when it happened.

Q. Were you out of the state?

A. I was in my -- my -- in Front Royal.

Q. You were where?

A. In Front Royal. My -- Tatiana's house.

Q. Oh. When she had the car accident, did

she already have Meechum?
A. Yes.
Q. Do you know how the accident occurred?
A. She had a low blood sugar, so she lost the -- she was going slow, obviously, and she ran into things.
Q. What did she run into?
A. I don't know.
Q. Was Meechum in the car with her?
A. Yes.
Q. He didn't alert her that she had low blood sugar?
A. I don't know. He was in the backseat.
Q. When -- prior to Fiona getting Meechum, her service dog, how did she monitor her glucose levels?
MR. RUIZ: Objection. Calls for speculation.
THE WITNESS: Before Meechum, it was terrible. She was all over the place. Her -- her diabetes was not under control.
BY MS. DARROW:
Q. Okay.
MS. DARROW: Move to strike as nonresponsive.

BY MS. DARROW:
Q. So I need you to listen to my question. And my question is: Prior to her getting her service dog, how did she monitor her glucose levels?
A. She tested her sugar with pricking herself.
Q. Any other ways?
A. No. To test her sugar levels, she would just prick her finger and check her blood sugar.
Q. Did she get the CGM after she got Meechum --
A. Yes.
Q. -- or she had it before?
A. No. After Meechum.
Q. And so she would prick herself. How often per day did she have to prick herself?
A. I don't know. A lot of times.
Q. What does that mean?
A. I would say at least eight, ten times a day. At least.
Q. And she has not been hospitalized since that car accident for her diabetes, right?
A. Not that I am aware of.

after?
A. Before Meechum and before the CGM.
Q. How did she monitor her glucose during those Peru trips?
A. With OneTouch.
Q. Did she ever have to be hospitalized while in Peru because of her diabetes?
A. No, she never -- she was never hospitalized.
Q. Did she ever need medical intervention because of her diabetes while you guys were in Peru?
A. I've used the glucagon.
Q. The -- the what?
A. Glucagon is when they loss -- lose consciousness.
Q. She lost consciousness while you guys were in Peru?
A. Yes.
Q. When was that?
A. One of the trips.
Q. How long ago was that?
A. I'm going to say maybe nine years.
Q. And the glucongun (sic)?
A. Glucagon.

Q. Glucagon. That restored her consciousness?
A. Yes.
Q. How old was she?
A. She was an adult. I think she was in college.
Q. Okay. Any other trips that you haven't told me about?
A. I -- I think that would be all.
Q. So I am aware of Fiona went on a work trip to Las Vegas when she worked at Cvent. Are you aware of this?
A. Yes.
Q. And she'd said that Meechum did not go with her. Do you know who took care of Fiona's dog while she was in Vegas when she worked for Cvent?
A. I would have been the one.
Q. How long was that trip in Vegas?
A. She usually went for three to four days.
Q. Do you know how she monitored her glucose levels during her trip to Vegas?
MR. RUIZ: Objection --
THE WITNESS: CGM at that point.

Q. Yes.
A. Well, it would be this coral. It would be --
Q. The --
A. -- with the choir.
Q. Okay.
A. The choir. The events. The dogs.
Q. Anything else?
A. 2024. I think that's it.
Q. Okay. Are you aware of any job opportunities that Fiona declined since 2024?
A. No.
Q. Have you encouraged Fiona to seek employment?
A. I don't -- no.
Q. Why not?
A. Because she does it on her own. I don't need to encourage her.
Q. Has she expressed any reluctance to work?
A. No, never. The opposite.
Q. So have you personally observed Fiona suffering any type of sudden blood glucose level changes that have been life-threatening?
MR. RUIZ: Objection as to suffering

blood, like life-threatening glucose level changes, and vague as to time period.

THE WITNESS: That would be my request for clarification. What is the time frame?

BY MS. DARROW:

Q. At any time?

A. Yes. Multiple times.

Q. Since an adult?

A. Yes.

Q. On how many occasions?

A. Too many.

Q. And what exactly did you observe?

A. She's out of -- out of consciousness.

Q. How many times have you seen her lose consciousness as an adult?

A. Multiple times.

Q. When's the last time?

A. CGM.

Q. Since she's got her -- had her CGM, she has not lost consciousness?

A. Sorry. Meechum. I think it was Meechum.

Q. She got the CGM and Meechum around the same time, correct?

A. No, she got Meechum first.

Q. When was the last time she lost consciousness before she got Meechum?
A. It was so often that I -- it was very often.
Q. So was it years before, days before, months before?
A. Oh, you want just the last time?
Q. Mm-hmm.
A. Okay. So Meechum came in 2015. 2016. When did she graduate? I'm going to say probably -- oh yeah, 2015. Yeah, let's say 2015.
Q. Is --
A. But that's not an accurate. It's an estimation.
Q. So you don't really know when's the last time she had lost consciousness before she got Meechum?
A. She would lose consciousness like once a month that we had to give her the glucagon, so it was very often.
Q. Have you ever observed Fiona's CGM displaying no readings for two hours because it needed a cartridge change?
A. Oh, yeah.

BY MS. DARROW:
Q. If you know.
A. Ask again, please.
Q. How long would the CGM delay readings, if you know?
A. Delay -- no, that I don't know.
Q. All right. Are you aware of a time where Fiona's CGM displayed inaccurate readings?
A. Inaccurate?
Q. Yes.
A. Oh, yes.
Q. When did this happen?
A. I couldn't tell you when, but it happens.
Q. How often?
A. And then Meechum is there to -- to check.
Q. How often does that happen?
A. I'm going to say -- what I'm going to tell you is going to be very speculative, but let's say every two months. But that's another guess.
Q. So you can't really give me an accurate estimate?
A. No, I cannot.

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition Of: Carmen Torres

In the Matter Of: Fiona Torres v. Society for Human Resource Management

Date: 05/22/2026

Place: Tysons Corner, VA

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.



---------------------

Court Reporter