# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

______________________
)Case No.
Fiona Torres, )1:25-cv-02360-PTG-WBP
)
Plaintiff, )
)
v. )
)
Society for Human )
Resource Management, )
)
Defendant. )
______________________)

REMOTE DEPOSITION OF
SILPA P.K JOSHI, M.D.
May 27, 2026
10:01 a.m.

Reported by: Lindsey Russo
Job No. 8175586

Remote Deposition of Silpa P.K Joshi, M.D. held through:

Veritext Legal Solutions
1250 I Street, N.W.
Washington, D.C.

Pursuant to Notice, when were present on behalf of the respective parties:

APPEARANCES:

On behalf of the Plaintiff:

HECTOR RUIZ, ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20006
hruiz@kcnlaw.com

On behalf of the Defendant:

TIFFANY DIN FAGEL TSE, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
TTse@littler.com

APPEARANCES (Continued):

On behalf of the Witness:

EDWARD BAILEY, ESQUIRE
HANCOCK DANIEL & JOHNSON, P.C.
3975 Fair Ridge Drive, Suite 475 South
Fairfax, Virginia 22033
ebailey@hancockdaniel.com

Also Present:
Hanton Walters, SHRM
Leslie Currie, Littler Mendelson, P.C.
Tanja Darrow, Littler Mendelson, P.C.

latter one, the current one, just let me know.
A. It --
Q. But I'm assuming that when you say Type 1 diabetes, that covers from the beginning, from 2020 --
A. Yeah. Yeah. No. No. I just can't recall what -- if she does take thyroid hormone or not. That one -- that piece is not off the top of my head. But I don't see it on her med list here so...
But, anyway, if she were to take thyroid hormone, I would also be managing that usually in most Type 1 diabetics so...
Q. Got it. So patients with diabetes, they typically use monitoring devices, which include insulin pumps and CGMs, which we had discussed before. Would that be accurate?
A. Not all of them. So Type 1 diabetics can -- are dependent on insulin. So they may use injections alone and just finger sticks, and then the opposite spectrum would be an insulin pump that's looped with a continuous

glucose monitor that's automating insulin delivery, which is what Ms. Torres is on. She's using a Omnipod pump with a Dexcom CGM so...

But no, not all diabetics will use that. Type 2 diabetics don't necessarily need insulin or need a monitoring system of this sort.

Q. So other than the ones that you kind of -- you went through, so the Omnipump [sic], the Dexcom CGM, finger sticks, and the insulin pumps, is there any other monitoring devices that you would recommend for a patient with diabetes? Well, we'll do Type 1 diabetes to make it --

A. Yeah, no. I mean, usually it's finger sticks. That's kind of a baseline to have and then your continuous glucose monitor. When -- even on injections alone, I usually recommend a glucose monitor for the sake of monitoring blood sugar variability.

Q. Okay. So the Omnipump and the

Dexcom CGM, are those two different monitoring devices?
A. Yeah. The Omnipods. Sorry.
Q. Pods?
A. Omnipod is the pump.
Q. Got it.
A. It's a mobile or tubeless pump that they can just insert onto their arm or leg or wherever on their body without a tube.
And then the Dexcom CGM is a separate device that will go on their arm and communicate with the pump. As the blood sugars are changing, then they will -- the pump will then deliver the appropriate amount of insulin based on those blood sugar changes.
Q. Got it. So to monitor, it would be the Dexcom CGM, and then to kind of treat would be the Omnipod?
A. Correct.
Q. Okay. But does one -- can one work without the other?
A. They can, though, not -- well, yes.

did you see Ms. Torres? And I'm talking from like 2020 --
A. Yeah.
Q. -- understanding there was a gap in --
A. It was every six months usually I would see her. Usually she was seeing me every six months. Sometimes there was a little bit more of a gap, if I recall. During the pandemic, there was a lot of -- you know, and then I also went on maternity leave, so there was a gap there.
Q. Got it. When you say every six months, is that standard for diabetic --
A. Yeah. Usually those who we -- I will see a patient every six month who have -- you know, who has had pretty good control, nothing major. We're not making big, big changes to their regimen.
You know, their -- a lot of the times with Type 1 diabetics, especially those that are eventually very well controlled,

they're very in tune with how to manage themselves. And so often the visits are more just to kind of go over the trends over the last six months, make sure they have their medications, do lab work, you know, more from a chronic management standpoint.

Patients I see more frequently would be those who may have had an acute hospitalization or recently newly diagnosed as a Type 1 or Type 2 diabetic who are poorly controlled. Those patients I may see within a month or two and then kind of start spacing them out to every three months.

But in this case, yes, it would be every six unless there's a gap because of her or me being out.

