# Exhibit 8

rosoft Office User Specialist

# PRE-HOSPITAL PATIENT CARE RECORD
## Fairfax County Fire and Rescue Department

☐ continued page 2
☐ continued page 3

FRD INCIDENT NUMBER: 2007 288 3227

USE BLACK BALL POINT PEN

### PATIENT INFORMATION

NAME (LAST) Torrez (FIRST) Fiona (M.I.) G

AGE 17 | DOB 9/16/[redacted] | RACE O | SEX M (F) | WEIGHT (KG / LB) 145

STREET ADDRESS 5119 Palmetto Bay Ct. | APT NO. —

CITY Centerville | STATE VA | ZIP CODE 20120

PT SSN - unk - | PT PHONE 703-802-4883

PT DOCTOR Dr. Carol

### INCIDENT INFORMATION

DATE 10/15/07

INCIDENT LOCATION 8601 Little River TPKE ☐ SAME AS PATIENT ADDRESS

DISPATCH TIME 2220

OIC—PROVIDER 1 [illegible] EMT B / C / I / (P) E.I.N. 48038

TIME AT PATIENT 2226

DRIVER—PROVIDER 2 Silva EMT B / C / I / (P) E.I.N. 47840

REPORTING UNIT M408

PROVIDER 3 Mosenge (EMT B) / C / I / P E.I.N. 63158

TRANSPORT UNIT ☐ AMB ☒ MED 408

PROVIDER 4 EMT B / C / I / P E.I.N. —

SHIFT A (B) C D V

### C.H.A.R.T. NARRATIVE

CHIEF COMPLAINT Diabetic

HISTORY—ONSET or MECHANISM OF INJURY
pt had low blood sugar - Drove van on flat tires for several miles

ASSESSMENT FINDINGS / SIGNS & SYMPTOMS
Pt. blood sugar low - found in van on side of road w/ flat tires. pt says she got low, drove over island - 2 flat tires. No other damage to vehicle. pt low but no ↓ LOC. pt walked to unit, IV started, D50 given. BS ↑ 231. pt refused transport. Father onscene - Agrees. pt signed appropriate refusal

**STROKE ASSESSMENT**

| | | |
|---|---|---|
| Facial Droop? | Y | (N) |
| Arm Drift / Weakness? | Y | (N) |
| Slurred Speech? | Y | (N) |

LEVEL OF CARE PROVIDED: ☒ ALS ☐ BLS (specify treatments in section below)

CLINICAL ASSESSMENT (listed on back) Diabetic

**DISPOSITION**
- ☐ Transported to Hosp (NAME) ____
- ☐ Drove patient to Landing Zone
- ☐ Transferred to other unit / agency: ____
- ☒ Refused transport (see release page 3)

**TRANSPORT RATIONALE**
☐ Closest ☐ Ob/Gyn ☐ Pediatric ☐ Pt Request ☐ Trauma ☐ Re-Routed ☐ Other:

**ARRIVAL STATUS**
☐ Unchanged ☐ Improved ☐ Deteriorated

**TRANSPORT MODE**
☐ PRI 1 ☐ PRI 2

### TRAUMATIC INJURIES

**TRAUMA MECHANISMS**
☐ MVC – DIAGRAM
X = Patient Location
↑ = Impact Direction
VEHICLE FRONT

Est Impact speed ____
☐ Associated fatality
☐ Rollover ☐ Ejection
Seatbelt? Y N Unknown
Airbag? Y N Unknown
Childseat? Y N Unknown
Helmet? Y N Unknown

☐ Ped vs Vehicle: Est speed: ____
☐ Fall > 20 ft
☐ Penetrating: GSW Stab Other
☐ Crush Injury
☐ Burns: Est %BSA ____ Depth ____

**MAJOR ANATOMIC FINDINGS**
☐ Pelvic Instability
☐ >2 long bone fractures / deformities
☐ Torso Penetration
☐ Major Amputation
☐ Major Laceration to Deep Structures

