# Exhibit 9

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 6/4/2024 4:46:01 PM
**To**: Belyna, Nicole [Nicole.Belyna@shrm.org]
**Subject**: FW Service Dog Paperwork
**Attachments**: 20240604_163248.jpg; 20240604_163457.jpg; 20240604_163545.jpg; 20240604_163350.jpg; 20240604_163403.jpg

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Tuesday, June 4, 2024 4:41 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: FW: Performance Task

Attached is all documentation I have for my service dog's completed diabetic alert/service dog training.

Thank you,
Fiona

On Tue, Jun 4, 2024, 2:32 PM Fiona Torres <torresfg3@gmail.com> wrote:

> Hi Debbie,
>
> For your records and for the Talent Director's quick reference, attached is my doctor's letter for my medical alert/service dog.
>
> I am a type 1 diabetic and my service dog is trained to alert me when my blood glucose is too high or too low to prevent life-threatening emergencies, including blackouts.
>
> Happy to chat with the Talent Director today at 4 pm.
>
> Don't hesitate to reach out if you need anything further!
>
> Fiona Torres
> 703-587-3617

## Service Dog Details For ID#: 1492729974

**This Service/Assistance Dog team has voluntarily accepted our training and behavior standards.**

**Handler Name:** Fiona Torres
**Dog Name:** Meechum
**Dog Picture:**



The United States Service Dog Registry
Assistance Animal Registration Service

Handler **Fiona Torres**
Animal **Meechum**
ID **1492729974**

GENUINE
VERITABLE | GENUINO

View registration online at **USSDR.org**

Lodging

**SERVICE DOG**

**Diabetic Alert Dogs of America**
**(800) 975.5177**

Diabetic Alert Dogs of America

**MEECHUM**



**Fiona Torres**
**Centreville, VA 20120**
**ID#: 1492729974**

**The ADA mandates that this dog and owner have full access to all public places. It is the LAW.**

**FULL ACCESS**



Copyright 2008 United States Service Dog Registry / usservicedogs.org

# The United States Service Dog Registry

Leave nothing but an excellent impression.

This certificate confirms that the following Service Dog Team has voluntarily chosen to hold themselves accountable to a higher standard by signing a specific set of training and behavior standards that go above and beyond the law.

| | |
|---|---|
| Handler | **Fiona Torres** |
| Animal | **Meechum** |
| Registration # | **1492729974** |

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, taxis and shuttles, grocery and department stores, hospitals and medical offices, theaters, health clubs, parks and zoos.

Lodging

For questions concerning Service Animals, please call the United States Department of Justice ADA Info Line at (800) 514-0301 (voice) or visit www.ada.gov

The United States Service Dog Registry is not affiliated with any government agency. The ADA defines a service animal as any dog that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability. If a dog meets this definition, it is considered a service animal under the ADA regardless of whether they have been licensed or certified by a state or local government. Service animals perform some of the functions and tasks that the individual with a disability cannot perform for him or herself. The United States Service Dog Registry is not a certification process. Registrant data is based on assertions by the dog owner. Registration is not required by the ADA. Use of this certificate is subject to the terms and conditions set forth in the user agreement, available online at USSDR.org, which has been accepted by the bearer.

# CERTIFICATE
## OF TRAINING

*This certifies that*

**"MEECHUM"**

**ID#1492729974**

*Has successfully completed the training program requirement for*

**DIABETIC ALERT SERVICE DOG**

*At Diabetic Alert Dogs of America*

Diabetic Alert Dogs of America

May 05, 2017

DATE

CERTIFIED TRAINER

Copy

Diabetic Alert Dogs of America

# Lifetime Training Agreement

This Diabetic Alert Service Dog Lifetime Training Agreement (hereinafter "Agreement") is executed this 13th day of May, 2017, by and between the parties ("parties"), namely: Diabetic Alert Dogs of America LLC. 5782 Field Breeze Street, Las Vegas, Nevada 89148 ("DADs of America"), and

**Fiona Torres** ("Buyer") whose address is

**5119 Palmetto Bay Court, Centreville, VA 20120**

For the lifetime training acknowledgment of a Diabetic Alert Dog ("Dog")

**In exchange of the mutual promises and covenants contained herein, and for the consideration listed herein, the receipt and sufficiency of which do both parties hereby acknowledge, it is agreed between DADs of America and Buyer as follows:**

**1. Follow-Up Training;**

Buyer acknowledges that he or she has been advised that additional training in addition to the included 2 days of in home training is **strongly advised** and in **most** cases **necessary** to become a successful team. Buyer acknowledges this **additional training** is complementary when performed at the DADs of America training facility located in **Phoenix, Arizona** and/or for an additional fee when performed at the Buyers location. **(see paragraph 2)** All follow-up training must include both Dog **and** Buyer. Buyer agrees to call DADs of America and schedule **either** the complementary training in Phoenix, Arizona or the training at the Buyers location. Scheduling is on trainer availability and may require (14) day-advanced notice prior to training. Buyer acknowledges this training may take multiple days and/or multiple trips to complete. There is **NO** additional charge for the training when performed at the DADs of America training facility located in Phoenix, Arizona. However, Buyer acknowledges **any** and **all** costs of travel, transportation, or lodging related to such **training** is solely and exclusively the responsibility of Buyer.

This **additional training** is complementary when performed at the DADs of America training facility located in Phoenix, Arizona throughout the Dogs entire life. The Buyer may also choose to have this additional training performed in their home at Buyers personal location for an additional fee of **$2,500.00** for each and every (2) day visit. Buyer acknowledges and agrees that they have been informed that DAD's of America **strongly advises** that Dog **and** Buyer may need this additional training to be successful.

**3. Miscellaneous Provisions;**

No amendment, change, modification or alternation of this Agreement shall be valid unless in writing and signed by both parties. The failure of either party to insist on strict compliance with any of the terms, covenants, or conditions of this Agreement by the other party shall not be deemed a waiver of that term, covenant or condition, nor shall any waiver or relinquishment of any right or power at any one time or times be deemed a waiver or relinquishment of that right or power for all or any other times.

Buyer expressly consents to the Personal Jurisdiction of the State of Nevada for any lawsuit arising from or relating to this contract. Buyer acknowledges that this agreement shall be governed under the Laws of the State of Nevada and that Venue for any legal action is proper in the County of Clark, State of Nevada.

The parties agree that an electronic copy of this Agreement, maintained in accordance with the Uniform Electronic Transaction Act, shall be binding on bot parties and have the same effect as the original.

**Identification of Dog:**

Name of Dog: **"Meechum"**

Microchip Number of Dog: **981020015798203**

Service Dog Registration Number: **1492729974**

Breed and Description of Dog: **Male Goldendoodle**

Non refundable purchase price of Dog **$ 15,000.00**