# Exhibit 10

Inova™ LOUDOUN HOSPITAL
44045 Riverside Parkway
Leesburg VA 20176-5101
Inpatient Record

Torres, Fiona
MRN: 01469392, DOB: 9/10/[redacted], Legal Sex: F
Adm: 10/25/2017, D/C: 10/25/2017

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 10/25/2017 2153 | Admit Date/Time: | 10/25/2017 2155 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Ldr Ems #613 - Leesburg | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | INOVA SERVICE AREA | Unit: | Loudoun - ED Cornwall |
| Admit Provider: | | Attending Provider: | Visintainer, Catherine M, MD | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/25/2017 2308 | Home Or Self Care | None | Visintainer, Catherine M, MD | Loudoun - ED Cornwall |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z04.1 [Principal] | Encounter for examination and observation following transport accident | | | | |
| E11.649 | Type 2 diabetes mellitus with hypoglycemia without coma | | | | |
| Z79.4 | Long term (current) use of insulin | | | | |

## Events

**ED Arrival at 10/25/2017 2153**

Unit: Loudoun - ED Cornwall

**Admission at 10/25/2017 2155**

| | | |
|---|---|---|
| Unit: Loudoun - ED Cornwall | Room: M06 | Bed: 06 |
| Patient class: Emergency | Service: Emergency Medicine | |

**ED Roomed at 10/25/2017 2155**

| | | |
|---|---|---|
| Unit: Loudoun - ED Cornwall | Room: M06 | Bed: 06 |
| Patient class: Emergency | Service: Emergency Medicine | |

**Discharge at 10/25/2017 2308**

| | | |
|---|---|---|
| Unit: Loudoun - ED Cornwall | Room: M06 | Bed: 06 |
| Patient class: Emergency | Service: Emergency Medicine | |

**Discharge at 10/25/2017 2308**

| | | |
|---|---|---|
| Unit: Loudoun - ED Cornwall | Room: M06 | Bed: 06 |
| Patient class: Emergency | Service: Emergency Medicine | |

## Allergies as of 10/25/2017

Reviewed by Sweet, Erin E, RN on 10/25/2017

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| **Bactrim [sulfamethoxazole W/trimethoprim (co-trimoxazole)]** | 09/09/2014 | | | |
| **Penicillins** | 12/14/2013 | | | |

## Immunizations

| Name | Date |
|---|---|
| **COVID-19 mRNA BIVALENT vaccine 12 years and above (Pfizer) 30 mcg/0.3 mL** | 09/23/22 |
| **COVID-19 mRNA MONOVALENT vaccine PRIMARY SERIES 12 years and above (Pfizer) 30 mcg/0.3 mL (DILUTE BEFORE USE)** | 10/11/21 |
| **COVID-19 mRNA MONOVALENT vaccine PRIMARY SERIES 12 years and above (Pfizer) 30 mcg/0.3 mL (DILUTE BEFORE USE)** | 04/10/21 |
| **COVID-19 mRNA MONOVALENT vaccine PRIMARY SERIES 12 years and above (Pfizer) 30 mcg/0.3 mL (DILUTE BEFORE USE)** | 03/20/21 |
| **COVID-19 mRNA vaccine 12 years and above (PFIZER/COMIRNATY) 30 mcg/0.3 mL** | 10/08/24 |
| **COVID-19 mRNA vaccine 12 years and above (PFIZER/COMIRNATY) 30 mcg/0.3 mL** | 10/04/23 |
| **Influenza quadrivalent (FLUZONE), 3 years and older, 0.5 mL, preservative free** | 10/16/20 |
| **Influenza trivalent w/ preservative (6 months and older)** | 11/06/22 |

## Medical as of 10/25/2017

### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Diabetes mellitus without complication [E11.9] | — | — | Provider |
| Disorder of thyroid [E07.9] | — | — | Provider |
| Mononucleosis [B27.90] | — | — | Provider |

