# Exhibit 11

# ADA - Request for Reasonable Accommodation Form

To initiate the reasonable accommodation process, please complete this form and then forward to HRhelp@cvent.com. You may also send to your HR Business Partner or reach out to them with any questions about this process. Once your request has been received, HR will review and determine the next steps. At a minimum, we will seek to confirm the nature of your disability and the appropriateness of the accommodation with the medical professional who is caring for you. We may also initiate an interactive dialogue with you to determine alternate accommodations that are different from those requested. As always, our goal is to ensure that you can effectively and safely perform the essential functions of your job with or without a reasonable accommodation.

**1. NAME:** Fiona Torres

**2. WORK EXTENSION OR HOME TELEPHONE:** 5595

**3. POSITION:** Client Success Consultant

**4. DEPARTMENT:** Client Services, Hospitality Cloud

**5. SUPERVISOR/DEPARTMENT HEAD:** Jason Davis ; Scott Casteman

**6. NATURE OF THE QUALIFYING DISABILITY:** Type I Diabetes - causes hypoglycemia which can lead to diabetic comas and seizures.

**7. REQUESTED/SUGGESTED ACCOMMODATION:** (Please describe the accommodations you believe are needed to enable you to perform the essential functions of this job.) Having a service dog that is trained to alert its companion of rapid drops or spikes in blood sugar. It's also trained to alert others if its companion is unable to take physical action.

**8. PHYSICIAN CONTACT INFORMATION** (Employees only) (Please provide name, email address and telephone number). The physician may receive a letter from us requesting information on your impairment/disability and recommendations for accommodations. Dr. Al-Zubaidi, 703-802-9600

Not sure of her email address.

I authorize the release of necessary confidential medical information regarding my disability to relevant hiring managers as deemed necessary by Human Resources. I also attest to the fact that a copy of the position description has been given to me for review and reference.

**Signature:** Fiona Torres

**Date:** 7/6/2016

[To signatory: In non-physician review cases, decisions regarding accommodations will be made within 10 days of the receipt of this form by Human Resources. Due to delays that may be caused in communications with physicians, no specific decision date can be provided for physician review cases.]