# Exhibit 12

cvent

22 July 2016

Dear Fiona Torres,

On July 5th, 2016 you first made us aware of your request for a Diabetic Alert/Service Dog. On July 6th, 2016 we followed up with you directly about the process for requesting a ADA Reasonable Accommodation. We also reached out to the office of the medical professional you provided to confirm your condition on July 12th, 2016. Based on our communications with you as well as your doctor, we can accommodate your request with the following caveats: your service dog must have a certificate as well as a label confirming he/she is a service dog while at HQ. Also, please be sure to provide the appropriate documentation and to notify HR ahead of your service dog's first day in the office. You can do so by emailing HRhelp@Cvent.com and referencing ticket #1856.

This accommodation will be effective from the date we receive your service dog's certificate, and will be ongoing.

Please feel free to reach out to me or the HRhelp team with any additional questions!

Warm Regards,

Lauren Mrotek

Senior Shared Services Specialist, Cvent HR

1765 Greensboro Station Place, 7th Floor | Tysons Corner, VA 22102 | 703.226.3500 | www.cvent.com