# Exhibit 13

**Subject:** Re: Request for Reasonable Accommodation
**Date:** Wednesday, July 20, 2016 at 4:46:41 PM Pacific Daylight Time
**From:** Office of Dr Al-Zubaidi
**To:** Mrotek, Lauren

Hello,

Dr.Al-zubaidi has reviewed the ADA attached, and confirms that the medical accommodation's Fiona Torres has requested are appropriate.

Thank You,
Mediya (MR)

On Thu, Jul 14, 2016 at 6:21 PM, Mrotek, Lauren <lmrotek@cvent.com> wrote:

> Hello Ban,
>
> I am just checking in on the status of the below request. Please let me know what you require from me to proceed.
>
> Best,
>
> \- - -
> Lauren Mrotek
> Human Resources | www.crowdcompass.com
>
> P: 571.830.2277 |
> @crowdcompass | LinkedIn
>
> Free eBook: The 5 emotions behind successful event apps
>
> ---
>
> **From:** "Mrotek, Lauren" <lmrotek@cvent.com>
> **Date:** Tuesday, July 12, 2016 at 10:40 AM
> **To:** "Virginiaendocrinology@gmail.com" <Virginiaendocrinology@gmail.com>
> **Cc:** "Gulati, Amy" <AGulati@cvent.com>
> **Subject:** Request for Reasonable Accommodation
>
> Hi Ban,
>
> Thank you for taking the time to speak with me today. I am attaching a release signed by Cvent Employee Fiona Torres confirming that you may share information pertaining to her request for reasonable accommodation detailed within. I would like for your office to confirm the medical condition listed is correct per your records, and that the medical accommodation she has requested is both necessary and appropriate.
>
> Please let me know if you have any additional questions or require anything further from me to process.
>
> Warm regards,
>
> \- - -
> Lauren Mrotek
> Human Resources | www.crowdcompass.com
>
> P: 571.830.2277 |
> @crowdcompass | LinkedIn

Free eBook: The 5 emotions behind successful event apps