# Exhibit 16

V I R G I N I A:

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

---------------------------x

| | | |
|---|---|---|
| FIONA TORRES, | : | |
| Plaintiff, | : | |
| vs. | : | Case No.: |
| SOCIETY FOR HUMAN RESOURCE | : | 1:25-CV-2360 (PTG/WBP) |
| MANAGEMENT, | : | |
| Defendant. | : | |

---------------------------x

DEPOSITION OF KATHARINE PANESSIDI

Conducted Virtually

Monday, May 18, 2026

8:32 a.m.

Job No.: 633400

Pages: 1 - 76

Recorded By: Sue Pybas

Deposition of KATHARINE PANESSIDI, conducted virtually

Pursuant to Notice, before Sue Pybas, Notary Public in and for the State of Missouri.

offer or that we would like to offer her the job. Yeah.
Q Okay. So you -- you, on -- on behalf of yourself and two others, recommended to Ms. Howe that an offer be extended to Ms. Torres for the senior specialist product management position?
A Yes, pending her final interview with her.
Q Did -- did Ms. Howe -- do you know where Ms. Howe -- what office she worked out of?
A The 1800 Duke Street.
Q Ms. Howe was -- did not work remotely, is that correct?
A Correct.
Q Would Ms. Torres have reported to you as the Senior specialist product management?
A To be honest, I'm -- I'm not -- I think so, because I said, you know, like, I was the hiring manager, but it could have been that we were thinking about having her report to Melissa. And I don't remember how the job description was written, if it was myself or --

the business to assist with the following. What is the product team?

A The product team was the team that reported to Kristen Howe, myself, Melissa Turk on my team. I had another gentleman reporting to me as well. Alison Sincanito, she had one or two people reporting to her at the time; I don't remember exactly. So Alison was -- the timeline is fuzzy. Like I said, there were some ongoing changes, but at a certain time, I was in charge of events and women leaders; Alison was in charge of Purposeful Leadership and Inclusive Leadership. I think it was around this time where Alison was going to be in charge of the development, so the instructional design team, like, building the products, and I was going to be product management.

So it was, like, instructional design, product management and, like, a product services or -- which is, like, a graphic designer and an editor, that would build the products, and then deliver -- be part of the delivery of the products as well. That was all the product team under

Kristen. Howe.
Q The product team, were they all SHRM employees?
A Yeah.
Q Okay. Do you know, like, approximately how many members of the product team there were?
A About seven or eight, I believe.
Q You would have been a member of the product team, is that correct?
A Correct.
Q As would Ms. Howe, is that correct?
A Correct.
Q And then Ms. Alison Sincanito --
A Yes.
Q -- is that correct? There's Ms. Turk, is that correct?
A Yes.
It's for -- who are the perhaps other three individuals who would be part of the product team?
A Donald Auger, A-U-G-E-R, he reported to me as well, and then Brianna MacGregor, and then

Lori Hart, Teresa Raithel, and Barbara Rounds-Smith.
Q Teresa Raithel?
A Yes.
Q And then the last one was Barbara --
A Barbara Rounds-Smith.
Q You said, Mr. Auger reported to you, is that correct?
A Correct.
Q Do you know who Brian MacGregor reported to?
A Brianna.
Q Oh, I'm sorry. Brianna MacGregor.
A Yes.
Q Do you know who -- who -- who -- Ms. MacGregor reported to?
A To Alison.
Q Ms. Sancinito?
A Uh-huh. Yes.
Q And then you mentioned Lori Hart?
A Yes.
Q Who did she report to?

