# Exhibit 17

| | | | |
|---|---|---|---|
| **Job Title:** | Sr. Specialist Product Management | **Job Code:** | |
| **Job Family:** | | **Job Level:** | 5 - Sr Specialist |
| **FLSA Status:** | Exempt | **Travel Required:** | Occasional 0-10% |
| **Division** | | **Position Type:** | Full Time |
| **Department** | HRM - Sales & Mktg | **Last Revision Date:** | 12/21/2023 |
| **Reports to:** | | **Direct Reports** | No |

**POSITION DESCRIPTION**

**SUMMARY**

At Linkage, a SHRM Company, our goal is to change the face of leadership and make a positive impact on the world of work. This position focuses on spreading that message as far and wide as possible by being an integral part of supporting the product team focused on key projects related to our leadership solution areas: Advancing Women Leaders, Purposeful Leadership and Inclusive Leadership. The Specialist Product Management will play an important role on the product team and interface with other functions of the business to assist with the following:

**RESPONSIBILITIES:**

**Product planning & management**

- Participate in the product management lifecycle through clear ownership of projects, supporting the product managers, and researching new ideas and concepts
- Own the process of updating materials and communications for educational, sales, and marketing use

**Data analysis & reporting**

- Collect sales data to analyze and report out trends, identify potential opportunities and to predict operational needs
- Analyze customer success data to help inform product development and to elevate success stories to enhance sales and marketing

**Learning Experience Systems**

- Manage vendor relationships and lead vendor communication
- Act as the subject matter expert on the deployment of our digital platform
- Collaborate with the Learning Architecture Team as the platform expert on key projects related to digital platform design

**Conference planning & project management**

- Support management of the annual Women in Leadership Institute project plan (and any potential future event) by serving as liaison for conference operations team and communicating important logistical information to speakers, attendees and faculty
- Manage special campaigns and projects as needed, like Award submissions.
- Travel to and work the WIL event as a member of the on-site operations team

Template revised 8/26/2020

| POSITION DESCRIPTION |
|---|

- Other duties as assigned.

**EDUCATION & EXPERIENCE REQUIREMENTS**

Required

Click or tap here to enter text.

- 5 years of relevant experience preferred
- Open to new ways of doing things and can pivot quickly
- Works well as part of a team, or independently
- Strong written and oral communication skills
- Extremely detail oriented with ability to execute tasks in a timely manner

Preferred

- Technology savvy and able to quickly learn new software to build and maintain learning experiences
- Excitement for the potential of AI and the way it will impact learning and the workplace
- Product management experience

**ADDITIONAL NOTES**

**Physical Requirements**

- Must be able to perform essential duties satisfactorily with reasonable accommodations.
- Work is generally done sitting, talking, hearing and typing. Visual acuity to use a keyboard, prepare and analyze data and figures; transcribing, viewing a computer terminal; extensive reading.

**Work environment**

- Work is regularly performed in a professional office environment and routinely uses standard office equipment.

| | | | |
|---|---|---|---|
| Reviewed By: | | Date: | |
| Approved By: | | Date: | |

SHRM is an equal opportunity employer (Minority/Female/Disabled/Veterans).

If you need reasonable accommodation for any part of the employment process due to a physical or mental disability, please send an email to [HYPERLINK "mailto:accessibility@shrm.org"] or TDD (703-548-6900)

The statements in this job description are inteded to describe the general nature and level of work being perfromed by incumbent(s) assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties, and skills required of personnel so classified. This job description does not constitute a contract of employment. This position is for at-will employement. This job description is subject to change at any time.