# Exhibit 19

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 5/10/2024 8:58:37 AM
**To**: Fiona Torres [torresfg3@gmail.com]
**Subject**: RE: Specialist Product Management

Hi Fiona and Happy Friday!

Apologies for the delay. We would like to have you meet with Katharine – if you would be able to provide your availability for next week.

Thank you and Kind Regards.
Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Wednesday, May 8, 2024 1:02 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: Specialist Product Management

Hi Debbie,

Yes, I have time tomorrow from 1:30-5 pm.

Let me know what works best!

Thanks so much,

Fiona Torres

On Wed, May 8, 2024, 10:41 AM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

> Hi Fiona,
>
> Would you have time tomorrow to meet with Alison?
>
> Kind regards,
>
> Debbie
>
> ---
>
> **From:** Fiona Torres <torresfg3@gmail.com>
> **Sent:** Friday, May 3, 2024 8:47 PM
> **To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
> **Subject:** Re: Specialist Product Management
>
> Hi Debbie,
>
> That's wonderful! Below is my upcoming availability:

- Tuesday, May 7 from 12:30 - 2:30 pm
- Thursday, May 9 from 1 - 3:30 pm
- Friday, May 10 from 3 - 4 pm
- Tuesday, May 14 from 1 - 3:30 pm
- Wednesday, May 15 from 3 - 4:15 pm

Let me know what works best and if you need anything else!

Kindly,

Fiona Torres

703-587-3617

On Fri, May 3, 2024, 4:31 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

> Hello and Happy Friday!
>
> I heard from the hiring manager; we would like to schedule next steps which would be a virtual interview – please let me know your availability – I will provide all the information when I send the invite.
>
> Thank you and Kind Regards,
>
> Debbie
>
> ---
>
> **From:** Fiona Torres <torresfg3@gmail.com>
> **Sent:** Wednesday, April 24, 2024 3:26 PM
> **To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
> **Subject:** Re: Specialist Product Management
>
> Hi Debbie,
>
> I just wanted to give a quick heads up before we chatted, but I spotted another position that I'd also love to discuss on our call if possible.
>
> I just applied online for the "Associate, Member Engagement" role.
>
> I'd still like to pursue the Specialist, Product Management role as well, but we can chat to see the best next steps!

Thank you so much,

Fiona Torres

On Tue, Apr 23, 2024 at 1:09 PM Fiona Torres <torresfg3@gmail.com> wrote:

Sounds great, talk soon!

Fiona

On Tue, Apr 23, 2024, 12:48 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Hi Fiona,

I will send an invite for tomorrow at 3:30pm.

Kind Regards,

Debbie

---

**From:** Fiona Torres <torresfg3@gmail.com>
**Sent:** Tuesday, April 23, 2024 12:37 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Re: Specialist Product Management

Hi Debbie,

I'm available tomorrow (Wednesday) at 3, 3:30 or 4 pm.

Let me know what works best and if you need anything else!

Thank you,

Fiona Torres

703-587-3617

On Tue, Apr 23, 2024, 8:31 AM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Good Morning Fiona,

I hope this message finds you well! I received your resume and would like to schedule a virtual screen with you to learn more about your background and discuss this position. Here are some

dates and times I am available – Please let me know what would work for you – If you would provide 3 options.

We would need about a half hour .... If this schedule does not work for you, please let me know and we can look at future dates and times.

Dates:

4/24 – 1pm – 4pm

4/25 – 3pm – 3pm

4/26 – noon – 2:30pm

Once we have the date and time I will send a Zoom invite. I look forward to speaking with you!

Kind Regards,

Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**

Society for Human Resource Management

1800 Duke Street | Alexandria, VA 22314 USA

deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

**From**: Fiona Torres [torresfg3@gmail.com]
**Sent**: 4/24/2024 3:25:49 PM
**To**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Subject**: Re: Specialist Product Management

Hi Debbie,

I just wanted to give a quick heads up before we chatted, but I spotted another position that I'd also love to discuss on our call if possible.

I just applied online for the "Associate, Member Engagement" role.

I'd still like to pursue the Specialist, Product Management role as well, but we can chat to see the best next steps!

Thank you so much,

Fiona Torres

On Tue, Apr 23, 2024 at 1:09 PM Fiona Torres <torresfg3@gmail.com> wrote:

> Sounds great, talk soon!
>
> Fiona
>
> On Tue, Apr 23, 2024, 12:48 PM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:
>
>> Hi Fiona,
>>
>> I will send an invite for tomorrow at 3:30pm.
>>
>> Kind Regards,
>>
>> Debbie
>>
>> ---
>>
>> **From:** Fiona Torres <torresfg3@gmail.com>
>> **Sent:** Tuesday, April 23, 2024 12:37 PM
>> **To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
>> **Subject:** Re: Specialist Product Management
>>
>> Hi Debbie,
>>
>> I'm available tomorrow (Wednesday) at 3, 3:30 or 4 pm.
>>
>> Let me know what works best and if you need anything else!
>>
>> Thank you,

Fiona Torres

703-587-3617

On Tue, Apr 23, 2024, 8:31 AM Zoerkler, Deborah <Deborah.Zoerkler@shrm.org> wrote:

Good Morning Fiona,

I hope this message finds you well! I received your resume and would like to schedule a virtual screen with you to learn more about your background and discuss this position. Here are some dates and times I am available – Please let me know what would work for you – If you would provide 3 options.

We would need about a half hour …. If this schedule does not work for you, please let me know and we can look at future dates and times.

Dates:

4/24 – 1pm – 4pm

4/25 – 3pm – 3pm

4/26 – noon – 2:30pm

Once we have the date and time I will send a Zoom invite. I look forward to speaking with you!

Kind Regards,

Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**

Society for Human Resource Management

1800 Duke Street | Alexandria, VA 22314 USA

deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.