# Exhibit 20

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 5/14/2024 4:05:12 PM
**To**: Panessidi, Katharine [katharine.panessidi@shrm.org]
**Subject**: RE: Virtual Interview w/Fiona Specialist Products Management

Hi Katharine,

That was Caleigh – I will find out her availability and schedule with you.

Are we going to have them do the presentation? I was wondering because they aren't presenting to clients – wanted to get a better understanding of why the presentation (so I can better explain to them).

Thank you,
Debbie

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Tuesday, May 14, 2024 3:46 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Products Management

Thank you so much for the feedback. After speaking with her, I agree. Do we want to wait until Alison is back to move forth with next steps?

Also, I know Melissa interviewed someone at the end of last week (or early this) that she thought could be an even better fit. I'd love to interview that person as well.

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Tuesday, May 14, 2024 2:19 PM
**To:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Products Management

Hi Katharine,

I think she is a culture match and while she may need training to get up to speed I think she used an environment that is deadline driven, fast pace environment.

She has great communication skills and she was very passionate about what this team does.

Kind Regards,
Debbie

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Tuesday, May 14, 2024 1:47 PM

**To:** Turk, Melissa <melissa.turk@shrm.org>; Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Products Management

Before I chat with her today -- anything to add, @Zoerkler, Deborah?

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Turk, Melissa <melissa.turk@shrm.org>
**Sent:** Friday, May 10, 2024 2:42 PM
**To:** Panessidi, Katharine <katharine.panessidi@shrm.org>; Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>; Sancinito, Alison <alison.sancinito@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Products Management

I do agree that I think her experience and expertise would be better for a CS role but think she is smart and capable of learning the product role. Here is what I sent Alison:

Overall – she was great and would fit the culture but not sure she understands what a product team does or what the role might entail. Something we could easily teach her but there would be a learning curve (I didn't either coming in, so if that helps 😊)

Strengths – Collaboration over communicates and sticks to clear deadlines/timelines, Writing & public speaking, updating information/decks/websites ext. event experience.

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Friday, May 10, 2024 2:39 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>; Turk, Melissa <melissa.turk@shrm.org>; Sancinito, Alison <alison.sancinito@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Products Management

Hi, thank you! Could you (or Melissa or Alison) tell me why you think she's a good fit for this role?

You said below that she wants to be client facing and has done a lot of training, which is not part of the Product Manager role, so some additional context around why she would be a good fit would be helpful. Thank you!

*She like connecting with people and would like to be client facing. Wants to be the soul of the company – like doing onsite training.*

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.