# Exhibit 21

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

\- - - - - - - - - - - -

FIONA TORRES, :

Plaintiff, :

vs : 1:25-CV-2360 (PTG/WBP)

: March 23, 2026

SOCIETY FOR HUMAN RESOURCE MANAGEMENT, :

Defendant. :

\- - - - - - - - - - - -

Deposition of DEBORAH ZOERKLER

Monday, April 27, 2026

9:59 a.m. EST

Job No.: 630825

Pages: 1 - 194

Recorded by: Samuel Pachon

Deposition of DEBORAH ZOERKLER, held pursuant to agreement, before Samuel Pachon, Notary Public in and for the Commonwealth of Virginia.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

LORI B. KISCH, ESQUIRE
ANNA KATHRYN BARRY, ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, Suite 1000
Washington, D.C. 20006
(202) 331-9260

ON BEHALF OF DEFENDANT:

LAUREN M. BRIDENBAUGH, ESQUIRE
LESLIE P. CURRIE, ESQUIRE
TANIA L. DARROW, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
(703) 286-3142

determination after that initial Zoom with regard to Ms. Torres's -- whether or not she was a good fit for SHRM?

MS. BRIDENBAUGH: Objection, calls for speculation. She's already said she doesn't remember.

THE WITNESS: I don't even remember the role that she was even going for, so I don't remember. Like I don't even remember her resume.

BY MS. KISCH:

Q She got past the first Zoom screening, correct?

A Yes.

Q And if someone gets past the first screening does that mean that you've made a determination yourself that you think that the individual might be a good fit?

MS. BRIDENBAUGH: Objection, calls for speculation, hypothetical. You can answer.

THE WITNESS: Yes.

BY MS. KISCH:

Q Okay. You wouldn't put someone -- you

wouldn't continue someone in the process if you thought they were not a good fit; is that correct?

MS. BRIDENBAUGH: Same objection.

THE WITNESS: Yes. I mean, it has happened.

BY MS. KISCH:

Q Oh, you've had someone continue on in the application process even after you conducted an initial Zoom and you thought that they would not be a good fit for SHRM?

MS. BRIDENBAUGH: Objection, hypothetical, form. You can answer.

THE WITNESS: No, I may think that someone's a match, but when they get to maybe the first or second interview they may determine differently.

BY MS. KISCH:

Q Someone else may determine differently?

A Yes.

Q Understood. But you yourself, once you've conducted the initial Zoom interview is it correct that you at that point feel that they

could be a good fit for SHRM?

MS. BRIDENBAUGH: Objection, form.

THE WITNESS: I think they could be a fit, yes.

BY MS. KISCH:

Q And you would not recommend them to move forward if you thought otherwise, correct?

MS. BRIDENBAUGH: Objection, hypothetical, calls for speculation.

THE WITNESS: Correct.

BY MS. KISCH:

Q Other than that initial Zoom did you have any role in assessing the qualifications of Ms. Torres for the position that she was applying for?

MS. BRIDENBAUGH: Objection, calls for speculation. She's already said she doesn't remember. You can answer.

THE WITNESS: I don't remember.

BY MS. KISCH:

Q In your general practice as a recruiter do you generally have a role in assessing

CERTIFICATE OF TRANSCRIBER

I, Bonnie K. Panek, do hereby certify that the foregoing transcript is a true and correct record of the recorded proceedings; that said proceedings were transcribed to the best of my ability from the audio recording and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

BONNIE K. PANEK