# Exhibit 22

**From**: Belyna, Nicole [Nicole.Belyna@shrm.org]
**Sent**: 6/6/2024 9:45:58 AM
**To**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Subject**: Re: Urgent -- Please provide the information requested by 9:30AM

Thank you!

**Nicole Belyna, SHRM-SCP I Director, Talent Acquisition & Inclusion SHRM**
Nicole.Belyna@shrm.org | +1 703.647.5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Thursday, June 6, 2024 9:23:38 AM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** RE: Urgent -- Please provide the information requested by 9:30AM

Nicole,

Please see information – let me know if you need me to elaborate on anything – I will also forward the interview notes from the team based from their interview with Fiona.

Role was originally opened 1/2024 - Alison was the hiring manager at this time.
Challenges of the role were scheduling interviews based on availability of the team – conferences and vacations – Also went back and forth with the role as a Specialist & Sr. Specialist.
Candidates interviewed – 9 candidates interviewed – 4 candidates completed task assignment – task assignment to present to the team.
Interviewed by Alison Sancinito, Melissa Turk, Katharine Panessidi, Kristen Howe
Originally offer to be made to Laura Jo but position went from a remote role to a hybrid position – Laura wasn't local.
Feedback about Klaudia –
We decided not to offer Klaudia the role. Our main concern is in her software/hardware product experience vs product development in the learning and leadership space. This product role will require more of a background or passion in leadership development, and she seems to still be more passionate about the product work she currently does. She struggled at the performance task review to prioritize and to organize her thinking. We appreciate her time but ultimately think she would be a better fit (and happier) in another product role.

Feedback about Caleigh Reitsma – Caleigh – Alison and I spoke with her yesterday and asked her about the learning design position she originally applied for. I talked her through why that role made more sense for her and she is excited about the role. So we'd like to make an offer to her! She'd report to Alison.

Fiona –- we like her for the Product Management job. Skill set and background align, experience with product development in the learning and leadership space. I'll talk to her on Friday and anticipate making her an offer afterwards, unless something goes wonky. Fingers crossed. She would report to Katharine.

Offer – the team decided to move forward with the offer for Fiona -90k, I had a follow up call with Fiona asking for her feedback and if she was interested in this role, she was really excited didn't have any questions at the time. Began offer request. Offer approved for 90k. I called Fiona to make the verbal offer – she verbally accepted then proceeded to say

she has a service dog because she's diabetic. I told her I would need to follow up with her because I've not experienced this before.

Reached out to Fiona to schedule a call with Nicole to discuss accommodation – Fiona emailed the documentation for the accommodation.

---

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Thursday, June 6, 2024 8:27 AM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Subject:** Urgent -- Please provide the information requested by 9:30AM
**Importance:** High

Debbie, Please provide as much detail as possible for the Sr. Specialist, Product Management role:

- background on the role (how long it has been open, hiring manager, challenges, etc.)
- candidate pool
- number of candidates interviewed
- interviewer feedback
- facts on why this candidate was selected
- offer details
- details on the accommodation request

**Nicole Belyna, SHRM-SCP | Director, Talent Acquisition & Inclusion, SHRM**
Nicole.Belyna@shrm.org | +1 703.647-5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.