# Exhibit 23

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 5/28/2024 3:27:30 PM
**To**: Panessidi, Katharine [katharine.panessidi@shrm.org]; Sancinito, Alison [alison.sancinito@shrm.org]; Turk, Melissa [melissa.turk@shrm.org]
**CC**: Howe, Kristen [kristen.howe@shrm.org]
**Subject**: RE: Virtual Interview w/Fiona Specialist Product Management

Hi Katharine,

That's great news! Yes, will schedule this.

Kind regards,
Debbie

---

**From:** Panessidi, Katharine <katharine.panessidi@shrm.org>
**Sent:** Tuesday, May 28, 2024 3:20 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>; Sancinito, Alison <alison.sancinito@shrm.org>; Turk, Melissa <melissa.turk@shrm.org>
**Cc:** Howe, Kristen <kristen.howe@shrm.org>
**Subject:** RE: Virtual Interview w/Fiona Specialist Product Management

Hi Deborah, We also liked Fiona a lot. Can you please schedule a final interview for Fiona with Kristen Howe?

**Katharine Panessidi | Director, Enterprise Solutions Products, SHRM**
Katharine.Panessidi@shrm.org | +781-402-5656

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

-----Original Appointment-----
**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Monday, May 20, 2024 11:50 AM
**To:** Zoerkler, Deborah; Sancinito, Alison; Panessidi, Katharine; Turk, Melissa; Howe, Kristen
**Subject:** Virtual Interview w/Fiona Specialist Product Management
**When:** Tuesday, May 28, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://shrm.zoom.us/j/88376595781?pwd=aXJUbU02MHphU0RxR2IyS3dqQ2luQT09&from=addon

Highlights of Fiona -
Most recent role – was Cvent – was laid off after 9yrs – she was the consultant and how to use their software and getting more events in their space, she did training and development and was the lead trainer – like to coach them and how to be a better effective leader.
She doesn't like selling
She like connecting with people and would like to be client facing. Wants to be the soul of the company – like doing onsite training.
C-vent base salary was 90k – she is flexible

zoom

Hi there,

Deborah Zoerkler is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

One tap mobile: US: +13017158592,,88376595781#,,,,*615168# or +19294362866,,88376595781#,,,,*615168#

Meeting URL: https://shrm.zoom.us/j/88376595781?pwd=aXJUbU02MHphU0RxR2IyS3dqQ2luQT09&from=addon

Meeting ID: 883 7659 5781

Passcode:615168

## Join by Telephone

For higher quality, dial a number based on your current location.

Dial: +1 301 715 8592 US (Washington DC)
+1 929 436 2866 US (New York)
+1 305 224 1968 US
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
888 475 4499 US Toll-free
833 548 0276 US Toll-free
833 548 0282 US Toll-free
877 853 5257 US Toll-free

Meeting ID: 883 7659 5781

Passcode:615168

International numbers