# Exhibit 24

**Organizer:** Zoerkler, Deborah **:** deborah.zoerkler@shrm.org

**Subject:** Virtual Interview w/Kristen Howe Specialist Product Management

**Location:** https://shrm.zoom.us/j/89971350648?pwd=nb8GrU7Yg7XPTLRb0rDZ5eCUsXEQls.1&from=addon

**Start Time:** 2024-05-31T20:00:00Z

**End Time:** 2024-05-31T20:30:00Z

**Attendees:** Fiona Torres **:** torresfg3@gmail.com

Hello Fiona.

You will be meeting with Kristen Howe – Chief Products Officer

Good Luck on your interview

[https://us02st2.zoom.us/static/6.3.21948/image/new/ZoomLogo_110_25.png]<https://zoom.us/>
Hi there,
Deborah Zoerkler is inviting you to a scheduled Zoom meeting.
Join Zoom
Meeting<https://shrm.zoom.us/j/89971350648?pwd=nb8GrU7Yg7XPTLRb0rDZ5eCUsXEQls.1&from=addon>
One tap mobile:
US: +13017158592,,89971350648#,,,,*946136#<tel:+13017158592,,89971350648#,,,,*946136#> or +13052241968,,89971350648#,,,,*946136#<tel:+13052241968,,89971350648#,,,,*946136#>
Meeting URL:
https://shrm.zoom.us/j/89971350648?pwd=nb8GrU7Yg7XPTLRb0rDZ5eCUsXEQls.1&from=addon
Meeting ID:
899 7135 0648
Passcode:
946136
Join by Telephone
For higher quality, dial a number based on your current location.
Dial:
+1 301 715 8592 US (Washington DC)
+1 305 224 1968 US
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 929 436 2866 US (New York)
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
833 548 0276 US Toll-free
833 548 0282 US Toll-free
877 853 5257 US Toll-free
888 475 4499 US Toll-free

Meeting ID:
899 7135 0648
Passcode:
946136
International numbers<https://shrm.zoom.us/u/kcZhUQk4Gc>