# Exhibit 25

**From**: Howe, Kristen [kristen.howe@shrm.org]
**Sent**: 5/31/2024 4:27:43 PM
**To**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**CC**: Panessidi, Katharine [katharine.panessidi@shrm.org]; Sancinito, Alison [alison.sancinito@shrm.org]
**Subject**: RE: Next steps on

Hi! I just finished with Fiona and let's make her an offer! She is articulate, thoughtful and sounds like a hard worker. I think she'd fit our team nicely.
Debbie – do you recommend having Caleigh and Fiona start at the same day?

**Kristen Howe | Vice President Enterprise Products**
SHRM Enterprise Solutions
Kristen.howe@shrm.org | 781.402.5698

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org .

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Sent:** Wednesday, May 29, 2024 1:34 PM
**To:** Howe, Kristen <kristen.howe@shrm.org>
**Cc:** Panessidi, Katharine <katharine.panessidi@shrm.org>; Sancinito, Alison <alison.sancinito@shrm.org>
**Subject:** RE: Next steps on

Hello Kristen,

Thank you for the follow up, this is fantastic news!

Fingers crossed regarding Fiona! I will work with Alison regarding the offer request for Caleigh.

Kind Regards,
Debbie

---

**From:** Howe, Kristen <Kristen.Howe@shrm.org>
**Sent:** Wednesday, May 29, 2024 1:02 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Cc:** Panessidi, Katharine <katharine.panessidi@shrm.org>; Sancinito, Alison <alison.sancinito@shrm.org>
**Subject:** Next steps on

Debbie -

We interviewed both Fiona and Caleigh this week. Here is where we landed.

Fiona – we like her for the Product Management job. I'll talk to her on Friday and anticipate making her an offer afterwards, unless something goes wonky. Fingers crossed. She would report to Katharine.

Caleigh – Alison and I spoke with her yesterday and asked her about the learning design position she originally applied for. I talked her through why that role made more sense for her and she is excited about the role. So we'd like to make an offer to her! She'd report to Alison.

LMK if you want to chat about the above. Thank you for all the support!!

**Kristen Howe | Vice President Enterprise Products**
SHRM Enterprise Solutions
Kristen.howe@shrm.org | 781.402.5698

SHRM ENTERPRISE SOLUTIONS | SHRM Linkage

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org .