# Exhibit 27

| | |
|---|---|
| **From:** | Belyna, Nicole[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E9150DA1163245E89F21A88C36EF9FE5-BELYNA, NIC] |
| **Sent:** | Thur 6/6/2024 4:42:55 PM (UTC-04:00) |
| **To:** | Harlow, Keith[keith.harlow@shrm.org] |
| **Subject:** | Updated ES Org Chart |
| **Attachment:** | Enterprise Solutions Org - 30May24.pptx |

Here you go!

**Nicole Belyna, SHRM-SCP | Director, Talent Acquisition & Inclusion, SHRM**
Nicole.Belyna@shrm.org | +1 703.647-5078

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

# COMMERCIAL – N. SCHACHT / G. RIVERA

ENTERPRISE SOLUTIONS



© 2023 SHRM. All Rights Reserved

# **Enterprise Solutions Division** – Leadership Team

As of 5/29/24

**George Rivera**
SVP, Enterprise Solutions

- **Kat Soerensson**
  Executive Assistant

- **Kristen Howe**
  Vice President
  Products
- **Jane Bach**
  Senior Director
  Revenue Operations
- **Syed Wasey**
  Senior Director
  HR Solutions Large Markets
- **Eddie Montes De Oca**
  Senior Director
  HR Solutions Small/Mid Markets
- **Leslie Bolton**
  Senior Director
  Leadership Solutions
- **Tony Rome**
  Vice President
  Brand Expanders
- **Shannon Bayer**
  Senior Director
  Customer & Sales Solutions
- **Erica Young**
  Director
  HR Solutions Advisory

Current as of 18-March-24



© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division – ES Products

Kristen is looking at Alison Sancinito to lead Product Development with the designers underneath.

As of 5/29/24

**Kristen Howe**
Head of Products

- **Katharine Panessidi**
  Director, Enterprise Solutions Products
  - **Donald Auger**
    Specialist, Assessments Services
  - **Melissa Turk**
    Associate Product Manager
- **Alison Sancinito**
  Manager, Enterprise Solutions Products
  - ***Fiona Torres (6/17) HQ***
    Associate Product Manager
- **Lori Hart Kreuger**
  Enterprise Solutions Product Services
  - **Teresa Raithel**
    Specialist, Product Services
  - **Barbara Rounds-Smith**
    Specialist, Product Services
- **Brianna MacGregor**
  Solutions Architect/ Instructional Design
- ***Caleigh Reitsma (7/1) HQ***
  Instructional Designer
- **OPEN (HQ)**
  Instructional Designer








© 2023 SHRM. All Rights Reserved

# **Enterprise Solutions Division –** Revenue Operations

As of 5/29/24

**Jane Bach**
Sr Director Revenue Operations

**Lisa Campbell**
Sr Director Integrated Marketing Strategy – B2B

**Tricia Shelby**
Manager Sales Success

**Howie Fertig**
Lead, Sales Development

**Amanda Nicol**
Director B2B Marketing Operations

**OPEN (HQ)**
Data Scientist,
Revenue Acceleration

**Omar Scott**
Spec, Sales Enablement

OPEN as of 6/4 HQ
Spec, Sales Enablement
(Ed McCawley)

**Daniyal Hotiaye**
Sr Analyst, Sales Enablement

**Deana LaFauci**
Lead, Demand Generation & Growth Marketing

**Oran Dixon**
Sr Spec, Demand Generation

**Kelsey Rambo**
Spec, Growth Marketing

**Corey Newman**
Spec, Events & Seminars Marketing

**Jessica Schildge**
Marketing Manager Enterprise Solutions

**Margaret Farragher-Gnadt**
Sr Spec, Enterprise Solutions Marketing

Jane is looking at converting the Data Scientist into a Manager, Growth Revenue with one of the Enablement specialist under.
Missing Marketing position on CEO Academy




Internal Use Only



© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division

As of 5/29/24

**Syed Wasey**
Sr Director HR Solutions - Large Markets

- **Shane McDonough**
  **Director Corporate Partnerships**
- **Thomas Kane**
  Director Corporate Partnerships
- **Jennifer Hill**
  Director Corporate Partnerships
- **Jocelyn Garrett**
  Director Corporate Partnerships
- **Neal Fleming**
  Director Corporate Partnerships
- **Leslie Ferragut**
  Director Corporate Partnerships
- **Zachary Evers**
  Director Corporate Partnerships
- **Melissa Evans**
  Director Corporate Partnerships
- **Lorena Sernett**
  International Channel Sales Executive


© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division

As of 5/29/24

**Eddie Montes De Oca**
Sr Director HR Solutions Small/Mid Markets

**Laudymarie Swartz**
Sr Accounts Manager Mid-Size Markets

**Matthew Matthews**
Sr Accounts Manager Mid-Size Markets

**Angela Kunkelman**
Sr Accounts Manager Mid-Size Markets

**Robert Johnson**
Sr Accounts Manager Mid-Size Markets

**Kathy Davis**
Sr Accounts Manager Mid-Size Markets

**Jeffrey Colavecchia**
Sr Accounts Manager Mid-Size Markets

**Shelby Caldwell**
Sr Accounts Manager Mid-Size Markets

**Susan Whalen**
Strategic Business Dev Executive

**Andrew Samuel**
Strategic Business Dev Executive

**Jonathan Panaro**
Strategic Business Dev Executive

**Emmanuel Lopez (6/3) HQ**
Sr Accounts Manager, Mid-Markets

**Kelsey Hollis (6/3)**
Strategic Business Dev Executive



© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division

As of 5/29/24

**Leslie Bolton**
Sr Director Leadership Solutions

**Charles Wurl**
Director Strategic Accounts – Linkage

**Siaoming Wong**
Director Strategic Accounts – Linkage

**Doreen Mosher**
Director Strategic Accounts – Linkage

**Amanda McCown**
Director Strategic Accounts – Linkage

**Kathleen Hamill (4/8)**
Director Strategic Accounts – Linkage

**Tina Hellsten**
Director Strategic Accounts – Linkage

**Scott Gavriel**
Director Strategic Accounts – Linkage

**Tiffany Edwards**
Director Strategic Accounts – Linkage

**Teresa Dillon**
Director Strategic Accounts – Linkage

**OPEN (HQ)**
Channel Sales Rep



© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division

As of 5/29/24




GS > Keep Open position reporting to Chelsea;
MS – ok as Lead with client facing Mgr title



© 2023 SHRM. All Rights Reserved

# Enterprise Solutions Division

**As of 5/29/24**

- **Shannon Bayer** – Sr Director Customer & Sales Solutions
  - **OPEN (HQ)** – Project Manager, Customer & Sales Solutions
  - **Adrianne Kolaskar** – Project Manager, Customer & Sales Solutions
  - **TaNika Switzer** – Manager E&S Experience
    - **OPEN (HQ)** – Sr. Spec, Exhibits
    - **Christopher Loscar** – ESA Sr Spec, Projects
    - **BaSean Hill** – Assoc Spec, Sales Success
    - **OPEN (HQ)** – Coord, Exhibits
    - **Diamilatou Barry** – Coord, Exhibits
  - **Sarah Hais** – Director Customer Success
    - **Christy Ridpath** – Customer Success Manager
    - **Nicole Rodin** – Customer Success Manager
    - **Luis Patlan** – Customer Success Manager
    - **Aspen Panessidi-Shafiroff (6/10)** – Customer Success Manager
    - **Samuel Witts** – Customer Success Manager
    - **Hana Supandi** – Customer Success Manager
    - **Rita Giddens** – Customer Success Manager
    - **Caterina Bouras** – Team Lead, Customer Success Analysts
      - **OPEN (HQ)** – Analyst, Customer Success
      - **Sauhie Kim** – Analyst, Customer Success
  - **Juan Estrella** – Manager ES Operations
    - **Maria Metaxatos** – Spec, Education Programs – Enterprise`
    - **Niloufar Gomez** – Sr Coord, Sales Administration
    - **Jessica Boutchyard** – Coord, Sales Administration

Promote:
APS to open role
MM to Sr Spec if positive feedback
JB to Sr Coord

75TH ANNIVERSARY SHRM® BETTER WORKPLACES BETTER WORLD™

© 2023 SHRM. All Rights Reserved

# **Enterprise Solutions Division** - Consulting

As of 5/29/24

- **Erica Young**
  Director HR Solutions Consulting
  - **Elisa Garn**
    **HR Consultant**
  - **Alexander Pullen (5/20)**
    **HR Consultant**
  - **OPEN**
    **HR Consultant**
  - **OPEN**
    Enterprise Solutions Architect
  - **Shayla Alexander**
    Lead, Executive Relations
    - **Eboni Russell (6/3)**
      **Sr Specialist, Executive Relations**
    - **Aimee Escalante-Gallegos (6/17)**
      **Coordinator, HR Consulting**



© 2023 SHRM. All Rights Reserved