# Exhibit 28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------x

FIONA TORRES, :

Plaintiff, : Case No.:

v. : 1:25-CV-2360 (PTG/WBP)

SOCIETY FOR HUMAN RESOURCE :

MANAGEMENT, :

Defendant. :

---------------------------x

DEPOSITION OF KRISTEN HOWE

Conducted Virtually

Tuesday, May 19, 2026

8:29 a.m. CT

Job No.: 632987

Pages: 1 - 96

Recorded By: Sue Pybas

Deposition of KRISTEN HOWE, conducted virtually.

Pursuant to Notice, before Sue Pybas, Notary Public in and for the State of Missouri.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

HECTOR F. RUIZ, JR., ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, NW, Suite 1000
Washington, D.C. 20006
(202) 331-9260

ON BEHALF OF THE DEFENDANT:

TIFFANY DIN FAGEL TSE, ESQUIRE
LAUREN M. BRIDENBAUGH, ESQUIRE
TANIJ L. DARROW, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
(703) 442-8425

ALSO PRESENT:

HANTON WALTERS, ESQUIRE; IN-HOUSE COUNSEL FOR SHRM

Q When you're performing those duties, where -- where were you located?

A In Alexandria, Virginia.

Q Did you ever work remotely full-time for SHRM?

A No.

Q So how often would you go to SHRM's offices?

A Three days a week.

Q While you were at SHRM, do you know if there was a policy -- an employee policy regarding in-person attendance at SHRM offices if an employee lived within a specific radius of the Alexandria office?

A Yes.

Q What was that policy?

A Everyone had to be in the office Tuesday, Wednesday, Thursday.

Q Did -- did the policy specify a specific radius that was -- that if a -- let me -- let me back up. If a person lived out -- outside of a specific radius, were they exempt from coming into

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Sue Pybas, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings were fully sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Sue Pybas

________________________________

SUE PYBAS,

NOTARY PUBLIC FOR THE STATE OF MISSOURI

5/26/2026