# Exhibit 29

**From**: Zoerkler, Deborah [Deborah.Zoerkler@shrm.org]
**Sent**: 6/3/2024 1:17:01 PM
**To**: Link, Jim [Jim.Link@shrm.org]
**Subject**: RE: Action Needed: Offer Requested for Sr. Specialist Product Management

Thank you, Jim!

---

**From:** Link, Jim <Jim.Link@shrm.org>
**Sent:** Monday, June 3, 2024 1:06 PM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>; Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>; Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Action Needed: Offer Requested for Sr. Specialist Product Management

Approved

Get Outlook for iOS

---

**From:** Schacht, Nick <Nick.Schacht@shrm.org>
**Sent:** Monday, June 3, 2024 12:49:11 PM
**To:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>; Link, Jim <Jim.Link@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>; Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Re: Action Needed: Offer Requested for Sr. Specialist Product Management

Approved – thank you!

Best regards,

**Nick Schacht, SHRM-SCP | Chief Commercial Officer**
+1.703.535.6079 | +1.571.228.6718 M

---

**From:** Zoerkler, Deborah <Deborah.Zoerkler@shrm.org>
**Date:** Monday, June 3, 2024 at 12:44 PM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>, Link, Jim <Jim.Link@shrm.org>
**Cc:** Rivera, George <George.Rivera@shrm.org>, Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Action Needed: Offer Requested for Sr. Specialist Product Management

Good Afternoon Nick and Jim,

I am excited to share that I am emailing you today to request your review/approval of an offer for the candidate **Fiona Torres** for the open, **Sr. Specialist Product Management** role, who will report to **Katharine Panessidi** in office at HQ.
This position has been approved to fill.
I have attached **Fiona's** resume and the job description.

Highlights of Fiona:
- Bachelors in Business Administration and brings over 9yrs experience, where she was the lead project manager for all client and internal trainings.
- Managing/editing all training collateral for 20+ courses including scripts, presentations, and videos.
- Role at Cvent included various on-site event support for our annual conference, Cvent CONNECT

- Experience leading the certification training program and assisting with all registration/the check-in experience.
- Supported Salesforce's annual event, Dreamforce (average attendee size of 30K), on multiple occasions.

Based on her experience, and background, we would like to offer $90,000 which is below the midpoint for this role and keeping within equity of the team. The current Salary range for this role is **min:$77k/mid:97k/max:117k.**
We are targeting a start date of **6/17/2024 .**

**Action Items Requested:**

- If you are comfortable with this offer, **please reply via email confirming your approval.**
- Once we have email confirmation of the approvals, **I will submit the offer letter within Dayforce for the hiring manager's review and approval.**

Thank you,
Debbie

**Deborah Zoerkler, SHRM-CP |Sr. Specialist, Talent Acquisition**
SHRM
1800 Duke Street | Alexandria, VA 22314 USA
deborah.zoerkler@shrm.org | +1.703.535.6147

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.