# Exhibit 32

**From**: Link, Jim [Jim.Link@shrm.org]
**Sent**: 6/6/2024 8:15:19 PM
**To**: Belyna, Nicole [Nicole.Belyna@shrm.org]
**Subject**: Re: Fact File

Thx Nicole.

Jim

Get Outlook for iOS

---

**From:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Sent:** Thursday, June 6, 2024 1:11:47 PM
**To:** Link, Jim <Jim.Link@shrm.org>
**Subject:** RE: Fact File

Jim,

For your reference, here is the Sr. Specialist, Product Management Position Overview.docx which includes position details, candidate overview, final candidate selection and notes, as well as offer details.

Supporting documents such as doctors note, service dog ID and paperwork is here.

Please let me know if you need additional information.

Thanks,
Nicole

---

**From:** Link, Jim <Jim.Link@shrm.org>
**Sent:** Thursday, June 6, 2024 6:55 AM
**To:** Belyna, Nicole <Nicole.Belyna@shrm.org>
**Subject:** Fact File

Nicole,
Can you have Debbie or Rakhi prepare a "fact file" for me on the candidate with the service dog request?

In the fact file, I'll need the background on the role, title, candidate pool, number of candidates interviewed, interviewers, interviewer feedback, facts on why this candidate was selected, offer details, details on the accommodation request, and any supporting commentary from email exchanges. Feel free to drop in anything else salient or important I haven't listed above.

I'm asking for this in anticipation of being asked these questions when I get to JT.

Jim