# Exhibit 33

**From**: Martel, Sheri [Sheri.Martel@shrm.org]
**Sent**: 6/6/2024 10:20:44 AM
**To**: Belyna, Nicole [Nicole.Belyna@shrm.org]
**Subject**: FW: Service Animal ADA information
**Attachments**: Animal Service Agreement.docx

Nicole,

Below is the response from Chesney in regard to the service animal best practices and what you can tell other employees. We aren't allowed to disclose the nature of the disability, but we can let them know that there will be a service animal and let staff voice any concerns if they have them and if we need to move a staff member or place the new employee somewhere else, we can. Let staff know that they are not allowed to interact with the animal. If the employee is willing to educate the staff about the service dog and need, allow them to do so. Chesney also sent me a service animal agreement that we should have the new staff review, sign and renew each year. This is a generic agreement from the JAN network. I'm not sure if we need legal to review it before implementing it.

Let me know how I can assist with this if needed.

Thank you,

**Sheri Martel, SHRM-SCP | Lead, Total Rewards**
Society for Human Resource Management
1800 Duke Street | Alexandria, VA 22314 USA
Sheri.Martel@SHRM.org | +1.703.535.6158

SHRM is a member-driven catalyst for creating better workplaces where people and businesses thrive together. As the trusted authority on all things work, SHRM is the foremost expert, researcher, advocate, and thought leader on issues and innovations impacting today's evolving workplaces. With nearly 340,000 members in 180 countries, SHRM touches the lives of more than 362 million workers and their families globally. Discover more at SHRM.org.

---

**From:** Chesney Rose <chesney@leavesolutions.com>
**Sent:** Thursday, June 6, 2024 9:57 AM
**To:** Martel, Sheri <Sheri.Martel@shrm.org>
**Subject:** RE: Service Animal ADA information

HI Sheri:

Thank you for reaching out. Once the employee is hired and starts with you, we can send out the ADA paperwork for the accommodation request, to have it documented. I also have attached a generic Service Animal Agreement that you can view and edit to fit your needs.

For guidance on how to respond to other employees and the service animal, the JAN Network has a great information section regarding this. See below:

# What are employers allowed to tell coworkers when an employee with a disability is going to bring a service animal into the workplace?

Employers are often worried that coworkers will be allergic to the service animal or have a dog phobia so they often want to notify them before the service animal arrives. Also, coworkers may need to be educated about interacting with service animals so they do not interfere with the service animal's work. At the same time, the ADA has confidentiality rules that restrict employers from disclosing information to coworkers about an employee's disability and accommodations so it may not be wise to tell coworkers that an employee will be using a service animal.

**What this means for employers:** To balance these two concerns, you might want to start with talking to the employee who will be bringing the service animal to work and asking how the employee would like to handle educating coworkers. Hopefully, the employee wants to educate coworkers and is willing to do so. If not, you may want to simply let coworkers know that a dog will be present in the workplace and that they are not to interact with it. If a coworker indicates that he has an allergy or phobia related to the service animal, you should try to accommodate that employee. For example, see Service Animals and Allergies in the Workplace.

**What this means for employees:** If you are willing to educate your coworkers about your service animal, volunteer to do so. It most cases, educating the workplace can help you effectively use your service animal at work.

Service Animals (askjan.org)

**I will be out of the office on June 13-14th. Additionally, our offices will be closed on 6/19/2024 to observe the holiday.**

**Chesney Rose**
Dedicated Consultant Team Lead
Flores & Associates – Leave Solutions
Phone: 262-345-2094
Fax: 866-780-1243
chesney@leavesolutions.com
Visit us today at www.leavesolutions.com
Certifications: https://bcert.me/savqlunaq

# SERVICE ANIMAL AGREEMENT

**Policy Reference:**
Pursuant to the Service Animal Agreement, any SHRM employee who has been granted an American Disability Act (ADA) accommodation of a service animal must complete and sign this document, as well as provide to Human Resources all required forms of verification referenced herein, before the animal is permitted on the premises of an SHRM establishment. If the employee is not yet 18 years of age at the time of request, the signature of a parent or legal guardian is required.

"**A service animal means any <u>dog</u> that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability.** Tasks performed can include, among other things, pulling a wheelchair, retrieving dropped items, alerting a person to a sound, reminding a person to take medication, or pressing an elevator button.

Emotional support animals, comfort animals, and therapy dogs are not service animals under Title II and Title III of the ADA **'unless otherwise dictated by state/local regulations.**' Other species of animals, whether wild or domestic, trained or untrained, are not considered service animals either. The work or tasks performed by a service animal must be directly related to the individual's disability. It does not matter if a person has a note from a doctor that states that the person has a disability and needs to have the animal for emotional support. A doctor's letter does not turn an animal into a service animal." ([HYPERLINK "https://adata.org/publication/service-animals-booklet"])

Additional information can be found: [HYPERLINK "https://www.ada.gov/service_animals_2010.htm"]

Emotional Support Animals protected under State Regulations will be reviewed case-by-case.

**General Responsibility of the Parties:**
**SHRM** will act in good faith to ensure that a valid accommodation is implemented in accordance with the policy. Sensitivity to employees with allergies and to those who fear animals is important to ensure a positive work environment. **SHRM** will work with all parties to meet the needs of the employee with the animal as well as other employees with allergies and animal fears. SHRM Department Leadership will notify workplace employees about the animal, including the type and breed, the tasks it performs and any special instructions or circumstances. If another employee identifies circumstances, such as an allergic reaction, **SHRM** will utilize due diligence to identify similar, alternate space for either employee. However, the employee who has been granted the accommodation of a service or support animal is responsible for assuring that the animal does not interfere with the operation of the facility, cause undue difficulties for other employees, or fundamentally alter the work environment.

