**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

FIONA TORRES,

               **Plaintiff,**

   **v.**

SOCIETY FOR HUMAN RESOURCE
MANAGEMENT,

               **Defendant.**

**Civil Action No. 1:25-cv-02360**

**DEFENDANT'S NOTICE OF WAIVER OF ORAL ARGUMENT**

Pursuant to Local Civil Rule 7(E), Defendant Society for Human Resource Management, waives oral argument in connection with its *Emergency* Motion to Strike Plaintiff's Opposition to its Motion for Summary Judgment (ECF No. 86) and its accompanying Exhibit 1 (ECF No. 86-1) and Motion to Vacate Summary Judgment Briefing Schedule.

1

Dated: July 29, 2026

Respectfully submitted,

*/s/ Tiffany din Fagel Tse*

Lauren M. Bridenbaugh, Bar No. 90586
Tiffany din Fagel Tse, Bar No. 92958
Leslie P. Currie, Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.552.6178
lbridenbaugh@littler.com
ttse@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330
tdarrow@littler.com

*Counsel for Defendant Society for Human
Resource Management*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 29th day of July 2026, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on the following counsel of record:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone:   202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*


*/s/ Tiffany din Fagel Tse*
Tiffany din Fagel Tse

3