IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FIONA TORRES,

        Plaintiff,

    v.                                      Civil Action No. 1:25-cv-02360

SOCIETY FOR HUMAN RESOURCE
MANAGEMENT,

        Defendant.

## ORDER

Upon consideration of Defendant's Emergency Motion to Strike and Motion to Vacate Summary Judgment Briefing Schedule, any Opposition or Reply thereto, and the entire record, it is on this _31st_ day of _July_, 2026 hereby:

**ORDERED** that, Defendant's Emergency Motion to Strike and Motion to Vacate Summary Judgment Briefing Schedule is **GRANTED**;

**ORDERED** that, Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 86) and its accompanying Exhibit 1 (ECF No. 86-1) are **STRICKEN**;

**ORDERED** that, Plaintiff shall file a new response brief to Defendant's Motion for Summary Judgment within two (2) days of the date of this Order in compliance with this Court's Local Rules; and it is further

**ORDERED** that, Defendant be permitted to file its reply brief in further support of its Motion for Summary Judgment six (6) days after Plaintiff files a compliant opposition brief in response to Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

                                                /s/
                                   Patricia Tolliver Giles
                                   United States District Judge