**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| FIONA TORRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SOCIETY FOR HUMAN RESOURCE | )    1:25–cv–2360 (PTG/WBP) |
| MANAGEMENT, | ) |
| | ) |
| Agency. | ) |
| | ) |

**PLAINTIFF'S RESPONSE TO JULY 31, 2026, ORDER AND NOTICE OF FILING**

Consistent with the Court's July 31, 2026 Order, ECF No. 94, and this Court's Local

Rules, Plaintiff hereby notifies the Court that on July 30, 2026, Plaintiff filed Plaintiff's

Amended Memorandum in Opposition to Defendant's Motion for Summary Judgment, which

has been docketed as ECF No. 92.

> */s/ Mary E. Kuntz*
> Mary E. Kuntz (VSB No. 76947)
> Stephen B. Pershing (VSB No. 31012)
> Anna Kathryn Barnes Barry (DC Bar 1719493),
> *pro hac vice*
> KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
> 818 Connecticut Ave. NW, Suite 1000
> Washington, DC 20006
> Telephone: 202.331.9260
> mkuntz@kcnlaw.com
> spershing@kcnlaw.com
> akbarry@kcnlaw.com
>
> Counsel for Plaintiff

Dated: August 3, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 3, 2026, a copy of <u>Plaintiff's Response to July 31, 2026, Order and Notice of Filing</u> (ECF No. 95) was filed with the Court's case management/electronic case filing ("CM/ECF") system, through which it was transmitted to counsel of record for Defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted pro hac vice)
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

*/s/ Mary E. Kuntz*

Mary E. Kuntz (VSB No. 76947)
Stephen B. Pershing (VSB No. 31012)
Anna Kathryn B. Barry (DC Bar 1719493),
        *pro hac vice*
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com

Counsel for Plaintiff

Dated: August 3, 2026