# Exhibit 7

So taking into account food, or having to try to avoid food, things like that, and then try to pay extra attention to any symptoms that I might feel during that time.

BY MS. DARROW:

Q All right. And you said pay attention to your alert dog, "if applicable." What do you mean by that?

A If he alerts.

Q What do you mean "if he alerts"?

A I'm not --

Q I'm just trying to understand what you're saying?

A I just ensure that I acknowledge his alerts and possibly check my blood sugar to see where I'm at.

Q Okay. And you've got to pay attention to the food, you said?

A Yeah. Try -- try to take into account -- or, like, if I'm going to eat, or if I need to eat. Let's say, for example, I might be low or teetering on a low before having to change a Dexcom, try to get some kind of protein to hold me over during that warm-

you mean by when you "get a sense"?
A I can't remember how I used "in a sense."
Q You said, "when I get a sense that the readings are inaccurate." I'm trying to understand what you meant by that?
A If my dog is alerting and my Dexcom states that I'm in range, I would then question and check my blood sugar if possible.
Q I was wondering if you have, like, some sixth sense to know that your blood levels are low?
MS. KISCH: Objection to form. Argumentative.
THE WITNESS: Was there a question?
BY MS. DARROW:
Q Yes.
A You're asking --
Q Do you have some sense of when your blood levels are low --
MS. KISCH: Objection --
BY MS. DARROW:
Q -- without reading -- without relying on any type of device or your dog?

Q Okay. When did you first obtain the note that's Bates labeled 1029?

A I assume I would've received it around November 6, 2019.

Q All right. Is there a particular reason why you didn't receive a more recent note to submit to SHRM?

MS. KISCH: Objection to the extent it mischaracterizes her testimony or the evidence in the record.

THE WITNESS: There was no need to provide one.

BY MS. DARROW:

Q Why not?

A I'd never been requested of one past this one.

Q Why did you get this note in November of 2019?

A I was at a church that needed some form of proof. I believe they mentioned a doctor's note. So that's why I requested it for this particular one.

Q What was the church?

A Not sure of the church.
Q What was the issue that caused -- or prompted you to seek a note from your doctor in or around November of 2019?
A I had attended a choir rehearsal with my dog at a church that wasn't our usual church. So the -- some kind of staff had questioned my dog and asked for a doctor's note or something along those lines. So I acquired this one as a result.
Q Have you ever submitted the doctor's note that's dated November 6, 2019, to any other employer?
A Not that I can recall. I -- or I believe -- not -- not that I can recall.
Q Have you submitted the doctor's note that's dated November 6, 2019, to any employers since your application to SHRM?
A I'm not sure if this particular one was included.
Q "Included" in what?
A In another, like, job opportunity.
Q Did you have another job opportunity where you submitted a doctor's note?

Q And what part of your job can you do without your dog?

MS. KISCH: Objection.

THE WITNESS: It's safest when he's with me.

BY MS. DARROW:

Q I wasn't asking what was "safest." I'm asking --

MS. DARROW: So move to strike.

BY MS. DARROW:

Q -- what part of the job that you would have had at SHRM could you do without your dog?

MS. KISCH: Objection to the extent it calls for a legal conclusion.

THE WITNESS: My dog helps with ensuring that I avoid dangerous blood sugars. So that could lead to losing consciousness, among other symptoms. You need consciousness to fulfill the basic duties of roles, including SHRM'S roles.

BY MS. DARROW:

Q So is there any portion of the job that was offered to you at SHRM that you could do without a

service dog?

MS. KISCH: Objection to the extent that it's been asked and answered and to the extent that it calls for a legal conclusion.

THE WITNESS: Not safely, per my -- per my needs.

BY MS. DARROW:

Q Did you ever submit your Job Description to any healthcare provider -- the Job Description from SHRM?

A No.

Q Did you ever have a healthcare provider review your Job Description from SHRM?

A Not the Job Description.

Q Did you ever discuss your job duties that you would have had at SHRM with any healthcare provider?

A They knew it was a job I was pursuing at SHRM. They didn't know the details of the role itself.

Q Who is "they" knew?

A My endocrinologist.

needed an updated note from my endocrinologist or a doctor. So she knew that there was a job I was applying for that was asking for a doctor's note confirming his need.

Q Tell me as best you can recall and as specifically you can recall what you told Dr. Joshi about the position that you were applying for at SHRM?

MS. KISCH: Object to the extent it's been asked and answered.

THE WITNESS: I recall stating that I had applied for a job that's requesting for an up-to-date doctor's note for -- confirming his medical need. I had confirmed with her that I've blacked out multiple times while at work as well as commuting to work from severe hypoglycemia.

BY MS. DARROW:

Q And the conversation that you're telling me about where you asked Dr. Joshi for an updated note, this is after SHRM requested the updated note. Is that right?

A I only reached out to her for the note after SHRM had requested the note from me.

range patterns.
Q What do you mean "out-of-range patterns"? What are you referring to?
A Like, for example, I know overnight has always kind of been a struggle for me to -- to manage being steady. So I try to get different feedback from my doctors or my endocrinologist for how to manage.
Q And what have you been told in that regard?
A To -- at times I've been told to adjust my pump settings. Later, I learned that there's only so much that those settings will do, so to just try to -- not to interfere as much, to let it learn on its own how to better correct itself.
Q Has your dog ever alerted you incorrectly?
A Yes.
Q How often does that happen?
A It's very rare.
Q How do you know that your dog has alerted you incorrectly?
A I will do a manual blood glucose meter check and then try to check thereafter, usually about 15 minutes later, after that initial check.

A Correct.
Q Full-time?
A I was project based, so I wasn't always full-time.
Q When you worked at Brand USA, did you take your dog with you?
A I -- there were two times I did not take him with me for the in-person requirements.
Q Why not?
A The first day was my first day. I always try to get my lay of the land at first, to ensure I'm best prepared to perfectly accommodate him or comfortably accommodate him.
The second time was an all-day, all-hands meeting, like, company-wide meeting. So I wasn't sure what the setup would be as well as how long the time frame we would have to be in the same meeting room was for. So I just chose not to bring him those two days.
Q And so what did you do to monitor your glucose level?
A Paid extra attention to my Dexcom, tried to check more, if possible, as well as pay -- pay extra

attention to my blood -- body symptoms.

Q Did you have any episodes related to your diabetes the two times that you didn't bring your dog to work when you worked for Brand?

A Yes.

Q And what were -- how did that manifest itself?

A I had a low blood sugar I had to help treat for.

Q Did it require medical intervention, meaning you had to be hospitalized or seek treatment with a healthcare provider?

A No.

Q And when you say you had "low blood sugar," how did you resolve that issue?

A I had to leave the meeting to go treat it.

Q And what do you mean "treat it"?

A Get sugar -- consume sugar.

Q Anything else?

A Not that I can recall. I -- I remember taking some space away from the meeting as well to make sure I felt okay before I re-entered.