# Exhibit 31

(A RECESS WAS TAKEN.)
THE REPORTER: We're back on the record.
MR. RUIZ: Okay.
MS. TSE: Thank you.
BY MR. RUIZ:
Q Ms. Panessidi, after our break, we're back on the record. Do you understand that you're still under oath?
A Yes.
Q Okay. Thank you so much. In 2024, when Ms. Torres submitted a request for a workplace accommodation, were you asked by anyone in HR to provide any information with respect to her request?
MS. TSE: Objection Vague. You can answer, if you can.
A No.
Q Were you ever asked by anyone at SHRM whether having a service dog in the workspace would interfere with operations at SHRM?
MS. TSE: Objection. Vague. You can answer, if you can.

A No.
Q Do you recall ever speaking with Ms. Belyna about Ms. Torres's accommodation request?
A No.
Q Do you remember speaking with Mr. George Rivera about Ms. Torres's accommodation request?
A No.
Q Ms. Panessidi, I'm going to ask you to turn back to Exhibit 2, going back to the responsibilities that are listed there.
A Okay.
Q Earlier, we had discussed the different responsibilities amongst these four that -- that, like, perhaps that you had -- had been, like, exercising, or that Ms. Turk had been exercising. Do you remember that?
A Yes.
Q Okay. But we also discussed other members of the product team, okay. Do you know if other members of the product team were handling any of the responsibilities listed on SHRM 000418.
MS. TSE: Objection. Speculation. You can