# Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Civil Action No. 1:25-CV-02360** |

**DEFENDANT'S RULE 26(a)(2) DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant Society for Human Resource Management ("Defendant" or "SHRM") makes the following expert disclosures:

1. **Michael Cooperman, M.D.**
**121 Woodpecker Road**
**Jenkintown, PA 19046**

Dr. Cooperman is a Board licensed physician who specializes in endocrinology, diabetes and metabolism, and internal medicine. Dr. Cooperman graduated from Albany Medical College in Albany, New York in 1970 before completing a senior medical residency in 1973 and an endocrinology fellowship in 1972 at Beth Israel Hospital in Boston, Massachusetts. Dr. Cooperman also completed a junior medical residency at Bronx Municipal Hospital in Bronx, New York in 1971. From 1994 to 2013, Dr. Cooperman was appointed as Chairman of the Division of Endocrinology at Jeanes Hospital in Philadelphia, Pennsylvania. Dr. Cooperman is certified by the National Board of Medical Examiners and the American Board of Internal Medicine and has certifications in endocrinology and metabolism. The remainder of Dr. Cooperman's background and credentials can be found in his enclosed curriculum vitae.

SHRM may call Dr. Cooperman to provide testimony regarding whether Ms. Torres could perform the essential functions of the Senior Specialist Product Management position at SHRM with or without an accommodation and whether it is medically necessary for Ms. Torres to have a service dog with her at all times due to Type 1 diabetes. SHRM may also call Dr. Cooperman to testify that Ms. Torres does not medically require a service dog to manage Type 1 diabetes; that none of Ms. Torres' healthcare providers ever prescribed or required Ms. Torres to obtain or use a service dog as part of her Type 1 diabetes treatment based on the records she provided to SHRM; and that there are alternative, effective and widely accepted methods of monitoring blood glucose that do not involve a service dog and that these methods meet accepted medical standards of care and adequately address the functional needs associated with diabetes. Further, SHRM may call Dr. Cooperman to testify that Ms. Torres' own conduct demonstrates that a service dog is not a necessary workplace accommodation for her Type 1 diabetes condition. Dr. Cooperman is also available to respond to any issues within his expertise that may be raised by Ms. Torres in this case. Dr. Cooperman should be contacted through defense counsel.

Defendant reserves the right to supplement or correct these reports and disclosures based upon further documentation that may be obtained.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Tiffany din Fagel Tse*

Tiffany din Fagel Tse, Bar No. 92958
Lauren M. Bridenbaugh, Bar No. 90586
Leslie P. Currie, Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
ttse@littler.com
lbridenbaugh@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330
tdarrow@littler.com

*Counsel for Defendant Society for Human Resource Management*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of May 2026, I sent the foregoing **Defendant's Rule 26(a)(2) Disclosures** by email to the following:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Hector Federico Ruiz, Jr. (VSB No. 102153)
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
akbarry@kcnlaw.com
hruiz@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Tiffany din Fagel Tse*
Tiffany din Fagel Tse