# Attachment 2

Melrose Medical Associates

mcooperman@msn.com

Michael Cooperman MD

Endocrinology and Metabolism

---

May 11, 2026

Tiffany Fagel Tse, Esq

Littler Mendelson PC

1800 Tysons Blvd

Tysons Corner, VA 22102

RE: Fiona Torres v. Society for Human Resources Management

Dear Ms. Tse:

I have reviewed the following documents regarding Ms. Torres:

2019 Note signed by Denise Armellini, M.D. (SHRM_Torres 836)
2024 Note Signed by Silpa P.K. Joshi, M.D. (Confidential Torres 469)
Northern Virginia Endocrinologists Records, 2020-2026 (SHRM_Torres 1352-1469)
Excerpts of The Endocrine Center, 2019 (SHRM_Torres 2023-2029)
Excerpts VA Diabetes, Obesity and Endocrinology Center, 2013-2018 (Confidential Torres 515-590)
Excerpts of Rocky Run Family Medicine, 2023 (SHRM_Torres 1265-1273, 1293-1296, 1303-1304, 1311-1313, 1315, 1319-1320, 1322, 1324-1328, 1331-1336, 1338, 1340-1344, 1347)

Excerpts of Records from Inova Health System, 2014-2026 (Confidential Torres 168-170; SHRM_Torres_2060-2073, 2112-2118, 2124-2135, 2146-2152, 2163-2170, 2266-2271, 2282-2288, 2340-2345, 2353-3360, 2396-2398, 2417-2419)
Excerpts of 2023 and 2025 Behavioral Health and Wellness Associates Records (only for references/discussion of her physical medical situation and dog) (SHRM_Torres 0001156-1158, 1170-1171)
Paperwork Regarding Ms. Torres' Dog (SHRM_Torres 312-316)
Torres Communications with Healthcare Provider, 2024 (Confidential Torres 465-467)
Torres Communications with SHRM, 2024 (SHRM_Torres 559-566)
Torres Supplemental Answers to Interrogatories, Excerpts (Pages 1, 9-14, 26)
Sr. Specialist Product Management Job Description (SHRM_Torres 281-282)

Ms. Torres is currently a 35-year-old woman with a history of Diabetes Type I who is seeking a workplace accommodation for a Diabetes Alert Dog (DAD). A review of the medical records, documentation submitted, and the medical literature, do not support the necessity of this accommodation.

Ms. Torres was diagnosed with diabetes in childhood. She is also being treated for hypothyroidism and hyperlipidemia. Diabetes is being managed with an insulin pump (Omnipod) and continuous glucose monitoring (Dexcom). Laboratory records reveal good to fair diabetes control as measured by A1C levels. She has experienced one significant hypoglycemic episode in 2017 when she failed to eat despite taking her insulin and was involved in an automobile accident. There are no reports of diabetic ketoacidosis, emergency room visits for hypoglycemia, hyperglycemia or diabetic complications in adulthood. Ms. Torres has not suffered seizures. There is no evidence of Emergency Medical Services being called for a diabetic urgent situation.

Ms. Torres has had a DAD since 2017, but the medical records fail to comment on its usefulness or activity. There is no documentation of a DAD preventing any diabetes adverse reaction and I could not find any significant mention of its use at all in her medical visits. There is no history of hypoglycemic unawareness or seizures.

Drs. Silpa P.K. Joshi and Denise Armellini fail to document any distinct episodes where the diabetes alert dog played a role in preventing a diabetes ill effect. They discuss generalities without specific instances cited. Dr. Joshi refers to severe hypoglycemic reactions and car accidents in the plural with no supporting documentation. Dr. Joshi also references “passing out” with no supporting medical evidence.

SHRM has offered to make reasonable accommodations to meet Ms. Torres’ diabetes care. Her job description does not entail physical exertion or frequent travel . It is sedentary in an office environment. Thus, there is no increased risk of diabetes hypoglycemia or hyperglycemia.

The medical literature does not support routine use of diabetic alert dogs. Their role is mainly psychosocial. Ms. Torres does not meet the criteria of hypoglycemic unawareness, and she has not sustained any seizures which are the accepted indications for possible DAD use. Continuous glucose monitoring (CGM) remains the standard for diabetes care. There is no convincing evidence of additional benefit from DAD use with CGM monitoring. Accuracy with DADs is variable and some dogs become less reliable over time. While some individual DADs perform well and the psychosocial benefits are meaningful the evidence does not support DADs as a reliable method of glucose monitoring. They may serve as a complementary tool for psychosocial reassurance.

Ms. Torres has failed to demonstrate a level of hypoglycemia that qualifies as hypoglycemic unawareness. She has had no documented hospital, emergency room or EMS calls for hypoglycemia or seizures. There is no documentation in the medical record of DAD

intervention or a successful interaction. Ms. Torres utilizes CGM regularly and admits to mild hypoglycemic events when she skips a meal or is late in eating. The medical literature has demonstrated only psychosocial benefits when DAD is added to CGM use.

SHRM is willing to make accommodations for Ms. Torres. Her job is sedentary in an office environment where human observation and intervention is available. The need for a diabetes alert dog is not supported.

The opinions expressed are to a reasonable degree of medical certainty.

I have participated in one oral deposition in the past 4 years.