# Attachment 3

# CURRICULUM VITAE

Michael Cooperman, M.D.

| | | |
|---|---|---|
| Mailing Address | 121 Woodpecker Rd<br>Jenkintown, PA 19046 | |
| Education | Albany Medical College<br>Albany, New York | 1970 |
| | Rensselaer Polytechnic Inst<br>Troy, New York | 1968 |
| Internship | Bronx Municipal Hospital<br>Albert Einstein Medical Center<br>Bronx, New York | 1970 |
| Residencies | Senior Medical Resident<br>Beth Israel Hospital<br>Boston, Mass | 1973 |
| | Endocrinology Fellowship<br>Beth Israel Hospital<br>Boston, Mass | 1972 |
| | Junior Medical Resident<br>Bronx Muncipal Hospital<br>Bronx, New York | 1971 |
| Academics | Clinical Assoc. Professor<br>Temple Univ School Med<br>Philadelphia, Pa. | 1985 |
| | Clinical Instructor<br>University of Texas<br>San Antonio, Texas | 1975 |
| | Clinical Fellow in Medicine<br>Harvard Medical School<br>Boston, Mass | 1973 |

| | | |
|---|---|---|
| | Research Fellow in Medicine<br>Harvard Medical School<br>Boston, Mass | 1972 |
| Appointments | Former Chairman- Division of Endocrinology<br>Jeanes Hospital 1994-2013 | |
| Military | U.S. Air Force Wilford Hall Medical Ctr<br>San Antonio, Texas | 1974 |
| Certification | National Board of Med. Exam<br>American Board of Internal Med<br>Endocrinology and Metabolism<br>Fellow- American College of Endocrinology | 1971<br>1974<br>1975<br>1994 |
| Licensure | Pennsylvania<br>New York<br>Massachusetts | |
| Medical Societies | Alpha Omega Alpha<br>American College of Physicians<br>American Association of Clinical Endocrinologists<br>Endocrine Society | |

Publications

Cooperman,M.T.,Clinical Studies in Alcoholic Ketoacidosis, Diabetes, 23:433,1974.

Dorfman,S.G.,Cooperman,M.T.,et.al Painless Thyroiditis and Transient Hyperthyroidism Without Goiter, Ann. Int. Med.,86:24,1977.

Young,R.L.,Fuchs,R.,Woltzen,M., Cooperman,M.T.,Glucose Insulin Response to Oral Glucose in a Healthy Obese Population,Diabetes,28:208,1979.

Cooperman,M.T.,Adrenal Insufficiency, Prognosis, Charles Press, 1981.

Somogyi Phenomenon, EMEDICINE.COM

Diabetes Insipidus, EMEDICINE.COM

| | |
|---|---|
| Research | Multiple Phase III and IV New and Established clinical Drug trials for Merck; Astra-Zeneca; Novo; Glaxo and others in Diabetes; Hypertension; Hyperlipidemia. |
| Teaching | Grand Rounds Presentations and Endocrine/Diabetes Conferences at multiple hospitals extending over 35 years.<br><br>Medical Student, Resident and Fellow Teaching at Temple , Einstein, Roxborough, Abington and Jeanes Hospitals<br><br>In Office externships for Students and Residents. |