# Attachment 5

**Anna Kathryn Barry**

**From:** Anna Kathryn Barry
**Sent:** Friday, June 12, 2026 1:43 PM
**To:** 'Tse, Tiffany'; Bridenbaugh, Lauren M.; Currie, Leslie; Darrow, Tanja
**Cc:** Mary Kuntz; Hector Ruiz; Steve Pershing
**Subject:** RE: Follow up - Dr. Cooperman

Thank you for the update, Tiffany.

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

50 YEARS KCNF KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

---

**From:** Tse, Tiffany <TTse@littler.com>
**Sent:** Friday, June 12, 2026 1:37 PM
**To:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Hector Ruiz <hruiz@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** [EXT] RE: Follow up - Dr. Cooperman

Anna Kathryn,

We are working on this and will be supplementing our production today.

**Tiffany Fagel Tse**
**Attorney at Law**
+1 703.286.3169 direct, +1 202.251.3349 mobile, +1 703.662.6178 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
TTse@littler.com

Pronouns: She/Her

**From:** Anna Kathryn Barry <akbarry@kcnlaw.com>
**Sent:** Thursday, June 11, 2026 5:26 PM
**To:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Tse, Tiffany <TTse@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Hector Ruiz <hruiz@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** Follow up - Dr. Cooperman

**[EXTERNAL E-MAIL]**

Counsel,

In Dr. Cooperman's deposition, Dr. Cooperman referenced a list that he made of medical literature he consulted for his report. This is responsive to RFP No. 13 in Plaintiff's Second Set of Discovery Requests. Will SHRM produce this document, along with copies of the medical literature Dr. Cooperman relied on?

Thank you,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.