# Attachment 6

**Anna Kathryn Barry**

---

| | |
|---|---|
| **From:** | Leslie Currie via TitanFile <notifications@us.titanfile.com> |
| **Sent:** | Friday, June 12, 2026 6:22 PM |
| **To:** | Anna Kathryn Barry |
| **Subject:** | [EXT] SHRM/Torres Doc Production |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Leslie Currie**

**shared 1 file with you**

Leslie sent you the following file:

- Volume 14.zip

with the following message:

Counsel,

Attached please find SHRM's supplemental production (Volume 14) in the *Torres* matter.

**Access Files**

Expiry date: 2026-09-09

Copy and paste link to go directly to "SHRM/Torres Doc Production":
https://littler.titanfile.com/channels/smUPqC/

This message was sent to akbarry@kcnlaw.com.

Change your notification settings.

© 2026 TitanFile Inc. 1050 King St W, Toronto, ON M6K 0C7, Canada

Toll Free: +1-855-315-6012