# Attachment 7

Melrose Medical Associates

121 Woodpecker Rd

Jenkintown Pennsylvania 19046

215-620-2119

[HYPERLINK "mailto:mcooperman@msn.com"]

Michael Cooperman MD

Endocrinology and Metabolism

---

American Diabetes Association-Standards

American Association of Clinical Endocrinology-Standards

UpToDate Medicine

How Effective are Trained Dogs at Alerting Their Owners to Changes in Blood Glucose-

Plos-One 2019 Jan 15;14(1) journal.pone 0210092d

Reliability of Trained Dogs to Alert to Hypoglycemia in Patients with Type I Diabetes

J of Diabetes Science and Tech 2017;May 11(3);506

Variability of Diabetes Alert Dog Accuracy in Real World Setting

J Diabetes Sci Tech 2017 Jul 11(4) ;714

Diabetes Alert Dogs-

Clin Chem Lab Med 2019 Mar 26 ;57(4)

Diabetes Alert Dogs-n Assessment of Accuracy and Implications

Diabetes Res Clinical Practice 2017 Dec 134;121