# Attachment 14

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | : |
| FIONA TORRES | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:25-cv-02360-PTG-WBP |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT | : |
| Defendant. | : |

Tysons Corner, Virginia

Friday,
May 22, 2026

DEPOSITION OF:

CARMEN TORRES

called for examination by Counsel for the Defendant, pursuant to Notice of Subpoena, at 1800 Tysons Boulevard, Suite 500, Tysons Corner, VA 22102, when were present on behalf of the respective parties:

Job No. CS8175598

APPEARANCES:

On Behalf of the Plaintiff:

HECTOR RUIZ, ESQ.
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW
Suite 1000
Washington, D.C. 20006
202-331-9260
hruiz@kcnlaw.com

On Behalf of the Defendant:

TANJA L. DARROW, ESQ.
Littler Mendelson P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
310-849-0933
tdarrow@littler.com

P-R-O-C-E-E-D-I-N-G-S

(10:01 a.m.)

THE REPORTER: We are now on the record. Here begins the deposition of Carmen Torres, taken in the matter of Fiona Torres v. Society for Human Resource Management, civil action number 1:25-cv-02360-PTG-WBP. We are located at 1800 Tysons Boulevard, Suite 500, Tysons Corner, Virginia 22102. My name is Jocelyn Martinez. I'm the court reporter on behalf of Veritext. Today's date is May 22nd, 2026, and the time is 10:01 a.m.

Would all present please introduce yourselves and whom you represent for the record, beginning with Deposing Counsel?

MS. DARROW: This is Tanja Darrow on behalf of the Society for Human Resources Management.

MR. RUIZ: Hector Ruiz from KCNF. I represent Fiona Torres in the matter.

THE REPORTER: Thank you. I'll now swear in the witness.

Ms. Torres, will you please raise your right hand?

WHEREUPON,

CARMEN TORRES,

was called as a witness by counsel for the defendant, and, after having been duly sworn, was examined and testified as follows:

THE REPORTER: Counsel, your witness.

DIRECT EXAMINATION

BY MS. DARROW:

Q. Great. Good morning, Ms. Torres.

A. Good morning.

Q. How are you?

A. I'm good. Thank you.

Q. Good. So as I mentioned earlier, my name is Tanja Darrow and I represent the Society for Human Resources Management. Throughout this deposition process, I will be referring to them as SHRM. So can we agree that, when I refer to SHRM, I'm referring to -- this is Human Resources Management -- the Society for Human Resources Management?

A. Absolutely.

Q. Perfect. Have you ever had your deposition taken before?

A. Never before.

Q. Okay. So it's kind of like an out-of-body experience. So let me go over the ground

like, it didn't go in her skin properly, or it's giving her numbers that, you -- she knows her body, so she just checks. She has to prick her finger to make sure that whatever the CGM is giving her is accurate, and many times, it's -- it's not. It's off.

Q. And when it's off, what does she do as an alternative?

A. Well, you know who the first one to alert is Meechum. Meechum is the first one to alert. And Meechum can sense, like, if -- let's say her sugar level is going up or down, whatever, right? And the CGM has not recorded it, Meechum would be alerting before, and then before she rewards Meechum -- when she checks the CGM and Meechum is alerting, she checks the CGM and she doesn't reward Meechum. And then, like, five or ten minutes later, the CGM is in agreement with Meechum, and then she rewards Meechum.

Q. Have there been occasions where Meechum is wrong?

MR. RUIZ: Objection. Calls for speculation.

THE WITNESS: I would -- I would guess.

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition Of: Carmen Torres

In the Matter Of: Fiona Torres v. Society for Human Resource Management

Date: 05/22/2026

Place: Tysons Corner, VA

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.



----------------------

Court Reporter