# Attachment 15

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

______________________
)Case No.
Fiona Torres, )1:25-cv-02360-PTG-WBP
)
Plaintiff, )
)
v. )
)
Society for Human )
Resource Management, )
)
Defendant. )
______________________)

REMOTE DEPOSITION OF
SILPA P.K JOSHI, M.D.
May 27, 2026
10:01 a.m.

Reported by: Lindsey Russo
Job No. 8175586

Remote Deposition of Silpa P.K Joshi, M.D. held through:

Veritext Legal Solutions
1250 I Street, N.W.
Washington, D.C.

Pursuant to Notice, when were present on behalf of the respective parties:

APPEARANCES:

On behalf of the Plaintiff:

HECTOR RUIZ, ESQUIRE
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20006
hruiz@kcnlaw.com

On behalf of the Defendant:

TIFFANY DIN FAGEL TSE, ESQUIRE
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
TTse@littler.com

APPEARANCES (Continued):

On behalf of the Witness:

EDWARD BAILEY, ESQUIRE
HANCOCK DANIEL & JOHNSON, P.C.
3975 Fair Ridge Drive, Suite 475 South
Fairfax, Virginia 22033
ebailey@hancockdaniel.com

Also Present:
Hanton Walters, SHRM
Leslie Currie, Littler Mendelson, P.C.
Tanja Darrow, Littler Mendelson, P.C.

P R O C E E D I N G S

(10:01 a.m.)

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, I will administer the oath remotely.

The parties further agree that if the witness is testifying from a state where I am not a notary, that the witness may be sworn in by an out-of-state notary.

If any party has an objection to this manner of reporting, please state it now.

(Pause.)

THE COURT REPORTER: Hearing none, we can proceed and I will swear in the witness.

SILPA P.K JOSHI, M.D.,
being first duly sworn, to tell the truth, the whole truth, and nothing but the truth, testified as follows:

THE COURT REPORTER: Thank you. Counsel, you can proceed.

MS. TSE: Thank you.

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MS. TSE:

Q. Good morning, Dr. Joshi. As I mentioned before, my name is Tiffany Tse. I am one of the attorneys representing Society for Human Resource Management, the defendant in this lawsuit.

During this lawsuit, I'll be referring to their acronym, SHRM. So when I use the word SHRM, do you understand that I'll be referring to Society for Human Resource Management?

A. Yep.

Q. Okay. Do you mind stating your full name for the record, please?

behind that and how -- how diabetics use that and how it can sense blood sugar changes.
Q. And what information did you provide them?
A. I basically said that the continuous glucose monitor reads interstitial fluid. There can be a delay or inaccuracy of -- you know, between 20 and 40 points of a blood sugar reading. And, you know, her pump -- her insulin pump works with the continuous glucose monitor off of those blood sugar readings, so it may not always be accurate.
That was the -- that was the main gist. I -- I -- to be honest, I can't remember all the smaller details, but I -- I do recall that was the main theme of the meeting.
Q. Okay. Obviously, I'm not a doctor. I'm a --
A. Yeah.
Q. (Inaudible.)
A. Yeah.
Q. I'm not an endocrinologist, but

delivery may be wrong because the pump is relying on the -- the glucose measurement from the Dexcom or whatever CGM they're using. So if that happens, then they either don't get enough or too much insulin.

And then if their blood sugars are too low but it's not accurately reading that, then they're not going to sense that by the alarm system on the CGM. So then -- then in itself, they could -- their blood sugars could drop, and then they're not aware, and then they can pass out or have a seizure.

Q. Thank you.

Can blood sugar drop faster than a CGM can report to a user?

A. Yes.

Q. Okay. What can the lag time be in a CGM measuring a drop in blood sugar?

A. I can't quantify that one.

Q. Okay. Can the lag time in a CGM measuring a drop in blood sugar pose any risk to a person with diabetes using the CGM?

CERTIFICATE OF NOTARY PUBLIC

I, LINDSEY RUSSO, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to computerized transcription under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.




Notary Public in and for
the District of Columbia

My Commission expires: February 28, 2029