# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Civil Action No. 1:25-CV-02360** |

**DECLARATION OF LAUREN M. BRIDENBAUGH**

Pursuant to 28 U.S.C. § 1746, I, Lauren M. Bridenbaugh, declare and state as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth in this declaration and, if called to testify, would testify truthfully as set forth below.

2. I am an attorney admitted to practice in the Eastern District of Virginia and have served as counsel of record for Defendant Society for Human Resource Management ("SHRM") since the inception of the above-captioned matter.

3. I have been a licensed attorney since November 2016, have been engaged in the private practice of labor and employment law since 2017, and am an Associate in the Tysons Corner, Virginia office of Littler Mendelson, P.C.

4. Without divulging privileged communications, I understand that my colleagues and co-counsel for SHRM, Tiffany Tse and Leslie Currie, had a call with counsel for Plaintiff on July 7, 2026, during which time Plaintiff's counsel outlined Plaintiff's reasons for moving to strike SHRM's expert witness and that the Parties were not able to narrow the areas of disagreement as to the same on the July 7, 2026 call.

5. I was a party to email communications between counsel for Plaintiff, Stephen B. Pershing, and Ms. Tse, between July 8 and July 10, 2026. A true and correct copy of this email correspondence is attached as **Exhibit A** to this Declaration.

6. I understood from this email exchange, that Ms. Tse advised Mr. Pershing that SHRM was not available on the two hearing dates proposed by Mr. Pershing and that Ms. Tse had asked him to provide alternative dates.

7. On July 16, 2026, the Parties held another meet and confer on another motion Plaintiff intended to file to add a late exhibit to Plaintiff's trial exhibit list, that was attended by Ms. Currie and me for SHRM, and Mr. Pershing for Plaintiff.

8. During that meet and confer, Mr. Pershing brought up a hearing date on Plaintiff's intended motion to strike SHRM's expert witness.

9. Mr. Pershing expressed uncertainty as to whether the motion to strike SHRM's expert witness would be heard by Judge Porter or Judge Giles.

10. Ultimately, Mr. Pershing asked if SHRM's counsel was available to jointly call chambers. I was available to do so.

11. Mr. Pershing first called Judge Porter's chambers, while I was on the line, which advised him that a motion to strike an expert witness would be heard by Judge Giles.

12. Mr. Pershing next called Judge Giles' chambers, which, as I recall, declined to advise him on a particular day for Plaintiff's motion to be heard.

13. After the calls to chambers, Mr. Pershing and I briefly spoke further on hearing date options in light of the Parties' respective schedules.

14. I understood at the conclusion of the call that Mr. Pershing intended to compare calendars with the remainder of Plaintiff's counsel and reach back out to SHRM's counsel with alternative dates. However, Plaintiff's counsel never did so.

15. At no time did I, or Ms. Currie, refuse to agree to a hearing date until we had seen Plaintiff's Motion. Rather, Mr. Pershing and I discussed various options, including SHRM's counsel's availability on dates when Mr. Pershing planned to be out-of-state, and options for a hearing in September.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 08/26/2026 | *s/Lauren M. Bridenbaugh* |
| Date | Lauren M. Bridenbaugh |

# Exhibit A

**Archived:** Monday, August 24, 2026 8:13:51 AM
**From:** Tse, Tiffany
**Sent:** Friday, July 10, 2026 5:43:42 PM
**To:** Steve Pershing
**Cc:** Mary Kuntz; Anna Kathryn Barry; Hector Ruiz; Bridenbaugh, Lauren M.; Darrow, Tanja; Currie, Leslie
**Subject:** RE: Summary of our meet & confer on Cooperman
**Sensitivity:** Normal

---

Steve,

We checked our schedules and are not available on either August 20 or August 21 for oral arguments on Plaintiff's intended motion due to prior commitments in other cases. Let us know if you have other potential dates in mind and we can circle back after confirming our availability.

Have a good weekend. Thank you.

**Tiffany Fagel Tse**
**Attorney at Law**
+1 703.286.3169 direct, +1 202.251.3349 mobile, +1 703.662.6178 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
TTse@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Steve Pershing <Spershing@kcnlaw.com>
**Sent:** Wednesday, July 8, 2026 5:43 PM
**To:** Tse, Tiffany <TTse@littler.com>; Currie, Leslie <LCurrie@littler.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Anna Kathryn Barry <akbarry@kcnlaw.com>; Hector Ruiz <hruiz@kcnlaw.com>
**Subject:** Summary of our meet & confer on Cooperman

**[EXTERNAL E-MAIL]**

Good afternoon counselors—this is just so we have it of record someplace: we met and conferred regarding the plaintiff's planned motion to disqualify Dr. Cooperman as an expert in this case. We gave details of our expected grounds. You could identify no areas where we might agree, or ways to narrow our motion, and we agreed to disagree with the understanding that you will oppose such a motion.

We asked if you could hold two dates for oral argument on the motion: Thursday, August 20 (a regular motion day

for Judge Giles, to whom our previous motion regarding Dr. Cooperman was referred, in case this one is treated similarly), and Friday, August 21 (a regular motion day for Magistrate Judge Porter, to whom non-dispositive motions in the case in general are assigned). You said you would survey the schedules of the lawyers representing SHRM and get back to us. We look forward to that information when you have it.

Thanks. —Steve.

And we asked hold 8/20 8/ 21

Stephen B. Pershing, Esq.
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave., N.W., Ste. 1000
Washington, D.C. 20006
(202) 503-1763 (direct)
(202) 331-9260 (main)
spershing@kcnlaw.com
www.kcnfdc.com
(he, him, his)

(Admitted in D.C., Md. and Va.)

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 | WASHINGTON, DC 20006
TEL: 202.331.9260 | FAX: 877.219.7127

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.