# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **08/28/2026**
Time: 10:03 a.m. – 10:54 a.m. (00:51)

Judge: **Patricia Tolliver Giles**
Reporter: **S. Wallace**

Civil Action Number: **1:25-cv-02360-PTG-WBP**

**Fiona Torres,**

**Plaintiff,**

**V.**

**Society for Human Resource Management,**

**Defendant.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
| --- | --- |
| **Mary E. Kuntz**<br>**Anna Barnes Barry (phv)** | **Lauren Bridenbaugh**<br>**Tanja L. Darrow (phv)**<br>**Tiffany din Fagel Tse**<br>**Leslie Currie** |

MOTION TO/FOR:
[75] MOTION for Summary Judgment by Society for Human Resource Management.

**MATTER ARGUED AND TAKEN UNDER ADVISEMENT – WRITTEN OPINION/ORDER TO ENTER.**