**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FIONA TORRES, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | 1:25-cv-02360 (PTG/WBP) |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | ) | |
| *Defendant*. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Add Exhibit to Plaintiff's Exhibit List (Dkt. 83) and Motion to Exclude Testimony of Defendant's Proposed Expert (Dkt. 99). The hearing on these motions is currently set for September 3, 2026, at 10:00 AM. The Court will be in trial on September 3, 2026. Accordingly, it is hereby

**ORDERED** that the September 3, 2026 hearing is **TERMINATED**. The Court will determine at a later date whether it will reset the hearing or decide the motions on the papers.

Entered this 28th day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge