**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| FIONA TORRES,<br><br>*Plaintiff*,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-02360 (PTG/WBP) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Add Exhibit to Plaintiff's Exhibit List and Motion to Exclude Testimony of Defendant's Proposed Expert. Dkts. 83, 99. Both motions are fully briefed. On August 28, 2026, the Court terminated the hearing on these motions due to the Court's trial schedule and indicated it would determine at a later date whether to reset the hearing or decide the motions on the papers. Dkt. 106.

The Court has determined that oral argument on Plaintiff's Motion to Add Exhibit to Plaintiff's Exhibit List (Dkt. 83) will not aid its decisional process, and it will instead resolve the Motion on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). The Court has determined that oral argument will benefit its decisional process on Plaintiff's Motion to Exclude Testimony of Defendant's Proposed Expert (Dkt. 99). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Add Exhibit to Plaintiff's Exhibit List (Dkt. 83) is **GRANTED**; it is further

**ORDERED** that Defendant's position statement to the U.S. Equal Employment Opportunity Commission dated March 6, 2025 (Dkt. 85) will be deemed added to Plaintiff's Exhibit List (Dkt. 59); it is further

**ORDERED** that a hearing on Plaintiff's Motion to Exclude Testimony of Defendant's Proposed Expert (Dkt. 99) is **RESET** for Tuesday, September 22, 2026 at 10:00 A.M.

/s/
**Patricia Tolliver Giles**
**United States District Judge**

Entered this 8th day of September, 2026.
Alexandria, Virginia