# Exhibit A

**Thomas Walker**

**From:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>
**Sent:** Monday, August 24, 2026 1:46 PM
**To:** Thomas Walker; Tse, Tiffany; Currie, Leslie; Darrow, Tanja
**Cc:** Anna Kathryn Barry; Steve Pershing; Mary Kuntz
**Subject:** [EXT] RE: Meet and confer

Good Afternoon,

Your summary is not accurate. We referenced summary judgment because Plaintiff suggested it was seeking to file its MIL, in part, with an eye towards impacting the consideration of the text messages at issue at summary judgment. We merely responded that summary judgment had been fully briefed and an MIL was not, therefore, relevant to the same. We referenced Mr. Link's testimony because Plaintiff's counsel suggested there was some dispute over whether the messages would have resulted in the rescission of SHRM's job offer if known to SHRM at the time. Our recollection was this fact has not been disputed by Plaintiff. Our comment that the messages are relevant as to whether Ms. Torres was qualified to work at SHRM was not limited to the ADA.

Best,

**Lauren M. Bridenbaugh**
**Attorney at Law**
+1 703.286.3142 direct, +1 571.369.8713 mobile, +1 703.552.7679 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
LBridenbaugh@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Thomas Walker <twalker@kcnlaw.com>
**Sent:** Monday, August 24, 2026 1:39 PM
**To:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Tse, Tiffany <TTse@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>; Mary Kuntz <MKuntz@kcnlaw.com>
**Subject:** RE: Meet and confer

Lauren,

Thank you again for taking the time to meet with us today. Please see below a synopsis of our meet and confer on August 24, 2026:

On August 24, 2026, the parties met and conferred via Zoom regarding the Plaintiff's proposed motion in limine to exclude or limit the admissibility of after-acquired evidence. Plaintiff's counsel stated that they intend to file a motion seeking to exclude the personal text and audio messages between Ms. Torres and her acquaintances which Defendant SHRM listed in its pretrial exhibit list and Motion for Summary Judgment as potential after-acquired evidence of wrongdoing. Plaintiff's counsel stated that, in the alternative, Plaintiff would seek to bifurcate the trial and limit these messages' admissibility to the damages phase of trial. Barring these remedies, Plaintiff would seek instructions limiting the use of these messages.

Defendant's counsel stated that, based upon the testimony of Jim Link, there is no question that SHRM would have rescinded the job offer had it known about the messages. Defendant's counsel further stated that briefing on summary judgment is already complete and it is doubtful that any motion in limine will affect whether or not the Court considers the referenced messages in its ruling on summary judgment. Defendant's counsel further stated that the messages should be considered for whether Plaintiff was a "qualified person" under the ADA, that Defendant would not support bifurcation, and that there are likely no grounds upon which the parties can agree regarding this motion in limine.

Plaintiff's counsel acknowledged this position and the parties discussed scheduling, with Defendant's counsel stating that September 24, 2026, would work best for them to argue this motion. The parties then ended the call.

Best regards,
Thomas Walker
Twalker@kcnlaw.com

KCNF
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ▮ WASHINGTON, DC 20006
TEL: 202.331.9260 ▮ FAX: 877.219.7127

---

**From:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>
**Sent:** Monday, August 24, 2026 8:51 AM
**To:** Mary Kuntz <MKuntz@kcnlaw.com>; Tse, Tiffany <TTse@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>
**Subject:** [EXT] RE: Meet and confer

Mary –

Someone will be available at 1:00 PM ET. Please circulate a dial-in.

Best,

**Lauren M. Bridenbaugh**
**Attorney at Law**
+1 703.286.3142 direct, +1 571.369.8713 mobile, +1 703.552.7679 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
LBridenbaugh@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Mary Kuntz <MKuntz@kcnlaw.com>
**Sent:** Friday, August 21, 2026 1:24 PM
**To:** Tse, Tiffany <TTse@littler.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Currie, Leslie <LCurrie@littler.com>; Darrow, Tanja <TDarrow@littler.com>
**Cc:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>
**Subject:** Meet and confer

**[EXTERNAL E-MAIL]**

Good afternoon,

We are preparing and plan to file a motion in limine to exclude after-acquired evidence from use at trial. We would like to meet and confer with you about the proposed motion as the local rules require.  We are available this afternoon or Monday: I propose 1pm on Monday for a short call.  Can you let me know if you are available at that time to discuss this motion?  Thanks so much.

*Mary E. Kuntz* (she/her)
Direct **202.331.3936**
FAX 855.231.4460

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 WASHINGTON, DC 20006
KCNFDC.COM

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please

notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

KCNFDC.COM

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.