**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that plaintiff Fiona Torres's motion under *McKennon v. Nashville Banner Publishing Co.*, 513 U.S. 352 (1995), and Fed. R. Evid. 403, to exclude after-acquired evidence will be brought on for hearing before the Hon. Patricia Tolliver Giles, United States District Judge for the Eastern District of Virginia, on Thursday, October 1, 2026, at 10 a.m., in Courtroom 801, Theodore Bryant United States Courthouse, 401 Courthouse Square, Alexandria, VA 22314.

Respectfully submitted,

Fiona Torres
By Counsel

/s/ Mary E. Kuntz

Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar No. 4064E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for Plaintiff*

Date: September 14, 2026

^ ^ ^

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

/s/ Mary E. Kuntz
Mary E. Kuntz