**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FIONA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**MOTION TO ADJUST RECESSES DURING TRIAL**
**TO ACCOMMODATE PLAINTIFF'S COUNSEL'S LACTATION NEEDS**

Pursuant to Local Rule 7, Plaintiff Fiona Torres, through counsel, hereby requests that the Court's planned recesses during trial be adjusted to accommodate the lactation needs of Plaintiff's counsel. Trial is set for October 6-9, 2026. ECF No. 63.

**CERTIFICATE of CONFERRAL under Local Rule 7(F):** Counsel for the Plaintiff informed Defendant's counsel of Plaintiff's intent to file this motion and requested a meet and confer. Attach. 1, September 16-18, 2026, Meet and Confer Emails. Defendant's counsel responded stating, in relevant part, "With respect to Plaintiff's proposed motion for periodic recesses of trial to accommodate the lactation needs of Plaintiff's counsel, Judge Giles already addressed this issue during the Parties' final pre-trial conference, and Defendant does not intend to take any position regarding counsel's lactation needs." Attach. 1. Defendant's counsel further indicated that counsel for the Defendant did not believe a meet and confer was necessary. Attach. 1. Undersigned counsel agrees that the relief requested in this Motion does not affect the

substantive issues in the above-captioned matter and, accordingly, counsel for the Plaintiff did not insist on a telephonic meet and confer with Defendant's counsel prior to filing this Motion.

Respectfully submitted,

_/s/ Mary E. Kuntz_____________________
Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar. No. 406E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for plaintiff Fiona Torres*

Dated: September 21, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted to counsel of record for Defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

_____/s/ Mary E. Kuntz________________
Mary E. Kuntz
Counsel for Plaintiff