# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **09/22/2026** Judge: **Patricia Tolliver Giles**
Time: 10:05 a.m. – 10:51 a.m. (00:46) Reporter: R. Montgomery
11:38 a.m. – 11:53 a.m. (00:15)
(01:02)

Civil Action Number: **1:25-cv-02360-PTG-WBP**

**Fiona Torres,**

**Plaintiff,**

**V.**

**Society for Human Resource Management,**

**Defendant.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Stephen Pershing** | **Tiffany din Fagel Tse**<br>**Leslie Currie**<br>**Tanja L. Darrow(phv)** |

MOTION TO/FOR:
[99] MOTION to Exclude Testimony of Defendant's Proposed Expert by Fiona Torres.

**MATTER ARGUED AND GRANTED IN PART AND DENIED IN PART – ORDER TO ENTER/FOLLOW.**