**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FIONA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**ORDER ON PLAINTIFF'S MOTION FOR PLAINTIFF'S ACCESS AT TRIAL TO SERVICE ANIMAL AND SMARTPHONE TO MANAGE PLAINTIFF'S TYPE 1 DIABETES**

Having reviewed Plaintiff's Motion for Plaintiff's Access at Trial to Service Animal and Smartphone to Manage Plaintiff's Type 1 Diabetes, any Opposition or Reply thereto, and the entire record, it is on this 24th day of September, 2026, hereby **ORDERED** that:

(1) Plaintiff is granted access to her smartphone for the duration of trial in the above-captioned matter, as described in her Motion, for the sole purposes of checking Plaintiff's glucose levels, managing Plaintiff's continuous glucose monitor (CGM), and managing Plaintiff's insulin pump.

(2) Plaintiff's service animal will be accommodated at trial in the above-captioned matter in the manner described by Plaintiff's Motion.

(3) Plaintiff is granted leave to eat or drink in the courtroom, as needed, to manage her Type 1 Diabetes.

/s/
Patricia Tolliver Giles
United States District Judge

**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Fiona Torres

Electronic Device(s): Cell phone and charging cord

Purpose and Location Of Use: Plaintiff Fiona Torres requires her cell phone with her in Courtroom 801 because she has type 1 diabetes and needs her cell phone to monitor her glucose levels, manage her continuous glucose monitor, and manage her insulin pump.

Case No.: Torres v. Society for Human Resource Management, Civil Case No. 1:25-cv-2360-PTG-WBP

Date(s) Authorized: October 6-9, 2026, and subsequent dates if the trial is continued.

IT Clearance Waived: X (Yes) ______(No)

APPROVED BY:

Date: 9/24/2026

/s/
Patricia Tolliver Giles
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________ IT Staff Member ____________ Date(s)

**IT clearance must be completed, unless waived, before court appearance.**