IN THE UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FIONA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**SUPPLEMENTAL MOTION FOR**
**PLAINTIFF'S ACCOMMODATIONS AT TRIAL**
**TO MANAGE PLAINTIFF'S TYPE 1 DIABETES**

Pursuant to Local Rule 7, Plaintiff, through counsel, hereby supplements her Motion to Access at Trial to Service Animal and Smartphone to Manage Plaintiff's Type 1 Diabetes, ECF No. 124, granted on September 24, 2026, ECF No. 135. In addition to the accommodations requested by Plaintiff's aforementioned motion, Plaintiff requires that certain medical devices be allowed in the courtroom to safely monitor her diabetes. *See* Plaintiff's Memorandum in Support of her Supp'l Motion for Plaintiff's Accommodations at Trial to Manage Plaintiff's Type 1 Diabetes ("Plaintiff's Supp'l Motion"). Plaintiff hereby moves for her access to the medical devices and supplies listed by her doctor in Attachment 1 to Plaintiff's Supp'l Motion in the courtroom throughout trial in the above-captioned matter. Trial is set for October 6-9, 2026. ECF No. 63.

**CERTIFICATE of CONFERRAL under Local Rule 7(F):** This is a Supplemental Motion. Given the position taken by Defendant's counsel regarding Plaintiff's Motion for Access to

Service Animal and Smartphone at Trial to Manage Plaintiff's Type 1 Diabetes, ECF No. 24, undersigned counsel understands this Supplemental Motion for Plaintiff's Accommodation at Trial to be similarly unrelated to any substantive issues in this case. *See* Attachment 2, September 16-18, 2026, Meet and Confer Emails. Accordingly, counsel for the Plaintiff did not determine a telephonic meet and confer with Defendant's counsel to be necessary prior to filing this Motion.

Respectfully submitted,

__/s/ Mary E. Kuntz___________

Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar. No. 406E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for plaintiff Fiona Torres*

Dated: October 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted to counsel of record for Defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

______/s/ Mary E. Kuntz_____
Mary E. Kuntz
Counsel for Plaintiff