**Anna Kathryn Barry**

**From:** Tse, Tiffany <TTse@littler.com>
**Sent:** Friday, September 18, 2026 3:22 PM
**To:** Anna Kathryn Barry; Bridenbaugh, Lauren M.; Darrow, Tanja; Currie, Leslie
**Cc:** Mary Kuntz; Thomas Walker; Steve Pershing
**Subject:** [EXT] RE: Meet & Confer Request

Again, Judge Giles previously addressed this issue at the final pretrial conference, and Defendant takes no position on counsel's lactation needs.

**Tiffany Fagel Tse**
**Attorney at Law**
+1 703.286.3169 direct, +1 202.251.3349 mobile, +1 703.662.6178 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
TTse@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Anna Kathryn Barry <akbarry@kcnlaw.com>
**Sent:** Friday, September 18, 2026 3:18 PM
**To:** Tse, Tiffany <TTse@littler.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja <TDarrow@littler.com>; Currie, Leslie <LCurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** RE: Meet & Confer Request

Tiffany,

To clarify, does SHRM consent to or take any position on Plaintiff's request for recesses of trial during counsel's lactation breaks?

Thank you,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

---

**From:** Tse, Tiffany <TTse@littler.com>
**Sent:** Friday, September 18, 2026 2:48 PM
**To:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja <TDarrow@littler.com>; Currie, Leslie <LCurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** [EXT] RE: Meet & Confer Request

Anna Kathryn:

With respect to Plaintiff's proposed motion for periodic recesses of trial to accommodate the lactation needs of Plaintiff's counsel, Judge Giles already addressed this issue during the Parties' final pre-trial conference, and Defendant does not intend to take any position regarding counsel's lactation needs.

As for any issues concerning Meechum's presence in the courtroom or requested relief breaks for Meechum, this appears to be a logistics matter for the Court's consideration and does not pertain to any substantive issues in this case.

Under these circumstances, we do not believe a meet-and-confer is necessary. That said, we are available to schedule a time this upcoming Monday, if needed. Please let us know.

Thank you.

**Tiffany Fagel Tse**
**Attorney at Law**
+1 703.286.3169 direct, +1 202.251.3349 mobile, +1 703.662.6178 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
TTse@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

**From:** Anna Kathryn Barry <akbarry@kcnlaw.com>
**Sent:** Thursday, September 17, 2026 4:02 PM
**To:** Tse, Tiffany <TTse@littler.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja <TDarrow@littler.com>; Currie, Leslie <LCurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** RE: Meet & Confer Request

Tiffany,

Thank you for letting me know. Please let me know if any of these times will work:

Friday (9/18) from 1:00-3:00pm ET
Monday (9/21) from 1:00-3:00pm ET

Best,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

50 YEARS KCNF
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

**From:** Tse, Tiffany <TTse@littler.com>
**Sent:** Thursday, September 17, 2026 3:55 PM
**To:** Anna Kathryn Barry <akbarry@kcnlaw.com>; Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja

<TDarrow@littler.com>; Currie, Leslie <LCurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** [EXT] RE: Meet & Confer Request

Anna Kathryn,

Acknowledging receipt of your emails below. Some of us are out of town/the office this week, but we will review your email below and follow up with our times of availability tomorrow.

Thanks.

**Tiffany Fagel Tse**
**Attorney at Law**
+1 703.286.3169 direct, +1 202.251.3349 mobile, +1 703.662.6178 fax
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102
TTse@littler.com

Pronouns: She/Her

Littler
Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Anna Kathryn Barry <akbarry@kcnlaw.com>
**Sent:** Thursday, September 17, 2026 2:11 PM
**To:** Bridenbaugh, Lauren M. <LBridenbaugh@littler.com>; Darrow, Tanja <TDarrow@littler.com>; Tse, Tiffany <TTse@littler.com>; Currie, Leslie <LCurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** RE: Meet & Confer Request

**[EXTERNAL E-MAIL]**

Good afternoon,

I am following up on the below. Please let me know when you are next available to meet and confer.

Thank you,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

---

**From:** Anna Kathryn Barry
**Sent:** Wednesday, September 16, 2026 12:40 PM
**To:** Bridenbaugh, Lauren M. <lbridenbaugh@littler.com>; Darrow, Tanja <tdarrow@littler.com>; Tse, Tiffany <ttse@littler.com>; Currie, Leslie <lcurrie@littler.com>
**Cc:** Mary Kuntz <MKuntz@kcnlaw.com>; Thomas Walker <twalker@kcnlaw.com>; Steve Pershing <Spershing@kcnlaw.com>
**Subject:** Meet & Confer Request

Counsel,

Plaintiff is preparing to file a motion for periodic recesses of trial to accommodate the lactation needs of Plaintiff's counsel. In addition, Plaintiff is preparing to file a motion for accommodation of Plaintiff's service animal at trial, including reasonable relief breaks for the service animal.

In accordance with Local Rule 7, please let us know when you are available to meet and confer on these motions. We are seeking your consent to these motions. We appreciate you letting us know when you may be available this afternoon or Monday 9/21.

Thank you,

**Anna Kathryn B. Barry**
(She/Her/Hers)
akbarry@kcnlaw.com
Direct: (202) 558-3682

KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
ATTORNEYS AT LAW
818 CONNECTICUT AVENUE, NW, SUITE 1000 ■ WASHINGTON, DC 20006
TEL: 202.331.9260 ■ FAX: 866.452.5789

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.