**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FIONA TORRES,

Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

Civil Action No. 1:25-cv-2360-PTG-WBP

Hon. Patricia Tolliver Giles, J.
Hon. William B. Porter, M.J.

**ORDER ON**
**PLAINTIFF'S SUPPLEMENTAL**
**MOTION FOR ACCOMMODATIONS AT TRIAL**
**TO MANAGE PLAINTIFF'S TYPE 1 DIABETES**

Having reviewed Plaintiff's Supplemental Motion for Plaintiff's Accommodations at Trial to Manage Plaintiff's Type 1 Diabetes, any Opposition or Reply thereto, and the entire record, it is on this ___ day of _________________, 2026, hereby **ORDERED** that:

Supplementing the accommodations previously granted in the Court's September 24, 2026, Order (ECF No. 135):

(1) Continuous access to her smartphone, including its Bluetooth and data, throughout trial, set for October 6-9, 2026, in the above captioned matter.

(2) Accommodations relating to her service animal's presence in the courtroom.

(3) Leave to eat or drink in the courtroom, as needed.

**Plaintiff is hereby additionally granted access to the following in the courtroom throughout trial in the above-captioned matter**:

(4) Access to her diabetic alert dog in the courthouse

(5) Pen needles for insulin pen backup use if insulin pump fails/malfunctions

(6) Lancets for fingersticks to monitor blood sugar

(7) Dexcom continuous glucose monitor, including pump cartridges & syringes

IT IS SO ORDERED.

_______________________________
HON. PATRICIA TOLLIVER GILES
United States District Judge

Dated: ______________________