**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**NOTICE TO THE COURT**
**OF PLAINTIFF'S AMENDMENTS TO**
**PLAINTIFF'S EXHIBIT LIST**

On June 17, 2026, a final pre-trial conference in the above-captioned matter was held and an Order issued (ECF 64). In accordance with the Court's January 21, 2026 Scheduling Order, ECF No. 13, Plaintiff filed her exhibit list with the Court prior to the June 17, 2026, final pre-trial conference, *see* ECF No. 59. As a result of two Court Orders issued since Plaintiff filed her exhibit list, Plaintiff hereby notifies the Court that she amends her exhibit list as follows:

- Due to the Court's September 24, 2026, Order Granting in Part Plaintiff's Motion to Exclude Testimony of Defendant's Expert Witness, ECF No. 131, Plaintiff withdraws exhibits 121-129 and 145-152.
- Plaintiff's Exhibit 153 is added to Plaintiff's exhibit list, in accordance with the Court's September 8, 2026, Order granting Plaintiff's Motion to Add Exhibit to Plaintiff's Exhibit List. ECF No. 108.

Accordingly, Plaintiff hereby notifies the Court of her amended exhibit list, attached hereto as Attachment 1.

Respectfully submitted,

__/s/ Mary E. Kuntz____________
Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar. No. 406E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for Plaintiff Fiona Torres*

Dated: October 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted to counsel of record for Defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

______/s/ Mary E. Kuntz_____
Mary E. Kuntz
Counsel for Plaintiff