# CIVIL JURY TRIAL PROCEEDINGS (DAY 1)

Date: **10/06/2026** Case No: **1:25cv2360-PTG-WBP** Time: 9:18 a.m. – 9:46 a.m. <00:28>
10:07 a.m. – 12:59 p.m. <02:52>
2:18 p.m. - 3:50 p.m. <01:32>
4:10 p.m. – 5:40 p.m. <01:30>
(06:37)

Before the Honorable: **PATRICIA TOLLIVER GILES**

Court Reporter: Scott Wallace

Court Reporter: Paulina Miller

| PARTIES | COUNSEL |
|---|---|
| **FIONA TORRES** | **Mary E. Kuntz, Thomas Walker, Ann Katheryn Barry, Adrian Bauer-Paralegal, Fiona Torres** |
| vs. | |
| **SOCIETY FOR HUMAN RESOURCE MANAGEMENT** | **Lauren Bridenbaugh, Tanja L Darrow, Tiffany din Fagel Tse, Michelle Pentecost-Paralegal** |

- Preliminary matters discussed.
  [110] Motion in Limine to Exclude After-Acquired Evidence by Fiona Torres – Matter Argued and Granted in part and Denied in part.
- Jurors appeared as summoned and were examined on Voir Dire. 9 Jurors selected and sworn to try the issues.
- Jury List provided to Jury Clerk.
- Plaintiff adduces evidence.

---

Rule on Witnesses [ **X** ] Opening Statements [ **X** ]

Plaintiff Adduced Evidence [ X ]

Jurors excused at 5:32 p.m. and Case Continued To: **WEDNESDAY, OCTOBER 7, 2026 at 9:30 a.m.**