# CIVIL JURY TRIAL PROCEEDINGS (DAY 2)

Date: **10/07/2026** Case No: **1:25cv2360-PTG-WBP**

Time: 9:29 a.m. – 11:03 a.m. (01:34)
11:36 a.m. – 12:59 p.m. (01:23)
2:00 p.m. – 3:32 p.m. (01:32)
3:48 p.m. – 5:42 p.m. (01:54)
5:52 p.m. – 6:58 p.m. (01:06)
(07:29)

Before the Honorable: **PATRICIA TOLLIVER GILES**

Court Reporter: Scott Wallace

Court Reporter: Paulina Miller

| PARTIES | COUNSEL |
|---|---|
| **FIONA TORRES** | **Mary E. Kuntz, Thomas Walker, Ann Katheryn Barry, Adrian Bauer-Paralegal, Fiona Torres** |
| vs. | |
| **SOCIETY FOR HUMAN RESOURCE MANAGEMENT** | **Lauren Bridenbaugh, Tanja L Darrow, Tiffany din Fagel Tse, Michelle Pentecost-Paralegal** |

- Preliminary matters discussed.
- Plaintiff used the Evidence Presentation System to Adduce Evidence.
- Jury Instruction Conference held with counsel.

---

Plaintiff Adduced Evidence [ **X** ] Motions: **Oral Motion to Substitute Plaintiff's Exhibit 5- GRANTED.**
Jury Instruction Conference held with counsel [ **X** ]

Jurors excused at **5:41 p.m.** and Case Continued To: **THURSDAY, OCTOBER 8, 2026 at 10:00 a.m.**