**CIVIL JURY TRIAL PROCEEDINGS (DAY 3)**

Date: **10/08/2026** Case No: **1:25cv2360-PTG-WBP** Time: 10:06 a.m. – 11:38 a.m. (01:32)
11:52 a.m. – 1:01 p.m. (01:09)
2:04 p.m. – 3:32 p.m. (01:28)
3:54 p.m. – 5:24 p.m. (01:30)
5:40 p.m. – 7:11 p.m. (01:31)
(07:17)

Before the Honorable: **PATRICIA TOLLIVER GILES**

Court Reporter: Scott Wallace

Court Reporter: Paulina Miller

| PARTIES | COUNSEL |
|---|---|
| **FIONA TORRES** | **Mary E. Kuntz, Thomas Walker, Ann Katheryn Barry, Adrian Bauer-Paralegal, Fiona Torres** |
| vs. | |
| **SOCIETY FOR HUMAN RESOURCE MANAGEMENT** | **Lauren Bridenbaugh, Tanja L Darrow, Tiffany din Fagel Tse, Michelle Pentecost-Paralegal** |

- Preliminary matters discussed.
- Plaintiff continued to use the Evidence Presentation System to adduce evidence and Rests.
- Defendant used the Evidence Presentation System to adduce evidence and Rests.
- Evidence concluded.
- Jury Conference continued with counsel.

---

Plaintiff Adduced Evidence [ **X** ] and Rests [ **X** ] Motions: **Plaintiff's Motion for Judgment as a Matter of Law – GRANTED IN PART AND DENIED IN PART.**

Defendant Adduced Evidence [ **X** ] and Rests [ **X** ] Motions: **Defendant's Rule 50A Motion – DENIED**.

Evidence Concluded [ **X** ]

Jury Instruction Conference continued with counsel [ **X** ]

Jurors excused at **5:13 p.m**. and Case Continued To: **FRIDAY, OCTOBER 9, 2026 at 10:00 a.m. - Jury**
**9:30 a.m. - Counsel**