# CIVIL JURY TRIAL PROCEEDINGS (DAY 4)

Date: **10/09/2026**

Case No: **1:25cv2360-PTG-WBP**

Time: 9:41 a.m. – 9:58 a.m. (00:17)
10:20 a.m. – 11:30 a.m. (01:10)
12:10 p.m. – 1:16 p.m. (01:06)
3:23 p.m. – 3:31 p.m. (00:08)
8:19 p.m. – 8:32 p.m. (00:13)
8:58 p.m. – 9:06 p.m. (00:08)
(03:02)

Before the Honorable: **PATRICIA TOLLIVER GILES**

Court Reporter: Scott Wallace

Court Reporter: Paulina Miller

| PARTIES | COUNSEL |
| --- | --- |
| **FIONA TORRES** | **Mary E. Kuntz, Thomas Walker, Ann Katheryn Barry, Adrian Bauer-Paralegal, Fiona Torres** |
| vs. | |
| **SOCIETY FOR HUMAN RESOURCE MANAGEMENT** | **Lauren Bridenbaugh, Tanja L Darrow, Tiffany din Fagel Tse, Michelle Pentecost-Paralegal** |

- Preliminary matters discussed.
- Jury Instruction conference continued and jury instructions finalized and given to counsel.
- No objection to proposed verdict form.
- Closing arguments.
- Jury Instructions/Jury Charged.
- Jury retired to deliberate at 1:15 p.m. (lunch and will begin deliberations at 2:00 p.m.)
- Jury returned with a Verdict at 9:00 p.m.

---

Jury Instruction Conference continued with counsel [ **X** ]

Closing Arguments [ **X** ] Jury Charged [ **X** ] Jury Retired to Deliberate [ X ]

The Jury Returned to the Courtroom with a Verdict in favor of the Plaintiff w/an award of compensatory damages in the amount of $400,000.

Jury Polled [ **X** ] Jury Discharged [ **X** ] Jury Verdict Filed in Open Court [ **X** ]

Jurors excused at **9:06 p.m.** and Court is adjourned at 9:06 p.m.