**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

## PLAINTIFF'S AMENDED LIST OF WITNESSES TO BE CALLED AT TRIAL

Pursuant to the Order dated January 21, 2026, and Federal Rule of Civil Procedure 26(a)(3), Plaintiff Fiona Torres here files her list of witnesses including those whose testimony the party expects to present by deposition.

**A. Witnesses Plaintiff expects to call at trial**

✓1. FIONA TORRES 10/6/26, 10/7/26
5119 Palmetto Bay Ct., Centreville, VA 20120;
Phone: 703-587-3617.

✓2. DR. SILPA P.K. JOSHI, M.D. 10/7/26
Loudoun Endocrinology Associates, 19500 Sandridge Way, Suite 180, Leesburg, VA 20176;
Phone: 703-673-0171.

3. CARMEN TORRES
5119 Palmetto Bay Court, Centreville, Virginia;
Phone: 703-861-2090.

4. JOEY CABRERA
7831 Welch Court, Alexandria, VA 22315;
Phone: 703-362-4053.

✓5. PEYTON VEIZAGA 10/6/26
5 Bentmoor Court, Sterling, VA 20165;
Phone: 703-969-0460.

✓6. JAMES LINK (adverse) 10/7/26
Society for Human Resource Management, 1800 Duke Street, Alexandria, VA 22314.

✓7. NICOLE BELYNA (adverse) 10/7/26
Society for Human Resource Management, 1800 Duke Street, Alexandria, VA 22314.

✓8. KRISTEN HOWE (adverse) 10/7/26
918 North Alfred Street, Alexandria, Virginia 22314;
Phone: declined to give.

B. **<u>Witnesses Plaintiff may call if the need arises</u>**.

9. TATIANA MESSINGER
363 Wendy Hill Road, Front Royal, VA 22630;
Phone: 703-328-8235.

10. DEBORAH ZOERKLER
Society for Human Resource Management, 1800 Duke Street, Alexandria, VA 22314.

11. Any witness named by Defendant.

C. **<u>Witness Whose Testimony Plaintiff Expects to Present by Deposition.</u>**

✓**12.** KATHARINE PANESSIDI ~~(by deposition)~~ 10/8/26
Business address listed as 1800 Duke Street, Alexandria, Virginia (SHRM HQ); works remotely from **Dedham, Massachusetts (outside of the outer limits for a subpoena pursuant to Fed. R. Civ. P. 45(c)(1)(A))**;
Phone: declined to give.
Deposition extracts attached as Exhibit 1.

July 7, 2026

Respectfully submitted,

/s/ Mary E. Kuntz
Mary E. Kuntz
Virginia Bar No. 76947
Hector F. Ruiz, Jr.
Virginia Bar No. 102153
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted pro hac vice)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

/s/ Mary Kuntz