**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FIONA TORRES,

Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

Civil Action No. 1:25-cv-2360-PTG-WBP

Hon. Patricia Tolliver Giles, J.
Hon. William B. Porter, M.J.

## PLAINTIFF'S AMENDED EXHIBIT LIST

| EXHIBIT # | DESCRIPTION | BATES NUMBER[1] |
|---|---|---|
| EXHIBIT 1 | 4/20/2024 Email from SHRM to Fiona Torres re: Thank you for Applying: Specialist, Product Management at SHRM | TORRES_2 |
| EXHIBIT 2 | 5/28/2024 Emails between Deborah Zoerkler and Katharine Panessidi re: Virtual Interview with Fiona Specialist Product Mgmt K.Panessidi 10/8/26 | SHRM_TORRES_ 274-276 |
| EXHIBIT 3 | 11/6/2019 Letter re: Fiona Torres from Dr. Denise Armellini | CONFIDENTIAL TORRES_42 |
| EXHIBIT 4 | 06/19/2024 Letter re: Fiona Torres from Dr. Silpa Joshi | TORRES_431 S. JOSHI 10/7/26 [illegible] |
| EXHIBIT 5 | 6/16-7/15/2024 Emails between Fiona Torres and Nicole Belyna re: Offer Status – Fiona Torres + Attachment F. TORRES 10/7/26 | SHRM_TORRES_ 608-618 N. Belyna 10/8/26 S. JOSHI 10/7/26 J. LINK 10/7/26, 10/8/26 |
| EXHIBIT 6 | Procedure for Requesting an Accommodation | SHRM_TORRES_ 55 |
| EXHIBIT 7 | ADA Reasonable Accommodation Request Form | SHRM_TORRES_ 41 |
| EXHIBIT 8 | 6/4/2024 Emails between Fiona Torres and Deborah Zoerkler; forwarded from Deborah Zoerkler to Nicole Belyna re: FW Service Dog Paperwork + Attachments | SHRM_TORRES_ 48-54 |
| EXHIBIT 9 | 6/3/2024 Emails between Deborah Zoerkler and Nicole Belyna | SHRM_TORRES_ 269-270 |
| EXHIBIT 10 | 6/3/2024 Emails between Deborah Zoerkler, Jim Link, Nick Schacht, George Rivera, and Nicole Belyna re: Action | SHRM_TORRES_ 317-318 |

[1] The leading zeroes of Bates numbers are omitted.

| | | |
|---|---|---|
| | Needed: Offer Requested for Sr. Specialist Product Management | |
| • ✓ EXHIBIT 11 | 7/2/2024 Emails between Katharine Panessidi, Kristen Howe, and Nicole Belyna; forwarded from Nicole Belyna to Rakhi Handa re: Product hiring updates? N. Belyna 10/7/26, K.Panessidi 10/8/26 | SHRM_TORRES_ 1938-1941 |
| • EXHIBIT 12 | 6/6/2024 Emails between Nicole Belyna and Sheri Martel re Service Animal ADA information & Animal Service Agreement attached N. Belyna 10/7/26 | SHRM_TORRES_ 2617-2623 |
| • ✓ EXHIBIT 13 | 6/6/2024 Emails between Jim Link and Nicole Belyna re: Fact file J. Link 10/7/26 | SHRM_TORRES_ 1924 |
| • ✓ EXHIBIT 14 | 6/6/2024 Email from Nicole Belyna to Keith Harlow re: Updated ES Org Chart + Attachment: Enterprise Solutions Org – 30May24.pptx N. Belyna 10/7/26 1129-1132, K.Howe 10/7/26, K.Panessidi 10/8/26 | SHRM_TORRES_ 1129-1139 |
| EXHIBIT 15 | 6/6/2024 Emails between Nicole Belyna and Deborah Zoerkler re: Urgent – Please provide the information requested by 9:30AM | SHRM_TORRES_ 451-452 |
| EXHIBIT 16 | 6/6/2024 Email from Deborah Zoerkler to Nicole Belyna re: FW Meeting Summary for Virtual Interview w/Fiona Specialist Product Management; forwarding Zoom Meeting Summary for Virtual Interview w/Fiona Specialist Product Management | SHRM_TORRES_ 439-443 |
| EXHIBIT 17 | 6/4/2024 Email from Deborah Zoerkler to Nicole Belyna re: FW Service Dog Paperwork + Attachments; forwarding email from Fiona Torres re: FW: Performance Task + Attachments | SHRM_ TORRES_ 595-600 |
| EXHIBIT 18 | 6/3/2024 Emails between Deborah Zoerkler and Nicole Belyna re: Action Needed: Offer Requested for Sr. Specialist Product Management | SHRM_TORRES_ 283-284 |
| EXHIBIT 19 | Society for Human Resource Management Policies and Procedures; Subject: Recruitment and Selection | SHRM_TORRES_ 5-7 |
| EXHIBIT 20 | 6/16-7/7/2024 Email from Nicole Belyna to Hanton Walters and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 7/6/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_704-715 |
| EXHIBIT 21 | 6/20-7/2/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/20/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_743-753 |
| EXHIBIT 22 | 6/17-6/18/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/17/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_754-757 |

