IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Civil Action No. 1:25-CV-02360** |

**DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT'S**
**PRETRIAL WITNESS LIST**

Defendant Society for Human Resource Management ("SHRM") submits the following pretrial witness list pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the Court's January 22, 2026 Order (ECF No. 13).

SHRM expects to call the following witnesses at the trial of this matter:

1. Fiona Torres
   c/o Kalijarvi, Chuzi, Newman & Fitch, P.C.
   818 Connecticut Ave. NW, Suite 1000
   Washington, DC 20006
   202.331.9260

✓2. Jim Link 10/8/26
   Chief Human Resources Officer
   Society for Human Resource Management

✓3. Nicole Belyna 10/8/26
   Director, Talent
   Society for Human Resource Management

✓4. Michael Cooperman, M.D. 10/8/26

SHRM may call the following witnesses at the trial of this matter:

1. Joseph Cabrera

2. Silpa P.K. Joshi, M.D.

3. Eva Kostyu

4. Tatiana Messinger

5. Katharine Panessidi
   Director, Product & Delivery, SHRM Business
   Society for Human Resource Management

6. Carmen Torres

7. Deborah Zoerkler
   Talent Acquisition & Executive Recruiter
   Society for Human Resource Management

Except as noted above, all SHRM witnesses may be contacted through SHRM's counsel.

As permitted by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, SHRM reserves the right to amend its pretrial witness list and to call in its case in chief any witness identified by Plaintiff, as well as to call additional witnesses for rebuttal or impeachment purposes.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Lauren M. Bridenbaugh*

Lauren M. Bridenbaugh, Bar No. 90586
Tiffany din Fagel Tse, Bar No. 92958
Leslie P. Currie, Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
lbridenbaugh@littler.com
ttse@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330
tdarrow@littler.com

*Counsel for Defendant Society for Human Resource Management*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2026 a true and correct copy of the foregoing Defendant Society for Human Resource Management's Pretrial Witness List was served upon all parties by electronic notification of the court's filing system, addressed as follows:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Hector F. Ruiz, Jr. (VSB No. 102153)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*<u>/s/ Lauren M. Bridenbaugh</u>*
Lauren M. Bridenbaugh