**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Civil Action No. 1:25-CV-02360**

**DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT'S**
**<u>PRETRIAL EXHIBIT LIST</u>**

Defendant Society for Human Resource Management ("SHRM") submits the following pretrial disclosures pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the Court's January 22, 2026, Order (ECF No. 12). SHRM intends to present some or all of the following exhibits at the trial of this matter:

| No. | Description | Bates Nos. |
|---|---|---|
| ✓ 1. | SHRM Equal Employment Opportunity Policy | SHRM_Torres 1-2 J. LINK 10/7/26 |
| 2. | SHRM Anti-Retaliation Policy | SHRM_Torres 3-4 |
| 3. | SHRM Internal Accommodations Policy | SHRM_Torres 34-38 |
| 4. | SHRM ADA Reasonable Accommodation Request Form | SHRM_Torres 41 |
| ✓ 5. | SHRM Procedure for Requesting an Accommodation | SHRM_Torres 55 J. LINK 10/7/26 |
| 6. | SHRM Affirmative Action Policy | SHRM_Torres 42-43 |
| 7. | SHRM Anti-Harassment Policy | SHRM_Torres 44-47 |
| ✓ 8. | SHRM Recruitment and Selection Policy | SHRM_Torres 5-7 J. LINK 10/7/26 |
| 9. | SHRM Employee Code of Conduct | SHRM_Torres 94-119 |
| 10. | 2024.05.29 SHRM Enterprise Solutions Division Org Chart | SHRM_Torres 1130-1139 |
| 11. | Sr. Specialist, Product Management Job Description | SHRM_Torres 281-282 |

| | | |
|---|---|---|
| 12. | 2024.06.03 Zoerkler Job Offer Approval Email & Attachments F. Torres 10/7/26 BATES 417 ONLY, J. LINK 10/8/26 ENTIRE | SHRM_Torres 415-419 |
| 13. | 2024.06.03 Link Job Offer Approval Email J. LINK 10/8/26 | SHRM_Torres 544-545 |
| 14. | 2024.05.14 – 2024.06.04 Torres/Zoerkler Emails – Re: FW: Performance Task & Attachments | SHRM_Torres 308-316 |
| 15. | 2024.05.14 – 2024.06.04 Torres/Zoerkler Emails – Re: FW: Performance Task – Second Email & Attachments | SHRM_Torres 1025-1029 |
| 16. | 2024.06.04 Zoerkler/Belyna Emails – FW Service Dog Paperwork & Attachments N. Belyna 10/8/26 | SHRM_Torres 364-369 |
| 17. | 2024.06.04 Zoerkler/Belyna Emails – FW: Doctor's Note & Attachments N. Belyna 10/8/26 | SHRM_Torres 1063-1064 |
| 18. | 2024.06.06 Zoerkler/Belyna Emails – Re: Urgent – Please provide the information requested by 9:30AM | SHRM_Torres 451-452 |
| 19. | 2024.06.06 Belyna/Martel Emails – Re: Service Animal ADA Information & Attachment | SHRM_Torres 2617-2621 |
| 20. | 2024.05.14-2024.06.11 Torres/Zoerkler Emails – Re: FW: Performance Task | SHRM_Torres 342-346 |
| 21. | 2024.05.14-2024.06.12 Zoerkler/Belyna Emails – FW: FW: Performance Task | SHRM_Torres 399-403 |
| 22. | 2024.06.15 Torres/Anderson Audio Message | SHRM_Torres 2627 |
| 23. | 2024.06.16-2024.06.17 Belyna/Torres Emails – Offer Status – Fiona Torres | SHRM_Torres 556-558 |
| 24. | 2024.06.17 Torres/Cabrera Audio Message | SHRM_Torres 2673 |
| 25. | 2024.06.17, 2024.06.18, and 2024.07.03 Torres/Cabrera Messages | Torres 274, 280-282, 296 |
| 26. | 2024.06.17 Torres/Cabrera Audio Message | SHRM_Torres 2685 |
| 27. | 2024.06.18 Torres/Perna Audio Message | SHRM_Torres 2641 |
| 28. | 2024.06.18 Torres/Perna Audio Message | SHRM_Torres 2642 |
| 29. | 2024.06.19 Torres/Anderson Messages | Torres 332 |
| 30. | 2024.06.19 Torres Note to Silpa P.K. Joshi, MD F. TORRES 10/7/26, S. JOSHI 10/7/26 | Confidential Torres 465-467 |
| 31. | 2024.06.16-2024.07.15 Torres/Belyna Emails – Re: Offer Status – Fiona Torres | SHRM_Torres 608-617 |
| 32. | 2024.07.02-2024.07.10 Panessidi/Zoerkler Emails – RE: Products Role K. Panessidi 10/8/26 | SHRM_Torres 1768-1769 |
| 33. | 2024.07.02-2024.07.17 Emails – Re: Product Hiring Updates? K. PANESSIDI 10/08/26 | SHRM_Torres 1764-1767 |

