1:25CV2360

#1

Does "reasonable accommodation" have to be "medically necessary?"

Does "reasonable accommodation" have to be "medically prescribed?"