1:25cv2360

#1

Does "reasonable accommodation" have to be "medically necessary?"

Does "reasonable accommodation" have to be "medically prescribed?"

"Reasonable accommodation" has already been defined in the Court's instructions. I refer you to those instructions.

[signature]
10/9/2024