1:25 CV 2360

# 2

What if the jury cannot reach a unanimous answer on only one of the questions?