**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

FIONA TORRES,

Plaintiff,

v. Civil Action No. 1:25cv2360

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

**TRIAL EXHIBIT CERTIFICATE OF REVIEW**

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

Counsel for Plaintiff

Counsel for Defendant

10-9-2026
Date

Alexandria, Virginia
Cc: all counsel