IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
IN OPEN COURT
OCT - 9 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Civil Action No. 1:25-CV-02360-PTG**

We, the jury, unanimously find as follows:

**Count I – Disability Discrimination (Americans with Disabilities Act)**

1(a). Has Ms. Torres proven by a preponderance of the evidence that SHRM rescinded her job offer because of her disability?

______ Yes ✓ No

1(b). Has Ms. Torres proven by a preponderance of the evidence that SHRM rescinded her job offer because of its need to accommodate her disability?

✓ Yes ______ No

**Count II – Failure to Accommodate (Americans with Disabilities Act)**

2. Has Ms. Torres proven by a preponderance of the evidence that SHRM failed to provide her a reasonable accommodation?

✓ Yes ______ No

**Count III – Disability Discrimination (Virginia Human Rights Act)**

3. Has Ms. Torres proven by a preponderance of the evidence that SHRM discriminated against her on the basis of her disability under the Virginia Humans Rights Act?

✓ Yes ______ No

**Count IV – Failure to Accommodate (Virginia Human Rights Act)**

4(a). Has Ms. Torres proven by a preponderance of the evidence that SHRM failed to provide her a reasonable accommodation?

✓ Yes ______ No

4(b). Has Ms. Torres proven by a preponderance of the evidence that SHRM failed to engage in a timely, good faith interactive process?

______ Yes ✓ No

*If you answered "Yes" to either questions 1(a), 1(b), 2, 3, 4(a), or 4(b), please proceed to question 5. If you answered "No" to all of the questions above, you shall not answer any of the remaining questions.*

**Damages**

5. What amount of compensatory damages, if any, is Ms. Torres entitled to recover?

$ 400,000

*If you answered "Yes" to either question 1(a), 1(b), or 2, please answer question 6.*

6. Is Ms. Torres entitled to punitive damages under the Americans with Disabilities Act?

________ Yes      ___✓___ No

*If you answered "Yes" to question 6, please answer question 7.*

7. What amount of punitive damages, if any, is Ms. Torres entitled to recover under the Americans with Disabilities Act?

$ NA

*If you answered "Yes" to question 3, 4(a), or 4(b), please answer question 8.*

8. Is Plaintiff entitled to punitive damages under the Virginia Human Rights Act?

________ Yes      ___✓___ No

*If you answered "Yes" to question 8, please answer question 9.*

9. What amount of punitive damages, if any, is Ms. Torres entitled to recover under the Virginia Human Rights Act?

$ NA

10/09/2026
Date

REDACTED
Foreperson Signature