**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

FIONA TORRES,

Plaintiff,

v. Civil Action No. 1:25cv2360

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

**ORDER**

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following the jury trial and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

Entered this 9th day of October, 2026

[signature]
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
Cc: all counsel