# United States District Court

EASTERN DISTRICT OF VIRGINIA

FIONA TORRES,

Plaintiff,

V.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER 1:25-cv-02360-PTG-WBP

[ **X** ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff, Fiona Torres and against the Defendant, Society for Human Resource Management and award compensatory damages in the amount of $400,000 in accordance with the jury verdict dated October 9th, 2026.

October 13th, 2026
Date

LAURA G. GRIFFIN
Clerk

/s/ Paulina A. Miller
(By) Deputy Clerk