Counter List

P 25
12/01/2025 14:49
Serial No. AA7R017009782
TC: 52851

Account Track Counter

| No. | Account Name | Group Name | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color |
| 614 | --- | TorresFiona13719001 | | | | | | | | | | | | | |
| Total | | 148 | 51 | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148 | 51 | 97 | 0 |
| Large Size | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Expense Reimbursement Form

| | |
|---|---|
| **Employee Name** | Stephen Pershing |
| **Client Name** | Torres, Fiona |
| **Event** | Virginia Eastern District Court |

**Date:** 12/16/25

**Itemized Expenses**

| Date | Description | Cost | Receipt Included |
|---|---|---|---|
| 12/16/25 | Federal Court Filing for Fiona Torres | $405.00 | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Total** $405.00

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Fred Full at 703-299-2105.

Account Number: [redacted]
Court: VIRGINIA EASTERN DISTRICT COURT
Amount: $405.00
Tracking Id: AVAEDC-10648719
Approval Code: 03473D
Card Number: ************6693
Date/Time: 12/16/2025 12:41:15 ET

NOTE: This is an automated message. Please do not reply

Counter List



Account Track Counter

| No. | Account Name | | | | | Group Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Account Track Counter

| No. | Account Name | | | | Group Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter Total | Black | Full Color | 2 Color | Single Color | Total Copy Counter Total | Black | Full Color | 2 Color | Single Color | Total Print Counter Total | Black | Full Color | 2 Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 205 | 138 | 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 205 | 138 | 67 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**ROCKY RUN FAMILY MEDICINE**
**Tax ID #**[redacted]
**5645 STONE RD**
**CENTREVILLE, VA 201201618**
**Phone:**(703)266-2442 **Fax:**703-266-7158

02/24/2026

**Re: FIONA G TORRES**
**Date of Birth:**[redacted]

This is an invoice for attached medical records. Please send payment of $52.18.

Thank you.

**Rocky Run Family Medicine**
**5645 Stone Road**
**Centreville, VA 201201618**
**Phone:**(703) 266-2442 **Fax:**(703) 266-7158

| Date | PATIENT | ACCOUNT # |
|---|---|---|
| 03/02/2026 | FIONA TORRES [redacted] | [redacted] |

# Payments Receipt

| Payment Date | Amount | Check# | Description |
|---|---|---|---|
| 03/02/2026 | 52.18 | | MEDICAL RECORDS Trx# 7h19nasq CC#: XXXX1006 |

**Total Paid:** 52.18

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

datavant
**INVOICE**

Invoice #: **0550048334**
Date: **03/23/2026**
Customer #: **2294159**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| STEPHEN B PERSHING<br>KALIJARVI CHUZI NEWMAN FITCH<br>818 CONNECTICUT AVE NW<br>STE 1000<br>WASHINGTON,DC 20006-2725 | STEPHEN B PERSHING<br>KALIJARVI CHUZI NEWMAN FITCH<br>818 CONNECTICUT AVE NW<br>STE 1000<br>WASHINGTON,DC 20006-2725 | INOVA MEDICAL GROUP<br>8111 GATEHOUSE ROAD<br>SUITE 5008<br>FALLS CHURCH,VA 22042 |

**Requested By:** KALIJARVI CHUZI NEWMAN FITCH **DOB :** [redacted]
**Patient Name:** TORRES FIONA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 29 | 0.25 | 7.25 |
| Per Page Copy (Paper) 2 | 50 | 0.50 | 25.00 |
| Shipping | | | 11.00 |
| Subtotal | | | 63.25 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 63.25 |
| Balance Due | | | 63.25 |

**Terms: Net 30 days** **Please remit this amount : $63.25(USD)**

---

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0550048334**

Check #____________________

Payment Amount $____________________

Important Payment Notice: A standard 3% surcharge fee will be applied to credit card transactions starting March 2026. Avoid Surcharges with ACH, check or debit!

**Please return stub with payment.**

Please include invoice number on check.

To pay invoice online, please go to https://pay.datavant.com or call 800-367-1500.

Email questions to customerservice@datavant.com.

datavant
Formerly Ciox Health

Your request has been posted and is being processed.
You will receive a confirmation email from us within the next 24 hours.

