**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FIONA TORRES,

Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

Civil Action No. 1:25-cv-2360-PTG-WBP

Hon. Patricia Tolliver Giles, J.
Hon. William B. Porter, M.J.

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND LITIGATION EXPENSES**

Plaintiff Fiona Torres, by counsel and pursuant to Federal Rule of Civil Procedure 54(d)(2), 42 U.S.C. § 12205, and Va. Code §§ 2.2-3908(B) and 2.2-3909(E), hereby moves for an award of reasonable attorney's fees and litigation expenses against Defendant Society for Human Resource Management ("SHRM"). Following trial, the jury returned a verdict in Plaintiff's favor on all four counts, and the Court entered judgment on October 13, 2026. ECF No. 177. Consequently, Plaintiff is the prevailing party under both the Americans with Disabilities Act ("ADA") and the Virginia Human Rights Act ("VHRA") and is presumptively entitled to an award of fees and costs.

Plaintiff requests an award of $3,020,242.30 in attorney's fees and $35,341.60 in litigation expenses for time reasonably spent through October 26, 2026, in an amount to be supplemented with Plaintiff's reply and will further supplement following any oral argument on this motion. The grounds for this Motion are set forth in the accompanying memorandum and its supporting declarations and exhibits.

Counsel for Plaintiff conferred with counsel for SHRM on October 26, 2026, by Zoom video conference, regarding the relief requested. SHRM opposes Plaintiff's Motion. Oral argument on this Motion has been set for December 3, 2026.

This Motion is timely. Fed. R. Civ. P. 54(d)(2)(B)(i). A proposed order is attached.

Dated: October 27, 2026

Respectfully submitted,

__/s/ Mary E. Kuntz____________

Mary E. Kuntz
Virginia Bar No. 76947
Stephen B. Pershing
Virginia Bar No. 31012
Anna Kathryn B. Barry
D.C. Bar No. 1719493
(Admitted *pro hac vice*)
Thomas O. Walker II
AL Bar. No. 406E32W
(Admitted *pro hac vice*)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Ave. N.W., Suite 1000
Washington, DC 20006
(202) 331-9260
mkuntz@kcnlaw.com
spershing@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Attorneys for plaintiff Fiona Torres*

Dated: October 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2026, a copy of the foregoing was filed with the Court's case management / electronic case filing ("CM/ECF") system, through which it was transmitted to counsel of record for Defendant Society for Human Resource Management as follows:

Lauren M. Bridenbaugh
Leslie P. Currie
Tanja L. Darrow (admitted *pro hac vice)*
Tiffany din Fagel Tse
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lbridenbaugh@littler.com
lcurrie@littler.com
tdarrow@littler.com
ttse@littler.com

______/s/ Mary E. Kuntz_____
Mary E. Kuntz
Counsel for Plaintiff