**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION**

| | |
|---|---|
| FIONA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | Civil Action No. 1:25-cv-2360-PTG-WBP<br><br>Hon. Patricia Tolliver Giles, J.<br>Hon. William B. Porter, M.J. |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Attorney's Fees and Litigation Expenses,, the memorandum and exhibits in support, and any opposition and reply thereto, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Defendant Society for Human Resource Management shall pay Plaintiff Fiona Torres $__________ in attorney's fees and $__________ in litigation expenses pursuant to 42 U.S.C. § 12205 and Va. Code §§ 2.2-3908(B) and 2.2-3909(E).

Entered this ____ day of __________, 2026.

______________________________
Patricia Tolliver Giles
United States District Judge
Alexandria, Virginia