# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Case No. 1:25-CV-02360-PTG-WBP** |

**DECLARATION OF ELAINE L. FITCH**

I, Elaine L. Fitch, hereby declare that I have knowledge of the facts set forth below and, if called upon to testify, I could and would testify competently as follows:

1. I am over the age of 18 and have personal knowledge of all of the facts stated herein.

2. I have been practicing law since 1996. I was an associate with the law firm of Kalijarvi, Chuzi & Newman, P.C. ("the firm") from May 2002 through December 31, 2005. Effective January 1, 2006, I became a partner in the firm, in 2011, the firm was renamed to Kalijarvi, Chuzi, Newman & Fitch, P.C. ("KCNF"), and in approximately 2013, I became the firm's Managing Partner.

3. Prior to joining the firm, I was an associate with Gebhardt & Associates, L.L.P. Since moving to Washington, D.C., I have specialized in employment law. Before moving to the District of Columbia in 2000, I lived and worked in San Francisco where I specialized in civil rights and criminal defense in private practice and as a Panel Attorney for the Sixth District Appellate Project and the Central California Appellate Program.

4. I am a duly licensed attorney practicing in the District of Columbia and California (currently inactive). I have been a member of the California Bar since December 1996 and the D.C. Bar since March 9, 2001. I am admitted to practice in all courts of California and the District of Columbia; the U.S. Supreme Court; the U.S. Courts of Appeals for the 4th Circuit, the D.C. Circuit, the Federal Circuit, and the 9th Circuit; the U.S. District Courts for the District of Columbia, the Northern District of California, the Eastern District of California, and the Central District of California; and the U.S. Court of Federal Claims.

5. I received my Juris Doctor from the University of California College of Law, San Francisco ("UC Law SF") (formerly Hastings College of the Law) in May 1996. Based on the definition of years of practice established in the Fitzpatrick Matrix, I am in my 30th year of practice and entitled to an hourly rate of $983. While attending UC Law SF, I served as the Executive Articles Editor for the *Hastings Women's Law Journal*, was a Board Member for the Hastings Public Interest Law Foundation, received recognition for Outstanding Service and Achievement from the 1066 Foundation, and was awarded the George R. Moscone Scholarship based on academic standing and public service. I received a Bachelor of Science degree from the Haas School of Business at the University of California, Berkeley, in December 1989.

6. I was elected to serve on the steering committee for the D.C. Bar's Law Practice Management ("LPM") Section from June 2011-14, served as co-chair for the LPM Section from 2013-14, served on the D.C. Bar's Sections Finance Committee from 2013-14, and am a member of the D.C. Bar's Labor and Employment Law Section. In June 2012, I also was elected to serve on the Board of Directors for the D.C. Women's Bar Association; I was re-elected to that position for a three-year term in May 2013 and for another three-year term in May 2016. I also served on the Board of the Metropolitan Washington Employment Lawyers Association; was a

co-chair of the Solo and Small Firms Forum for the Women's Bar Association of the District of Columbia; and am a member of the National Employment Lawyers' Association. I also have been an attorney volunteer at the D.C. Employment Justice Center's weekly Worker's Rights Clinic.

7. I have been rated an AV Preeminent attorney by my peers. Each year since 2013, I have been selected as a Washington, D.C. Super Lawyer and one of the District's "Top Lawyers" in the Employment area. Since 2022, I have been recognized by Best Lawyers® for Civil Rights Law, Employment Law – Individuals, and Litigation – Labor and Employment. Since 2024, Lawdragon has named me as one of the 500 leading civil rights and plaintiff employment lawyers and named me in the "100 Managing Partners You Need to Know" guide in both 2025 and 2026. Also, Washingtonian Magazine selected me for their 2025 Top Employment Lawyers List and 2026 Top Lawyers List.

8. In December 2012, I was nominated to become a Fellow of the American Bar Foundation. Membership in The Fellows is limited to one-third of one percent of the lawyers admitted to practice in each jurisdiction of the United States.

9. In 2024, I was elected as a Fellow of the College of Labor and Employment Lawyers. Election as a Fellow is the highest recognition by one's colleagues of sustained outstanding performance in the profession, exemplifying integrity, dedication, and excellence.

10. I am a co-author of the 2014, 2018, and 2021 editions of *Security Clearance Law and Procedure*.

11. I have been interviewed for numerous podcasts related to federal employees, including WYPR's Midday: Federal workers, many of them living in Maryland, face uncertain weeks; Maryland Capital Podcast: Options for Federal Employees Being Pushed Out; Federal News

Network's Federal Drive Podcast: There's a lot of new you need to know about the security clearance scene; GovExec Daily Podcast: What Feds Need to Know About Clearances; and Harvard Business Review: Leaders to Learn From. In addition, I have presented numerous virtual town halls for federal employees as well as on webinars and symposium for the Women's Bar Association, the American Bar Association, and MWELA.

12. My work at the firm and over the years has involved all phases of litigation, both in court and before administrative bodies, *e.g.*, brief writing, negotiations, discovery, motions practice, and court and hearing appearances and argument. For more than two decades, I have represented thousands of individuals and several federal agencies involving violations of federal and state employment discrimination statutes in administrative and court actions. I have been involved in numerous appeals in federal Courts of Appeals and assisted on a Petition for Certiorari in the U.S. Supreme Court.

13. All attorneys in the firm contemporaneously create and maintain time records for the work performed. We exercise billing judgment and excise from the fee itemization time that was not fully productive. The itemization of expenses is based on contemporaneous records created and maintained by the office staff. Our Chief Financial Officer, Tamara Chapman, has gathered the expense receipts and provided an Affidavit in support of the expenses.

14. I have personally reviewed all billing records in this case. The attached Fee Itemization, which we prepared from our time records, accurately reflects the time spent on this matter. All of the time claimed was necessarily incurred to prosecute this case. Billing discretion was exercised and time that was unnecessary or not fairly billed to the Defendant is reflected by a zero in the Hours column. The total amount of time worked but not billed to the case is 488.60 hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 27, 2026

/s/ Elaine L. Fitch

Elaine L. Fitch