**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**FIONA TORRES,**

**Plaintiff,**

**v.**

**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**

**Defendant.**

**Civil Action No. 1:25-CV-02360**

**DEFENDANT'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND THE JUDGMENT**

Defendant Society for Human Resource Management ("Defendant" or "SHRM"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 59 and Local Civil Rule 7, respectfully moves the Court for a new trial or in the alternative, requests that the Court alter or amend the judgment because the amount of damages awarded to Plaintiff Fiona Torres ("Plaintiff" or "Ms. Torres") is excessive and not supported by the evidence at trial. In support thereof, Defendant refers the Court to the accompanying Memorandum of Point and Authorities, which is incorporated herein by reference. A proposed Order is also attached hereto.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Tiffany din Fagel Tse*

Lauren M. Bridenbaugh, Bar No. 90586
Tiffany din Fagel Tse, Bar No. 92958
Leslie P. Currie, Bar No. 101060
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679
lbridenbaugh@littler.com
ttse@littler.com
lcurrie@littler.com

Tanja L. Darrow (admitted *pro hac vice)*
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 800.715.1330
tdarrow@littler.com

*Counsel for Defendant Society for Human Resource Management*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 10th day of November 2026, I caused a copy of the foregoing **Defendant's Motion for New Trial or In the Alternative, Motion to Alter or Amend the Judgment,** to be served through the Court's Electronic Case Filing (ECF) system on the following counsel of record:

Stephen B. Pershing (VSB No. 31012)
Mary E. Kuntz (VSB No. 76947)
Anna Kathryn Barnes Barry (admitted *pro hac vice*)
Thomas O. Walker II (admitted *pro hac vice*)
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.331.9260
spershing@kcnlaw.com
mkuntz@kcnlaw.com
akbarry@kcnlaw.com
twalker@kcnlaw.com

*Counsel for Plaintiff*

*/s/ Tiffany din Fagel Tse*
Tiffany din Fagel Tse