IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FIONA TORRES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOCIETY FOR HUMAN RESOURCE MANAGEMENT,**<br><br>**Defendant.** | **Civil Action No. 1:25-CV-02360** |

**ORDER**

Upon consideration of the Parties' Joint Motion to Extend Post-Trial Motions' Reply Brief Deadlines, and for good cause shown, it is hereby

**ORDERED** that, the Joint Motion to Extend Post-Trial Motions' Reply Brief Deadlines is **GRANTED**; and it is further

**ORDERED** that, the Parties' post-trial motions' reply brief deadlines shall be extended as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Plaintiff's Reply in further support of Plaintiff's Motion to Amend Judgment to Add Backpay, Front Pay, Prejudgment Interest and Post-Judgment Interest | November 30, 2026 | December 7, 2026 |
| Defendant's Reply in further support of Defendant's Renewed Motion for Judgment as a Matter of Law | November 30, 2026 | December 7, 2026 |
| Defendant's Reply in further support of Defendant's Motion for New Trial or in | November 30, 2026 | December 7, 2026 |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| the Alternative, Motion to Alter or Amend Judgment | | |
| Defendant's Reply in further support of Defendant's Motion to Stay Execution of Judgment Pending Disposition of Post-Trial Motions and to Approve Supersedeas Bond | December 1, 2026 | December 8, 2026 |

**IT IS SO ORDERED.**

Dated: 11/18/2024

Patricia Tolliver Giles

Hon. Patricia T. Giles
U.S. District Court for the Eastern District of Virginia