Q. Right. Right. So the kind of variables that you've described to put patients in the six-month -- every-six-month category is, I think, the control, nothing major, no changes --

A. Right.

A. No. No.
Q. Okay. It also says: "In her passing out, leading to more dangerous situations."
What -- what dangerous situations are you referring to per your treatment of her?
A. Like a severe hypoglycemic episode, so that can result in a car accident.
Q. Are you aware of any dangerous situations that Ms. Torres experienced while you were treating her?
A. Not while I was treating her. I was commenting on prior to me seeing her.
Q. So to clarify, the only support that you have for dangerous situations come -- came from -- directly from Ms. Torres?
A. Yes.
Q. The third sentence here, it says: "It is imperative out of medical necessity she has her service dog at all times for safety in light of her Type 1 diabetes" histories -- "history with labile blood sugars."

What medical evidence do you have to support this conclusion?

A. So if she has a history of a car accident from a severe hypoglycemic episode, that in itself is the -- that -- that defines blood sugar lability.

What ends up happening is these patients will end up losing their -- their medical -- not medical license. Their -- their -- why am I blanking out right now? Their car license, what --

MR. BAILEY: Driver's license.

BY MS. TSE:

Q. Driver's license?

A. Driver's license, right. So, essentially -- sorry. I have not eaten yet.

So -- so with that said, that is a dangerous situation, not only for her but for the rest of society, and I deal with that regularly from other patients where I have to help them get their license back from the DMV and et cetera.

But it's not just about a car accident. It's also about the patient. If they have a seizure while they're driving or not just driving but anywhere, that's a dangerous situation because a seizure can then result in long-term issues for the patient.

So yes, probably -- I mean, dangerous is a little bit of a broad term, but it encompasses multiple situations, I guess, that can arise from a severe hypoglycemic episode.

Q. Got her -- got it. But I was more talking about the imperative out of medical necessity that she has her service dog, and I'm wondering how you formed that conclusion --

A. Yeah.

Q. -- cause, as I mentioned before and I can represent, that the car incident or accident Ms. Torres was in in 2017 --

A. Mm-hmm.

Q. -- her diabetic alert dog was with her. So I'm not seeing how that would help --

A. Yeah.
Q. -- avoid --
MR. RUIZ: Objection. Argumentative.
THE WITNESS: So I will say this -- and I can't comment on that -- that incident because, one, I wasn't aware the dog was with her during that time and, number two, I was not her endocrinologist at that time.
But I can say this: CGMs fail. Any form of blood sugar monitoring can fail. Even a finger stick can fail. So having multiple, you know, backups is helpful for patients to guarantee that they -- or not guarantee, but lower the risk of something severe happening.
A CGM can fall out. It may not be accurate. It may be reading 20 to 40 points off in a patient. There may be a delay. So when that happens, that can in itself fail. So why I would suggest having two forms with a patient like this who has had that history -- and I would say while she was with me, she

didn't have any issues, and I can't make the deduction fully that, oh, it's because she had the CGM and the service dog, but she did have the dog with her.

So I would say that medically necessary or imperative being that in the four or five years I was treating her she didn't have any issues, and I think that -- that can in some way prove, well, she had two ways of monitoring her blood sugar in that situation. So I would say that's how I would've formulated that conclusion.

BY MS. TSE:

Q. Knowing that she had her service dog during that 2017 car incident, does that change your opinion as to whether that service dog is medically necessary?

A. No.

Q. And then you also mentioned falling out. Are you aware of any event or circumstance where Ms. Torres' CGM fell out?

A. No. I -- I can't attest to that,

though it can happen. Patients may not even tell me that it -- because it happens so regularly. I may have two or three patients a day with a CGM saying: "Oh, I had to call Dexcom because it fell out or it failed."

These are not perfect devices, so it's not uncommon that it may fall out and a patient has to replace it, but that doesn't always come up in a 15- to 20-minute visit.

Q. Right. So I guess Ms. Torres never reported that her CGM fell out to you during her visits?

A. No. No.

Q. Did Ms. Torres ever report to you that her CGM had any sort of delayed reading during her visits?

A. No.

Q. And you mentioned that CGMs are not, you know, perfect. If you had to rank, let's say, perfect to imperfect, where would you place CGM in comparison to a service dog -- or a diabetic service dog?

MR. BAILEY: Objection. Calls for speculation.

THE WITNESS: Yeah, I don't think I can make that comparison because their -- their measurements are so different.

BY MS. TSE:

Q. What does the diabetic alert dog measure?

A. Well, that part, I can't comment on per se, but they have some sensing mechanism to note that a blood sugar is low, whether it's some scent or byproduct that they're sensing, whereas a CGM is giving you quantitative data and giving you a number.

So I don't think you can -- I think that would be comparing apples to oranges in terms of how they work, but they both can work for the same purpose. So that part, I can say that, that much. But I don't think I can compare both.