**MAJOR PHYSIOLOGIC FINDINGS**
☐ Airway or Breathing Compromise
☐ Systolic BP <90 or Shock Signs
☐ GCS: <8 or 9-14 (circle)
☐ Confirmed Loss of Consciousness
☐ Pregnancy over 3 months

### VITAL SIGNS

| TIME | L.O.C. | BLOOD PRESSURE | PULSE RATE | RESPIRATORY RATE | BREATH SOUNDS | OXYGEN SAT | SKIN PERFUSION | PUPILS | BLOOD GLUCOSE | GLASGOW COMA SCORE | EKG RHYTHM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2235 | ☒ ALERT ☐ VOICE ☐ PAIN ☐ UNRESP | 123/87 Position: ☐ Unable to | 110 ☒ Regular ☐ Irregular ☐ Unable to | 16 ☒ Normal ☐ Increased, un-labored ☐ Increased, labored ☐ Decreased, fatigued | L/R ☒ Clear ☒ ☐ Wheezes ☐ Rales ☐ Rhonchi ☐ Absent | 100 ☒ Room Air ☐ Oxygen | Temp warm Moisture dry Color norm | ☒ ERL ☒ R > L ☐ L > R ☐ Dilated ☐ Const ☐ Unreact | 48 ☒ pre-D50 ☐ post-D50 | 15 Eye Opening (4) 3 2 1 Speech (5) 4 3 2 1 Motor (6) 5 4 3 2 1 | ST ☐ 12L+ ☐ 12L Indeterm |
| 2245 | ☒ ALERT ☐ VOICE ☐ PAIN ☐ UNRESP | 111/66 Position: ☐ Unable to | 109 ☒ Regular ☐ Irregular ☐ Unable to | 16 ☒ Normal ☐ Increased, un-labored ☐ Increased, labored ☐ Decreased, fatigued | L/R ☒ Clear ☒ ☐ Wheezes ☐ Rales ☐ Rhonchi ☐ Absent | 100 ☒ Room Air ☐ Oxygen | Temp warm Moisture dry Color norm | ☒ ERL ☐ R > L ☐ L > R ☐ Dilated ☐ Const ☐ Unreact | 231 ☐ pre-D50 ☐ post-D50 | 15 Eye Opening 4 3 2 1 Speech 5 4 3 2 1 Motor 6 5 4 3 2 1 | ST ☐ 12L+ ☐ 12L Indeterm |

### TREATMENTS / ACTIONS

**BLS TREATMENTS**
- ☐ Oxygen ____ LMP via Cannula / NRB / BVM (circle)
- ☐ Cervical Collar ☐ Control Bleeding ☐ Others
- ☐ Spine Board ☐ Irrigate / Flush (Specify in Narrative)
- ☐ Short Board / KED ☐ Dress / Bandage
- ☐ Limb Splints ☐ Cold or Hot Pack

**ALS TREATMENTS / ACTIONS** ☐ CONTINUED PAGE 2

| Time | Action / Size / Dose / Route | Effect | Provider |
|---|---|---|---|
| 2238 | IV / 20ga (R) hand | (0) + - | 1 (2) 3 4 |
| 2240 | D50 25 grams IV | 0 (+) - | 1 (2) 3 4 |
| | | 0 + - | 1 2 3 4 |
| | | 0 + - | 1 2 3 4 |

### MEDICAL HISTORY

PRE-EXISTING CONDITIONS: ☐ UNKNOWN ☐ DENIES ALL
Angina Asthma CABG Cancer CHF COPD (Diabetes) Dementia Dialysis/Renal Emphysema HTN MI Pacemaker Psych Seizures SubstanceAbuse TIA Ulcers
OTHERS: Type I

CURRENT MEDICATIONS: ☐ UNKNOWN ☐ DENIES ALL
Novolog, Lantis

ALLERGIES: Latex (Penicillin) Sulfas ☐ UNKNOWN ☐ DENIES ALL

OIC SIGNATURE [signature] | CREW INITIAL [initials] | HOSPITAL / OMD SIGNATURE