## Problem List

| | Noted | Resolved |
|---|---|---|
| **Insulin pump in place** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Hypothyroidism due to Hashimoto's thyroiditis** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Mixed hyperlipidemia** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Obesity (BMI 30-39.9)** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Type 1 diabetes mellitus without complications (CMS/HCC)** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Vitamin D deficiency** | 11/15/2019 by Hudson, Evis H, MD | No |
| **Insulin resistance** | 5/3/2020 by Hudson, Evis H, MD | No |
| **Class 3 severe obesity with body mass index (BMI) of 40.0 to 44.9 in adult (CMS/HCC)** | 12/27/2024 by Bhavsar, Dharika M, FNP | No |

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 10/25/2017 21:53 | ESI 3 | LCFR EMS #613 - Leesburg | Self | Emergency Medicine | Emergency |

Arrival complaint
mvc

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | -- | Fiona Torres discharge to home/self care.<br><br>Condition at disposition: Stable |

## CODE STATUS HISTORY

## ED Notes

**ED Notes filed by Provider, Generic Hpf at 10/27/2017 3:21 PM**

| | | |
|---|---|---|
| Author: Provider, Generic Hpf | Service: — | Author Type: Physician |
| Filed: 10/27/2017 3:21 PM | Date of Service: 10/25/2017 11:08 PM | Creation Time: 10/27/2017 3:21 PM |
| Status: Signed | Editor: Interface, Hpf Incoming Document Pointers | |
| Trans ID: ONB83415790 | Dictation Time: Trans Time: | Trans Doc Type: EMS Record Trans Status: Available |

Scan on 10/27/2017 3:21 PM: (below)

Incident Number: 201700033512
EMS Agency Name: Loudoun County Volunteer Rescue Squad
Vehicle Number (UVI): 1A40013
EMS Unit Call Sign: M613D
Hospital Medical Record Number: 01469392

Incident Date/Time: 10/25/2017 20:43:10

Pre-Hospital Patient Care Report

**Patient Information**

Name: Torres, Fiona
Age: 27 Years
D.O.B.: 9/10[redacted]
Address: 5119 Palmetto Bay Court Centreville, VA 20120
Social Security Number: --
Gender: Female

**Complaint/Impression**

| Complaint Type | Complaint | Duration |
|---|---|---|
| | Hypoglycemia, AMS | |

Primary Symptom: Altered Mental Status
Other Symptoms: Not Applicable
Primary Impression: Endocrine - Diabetic - Hypoglycemia

**Narrative**

Narrative: Dispatched for 27 yof, diabetic emergency. AOS to find pt. sitting upright on curb outside Kiddie Academy. PT was next to vehicle reportedly involved in auto accident. Back bumper detached and lying next to rear of vehicle. Left side curtain Airbags deployed, damage to left passenger side. No spidering on windshield, no steering column damage. Pt. answers some questions on scene but not others, does follow command to stand up and sit on stretcher with EMS assistance. No visible trauma noted, pt. denies neck/back pain, denies tb. PT has strong equal, regular bilateral radial pulses. PD reports pt.'s medical dog signaled low blood sugar.

Move to ambo with patient and medical dog--Meecham--and reassess. BGL at 20 as reported. Oral glucose administration as noted. 2nd BGL check shows 22. After 1st IV attempt fails (good flush, intermittent flow made us decide against using for dextrose admin), glucagon given as reported, IM, left deltoid. Second oral glucose administration started. Estimated 25 grams total oral glucose given. 2 additional attempts for IV unsuccessful. BGL rechecked at 76. No further IV attempts requested/completed. Pt. now A and O x 3, denies pain other than left arm abrasion from air bag deployment. PT denies N/V, denies TB, denies dizziness, specifically denies head and neck pain. PMS x 4 present.