A Kristen Howe.
Q And then there was Teresa Raithel.
A To Lori.
Q To Lori? And who did Barbara -- I'm sorry. What's -- her last name is?
A Rounds-Smith.
Q Rounds-Smith. Ms. Round-Smith, who did she report to?
A Lori Hart.
Q Okay. Let's see. Do you know if these individuals worked at headquarters, SHRM's headquarters, in Alexandria?
MS. TSE: Objection. Vague calls for speculation. You can answer, if you can.
A None of them did.
Q None of them did. Were they all -- they all work remotely?
A We were all part of Linkage when it was purchased by SHRM, so we all did not work at headquarters, because Linkage was not based in Virginia, other than Kristen Howe.
Q Thank you so much. So this product team

when they worked together, they would not be working in person with each other?
A Correct.
Q Would you please turn to the page marked SHRM_Torres 000419? It's the last page of the -- under the position description.
A Okay.
Q Okay. I want to direct your attention to the -- the area, like � like, that has stated, like, work environment. Do you see that?
A Yes.
Q It states, Work is regularly performed in a professional office environment and routinely uses standard office equipment. Okay. Is -- to your understanding, for this position, is that description accurate?
A Yes.
Q Can -- do you know -- can you describe the physical work area Ms. Torres would have worked in as senior specialist product management?
MS. TSE: Objection. Speculation. You can answer, if you can.

A I don't I don't, because I'm not there.
Q Okay.
A I've been to the office, but, like she said, I would be speculating. I don't know what -- which office she would have been assigned or which desk.
Q Do you know if she would have been assigned an office?
MS. TSE: Objection. Speculation. You can answer, if you can.
A Presumably. I don't know, though, for sure. Well, no. In office? I think the offices are reserved for more senior.
Q Okay. For those who don't get assigned an office, like, what is their, their typical work area that is assigned to them?
MS. TSE: Objection. Speculation. You can answer, if you can.
A The open plan desk, chair.
Q I'm sorry. It's an open floorplan?
A Like cubbies, cubicles? Yeah, open -- open concept.

Q Okay. Are there cubicles there?
A I -- I guess -- I'm -- I'm not sure if it's called a cubicle. There's little half walls, you know.
Q Okay. Is there a particular, like, area in SHRM's office where enterprise -- well -- I'm sorry -- would she have been assigned to work in the Enterprise Solutions group?
MS. TSE: Objection. Speculation. You can answer, if you can.
A Yes. This job was reporting to me, and I was in Enterprise Solutions.
Q Okay. Does Enterprise Solutions have a specific office area at SHRM's headquarters in Alexandria?
A Today, yes. I don't know then.
Q Then? Okay. Would Ms. Torres's -- I'm sorry. Would Ms. Torres have been expected to be in the office at headquarters daily?
A I believe the requirement at the time, as it is now, is Tuesday, Wednesday, Thursday.
Q Tuesday, Wednesday, Thursday in the

office?

A In office, correct. Yes.

Q And Mondays and Fridays, a person can work remotely

A Correct.

Q That -- that schedule for the in-person in-office schedule, Tuesday, Wednesdays, and Thursdays, that -- that would have been for other SHRM employees as well?

MS. TSE: Objection. Speculation. You can answer, if you can.

A I don't know at what time they put a rule into place about it, but I believe it has -- depending on where you live, how close to the office is, there's a radius that you are required to come in Tuesday, Wednesday, Thursday.

Q Thanks. Do you know how close in proximity Ms. Torres would have worked to other employees in Enterprise Solutions?

MS. TSE: Objection. Speculation. You can answer, if you can.

A I don't know.

answer, if you can.
A No, I don't.
Q So just to make sure I understand, the other members of the product team may have been handling responsibilities related to -- any of the four responsibilities listed on 00418, is that correct?
MS. TSE: Object -- sorry for cutting you off. Objection. Mischaracterizes earlier testimony. You can answer, if you can.
A I don't know.
Q Okay. You don't know. Okay. And just -- just to make sure I understand, the other members of the product team, all, all members of the product team, other than Ms. Kristen Howe, worked remotely full-time?
A Yes.
Q Earlier, I believe you testified that Linkage was purchased by SHRM. Is that correct?
A Yes.
Q Okay. Do you -- do you recall when that was?

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Sue Pybas, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Sue Pybas

________________________________

SUE PYBAS, NOTARY PUBLIC

FOR THE STATE OF MISSOURI

May 26, 2026