**Instructions:**
This document must be completed and re-submitted annually while working in a Brick and Mortar facility.

First Name: ______________________________ Last Name: ______________________________________
ID Number: ______________________________ Phone Number: ________________________________
Animal Name: ____________________________ Animal Type: __________________________________
Animal Breed: ____________________________ Animal Size and Weight: _______________________
Veterinarian Name: _____________________________________________________________________
Veterinarian Phone Number: ______________________________________________________________

**Initial Beside Each Statement upon Agreement:**
______ The employee is responsible for instructing others on appropriate interactions with the animal and setting clear expectations of interactions with any behavior around the animal.
______ Service animals must always be controlled by handler/employee. The employee must keep the animal on a leash/lead when the animal is on **SHRM** property, unless the animal is required to perform a task that it could not accomplish while on a leash/lead or the employee is unable to handle a leash/lead, in which case the animal must be kept under control by voice, signals, or other effective means.
______ The employee is always responsible for the actions of his or her animal.
______ The employee is responsible for any odors, noise, damage, overall cleanliness/appearance, or other conduct of his or her animal that disturbs others or damages the premises or personal property. The owner must be in full control of the animal at all times.
______ To reduce the risk of damage to the general area and **SHRM** property, food and water dishes must be placed on mats (provided by the employee) and these items should be cleaned/located in designated areas.
______ To reduce the risk of pests, all animal food must be contained within a covered/sealed storage container.
______ All required immunizations must be up-to-date, and a copy of the core immunizations must be on file with Human Resources. *(Vaccines for canine parvovirus, distemper, canine hepatitis and rabies are considered core vaccines)* **Provided at the time of signed agreement and at each subsequent resubmission.**
______ Proof of flea, heartworm and tick treatment. **Provided at the time of signed agreement and at each subsequent resubmission.**
______ Collars and tags must always be worn. A tag identifying the owner and contact information in case of emergency.
______ The employee is responsible for properly containing and disposing of all animal waste and any product that contains or absorbs such waste. Outdoor animal waste, such as dog feces, must be immediately retrieved by owner, placed in a plastic bag and securely tied before being disposed of in outside trash dumpsters. **Employee will be responsible for any damages caused by the animal's waste**.
______ The employee is financially responsible for the actions of the animal including bodily injury, property damage, replacement or cleaning of damaged furniture, carpet, blinds, etc. The employee is expected to cover all costs of returning the unit to the same condition (other than ordinary wear and tear). Cost must be paid in 90 days of billing.

**By initialing and signing below:**

______ The above-mentioned employee certifies that the animal has no history of aggressive, threatening or violent behavior and agrees to the above provisions.

______ Employee understands that permission to keep the service animal on the premises can be revoked if there is a failure to comply with the rules and regulations above or if employee permits service animal to become a nuisance.

______ Upon notice of revocation of this Agreement, the employee must permanently remove the animal from the premises IMMEDIATELY. Failure to do so may result in termination.

Employee Parent/Legal Guardian (if applicable) ______________________________________________

Employee Name Printed and Employee ID#: ______________________________________________

Employee Signature: ________________________________________ Date: ____________________

To be completed by the **SHRM** Leave of Absence Team:

Date Received: ___________________________________
Date Approved: __________________________________
Approved By: ____________________________________
Next Renewal Date: ______________________________

POLICY

# ADA Reasonable Accommodation Policy: Service Animals

November 17, 2023

Download: ADA Reasonable Accommodation Policy: Service Animals

[Company Name] does not allow animals in the workplace; however, an individual with a disability may request a reasonable accommodation under the Americans with Disabilities Act to bring a service animal to work when medically necessary. Procedures for requesting a reasonable accommodation are described in the [name of the policy] which can be found [location where the policy can be found].

**Service Animals**

In general, a service animal is an animal trained to work or perform tasks for the benefit of an individual with a disability, such as guiding individuals with impaired vision, alerting individuals to an impending seizure, or pulling a wheelchair and fetching dropped items.

[Company Name] will evaluate all requests to bring a service animal into the workplace to determine if the accommodation is reasonable and can be provided without undue hardship. Employees may be asked to bring the service animal to the workplace to demonstrate the animal's training and ability to be in the workplace without disruption.

If an accommodation is granted to allow a service animal in the workplace, the arrangement may be permitted on a temporary or trial basis. Reasonable behavior is expected from service animals while on company property. Disruptive and aggressive service animals must be removed from the premises immediately and permission to bring the animal to work will be revoked.

All animals need to be immunized against rabies and other diseases common to that type of animal. All vaccinations must be current, and animals must be in good health.

Service animals must wear an owner identification tag (which includes the name and phone number of the owner) at all times.

Animals must be on a leash, harness or other type of restraint at all times, unless the employee is unable to retain an animal on leash due to a disability.

The employee must be in full control of the animal at all times. The care and supervision of the animal is solely the responsibility of the employee. The employee is expected to clean and dispose of all animal waste appropriately.

**Was this resource helpful?**

Leave Feedback

Advertisement