| | | |
|---|---|---|
| EXHIBIT 23 | 6/20-7/3/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/20/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_758-768 |
| EXHIBIT 24 | 7/7-7/15/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-7/6/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_769-781 |
| EXHIBIT 25 | 6/17/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16/2024 Email from Fiona Torres to Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_789-790 |
| EXHIBIT 26 | 6/17/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16/2024 Email from Fiona Torres to Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_791-792 |
| EXHIBIT 27 | 6/17/2024 Email from Nicole Belyna to Hanton Walters and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16/2024 Email from Fiona Torres to Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_793 |
| EXHIBIT 28 | 6/17/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/17/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_794-796 |
| EXHIBIT 29 | 6/17/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/17/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_806-808 |
| EXHIBIT 30 | 6/20-7/2/2024 Emails between Nicole Belyna, Hanton Walters, and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16-6/20/2024 Emails between Fiona Torres and Nicole Belyna re: Offer status – Fiona Torres + Attachment | SHRM_ TORRES_819-828 |
| EXHIBIT 31 | 6/17/2024 Emails from Nicole Belyna, to Hanton Walters and Jim Link re: Fwd: Offer status – Fiona Torres [Redacted – Privilege]; forwarding 6/16/2024 Emails from Fiona Torres to Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_829-830 |
| EXHIBIT 32 | 6/4-6/7/2024 Emails between Nicole Belyna and Hanton Walters re: Fwd: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 Email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 | SHRM_ TORRES_838-839 |

| | | |
|---|---|---|
| | email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | |
| EXHIBIT 33 | 6/20-6/27/2024 Emails from Nicole Belyna to Hanton Walters and Jim Link re: Fwd: Offer Status – Fiona Torres [Redacted – Privilege]; forwarding 6/20/2024 email from Fiona Torres to Nicole Belyna re: Offer status – Fiona Torres | SHRM_ TORRES_841-849 |
| EXHIBIT 34 | 6/4/2024 Emails between Nicole Belyna and Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_ TORRES_857-858 |
| EXHIBIT 35 | 6/4-6/12/2024 Emails between Nicole Belyna and Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_ TORRES_1122-1124 |
| EXHIBIT 36 | 6/4-6/11/2024 Emails between Nicole Belyna and Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_TORRES_ 1125-1126 |
| EXHIBIT 37 | 6/4-6/7/2024 Emails between Nicole Belyna and Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_TORRES_ 1127-1128 |
| EXHIBIT 38 | 6/4/2024 Email from Nicole Belyna to Hanton Walters re: FW Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_TORRES_ 1140 |
| EXHIBIT 39 | 6/4/2024 Email from Nicole Belyna to Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_TORRES_ 1142-1143 |
| EXHIBIT 40 | 6/4-6/13/2024 Email from Nicole Belyna to Hanton Walters re: Doctors Note [Redacted – Privilege]; forwarding 6/4/2024 email from Deborah Zoerkler to Nicole Belyna re: FW: Doctors Note; forwarding 6/4/2024 email from Fiona Torres to Deborah Zoerkler re: FW: Performance Task | SHRM_TORRES_ 1144-1146 |
| EXHIBIT 41 | 6/3/2024 Emails between Deborah Zoerkler and Nicole Belyna re Action Needed_Offer Requested for Sr. Specialist Product Management | SHRM_TORRES_ 269-270 |