| | | |
|---|---|---|
| 34. | 2024.07.04 Torres/Kostyu Messages F. TORRES 10/7/26 | Torres 244-245, 248-252 |
| 35. | 2025.10.08 Torres/Cabrera Audio Message | SHRM_Torres 2692 |
| 36. | 2026.01.06 Torres/Messinger Audio Message | SHRM_Torres 2657 |
| 37. | 2026.01.06 Torres/Messinger Audio Message | Torres 391 |
| 38. | 2026.01.06 Torres/Messinger Audio Message | Torres 392 |
| 39. | 2007.10.15 Fairfax County Fire and Rescue Pre-Hospital Patient Care Record | Confidential Torres 796 |
| 40. | 2014.08.14-2018.08.22 VA Endocrinology Records | Confidential Torres 674-721 |
| ✓ 41. | 2017.10.25 Inova Loudoun Hospital Record F. TORRES 10/7/26 M. COOPERMAN 10/8/26 | SHRM_Torres 2053-2097 |
| 42. | 2019.01.07-2019.08.06 The Endocrine Center Records | SHRM_Torres 2022-2029 |
| 43. | 2020.07.28 Inova Reston Record | SHRM_Torres 2053, 2154-2176 |
| ✓ 44. | 2020.09.21-2026.02.12 Northern Virginia Endocrinologists Records F. TORRES 10/7/26 M. COOPERMAN 10/8/26 | SHRM_Torres 1352-1408, 1442-1468, 1470 |
| 45. | 2023.05.15 & 2023.05.25 Behavioral Health and Wellness Associates of Northern Virginia Records | SHRM_Torres 1152-1153, 1156-1158, 1163-1165 |
| 46. | 2025.02.07 Behavioral Health and Wellness Associates of Northern Virginia Record | SHRM_Torres 1152, 1170-1172, 1174-1176 |
| 47. | 2026.03.02 Loudoun Endocrinology Associates Record | Confidential Torres 791-795 |
| 48. | 2026.03.13 Plaintiff Job Application Summary | Torres 380 |
| 49. | National Association of Corporate Directors Records | SHRM_Torres 1472, 1486-1489 |
| 50. | ROCS Grad Staffing Records | SHRM_Torres 1492, 1678, 1680-1683, 1688-1692 |
| 51. | 2025.10.16-22 ROCS Grad Staffing Emails | Torres 105-106 |
| 52. | Plaintiff's Second Supplemental Interrogatory Answers | N/A |
| ✓ 53. | SHRM's Rule 26(a)(2) Disclosures & Attachments PAGES 8-10 ONLY | N/A M. COOPERMAN 10/8/26 |
| 54. | SHRM's Amended Rule 26(a)(2) Disclosures | N/A |
| 55. | List of Medical Literature Reviewed by Dr. Michael Cooperman | SHRM_Torres 3240-3241 |
| 56. | Evan A. Los et al., Reliability of Trained Dogs to Alert to Hypoglycemia in Patients with Type 1 Diabetes, 11 *J. Diabetes Sci. & Tech.* 506 (2017) | SHRM_Torres 3242-3248 |
| 57. | Lawrence Blonde et al., American Association of Clinical Endocrinology Clinical Practice Guideline: Developing a Diabetes Mellitus Comprehensive Care | SHRM_Torres 3249-3552 |