**Your Datavant transaction ID for this payment is ck11411756.**
Please reference this number if contacting Customer Service.

Thank you for using DatavantPay.

| Invoice # | Patient Name | Invoice Balance | Payment Amount |
|---|---|---|---|
| 0550048334 | TORRES FIONA | $63.25 | $63.25 |
| | **Total** | | **$63.25** |

Counter List



Account Track Counter

| No. | Account Name | Total Counter Total | Black | Full Color | 2 Color | Single Color | Total Copy Counter Total | Black | Full Color | 2 Color | Single Color | Total Print Counter Total | Black | Full Color | 2 Color |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 614 | --- | | | | | | | | | | | | | | |
| Group Name: TorresFiona13719001 | | | | | | | | | | | | | | | |
| Total | | 26 | 4 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 4 | 22 | 0 |
| Large Size | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

4/23/2026

Deborah Zoerkler **53.27

Fifty three and 27/100 *******************************************************************************************************************

Deborah Zoerkler

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Deborah Zoerkler** **Check # 3757**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Deborah Zoerkler for Deposition on 04/27/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

**4/23/2026** **Deborah Zoerkler** **Check # 3757**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Deborah Zoerkler for Deposition on 04/27/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

4/23/2026

Deborah Zoerkler **53.27

Fifty three and 27/100 *****************************************************************************************************************

Deborah Zoerkler

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Deborah Zoerkler** **Check # 3757**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Deborah Zoerkler for Deposition on 04/27/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

**4/23/2026** **Deborah Zoerkler** **Check # 3757**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Deborah Zoerkler for Deposition on 04/27/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

4/23/2026

Nicole Belyna **53.27

Fifty three and 27/100 ****************************************************************************************************************

Nicole Belyna

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Nicole Belyna** **Check # 3758**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Nicole Belyna for Deposition on 05/05/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

**4/23/2026** **Nicole Belyna** **Check # 3758**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Nicole Belyna for Deposition on 05/05/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

4/23/2026

Nicole Belyna **53.27

Fifty three and 27/100 ****************************************************************************************************************

Nicole Belyna

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Nicole Belyna** **Check # 3758**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Nicole Belyna for Deposition on 05/05/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

**4/23/2026** **Nicole Belyna** **Check # 3758**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Nicole Belyna for Deposition on 05/05/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

4/23/2026

Jim Link **53.27

Fifty three and 27/100 *****************************************************************************************************************

Jim Link

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Jim Link** **Check # 3759**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Jim Link for Deposition on 05/07/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

**4/23/2026** **Jim Link** **Check # 3759**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Jim Link for Deposition on 05/07/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

4/23/2026

Jim Link **53.27

Fifty three and 27/100 ******************************************************************************************************************

Jim Link

Witness Fee and Mileage Cost - Torres

**4/23/2026** **Jim Link** **Check # 3759**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Jim Link for Deposition on 05/07/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

**4/23/2026** **Jim Link** **Check # 3759**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 4/23/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Jim Link for Deposition on 05/07/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

Counter List

P 25
05/01/2026 12:21
Serial No. AA7R017009782
TC: 78603

Account Track Counter

| No. | Account Name | | Group Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 8139 | 2568 | 5571 | 0 | 0 | 194 | 0 | 194 | 0 | 0 | 7945 | 2568 | 5377 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 848347 | 5/4/2026 | 630825 |
| **Job Date** | **Case No.** | |
| 4/27/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Lori Kisch, Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Deborah Zoerkler | 223.00 | Pages | 947.75 |
| Exhibits | 42.00 | Pages | 23.10 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,019.85** |
| | AFTER 6/3/2026 PAY | | $1,070.84 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Lori Kisch, Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 848347
Invoice Date : 5/4/2026
**Total Due : $1,019.85**
AFTER 6/3/2026 PAY $1,070.84

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 630825
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

5/5/2026

Kristen Howe **53.27

Fifty three and 27/100 *******************************************************************************************************

Kristen Howe

Witness Fee and Mileage Cost - Torres

**5/5/2026** **Kristen Howe** **Check # 3760**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/5/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Kristen Howe for Deposition on 05/19/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

**5/5/2026** **Kristen Howe** **Check # 3760**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/5/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Kristen Howe for Deposition on 05/19/2026 | | | 40.00 |

**Operating Account - PNC** 53.27

5/5/2026

Kristen Howe **53.27

Fifty three and 27/100 ******************************************************************************************************************

Kristen Howe

Witness Fee and Mileage Cost - Torres

**5/5/2026** **Kristen Howe** **Check # 3760**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/5/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Kristen Howe for Deposition on 05/19/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

**5/5/2026** **Kristen Howe** **Check # 3760**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/5/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Kristen Howe for Deposition on 05/19/2026 | | | 13.27 |

**Operating Account - PNC** 53.27

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 849985 | 5/8/2026 | 630826 |
| **Job Date** | **Case No.** | |
| 5/5/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Adrienne Bauer
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Nicole Belyna | 386.00 | Pages | 2,952.90 |
| Evening Attendance | 1.00 | | 95.00 |
| Exhibits | 85.00 | Pages | 46.75 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$3,143.65** |
| | AFTER 6/7/2026 PAY | | $3,300.83 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Adrienne Bauer
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 849985
Invoice Date : 5/8/2026
**Total Due : $3,143.65**
AFTER 6/7/2026 PAY $3,300.83

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 630826
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Invoice No.: 873

Adrienne Bauer
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
(202) 331-9260
abauer@kcnlaw.com

**MAKE PAYMENT TO:**
Stephanie M. Austin, RPR, CRR
Court Reporter
401 Courthouse Square
Alexandria, VA 22314
(607) 743-1894
S.AustinReporting@gmail.com
Tax ID: [redacted]

| | | |
|---|---|---|
| __ CRIMINAL    X CIVIL | DATE ORDERED: 05-07-2026 | DATE DELIVERED: 05-11-2026 |

**In the matter of:** 1:25-cv-2360, Torres v SHRM

Transcript of the following: Proceedings held on May 1, 2026 in front of the Honorable Judge Porter

Accepted methods of payment:
Check
Venmo [redacted] (please reference the word "Stephanie" only in the description - thanks!)
Zelle [redacted] or [redacted] (2 m's in the middle)
**Please reach out for ACH information

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 25 | 6.55 | 163.75 | | | | | | | 163.75 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 163.75 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 163.75 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| | |
|---|---|
| SIGNATURE: Stephanie Austin | DATE: 05-11-2026 |

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

5/12/2026

Katherine Panessidi **40.00

Forty and 00/100 *******************************************************************************************************************

Katherine Panessidi

Witness Fee - Torres

**5/12/2026** **Katherine Panessidi** **Check # 3762**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/12/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Katherine Panessidi for Deposition on 05/18/2026 | | | 40.00 |

**Operating Account - PNC** 40.00

**5/12/2026** **Katherine Panessidi** **Check # 3762**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 5/12/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Katherine Panessidi for Deposition on 05/18/2026 | | | 40.00 |

**Operating Account - PNC** 40.00

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 852171 | 5/18/2026 | 632710 |
| **Job Date** | **Case No.** | |
| 5/11/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Jimmy Ray Link, Individually | 302.00 | Pages | 1,283.50 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Jimmy Ray Link, Corporate Designee | 61.00 | Pages | 259.25 |
| Evening Attendance | 1.50 | | 142.50 |
| Exhibits | 176.00 | Pages | 96.80 |
| Processing Fee | 1.00 | | 49.00 |
| Shipping & Handling | 1.00 | | 55.00 |
| | **TOTAL DUE >>>** | | **$1,886.05** |
| | AFTER 6/17/2026 PAY | | $1,980.35 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 852171
Invoice Date : 5/18/2026
**Total Due : $1,886.05**
AFTER 6/17/2026 PAY $1,980.35

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 632710
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Lori Kisch
Kalijarvi Chuzi Newman & Fitch PC
818 Connecticut Ave NW
Ste 1000
Washington, DC, 20006

| | |
|---|---|
| **Invoice #:** | **9253582** |
| **Invoice Date:** | **5/18/2026** |
| **Balance Due:** | **$1,998.79** |

**Case: Torres, Fiona v. Society For Human Resource Management (1:25-CV-02360-PTG-WBP)** — **Proceeding Type: Depositions**

Job #: 7998968 | Job Date: 4/29/2026 | Delivery: Normal

Location: Tysons Corner, VA

Billing Atty: Lori Kisch

Scheduling Atty: Lauren Bridenbaugh | Littler Mendelson PC

| **Witness: Fiona Gabriela Torres** | **Amount** |
|---|---|
| Transcript Services | $1,578.75 |
| Exhibits | $126.50 |
| Logistics, Processing & Electronic Files | $135.00 |
| Smart Package - Over 100 Transcript Pages | $129.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,969.25** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$29.54** |
| **Balance Due:** | **$1,998.79** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **9253582**
**Invoice Date:** **5/18/2026**
**Balance Due:** **$1,998.79**

B420260620

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID [redacted]
1-800-367-1500

datavant
**INVOICE**

Invoice #: **0545929147**
Date: **02/27/2026**
Customer #: **2294159**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| STEPHEN B PERSHING<br>KALIJARVI CHUZI NEWMAN FITCH<br>818 CONNECTICUT AVE NW<br>STE 1000<br>WASHINGTON,DC 20006-2725 | STEPHEN B PERSHING<br>KALIJARVI CHUZI NEWMAN FITCH<br>818 CONNECTICUT AVE NW<br>STE 1000<br>WASHINGTON,DC 20006-2725 | INOVA MEDICAL GROUP<br>8111 GATEHOUSE ROAD<br>SUITE 5008<br>FALLS CHURCH,VA 22042 |

**Requested By:** KALIJARVI CHUZI NEWMAN FITCH **DOB :** [redacted]
**Patient Name:** TORRES FIONA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 121 | 0.25 | 30.25 |
| Per Page Copy (Paper) 2 | 50 | 0.50 | 25.00 |
| Shipping | | | 10.99 |
| Subtotal | | | 86.24 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 86.24 |
| Balance Due | | | 86.24 |

**Terms: Net 30 days** **Please remit this amount : $86.24(USD)**

---

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID [redacted]
1-800-367-1500

Invoice #: **0545929147**

Check # ____________________

Payment Amount $ ____________________

Important Payment Notice: A standard 3% surcharge fee will be applied to credit card transactions starting March 2026. Avoid Surcharges with ACH, check or debit!

**Please return stub with payment.**

Please include invoice number on check.

To pay invoice online, please go to https://pay.datavant.com or call 800-367-1500.

Email questions to customerservice@datavant.com.

**Tamara Chapman**

**From:** donotreply@snappayglobal.com
**Sent:** Tuesday, June 2, 2026 6:20 PM
**To:** Tamara Chapman
**Subject:** [EXT] Payment Receipt

**Payment Receipt**

| | | |
|---|---|---|
| Account | : | [redacted] - Datavant |
| Customer | : | # - Kalijarvi, Chuzi, Newman & Fitch, PC Kalijarvi, Chuzi, Newman & Fitch, PC |
| Order ID | : | 11524358 |
| Transaction Amount | : | 86.24 |
| Paid On | : | 6/2/2026 11:16:17 AM |

**Payment Summary**

| Type | Last 4 | PG Transaction ID | Transaction Amount | Return Description |
|---|---|---|---|---|
| Checking Account | 8247 | 202754497118 | 86.24 | Transaction successful. |

Contact Information

Tel:1-800-367-1500
Email:Datavant Support

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 854493 | 5/27/2026 | 632987 |
| **Job Date** | **Case No.** | |
| 5/19/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kristen Howe | 118.00 | Pages | 501.50 |
| Exhibits | 29.00 | Pages | 15.95 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$566.45** |
| | AFTER 6/26/2026 PAY | | $594.77 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 854493
Invoice Date : 5/27/2026
**Total Due : $566.45**
AFTER 6/26/2026 PAY $594.77

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 632987
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 854430 | 5/27/2026 | 633400 |
| **Job Date** | **Case No.** | |
| 5/18/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Katharine Panessidi | 95.00 | Pages | 403.75 |
| Exhibits | 17.00 | Pages | 9.35 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$462.10** |
| | AFTER 6/26/2026 PAY | | $485.21 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 854430
Invoice Date : 5/27/2026
**Total Due : $462.10**
AFTER 6/26/2026 PAY $485.21

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 633400
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

Counter List



Account Track Counter

| No. | Account Name | | | | | Group Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 1080 | 677 | 403 | 0 | 0 | 15 | 0 | 15 | 0 | 0 | 1065 | 677 | 388 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: [redacted]

Bill To: Hector Ruiz
Kalijarvi Chuzi Newman & Fitch PC
818 Connecticut Ave NW
Ste 1000
Washington, DC, 20006

**Invoice #:** **9318709**
**Invoice Date:** **6/9/2026**
**Balance Due:** **$1,698.45**

**Case: Torres, Fiona v. Society For Human Resource Management (1:25cv02360PTGWBP)** **Proceeding Type: Depositions**

Job #: 8175586 | Job Date: 5/27/2026 | Delivery: Normal

Location: Richmond, VA
Billing Atty: Hector Ruiz
Scheduling Atty: Lauren Bridenbaugh | Littler Mendelson PC

| Witness: Silpa Joshi | Amount |
|---|---|
| Transcript Services | $702.45 |
| Rough Draft | $557.50 |
| Exhibits | $64.50 |
| Logistics, Processing & Electronic Files | $245.00 |
| Smart Package - Over 100 Transcript Pages | $129.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,698.45** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,698.45** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **9318709**
**Invoice Date:** **6/9/2026**
**Balance Due:** **$1,698.45**

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Hector Ruiz
Kalijarvi Chuzi Newman & Fitch PC
818 Connecticut Ave NW
Ste 1000
Washington, DC, 20006

**Invoice #:** 9321110
**Invoice Date:** 6/10/2026
**Balance Due:** $1,442.70

**Case: Torres, Fiona v. Society for Human Resource Management (1:25cv02360PTGWBP)** — **Proceeding Type: Depositions**

Job #: 8175598 | Job Date: 5/22/2026 | Delivery: Normal

Location: Tysons Corner, VA
Billing Atty: Hector Ruiz
Scheduling Atty: Lauren Bridenbaugh | Littler Mendelson PC

| Witness: Carmen Torres | Amount |
|---|---|
| Transcript Services | $604.80 |
| Exhibits | $1.50 |
| Logistics, Processing & Electronic Files | $135.00 |
| Smart Package - Over 100 Transcript Pages | $129.00 |

| Witness: Tatiana Messinger | Amount |
|---|---|
| Transcript Services | $365.40 |
| Exhibits | $3.00 |
| Logistics, Processing & Electronic Files | $135.00 |
| Smart Package - Under 100 Transcript Pages | $69.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 9321110
**Invoice Date:** 6/10/2026
**Balance Due:** $1,442.70

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Invoice No.: 20260453

Adrienne Bauer
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
(202) 556-2278
abauer@kcnlaw.com

**MAKE PAYMENT TO:**
Scott Wallace Reporting, Inc.
401 Courthouse Square
Alexandria, VA 22314
(202) 277-3739
scottwallace.edva@gmail.com
Tax ID: [redacted]

__ CRIMINAL X CIVIL

DATE ORDERED: 06-05-2026

DATE DELIVERED: 06-10-2026

**In the matter of:** 1:25-cv-02360, Fiona Torres v Society for Human Resources Management

Transcript of motion hearing held on June 5, 2026 before the Honorable William B. Porter.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 35 | 6.55 | 229.25 | | | | | | | 229.25 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 229.25 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 229.25 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/Scott L. Wallace, RDR, CRR

DATE: 06-10-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 861313 | 6/19/2026 | 637566 |
| **Job Date** | **Case No.** | |
| 6/12/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jim Link, Corporate Designee - Volume 2 | 100.00 | Pages | 425.00 |
| Exhibits | 68.00 | Pages | 37.40 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$511.40** |
| | AFTER 7/19/2026 PAY | | $536.97 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 861313
Invoice Date : 6/19/2026
**Total Due : $511.40**
AFTER 7/19/2026 PAY $536.97

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 637566
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 861035 | 6/24/2026 | 636233 |
| **Job Date** | **Case No.** | |
| 6/11/2026 | 1:25-CV-2360 (PTG/WBP) | |
| **Client and Case Name** | | |
| Kalijarvi, Chuzi, Newman & Fitch, P.C. - Torres -v- Society for Human Resource Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Michael Cooperman, M.D. | 230.00 | Pages | 1,092.50 |
| Exhibits | 14.00 | Pages | 7.70 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,149.20** |
| | AFTER 7/24/2026 PAY | | $1,206.66 |

Client Matter No. : 13719.001

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Hector F. Ruiz, Jr., Esquire
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave, NW
Suite 1000
Washington, DC 20006

Invoice No. : 861035
Invoice Date : 6/24/2026
**Total Due : $1,149.20**
AFTER 7/24/2026 PAY $1,206.66

Job No. : 636233
BU ID : *01-DMV
Case No. : 1:25-CV-2360 (PTG/WBP)
Case Name : Torres -v- Society for Human Resource Management

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Counter List


07/01/2026 11:48
Serial No. AA7R017009782
TC: 87958

Account Track Counter

| No. | Account Name | | | | | Group Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 1230 | 790 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1230 | 790 | 440 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Anna Kathryn Barry
Kalijarvi Chuzi Newman & Fitch PC
818 Connecticut Ave NW
Ste 1000
Washington, DC, 20006

| | |
|---|---|
| **Invoice #:** | **9373026** |
| **Invoice Date:** | **7/8/2026** |
| **Balance Due:** | **$513.50** |

**Case: Torres, Fiona v. Society For Human Resources Management (1:25cv02360)** **Proceeding Type: Depositions**

Job #: 8227263 | Job Date: 6/10/2026 | Delivery: Normal

Location: Tysons Corner, VA
Billing Atty: Anna Kathryn Barry
Scheduling Atty: Lauren Bridenbaugh | Littler Mendelson PC

| **Witness: Joseph Cabrera** | **Amount** |
|---|---|
| Transcript Services | $307.50 |
| Exhibits | $2.00 |
| Logistics, Processing & Electronic Files | $135.00 |
| Smart Package - Under 100 Transcript Pages | $69.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$513.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$513.50** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

**Remit to:**
Veritext, LLC
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext, LLC
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** HATRUS44

**Invoice #:** 9373026
**Invoice Date:** 7/8/2026
**Balance Due:** $513.50

Pay by Credit Card: www.veritext.com

Counter List



08/05/2026 09:44
Serial No. AA7R017009782
TC: 92729

Account Track Counter

| No. | Account Name | Group Name | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color |
| 614 | --- | TorresFiona13719001 | | | | | | | | | | | | | |
| Total | | 61 | 15 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 15 | 46 | 0 |
| Large Size | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Counter List



| Account Track Counter No. | Account Name | | | | | Group Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color | Single Color | Total | Black | Full Color | Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 1544 | 67 | 1477 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1544 | 67 | 1477 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

9/21/2026

James Link **41.52

Forty one and 52/100 ****************************************************************************************************************

James Link

Mileage Cost - Torres

**9/21/2026** **James Link** **Check # 3664**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - James Link - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

**9/21/2026** **James Link** **Check # 3664**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - James Link - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

9/21/2026

Nicole Belyna **41.52

Forty one and 52/100 ***********************************************************************************************************

Nicole Belyna

Witness Fee and Mileage Cost - Torres

**9/21/2026** **Nicole Belyna** **Check # 3667**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Nicole Belyna - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

**9/21/2026** **Nicole Belyna** **Check # 3667**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Nicole Belyna - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

9/21/2026

Deborah Zoerkler **41.52

Forty one and 52/100 *******************************************************************************************************************

Deborah Zoerkler

Witness Fee and Mileage Cost - Torres

**9/21/2026** **Deborah Zoerkler** **Check # 3666**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Deborah Zoerkler - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

**9/21/2026** **Deborah Zoerkler** **Check # 3666**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Mileage Cost - Deborah Zoerkler - Subpoena to Testify at Trial on 10/07/2026 | | | 1.52 |

**Operating Account - PNC** 41.52

9/21/2026

James Link **41.52

Forty one and 52/100 *****************************************************************************************************************

James Link

Mileage Cost - Torres

**9/21/2026** **James Link** **Check # 3664**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - James Link - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

**9/21/2026** **James Link** **Check # 3664**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - James Link - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

9/21/2026

Deborah Zoerkler **41.52

Forty one and 52/100 *********************************************************************************************************************

Deborah Zoerkler

Witness Fee and Mileage Cost - Torres

**9/21/2026** **Deborah Zoerkler** **Check # 3666**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Deborah Zoerkler - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

**9/21/2026** **Deborah Zoerkler** **Check # 3666**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Deborah Zoerkler - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

9/21/2026

Nicole Belyna **41.52

Forty one and 52/100 *******************************************************************************************************************

Nicole Belyna

Witness Fee and Mileage Cost - Torres

**9/21/2026** **Nicole Belyna** **Check # 3667**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Nicole Belyna - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

**9/21/2026** **Nicole Belyna** **Check # 3667**

| Date | Type | Reference | Description | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|---|
| 9/21/2026 | Payment | TORRES, Fiona - Case 1 (13719.001) | TORRES, Fiona - Case 1 - Witness Fee - Nicole Belyna - Subpoena to Testify at Trial on 10/07/2026 | | | 40.00 |

**Operating Account - PNC** 41.52

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Invoice No.: 20260044

Stephen B. Pershing
Kalijarvi, Chuzi, Newman & Fitch, PC
818 Connecticut Avenue, N.W., Suite 1000
Washington, DC 20006
(202) 331-9260 Fax: (866) 452-5789
spershing@kcnlaw.com

**MAKE PAYMENT TO:**
Montgomery Court Reporting, Inc.
401 Courthouse Square
Alexandria, VA 22314
(703) 299-4599
rmontgomery@courtreport.net
Tax ID: [redacted]

__ CRIMINAL X CIVIL

DATE ORDERED: 09-24-2026

DATE DELIVERED: 09-25-2026

**In the matter of:** 1:25-cv-2360, Fiona Torres v Society for Human Resource Management

Transcript of the motion to exclude testimony of defendant's proposed expert, heard September 22, 2026, before The Honorable Patricia T. Giles

I accept checks to the above address or Venmo. Venmo is [redacted]. Please note the invoice number in the memo line.

Cost split between plaintiff and defendant.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 22 | 7.30 | 160.60 | 22 | 1.45 | 31.90 | | | | 192.50 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 192.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 192.50 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/ Rhonda F. Montgomery

DATE: 09-25-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Anna Kathryn Barry
Kalijarvi Chuzi Newman & Fitch PC
818 Connecticut Ave NW
Ste 1000
Washington, DC, 20006

**Invoice #:** **9620016**
**Invoice Date:** **9/28/2026**
**Balance Due:** **$825.00**

**Case: Torres, Fiona v. Society For Human Resource Management (1:25-CV-02360-PTG-WBP)** — **Proceeding Type: Depositions**

Job #: 7998968 | Job Date: 4/29/2026 | Delivery: Normal

Location: Tysons Corner, VA
Billing Atty: Anna Kathryn Barry
Scheduling Atty: Lauren Bridenbaugh | Littler Mendelson PC

| **Witness: Fiona Gabriela Torres** | **Amount** |
|---|---|
| Video Services | $735.00 |
| Video - Electronic Access | $90.00 |

Notes: Internal Case No. 13719.001

| | |
|---|---|
| **Invoice Total:** | **$825.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$825.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

**Remit to:**
Veritext, LLC
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext, LLC
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** HATRUS44

**Invoice #:** **9620016**
**Invoice Date:** **9/28/2026**
**Balance Due:** **$825.00**

Pay by Credit Card: www.veritext.com

Account Track Counter

| No. | Account Name | | | | | Group Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Counter | | | | | Total Copy Counter | | | | | Total Print Counter | | | |
| | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color | Single Color | Total | Black | Full Color | 2 Color |
| 614 | --- | | | | | TorresFiona13719001 | | | | | | | | |
| Total | 10421 | 5705 | 4716 | 0 | 0 | 89 | 0 | 89 | 0 | 0 | 10332 | 5705 | 4627 | 0 |
| Large Size | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Crystal Press
217 Midsummer Circle
Gaithersburg, MD 20878
202-223-1600

| | |
|---|---|
| 10/02/2026 | 07:56:44 |
| Merchant ID: | ********6880 |
| Terminal ID: | 2587448 |

**Credit Sale:**

| | |
|---|---|
| Transaction #: | 1 |
| Card Type: | AMEX |
| Account: | ************1006 |
| Entry: | Manual |

**Amount:**
USD$6,844.16

| | |
|---|---|
| STAN: | 139 |
| Host Ref. Number: | 1 |
| Auth. Code: | 265126 |
| Batch Number: | 84 |
| Response: | APPROVAL |
| CVD Response: | Match - Values match |
| TRANS ID: | 021204212932068 |
| NETWORK: | AMEX |

Retain this copy for statement validation

CUSTOMER COPY

---

**CRYSTAL PRESS Solutions, LLC**
*Commercial Printer Since 1988*

5185 MacArthur Blvd., NW #459
Washington, DC 20016
t. 202.223.1600
e. crystalpressdc@gmail.com

**Date:** Oct. 01.2026

**Customer:** KCNF

**Attention:** Ms. Adrienne Bauer

**Address:** 818 Connecticut Ave. NW #1000

**Phone:** (202) 556-2278 cell (202) 575-1112

| Quantity | Description | Amount |
|---|---|---|
| 5 | Color Prints on 8½x11" White Text (2,477 pgs) 1 Sided & Collated | 5,573.25 |
| 5 sets | Inserted tabs (126 tabs) Merry-Go-Round Collating & 3hole-Punched | 283.50 |
| 20 | 4" 3-D Ring View Binders | 600.00 |

[redacted]

*Thank You!* ☐ Non Taxable

| | |
|---|---|
| Subtotal | 6,456.75 |
| Tax | 387.41 |
| **TOTAL** | 6,844.16 |
| Deposit | ✗ |
| **Balance** | 6,844.16 |

X ______________________
Customer's Signature

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Invoice No.: 20260518

Adrienne Bauer
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
(202) 556-2278
abauer@kcnlaw.com

**MAKE PAYMENT TO:**
Scott Wallace Reporting, Inc.
401 Courthouse Square
Alexandria, VA 22314
(202) 277-3739
scottwallace.edva@gmail.com
Tax ID: [redacted]

__ CRIMINAL    X CIVIL

DATE ORDERED: 10-05-2026

DATE DELIVERED: 10-09-2026

**In the matter of:** 1:25-cv-02360-PTG-WBP, FIONA TORRES v SOCIETY FOR HUMAN RESOURCE MANAGEMENT

Jury trial transcripts held on 10-6-26 (254 pages), 10-7-26 (286 pages), 10-8-26 (239 pages) and 10-9-26 (82 pages) = 861 pages

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 861 | 5.07 | 4365.27 | | | | | | | 4365.27 |
| Realtime | | | | | | | | | | |
| Misc. | Daily copy price divided between both parties | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 4365.27 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 4365.27 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/Scott L. Wallace, RDR, CRR

DATE: 10-09-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

**CRYSTAL PRESS Solutions, LLC**
*Commercial Printer Since 1988*

5185 MacArthur Blvd., NW #459
Washington, DC 20016
**t.** 202.223.1600
**e.** crystalpressdc@gmail.com

**Date:** Oct. 09. 2026

**Customer:** KCNA

**Attention:** Ms. Adrienne Bauer

Address: 818 Connecticut Ave. NW #1000

Phone: (202) 556-2228. cell (202) 575-1112

| Quantity | Description | Amount |
|---|---|---|
| 5 | 3" 3-D Ring View Binders | |
| 5 sets | (30 tabs) | 200.00 |

[redacted]

*Thank You!* ☐ Non Taxable

| | |
|---|---|
| Subtotal | 200.00 |
| Tax | 12.00 |
| **TOTAL** | 212.00 |
| Deposit | x |
| **Balance** | 212.00 |

**X** ______________________
Customer's Signature

---

Crystal Press
217 Midsummer Circle
Gaithersburg, MD 20878
202-223-1600

10/09/2026 12:06:09
Merchant ID: ********6080
Terminal ID: 2587448

**Credit Sale:**

Transaction #: 2
Card Type: AMEX
Account: ***********1006
Entry: Manual

**Amount:**
USD$212.00

STAN: 41
Host Ref. Number: 2
Auth. Code: 158669
Batch Number: 185
Response: APPROVAL
TRANS ID: 017042985530121
NETWORK: AMEX

Retain this copy for statement validation

CUSTOMER COPY