Q. You've never had to evaluate the effectiveness of Ms. Torres' diabetic alert

dog; is that correct?
A. Never. No.
Q. And as a physician, do you base your treatment decisions on measurable data?
A. Yes, I do, and symptoms.
Q. What do you mean by that?
A. We have measurable data, and we have clinical symptoms. So symptoms may not always correlate with numbers, if that makes sense. I'll give an example.
So a patient may be very hyperglycemic. They come to me with their A1C being over 12, so that's someone who's very poorly controlled. And, you know, I see them for their follow-up. Their blood sugars have improved. There may be -- their blood sugars may be fairly controlled now, rather than poorly controlled. But they don't feel well. They're not feeling well now. They're feeling hypoglycemic, and the reason being is their blood sugars -- they were used to that hot feeling of being so high, so their body has not

adjusted to it yet.

So I still have to take that into account. I see the quantitative data, but then I say, well, I can't be this aggressive in changing their blood sugars because they are starting to feel like they're dropping. So that can happen too.

So I think, as a clinician, we evaluate quantitative data, but we also have to assess the patient and their symptoms and their physical exams and all of that to put it all together. So -- but yes, that's part of the evaluation, absolutely.

Q. So going back to like you're saying, nonquantitative data or, like, symptoms, what -- what nonquantitative data have you observed on behalf of Ms. Torres in relation to her -- her diabetic alert dog?

A. Nothing. I've never evaluated her diabetic alert dog, so I can't comment on that.

Q. So when you're saying it's out of medical necessity, that was just based on

Ms. Torres' portal communication to you in June?

A. And her -- yes, her reported history with her prior endocrinologist where she had multiple severe hypoglycemic events, one of which resulted in a motor vehicle accident. So I was basing that -- that sentence off of what she reported to me.

Q. I'm going to pull up real quick -- let me see here -- the note from Dr. Armellini. Let me know when you can see my screen.

A. Yes.

Q. Okay. So I'm going to go to the top of this document, which is marked CONFIDENTIAL TORRES 465, and it goes through 465, 466, and 467. Let me know if you want me to slow down or scroll to a certain page.

(Exhibit 5 was marked for identification.)

BY MS. TSE:

Q. Oops. Okay.

Do you recognize this document, Dr.

Joshi?

A. The -- well, yes. That, I have in front of me. The next one, which is Dr. Armellini's note, I would have reviewed that when she had sent it to me, but I did not review that for today. So it would've been reviewed in 2024 but not -- I wouldn't be able say I looked at that recently.

Q. And just for the record, you're referring to CONFIDENTIAL TORRES 467?

A. Yes.

MS. TSE: Can we mark this for the record. I think we're on Exhibit 5.

BY MS. TSE:

Q. Okay. So I want to focus your attention on Confidential Torres 467 cause you had mentioned to me just a bit ago that you had based the sentence in your 2024 note that it is imperative out of medical necessity that Ms. Torres have her service dog at all times for safety and that you made that conclusion because of information provided by her prior

endocrinologist.
Where does it say on this, on Dr. Armellini's note from November 6, 2019 that Ms. Torres had a -- had a history --
MR. RUIZ: Objection. That misstates her testimony.
THE WITNESS: Yeah, I didn't say that. I said that I used her portal message.
BY MS. TSE:
Q. Okay.
A. I didn't use Armellini's note to formulate that.
Q. Got it. Okay.
A. Yeah.
Q. So other than Ms. Torres' message, what else did you use to form that conclusion?
A. Nothing else. That was what I used.
Q. So, obviously, like I mentioned, I am not a doctor.
A. Yeah.
Q. Is that -- is that standard practice to take a patient's word about their medical

history when the documentation that they're sending you does not reflect what they are saying?

MR. BAILEY: Objection.

Sorry. One moment, Dr. Joshi.

Objection. Calls for expert testimony.

But you can answer the question if you understood it, Doctor.

THE WITNESS: Yeah, I don't think -- I would say this: I don't think I was using Armellini's note in the -- in the same way as what you're -- what you're stating. She sent that to me more so from a wording standpoint, though I didn't really take a lot of the wording from Armellini's note because I just formulated that myself.

With regards to the question of do you just take what the patient states, well, truthfully, yes, a lot of the times we do. You know, a patient comes to me saying they have hyperthyroidism, I kind of -- and they're on a

medication, I sort of have to believe that for face value because they're coming to see me for that reason. Not always will we have records stating exactly when that was started, what the medication was, et cetera.

So I -- I guess I would say this: When I have a patient who have had, you know, a patient-doctor relationship for this long, you know, the bottom line will be that there has to be some form of trust between the patient and the doctor with regards to their care, and I expect that for my patients as well.

So to say that, you know, I would -- I would say that as a physician if a patient were to come to me and lie about a car accident, that would be very, I'd say, unheard of per se, and so -- especially in a patient who has Type 1 diabetes because, as a endocrinologist, I see it. You know, in the last two weeks, I've had one patient already come to me to get a DMV form because they got into a car accident for the same exact reason.

So this is not an uncommon phenomenon in Type 1 diabetics, so yes, I would have. It is in her medical record now. Essentially, she has put that in the medical record that this occurred to her. She -- if she had come to see me in 2020 and put that on her medical intake form, that would've been on her medical record as well. So once it's in her medical record, we are going to take that as -- as what it is.

So yes, I would have -- I would have based that based on what -- what she had written in her portal message to me.

BY MS. TSE:

Q. Thank you. Thank you for explaining that.

Looking back -- so let's talk a little bit about Ms. Torres' portal message, and for the record, we're on CONFIDENTIAL TORRES 465.

You know, it states here on the -- one, two, three, four -- fifth paragraph

skin for six months. It's a CGM but more long term.

And then we also -- well, it's an older version, but patients can use keto sticks to see how high or how poorly controlled their blood sugars are at that time. That's just measuring ketones, though, not necessarily glucose.

And then, yes, a service dog is -- is an option as well, but from a quantitative standpoint, the first three would be used.

Q. So just to go over what you just told me from a quantitative standpoint, so you mentioned finger sticks, various types of CGMs, and then keto sticks.

Did I miss anything?

A. No.

Q. Is there anything else, any other monitoring method for diabetes?

A. Not that people currently use, no.

Q. Okay. And Ms. Torres, she uses which method of your knowledge?

A. So the CGM with her pump and her -- her dog, and all Type 1s use a finger stick occasionally if they're -- if something is -- like, we prescribe that regardless as a backup.

So I don't know if she's actually using it, but it's something that everyone has as like a standard backup.

Q. And at any point during your treatment of Ms. Torres, did she ever ask your recommendation for any sort of -- any other monitoring methods other than the ones that she had?

A. No.

Q. If a service dog -- you know, let's say it's -- I -- I -- from my understanding, I don't think service dogs are allowed in like operation rooms or operating rooms or anything like that. So if the service dog is not allowed in a certain place for whatever reason, what would be the alternative form of monitoring someone with -- for someone with diabetes?

delivery may be wrong because the pump is relying on the -- the glucose measurement from the Dexcom or whatever CGM they're using. So if that happens, then they either don't get enough or too much insulin.

And then if their blood sugars are too low but it's not accurately reading that, then they're not going to sense that by the alarm system on the CGM. So then -- then in itself, they could -- their blood sugars could drop, and then they're not aware, and then they can pass out or have a seizure.

Q. Thank you.

Can blood sugar drop faster than a CGM can report to a user?

A. Yes.

Q. Okay. What can the lag time be in a CGM measuring a drop in blood sugar?

A. I can't quantify that one.

Q. Okay. Can the lag time in a CGM measuring a drop in blood sugar pose any risk to a person with diabetes using the CGM?

It's more if the blood sugar itself reading is inaccurate. That's the bigger issue.

Q. Okay. And based on your experience, how -- how often is it that a CGM is inaccurate?

A. It varies. I don't think that -- I mean, I would say that it can happen -- it's happened to many of my patients.

Q. Okay.

A. Yeah.

Q. And I know there are different types of CGM models, right?

A. Mm-hmm.

Q. Are you familiar with the Dexcom 6?

A. Yes.

Q. Okay. As far as CGMs -- well, how are you familiar with the Dexcom 6?

A. Well, it's the oldest available option, though it's going to be phased out July 1st. So most patients are now on the G7.

Q. Most are. Okay.

Do you know if at the time that you

wrote the letter in June 2024 for Fiona Torres whether she was using the Dexcom 6?
A. I believe she was on the 6 at that point, yeah.
Q. In your experience, was the Dexcom 6 prone to error ratings?
A. It could have. I mean, it -- again, variable. I would actually say probably the 7 has more kinks to work out now. Because the G6 has been around for so long, they've worked those kinks out more so. But it can happen in any of them, I would say, yeah.
Q. A CGM -- I can't remember the -- the phrase that you used. It actually doesn't -- it measures -- it doesn't use blood to measure glucose --
A. Interstitial fluid. Interstitial fluid, yeah.
Q. Okay. How does it do that?
A. Well, it's because of the location of the filament. So there's a filament that gets inserted under the skin, so that's in

CERTIFICATE OF NOTARY PUBLIC

I, LINDSEY RUSSO, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to computerized transcription under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.




Notary Public in and for
the District of Columbia

My Commission expires: February 28, 2029