Radio report to Cornwall given w/o orders requested or received. PT answering all questions appropriately. We arrive at ER BGL 122, and turn over pt. care to ER staff with full report. EOR. MP/JKN.

Report completed by precepting provider M. Probst.

**Cardiac Arrest Info**

Cardiac Arrest: No

SCANNED

**Injury**

Cause of Injury: MVC-Passenger vehicle
Vehicular, Pedestrian, or Other Injury Risk Factor: EMS Provider Judgment
Mechanism of Injury: Blunt

TORRES, FIONA
DOB: 9/10[redacted] MRN: 01469392
27 y Female CSN: 13078968494
Adm: 10/25/2017 ICN

Incident #: 201700033512 Incident Date/Time: 10/25/2017 20:43:10 Page 3 of 4

## ED Notes (continued)

**ED Notes filed by Provider, Generic Hpf at 10/27/2017 3:21 PM (continued)**

Incident Number: 201700033512
EMS Agency Name: Loudoun County Volunteer Rescue Squad
Vehicle Number (UVI): 1A40013
EMS Unit Call Sign: M613D
Hospital Medical Record Number: 01469392
Trauma Center Criteria: Not Applicable

Incident Date/Time: 10/25/2017 20:43:10
Location of Patient in Vehicle: Front Seat-Left Side (or motorcycle driver)
Use of Occupant Safety Equipment: Shoulder and Lap Belt Used

**Medical History/Allergies/Medications**

Medical History: Endocrine - Diabetes Type I, Endocrine - Hypothyroidism

Allergies

Penicillin G
Bactrim

Medications

Current Medication Comments

NovoLog
Synthroid

**Call Type/Location/Disposition**

Call Type: Diabetic Problem
Resp. Mode: Emergent (Immediate Response)
Response: 911 Response (Scene)
Incident Address: 400 SYCOLIN RD SE
LEESBURG, VA 20175

Disposition: Treated, Transported by this EMS Unit
Transport Mode: Non-Emergent
Destination: Inova Cornwall Hospital - Leesburg
224 Cornwall Street
Leesburg, Virginia 20176
Dest. Determ.: Closest Facility

**Response Times and Mileage**

Disp. Notified: 10/25/2017 20:41:23
Unit Disp.: 10/25/2017 20:43:10
Enroute: 10/25/2017 20:43:20
At Scene: 10/25/2017 20:53:03
At Patient: 10/25/2017 20:54:56
Depart: 10/25/2017 21:39:14
Arrive Dest.: 10/25/2017 21:46:39
In Service: 10/25/2017 22:07:25

Incident Number: 201700033512
Call Sign: M613D
EMS Vehicle (Unit) Number: 1A40013
Transport Delay:
Response Delay:
Mileage To Destination: 2.7

TORRES,FIONA
DOB: 9/10/[redacted] MRN: 01469392
27 y Female CSN: 1307586849[illegible]
Adm: 10/25/2017 ICH

**Hospital Team Activations**

Hospital Team Activations

| Destination Team Pre-Arrival Alert or Activation | Date/Time of Destination Prearrival Alert or Activation |
|---|---|

**Activities**

Medications

| Time | Medication | Dosage | Route | Given By |
|---|---|---|---|---|
| 21:00:54 | Glucose | 25 Grams (gms) | Oral | Haussling, Earl |
| 21:16:03 | Glucagon | 1 Milligrams (mg) | Intramuscular (IM) | Probst, Margaret |

Incident #: 201700033512 Incident Date/Time: 10/25/2017 20:43:10 Page 3 of 4

## ED Notes (continued)

**ED Notes filed by Provider, Generic Hpf at 10/27/2017 3:21 PM (continued)**

Incident Number: 201700033512
EMS Agency Name: Loudoun County Volunteer Rescue Squad
Vehicle Number (UVI): 1A40011
EMS Unit Call Sign: M613D
Hospital Medical Record Number: 01469392

Incident Date/Time: 10/25/2017 20:43:10

Procedures

| Time | Procedure | Location | Size | Attempts | Success | Performed By |
|---|---|---|---|---|---|---|
| 20:57:12 | Blood Glucose Check | | | 1 | Yes | Probst, Margaret |
| 21:00:36 | Catheterization of Vein | Antecubital Left | | 1 | No | Nelson, Jessie |
| 21:10:09 | Catheterization of Vein | Antecubital-Right | | 1 | No | Probst, Margaret |
| 21:10:54 | Blood Glucose Check | | | 1 | Yes | Probst, Margaret |
| 21:20:00 | Catheterization of Vein | Antecubital-Right | | 1 | No | Nelson, Jessie |
| 21:25:23 | Blood Glucose Check | | | 1 | Yes | Probst, Margaret |
| 21:45:40 | Blood Glucose Check | | | 1 | Yes | Probst, Margaret |

Vitals

| Time | BP | Pulse | Pulse Rhythm | Resp | Effort | SpO2 | Qual | CO2 | GCS | Pain |
|---|---|---|---|---|---|---|---|---|---|---|
| 21:21:07 | 147/122 | 102 | | 14 | Normal | 98 | | | 9 | |
| 21:31:07 | / | 97 | | 16 | Normal | 99 | | | | |
| 21:32:21 | 130/85 | 95 | | 12 | Normal | 99 | At Room Air | | 15 | |
| 21:47:11 | 96/73 | 90 | | 12 | Normal | 98 | At Room Air | | 15 | |

Vitals

| Glasgow Coma Score-Eye | Glasgow Coma Score-Verbal | Glasgow Coma Score-Motor | Total Glasgow Coma Score |
|---|---|---|---|
| Opens Eyes to painful stimulation (All Age Groups) | Inappropriate words (>2 Years); Inconsistently consolable, moaning | Withdrawal from pain (All Age Groups) | 9 |
| | | Withdrawal from pain (All Age Groups) | |
| Opens Eyes spontaneously (All Age Groups) | Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Obeys commands (>2Years); Appropriate response to stimulation | 15 |
| Opens Eyes spontaneously (All Age Groups) | Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | Obeys commands (>2Years); Appropriate response to stimulation | 15 |

Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| Probst, Margaret | EMT-Paramedic | Precepting Provider |
| Haussling, Earl | Emergency Medical Technician (EMT) | Driver - Response, Driver - Transport |
| Nelson, Jessie | EMT-Paramedic | Primary Patient Caregiver on Scene, Primary Patient Caregiver during Transport |

Signatures

TORRES, FIONA
DOB: 9/10/[redacted] MRN: 01469392
27 y Female CSN: 130769168494
Adm: 10/25/2017 ICR

Incident #: 201700033512 Incident Date/Time: 10/25/2017 20:43:10 Page 3 of 8

## ED Notes (continued)

**ED Notes filed by Provider, Generic Hpf at 10/27/2017 3:21 PM (continued)**

Incident Number: 201700033512 Incident Date/Time: 10/25/2017 20:43:10
EMS Agency Name: Loudoun County Volunteer Rescue Squad
Vehicle Number (UV#): 1A40013
EMS Unit Call Sign: M613D
Hospital Medical Record Number: 01469392

Type of Person Signing: Patient

Paragraph Text:
NOTE: If the patient is a minor, the parent or legal guardian should sign this section. I authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to me, or my minor child, by Loudoun County Combined Fire-Rescue System (LC-CFRS). I understand that I am financially responsible for the services and supplies provided to me, or my minor child, by LC-CFRS, regardless of my insurance coverage, and in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to LC-CFRS any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to LC-CFRS. I authorize LC-CFRS to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical, insurance, billing or other relevant information about me to release such information to LC-CFRS and its billing agents, the Centers for Medicare and Medicaid Services, and/or any other payers or insurers, and their respective agents or contractors, as may be necessary to determine these or other benefits payable for any services provided to me, or my minor child, by LC-CFRS. I also authorize LC-CFRS to obtain medical, insurance, billing and other relevant information about me from any party, database or other source that maintains such information.

Status:

Printed Name: Fiona Torres

Date/Time of Signature: 10/25/2017 22:32:08

Type of Person Signing: EMS Primary Care Provider (for this event)

Paragraph Text:
I acknowledge that I have provided the described assessments and treatments for this patient or if no patient contact was made, my signature is only recognizing that I am the author of this report.

Status:

TORRES FIONA
DOB: 9/10[redacted] MRN: 01469392
27 y Female CSN: 13875988484
Adm: 10/25/2017 ICR

Printed Name: Jessie Nelson

Date/Time of Signature: 10/25/2017 23:01:01

Incident #: 201700033512 Incident Date/Time: 10/25/2017 20:43:10

Page 4 of 4

Electronically signed by Interface, Hpl Incoming Document Pointers at 10/27/2017 3:21 PM

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM**

Author: Visintainer, Catherine M, MD
Filed: 10/26/2017 12:23 AM
Status: Signed
Service: —
Date of Service: 10/25/2017 10:57 PM
Editor: Visintainer, Catherine M, MD (Physician)
Author Type: Physician
Creation Time: 10/25/2017 10:57 PM

## EMERGENCY DEPARTMENT HISTORY AND PHYSICAL EXAM

**Date Time:** 10/26/17 12:23 AM
**Patient Name:** TORRES,FIONA, 27 y.o., female
ED Provider: C. Visintainer, MD

**History of Presenting Illness:**

**Chief Complaint**: MVC/hypoglycemia
**History obtained from**: Patient.
**Narrative/Additional Historical Findings:**Fiona Torres is a 27 y.o. female With hx of hypoglycemia, has been diabetic for 20 years or so. States she has frequent highs and lows, has a hypoglycemia sniffing dog. Tonight she did not eat dinner after taking insulin and forgot to check her blood sugar before driving which she is supposed to do. Remembers feeling 'hypoglycemic' and going 'all over the road'. Was in an MVC, found to have blood glucose in the 20's at the scene. Was given glucagon and oral sucrose. Reports she was wearing her seatbelt. + airbag deployment. Denies any chest pain, neck pain, headache, abdominal pain. Denies recent illness.

Nursing notes from this date of service were reviewed.

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Diabetes mellitus without complication | |
| • Disorder of thyroid | |
| • Mononucleosis | |

**Past Surgical History:**
History reviewed. No pertinent surgical history.

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Maternal Uncle | |
| • Diabetes | Paternal Uncle | |

**Social History:**

**Social History**

Social History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Current User |
| • Alcohol use | Yes |
| *Comment: social* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

Social History Narrative
- No narrative on file

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Bactrim [Sulfamethoxazole W/Trimethoprim (Co-Trimoxazole)] | |
| • Penicillins | |

**Medications:**
No current facility-administered medications for this encounter.

Current Outpatient Prescriptions:
- Insulin Aspart (NOVOLOG SC), Inject into the skin 3 (three) times daily. 20-30 units, Disp: , Rfl:
- insulin glargine (LANTUS) 100 UNIT/ML injection, Inject 13 Units into the skin 2 (two) times daily., Disp: , Rfl:
- NATURE-THROID 32.5 MG tablet, , Disp: , Rfl:
- Nutritional Supplements (VITAMIN D BOOSTER PO), Take by mouth., Disp: , Rfl:
- ondansetron (ZOFRAN ODT) 4 MG disintegrating tablet, Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for Nausea., Disp: 20 tablet, Rfl: 0

**Review of Systems:**
Review of Systems
Constitutional: Negative for fever and activity change.
Eyes: Negative for visual disturbance.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for vomiting and abdominal pain.
Musculoskeletal: Negative for gait problem.
Skin: Negative for rash.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for weakness.
Psychiatric/Behavioral: Negative for suicidal ideas.
All other systems reviewed and are negative.

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

**All other systems reviewed and are negative**

**Physical Exam:**

ED Triage Vitals [10/25/17 2156]

| Enc Vitals Group | |
|---|---|
| BP | **(!) 128/97** |
| Heart Rate | **(!) 102** |
| Resp Rate | **14** |
| Temp | |
| Temp src | |
| SpO2 | **98 %** |
| Weight | **71.2 kg** |
| Height | **1.575 m** |
| Head Circumference | |
| Peak Flow | |
| Pain Score | |
| Pain Loc | |
| Pain Edu? | |
| Excl. in GC? | |

Physical Exam
Constitutional: Oriented to person, place, and time. Appears well-developed. No distress.
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
C-Spine: No midline TTP
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: CTAB, Effort normal.
Abdominal: Soft. No distension.
Thoracic/Lumbar spine: No midline TTP
Pelvis: Stable, NT
Musculoskeletal: Normal range of motion UE/LE bilaterall. No deformity, edema or tenderness.
Neurological: Alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Not diaphoretic.
Psychiatric: Normal mood and affect.
Nursing note and vitals reviewed.

**Labs:**

Labs Reviewed
**GLUCOSE WHOLE BLOOD - POCT - Abnormal; Notable for the following:**

| Result | Value |
|---|---|
| POCT - Glucose Whole blood | 149 (*) |

All other components within normal limits

**Rads:**

**Radiology Results (24 Hour)**

**** No results found for the last 24 hours. ****

Medications - No data to display

**MDM and ED Course**

C.Visintainer, MD is the primary attending for this patient and has obtained and performed the history, PE, and medical decision making for this patient.

Oxygen saturation by pulse oximetry is 95%-100%, Normal. Interventions: None Needed

**MDM: Well appearing, ambulates without difficulty in ED, was able to eat a turkey sandwhich. Repeat glucose 149. Boyfriend here to give ride home. Stable for discharge.**

**Assessment/Plan:**

Results and instructions reviewed at the bedside with patient and family.

Clinical Impression

Final diagnoses:

**Hypoglycemia**

**Motor vehicle collision, initial encounter**

Disposition

**ED Disposition**

| ED Disposition | Condition | Date/Time | Comment |
|---|---|---|---|
| **Discharge** | | Wed Oct 25, 2017 10:58 PM | Fiona Torres discharge to home/self care.<br><br>Condition at disposition: Stable |

Prescriptions

**Discharge Medication List as of 10/25/2017 10:58 PM**

**ED Notes (continued)**

**ED Provider Notes by Visintainer, Catherine M, MD at 10/25/2017 10:57 PM (continued)**

Signed by: C. Visintainer, MD

Visintainer, Catherine M, MD
10/26/17 0023

Electronically signed by Visintainer, Catherine M, MD at 10/26/2017 12:23 AM

**ED Triage Notes by Sweet, Erin E, RN at 10/25/2017 9:58 PM**

| | | |
|---|---|---|
| Author: Sweet, Erin E, RN | Service: — | Author Type: Registered Nurse |
| Filed: 10/25/2017 10:02 PM | Date of Service: 10/25/2017 9:58 PM | Creation Time: 10/25/2017 9:58 PM |
| Status: Signed | Editor: Sweet, Erin E, RN (Registered Nurse) | |

Pt presents to ED via EMS for hypoglycemia/mvc (+airbag deployment). EMS report patient initial blood glucose was 20. Pt received glucagon, upon arrival to ED glucose 122. Pt A&Ox4, skin warm pink and dry. Pt has abrasion noted to left posterior upper arm. Pt denies neck, back or head pain.

Electronically signed by Sweet, Erin E, RN at 10/25/2017 10:02 PM

**Hospital Encounter Notes**