| | | |
|---|---|---|
| EXHIBIT 42 | 6/3/2024 Email from Deborah Zoerkler to Nick Schacht, George Rivera, and Nicole Belyna re: Action Needed: Offer Requested for Sr. Specialist Product Management + Attachments | SHRM_TORRES_ 415-419 |
| EXHIBIT 43 | 6/3/2024 Emails between Deborah Zoerkler, Jim Link, Nick Schacht, George Rivera, and Nicole Belyna re: Action Needed: Offer Requested for Sr. Specialist Product Management | SHRM_TORRES_ 544-545 |
| EXHIBIT 44 | 5/29-6/5/2024 Emails between Deborah Zoerkler, Kristen Howe, Katharine Panessidi, and Alison Sancinito re: Next steps on | SHRM_TORRES_ 540-543 |
| • ✓ EXHIBIT 45 | 6/18/2024 Emails between Nicole Belyna, Kristen Howe, and Katharine Panessidi re: Fiona status K.PANESSIDI 10/8/26 | SHRM_TORRES_ 1922-1923 |
| • ✓ EXHIBIT 46 | 6/4/2024 Emails between Fiona Torres and Deborah Zoerkler re: Performance Task F.TORRES 10/7/26, J.LINK 10/7/26 | SHRM_TORRES_ 1025-1029 |
| • ✓ EXHIBIT 47 | 6/4/2024 Emails between Fiona Torres and Deborah Zoerkler re: Performance Task and with Service Dog Documentation attached F.TORRES 10/7/26, J.LINK 10/7/26 | SHRM_TORRES_ 308-316 |
| EXHIBIT 48 | 6/4/2024 Emails between Fiona Torres and Deborah Zoerkler re: Performance Task | SHRM_TORRES_ 264-268 |
| EXHIBIT 49 | 6/6/2024 Emails between Katharine Panessidi and Deborah Zoerkler re: Next Steps on Fiona Torres & $90K Offer | SHRM_TORRES_ 255-258 |
| • ✓ EXHIBIT 50 | 6/11/2024 Emails between Fiona Torres and Deborah Zoerkler re: Performance Task F.TORRES 10/7/26 | SHRM_TORRES_ 342-346 |
| EXHIBIT 51 | SHRM Sr. Specialist Product Management Job Description | SHRM_TORRES_ 281-282 |
| EXHIBIT 52 | SHRM's Dayforce – Candidate Snapshot of Fiona Torres | SHRM_TORRES_ 129-138 |
| EXHIBIT 53 | ADA Reasonable Accommodation Policy Service Animals | N/A |
| EXHIBIT 54 | Q&A - ADA and Disabilities_What Conditions Are Protected | SHRM_TORRES_ 2449-2451 |
| EXHIBIT 55 | ADA Compliance Questionnaire | SHRM_TORRES_ 2506-2510 |
| EXHIBIT 56 | ADA Reasonable Accommodation Checklist | SHRM_TORRES_ 2518-2520 |
| EXHIBIT 57 | How To Guide - How to Handle ADA Accommodation Requests | SHRM_TORRES_ 2470-2474 |
| • EXHIBIT 58 | 7/6/2016 Fiona Torres' ADA - Request for Reasonable Accommodation Form at Cvent F.Torres 10/7/26 | SHRM_TORRES_ 1200-1201 |
| EXHIBIT 59 | 7/20/2016 Email to Lauren Mrotek at Cvent from Office of Dr. Al-Zubaidi re Request for Reasonable Accommodation | SHRM_TORRES_ 1202-1203 |
| EXHIBIT 60 | 7/22/2016 Letter to Fiona Torres from Lauren Mretek, Cvent HR re accommodating request for service dog | SHRM_TORRES_ 1204 |
| EXHIBIT 61 | ECF 1 2025.12.16 Complaint | N/A |

| | | |
|---|---|---|
| EXHIBIT 62 | ECF 8 2026.01.20 Answer to Complaint and Affirmative and Other Defenses | N/A |
| EXHIBIT 63 | 2026.06.11 Plaintiff's Amended Initial Disclosures (Torres v. SHRM) | N/A |
| EXHIBIT 64 | 2026.06.12 Plaintiff's Second Supplemental Answers to Interrogatories | N/A |
| EXHIBIT 65 | 2026.06.12 Plaintiff's Third Supplemental Responses to Defendant's First Set of RFPs | N/A |
| EXHIBIT 66 | Fiona Torres' Amended Notice of Rule 30(b)(6) Deposition (served April 30, 2026) | N/A |
| EXHIBIT 67 | 2026.03.31 SHRM_Torres – Amended Notice of Deposition – Plf – Fiona Torres on 4.29 at 10am | N/A |
| EXHIBIT 68 | SHRM_Torres Defendant's Supplemental Rule 26(A)(1) Disclosures (sent on 5.6.2026) | N/A |
| EXHIBIT 69 | SHRM_Torres Defendant's 26(A)(2) Disclosures (Sent on 5.11.2026) | N/A |
| EXHIBIT 70 | SHRM_Torres Defendant's Amended Rule 26(A)(2) Disclosures (Sent on 5.20.2026) | N/A |
| EXHIBIT 71 | Defendant's Objections, Answers, and Second Supplemental Responses to Plaintiff's Discovery Requests (served April 8, 2026) | N/A |
| EXHIBIT 72 | SHRM Objs and Resps to Torres RFAs (served June 12, 2026) | N/A |
| EXHIBIT 73 | SHRM 2026-06-12 2nd Supp Resp to Pl's 2nd Discovery Requests (SHRM_Torres) 4932-4260-7540 1 (served June 12, 2026) | N/A |
| EXHIBIT 74 | SHRM 2026-06-12 4th Supp Resp to Pl's 1st Discovery Requests (SHRM_Torres) 4298-7350-8788 1 (served June 12, 2026) | N/A |
| EXHIBIT 75 | Katharine Panessidi Deposition Transcript – 05/18/26 | N/A |
| EXHIBIT 76 | 2024 SHRM Employee Benefit Guide | SHRM_TORRES_ 215-254 |
| EXHIBIT 77 | Fiona Torres Dental Insurance Charges Due on 3/1/25 F. Torres 10/7/26 | TORRES_66-67 |
| EXHIBIT 78 | Fiona Torres Dental Insurance Charges Due on 5/1/25 | TORRES_68-69 |
| EXHIBIT 79 | Fiona Torres Dental Insurance Charges Due on 6/1/25 | TORRES_70-71 |
| EXHIBIT 80 | Fiona Torres Dental Insurance Charges Due on 7/1/25 | TORRES_72-73 |
| EXHIBIT 81 | Fiona Torres Dental Insurance Charges Due on 9/1/25 | TORRES_74-75 |
| EXHIBIT 82 | Fiona Torres Dental Insurance Charges Due on 10/1/25 | TORRES_76-77 |
| EXHIBIT 83 | Fiona Torres Dental Insurance Charges Due on 11/1/25 | TORRES_78-79 |
| EXHIBIT 84 | Fiona Torres Private Health Insurances Charges – 2025 | TORRES_103 |
| EXHIBIT 85 | Slip Sheet for Native File | TORRES_380 Slip Sheet |
| EXHIBIT 86 | Job Application Summary as of March 13 2026 | TORRES_380 Native File |

| | | |
|---|---|---|
| EXHIBIT 87 | Email between Fiona Torres and Jennifer Broetzmann re: Hours for week of May 5 | TORRES_83 |
| EXHIBIT 88 | Email between Fiona Torres and Jennifer Broetzmann re: Hours for week of September 24 | TORRES_86 |
| EXHIBIT 89 | Email between Fiona Torres and Jennifer Broetzmann re: Hours for week of September 29 | TORRES_91 |
| EXHIBIT 90 | Email between Fiona Torres and Jennifer Broetzmann re: Hours for week of October 13 | TORRES_97 |
| EXHIBIT 91 | Parking Charges from Fiona Torres Employment on May 5 | TORRES_80 |
| EXHIBIT 92 | Parking Charges from Fiona Torres Employment on May 6 | TORRES_81 |
| EXHIBIT 93 | Parking Charges from Fiona Torres Employment on May 7 | TORRES_82 |
| EXHIBIT 94 | Parking Charges from Fiona Torres Employment on May 8 | TORRES_85 |
| EXHIBIT 95 | Parking Charges from Fiona Torres Employment on September 24, 2025 | TORRES_87 |
| EXHIBIT 96 | Parking Charges from Fiona Torres Employment on September 25, 2025 | TORRES_88 |
| EXHIBIT 97 | Parking Charges from Fiona Torres Employment on September 25, 2025 | TORRES_89 |
| EXHIBIT 98 | Parking Charges from Fiona Torres Employment on September 26, 2025 | TORRES_90 |
| EXHIBIT 99 | Parking Charges from Fiona Torres Employment on September 29, 2025 | TORRES_92 |
| EXHIBIT 100 | Parking Charges from Fiona Torres Employment on September 30, 2025 | TORRES_93 |
| EXHIBIT 101 | Parking Charges from Fiona Torres Employment on October 1, 2025 | TORRES_94 |
| EXHIBIT 102 | Parking Charges from Fiona Torres Employment on October 2, 2025 | TORRES_95 |
| EXHIBIT 103 | Parking Charges from Fiona Torres Employment on October 3, 2025 | TORRES_96 |
| EXHIBIT 104 | Parking Charges from Fiona Torres Employment on October 13, 2025 | TORRES_98 |
| EXHIBIT 105 | Parking Charges from Fiona Torres Employment on October 14, 2025 | TORRES_99 |
| EXHIBIT 106 | Parking Charges from Fiona Torres Employment on October 15, 2025 | TORRES_100 |
| EXHIBIT 107 | Parking Charges from Fiona Torres Employment on October 16, 2025 | TORRES_101 |
| EXHIBIT 108 | Parking Charges from Fiona Torres Employment on October 17, 2025 | TORRES_102 |
| EXHIBIT 109 | Fiona Torres' Income for Dog Sitting on from November 2025 to March 2026 | CONFIDENTIAL TORRES_1-4 |
| EXHIBIT 110 | Fiona Torres' Fiona Torres' 2025 1099-NEC from We're Current Co | CONFIDENTIAL TORRES_18-21 |

| | | |
|---|---|---|
| EXHIBIT 111 | Fiona Torres' Income from We're Current Co from 12.2024, 10.2025, 12.2025 and 2.2026 | CONFIDENTIAL TORRES_11-15 |
| EXHIBIT 112 | Fiona Torres' 2025 1099-NEC from Customer Care Measurement & Consulting in 2025 | CONFIDENTIAL TORRES_22-23 |
| EXHIBIT 113 | Fiona Torres' 2025 W-2 from ROCS Inc. | CONFIDENTIAL TORRES_24-25 |
| EXHIBIT 114 | Fiona Torres' Income for Dog Sitting from 2/25/2026 to 5/31/2026 | TORRES_432 |
| EXHIBIT 115 | Fiona Torres' March and April 2026 Income from South Loudoun Youth Chorale from 3/31/2026 to 4/30/2026 | TORRES_433 |
| EXHIBIT 116 | Fiona Torres' March and April 2026 Income from South Loudoun Youth Chorale from 5/4/2026 to 5/29/2026 | TORRES_434 |
| EXHIBIT 117 | Fiona Torres' March and April 2026 Income from South Loudoun Youth Chorale from 5/8/2026 and 6/3/2026 | TORRES_515 |
| EXHIBIT 118 | Fiona Torres' Income from dog walking on 4/20/2026, 4/27/2026, 5/4/2026 and 5/11/2026 | TORRES_516 |
| EXHIBIT 119 | Fiona Torres' Income from We're Current Co, LLC on 5/1/2026 and 5/19/2026 | TORRES_517 |
| EXHIBIT 120 | Fiona Torres' Income from FlexProfessionals on 5/22/2026 | TORRES_518 |
| *EXHIBIT 121[2] | Dr. Michael Cooperman's Medical Articles re Trained Dogs Alerting Owners of Blood Glucose Changes | SHRM_TORRES_3240 |
| *EXHIBIT 122 | Evan A. Los, Katrina L. Ramsey, Ines Guttmann-Bauman, and Andrew J. Ahmann, *Reliability of Trained Dogs to Alert to Hypoglycemia in Patients With Type 1 Diabetes*, Journal of Diabetes Science and Technology, Vol. 11(3), 506-512, DOI: 10.1177/1932296816666537 (2017). | SHRM_TORRES_3242-3248 |
| *EXHIBIT 123 | UCLA, *American Association of Clinical Endocrinology Clinical Practice Guideline: Developing a Diabetes Mellitus Comprehensive Care Plan—2022 Update*, Endocrine Practice Journal, 28(10), doi:10.1016/j.eprac.2022.08.002 (2022). | SHRM_TORRES_3249 |
| *EXHIBIT 124 | *Blonde, et al.*, *American Association of Clinical Endocrinology Clinical Practice Guideline: Developing a Diabetes Mellitus Comprehensive Care Plan—2022 Update*, author manuscript, *Endocr Pract.* 2022 Oct; 28(10):923–1049, doi:10.1016/j.eprac.2022.08.002. | SHRM_TORRES_3250-3552 |
| *EXHIBIT 125 | Giuseppe Lippi, and Mario Plebani, *Diabetes alert dogs: a narrative critical overview*, Clinical Chemistry and Laboratory Medicine (CCLM), 2019;57(4):452–458. doi:10.1515/cclm-2018-0842. | SHRM_TORRES_3553-3559 |
| *EXHIBIT 126 | American Diabetes Association, Diabetes Care: *Standards of Care in Diabetes—2026*, Diabetes Care. 2026, Vol. 49 (Suppl. 1) (January 2026). | SHRM_TORRES_3560-3936 |

[2] Plaintiff withdraws exhibits 121-129 and exhibits 145-152 which are preceded by an asterisk.

| | | |
|---|---|---|
| *EXHIBIT 127 | Gonder-Frederick, et al., *Diabetes Alert Dogs (DADs): An Assessment of Accuracy and Implications*, Diabetes Research and Clinical Practice, 2017;134:121–130. doi:10.1016/j.diabres.2017.09.009. | SHRM_TORRES_ 3943-3959 |
| *EXHIBIT 128 | Rooney, *et al.*, *How effective are trained dogs at alerting their owners to changes in blood glycaemic levels?: Variations in performance of glycaemia alert dogs*, PLOS ONE, 14(1), e0210092, https://doi.org/10.1371/journal.pone.0210092. | SHRM_TORRES_ 3960-3969 |
| *EXHIBIT 129 | Irl B. Hirsch, *Continuous subcutaneous insulin infusion (insulin pump)*, UpToDate, (topiclast updated December 2, 2025). | SHRM_TORRES_ 3970-3990 |
| EXHIBIT 130 | Website Overview for Silpa P.K. Joshi, MD | N/A |
| EXHIBIT 131 | 6/19/2024 Conversation between Fiona Torres and Dr. Silpa Joshi | CONFIDENTIAL TORRES_465-467 |
| EXHIBIT 132 | 6/19/2024 Email between Fiona Torres and Kelly Cooper re: Email from Dr Joshi | CONFIDENTIAL TORRES_468-470 |
| EXHIBIT 133 | 10/15/2007 EMT Report | CONFIDENTIAL TORRES_796 |
| • ✓ EXHIBIT 134 | Medical Records of Fiona Torres from The Endocrine Center, P.C. F. Torres 10/7/26 | CONFIDENTIAL TORRES 37-48 |
| EXHIBIT 135 | Medical Records of Fiona Torres from Prince William Family Counseling | CONFIDENTIAL TORRES 471-512 |
| EXHIBIT 136 | Medical Records of Fiona Torres from Dr. Nahrain H. Alzubaidi – Virginia Diabetes, Obesity & Endocrinology Center (Part 1) | CONFIDENTIAL TORRES 513-591 |
| EXHIBIT 137 | Medical Records of Fiona Torres from Dr. Nahrain H. Alzubaidi – Virginia Diabetes, Obesity & Endocrinology Center (Part 2) | CONFIDENTIAL TORRES 671-787 |
| EXHIBIT 138 | Medical records of Fiona Torres from Dr. Evis H. Hudson, Inova Endocrinology | CONFIDENTIAL TORRES 592-670 |
| EXHIBIT 139 | Medical Records of Fiona Torres from Inova | SHRM_TORRES_ 2030-2427 |
| EXHIBIT 140 | Medical Records of Fiona Torres from Rocky Run Family Medicine | SHRM_TORRES_ 1249-1351 |
| EXHIBIT 141 | Medical Records of Fiona Torres from Northern Virginia Endocrinologists (Dr. Silpa Joshi and Dr. Suzanne Rogacz) | SHRM_TORRES_ 1352-1470 |
| • ✓ EXHIBIT 142 | Medical Records of Fiona Torres from Behavioral Health and Wellness of Northern Virginia F. Torres 10/7/26 · 1156-1158 ONLY | SHRM_TORRES_ 1147-1195 |
| EXHIBIT 143 | Medical Records of Fiona Torres from Loudoun Endocrinology Associates, PLLC (Dr. Silpa Joshi) | SHRM_TORRES_ 2704-3239 |
| EXHIBIT 144 | Medical Records of Fiona Torres from Inova Family, Chantilly (Dharika M. Bhavsar, FNP) | CONFIDENTIAL TORRES 289-464 |

| | | |
|---|---|---|
| *EXHIBIT 145 | Gonder-Frederick, *et al.*, *Variability of Diabetes Alert Dog Accuracy in a Real-World Setting*, Journal of Diabetes Science and Technology, 2017;11(4):714–719. doi:10.1177/1932296816685580. | SHRM_TORRES_ 3937-3942 |
| *EXHIBIT 146 | Jean E. Mulder, Katya Rubinow, *What's new in endocrinology and diabetes mellitus*, UpToDate (Last updated June 10, 2026). | SHRM_TORRES_ 3991-3999 |
| *EXHIBIT 147 | Elizabeth Selvin, *Measurements of chronic glycemia in diabetes mellitus*, UpToDate (last updated June 3, 2026). | SHRM_TORRES_ 4000-4025 |
| *EXHIBIT 148 | Kasia J. Lipska, MD, MHS, *Hypoglycemia in adults with diabetes mellitus*, UpToDate, (last updated April 23, 2025). | SHRM_TORRES_ 4026-4057 |
| *EXHIBIT 149 | Irl B. Hirsch, MD, *General principles of insulin therapy in diabetes mellitus*, UpToDate (last updated June 25, 2025). | SHRM_TORRES_ 4058-4083 |
| *EXHIBIT 150 | Irl B. Hirsch, MD, *Glucose monitoring in the ambulatory management of nonpregnant adults with diabetes mellitus*, UpToDate (last updated May 19, 2026). | SHRM_TORRES_ 4084-4101 |
| *EXHIBIT 151 | Irl B. Hirsch, MD, *Glycemic management in adults with type 1 diabetes mellitus*, UpToDate, (last updated April 28, 2026). | SHRM_TORRES_ 4102-4140 |
| *EXHIBIT 152 | Deborah J. Wexler, MD, MSc, *Overview of general medical care in nonpregnant adults with diabetes mellitus*, UpToDate (last updated March 23, 2026). | SHRM_TORRES_ 4141-4181 |
| EXHIBIT 153 | March 6, 2025 SHRM EEOC Position Statement | SHRM_TORRES_ 915-931 |

Respectfully submitted,

__/s/ Mary E. Kuntz___________

Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar. No. 406E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com

spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for Plaintiff Fiona Torres*

Dated: October 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted on counsel of record for defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

/s/ Mary E. Kuntz

Mary E. Kuntz
*Attorney for Plaintiff Fiona Torres*