| | | |
|---|---|---|
| | Plan—2022 Update, 28 *Endocrine Prac.* 923 (2022). | |
| 58. | Giuseppe Lippi & Mario Plebani, Diabetes Alert Dogs: A Narrative Critical Overview , 57 *Clin. Chem. Lab. Med.* 452 (2019) | SHRM_Torres 3553-3559 |
| 59. | Am. Diabetes Ass'n, Standards of Care in Diabetes-2026, 49 *Diabetes Care* (Supp. 1) S1 (2026) | SHRM_Torres 3560-3936 |
| 60. | Linda A. Gonder-Frederick et al., Variability of Diabetes Alert Dog Accuracy in a Real-World Setting, 11 *J. Diabetes Sci. & Tech.* 714 (2017) | SHRM_Torres 3937-3942 |
| 61. | Linda A. Gonder-Frederick et al., Diabetic Alert Dogs (DADs): An Assessment of Accuracy and Implications, 134 *Diabetes Res. & Clinical Prac.* 121 (2017) | SHRM_Torres 3943-3959 |
| 62. | Nicola J. Rooney et al., How Effective are Trained Dogs at Alerting Their Owners to Changes in Blood Glycemic Levels? Variations in Performance of Glycaemia Alert Dogs, 14 *PLOS One* e0210092 (2019) | SHRM_Torres 3960-3969 |

In the event of a liability finding in Plaintiff's favor, SHRM further intends to offer some or all of the following exhibits on the issue of damages:

| | | |
|---|---|---|
| 63. | ROCS Inc. 2024 W2 | Confidential Torres 16-17 |
| 64. | ROCS Inc. 2025 W2 | Confidential Torres 24-25 |
| 65. | ROCS Grad Staffing Earnings Records | SHRM_Torres 1492, 1507-1508 |
| 66. | Customer Care Measurement & Consulting Records | SHRM_Torres 2567-2568, 2571 |
| 67. | Customer Care Measurement & Consulting 1099-NEC | Confidential Torres 22-23 |
| 68. | Rover and Venmo Records | Confidential Torres 1-4 |
| 69. | We're Current Co., LLC Records | Confidential Torres 5-15 |
| 70. | We're Current Co., LLC 1099-NEC | Confidential Torres 18-21 |
| 71. | 2026 Pay Records – South Loudoun Youth Chorale | Torres 433-434, 515 |
| 72. | 2026 Pay Records – Dog-walking | Torres 432, 516 |
| 73. | 2026 Pay Records –We're Current Co. LLC | Torres 517 |
| 74. | 2026 Pay Records – FlexProfessionals | Torres 518 |

SHRM reserves the right to amend its pretrial exhibit disclosures if additional documents

are produced before trial, and to proffer or use any exhibit proffered by Plaintiff. SHRM further reserves the right to utilize documents not identified to rebut, impeach, or fairly meet Plaintiff's evidence.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Lauren M. Bridenbaugh*

Lauren M. Bridenbaugh, Bar No. 90586
Tiffany din Fagel Tse, Bar No. 92958
Leslie P. Currie, Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
lbridenbaugh@littler.com
ttse@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330
tdarrow@littler.com

*Counsel for Defendant Society for Human Resource Management*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2026 a true and correct copy of the foregoing Defendant Society for Human Resource Management's Pre-Trial Exhibit List was served upon all parties by electronic notification of the court's filing system, addressed as follows:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Hector F. Ruiz, Jr. (VSB No. 102153)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
hruiz@kcnlaw.com
akbarry@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh